Jennifer J. Middleton, OSB # 071510
jmiddleton@justicelawyers.com
JOHNSON, JOHNSON, LUCAS & MIDDLETON, PC
975 Oak Street, Suite 1050
Eugene, OR 97401-3124
Phone: 541/683-2506
Fax:    541/484-0882
    Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| **JENNIFER JOY FREYD,** | Case No. 6:17-CV-00448-MC |
| Plaintiff, | **AFFIDAVIT OF SERVICE** |
| vs. | |
| **UNIVERSITY OF OREGON,** | |
| Defendant. | |

I, JACLYN HAYES, being first duly sworn, depose and say:

1. I am and at all times hereinafter mentioned was a competent person over the age of 18 years, a resident of the State of Oregon, and not a party to or attorney in the matter of *Jennifer Joy Freyd v. University of Oregon*, United States District Court for the District of Oregon, Eugene Division, Civil Action No. 6:16-CV-00448-MC.

2. That the Summons, Complaint and Civil Case Assignment Order were delivered to me for service.

3. That I served said documents on defendant University of Oregon by serving defendant at the following place and time: University of Oregon, Office of the General Counsel, 219 Johnson Hall, 1226 University of Oregon, Eugene, OR 97403-1226, on the 28th day of March, 2017; at 10:19 a.m. within the County of Lane, State of Oregon; by then and there delivering to Julia Cohalan, Executive Assistant and Operations Manager, and one who has been

PAGE 1 – AFFIDAVIT OF SERVICE

designated as a person who may accept service on behalf of defendant University of Oregon, by giving her a copy of all documents identified above, certified to be true copies of the originals by one of the attorneys for plaintiff.

_____
Jaclyn Hayes

SUBSCRIBED AND SWORN to before me on this 29 day of March, 2017 by Jaclyn Hayes.

_____
Notary Public for Oregon

OFFICIAL STAMP
PATTIE JOANN JENKINS
NOTARY PUBLIC - OREGON
COMMISSION NO. 946432
MY COMMISSION EXPIRES JANUARY 21, 2020

OFFICIAL STAMP
PATTIE JOANN JENKINS
NOTARY PUBLIC - OREGON
COMMISSION NO. 946432
MY COMMISSION EXPIRES JANUARY 21, 2020