Jennifer Freyd

V.

University of Oregon

Motion to intervene &

Affidavit in support of defendant.

Case no. 6:17-cv-448-mc

I, Benjamin Barber make a motion to intervene on my own accord because I am a scholar who is familiar with the work of Jennifer Freyd. I am also aware of the many controversies she has been involved with the university, which have adversely affected the due process rights of university students and faculty. I came to notice Freyd in 2014 while studying feminism and psychology in Oregon, and I find her allegations repugnant and hypocritical and couched in bias. Her legal theories are couched in her professional ones known as institutional betrayal trauma, which may be a form of self serving or "confirmation bias" of a conclusion looking for evidence to support it, rather than the truth in a manner described by Karl popper which states that truth lies in the improbability of something being false. Plausibly Freyd could become an expert witness for courts where plaintiffs allege emotional distress based on institutional betrayal trauma, just as expert witnesses had done with Freyds now discredited recovered memory theory which had been used to wrongly convict many. the phenomena later became better known as "false memory syndrome", because the main proponents became prosecuting attorneys, UFO'ologists, and Hypnotherapists all looking to find confirmation bias in their field. Confirmation bias is an inherent bias evolved from the pattern recognition parts of our brain illustrated by optical illusions and religion, it helps us rationalize what we see or know in a way that is consistent with a preconceived view of our world. If freyd is looking for gender bias she will begin to see it as the explanation behind many things, like the pay to performance ratio, the institutional research board rejecting her statistical & study methods, and justification of her mostly female staff.

good science is either _____ _____ efficacy of reaching a desired state, or its descriptive power of being able to identify a signal in a random sample with low false positive and negative results, which institutional betrayal theory does neither. this is because the premise of IBT is an external locus of control, the exact opposite of Cognitive behavior therapy a widely accepted effective treatment, and it does not describe a functional behavior (anxiety, depression, schizophrenia) but a condition where the behaviors that may not be causative, even the supposed cause is couched in subjective thinking like the university owes her a high wage for low quality work. The obvious cure for IBT is actually simple, without institutions there cannot be IBT, or at least be critical of every institution, especially if it has to choose between the lesser of two evils. In fact feminism is another type of "critical theory", as is "critical race theory" and "critical legal theory", these critical theories arise from the "Conflict theory" and "Identity theory" of (Jung, Hegel )? brought together by max horkenheimer & theodore adorno & antonio gramsci. They founded the institute for Social research in germany, and taught that marxism failed because people identify not as workers proletariat, but as Mothers, bakers, lawyers, Sons, etc So we must make 'the personal political', additionally Social structures reinforce Capitalism So they must "perform a long march through the social institutions" using a culture of critique and replace them with marxist ones. when the Center for the Study of women in Society was formed by an endowment by the owner of the New yorker, it was Staffed by these neo marxist women like joan acker who also brought other radical feminists to University of oregon. However non Scientific Social theories about the state of human destiny, like marxism, feminism, humanism, aryanism are all prohibited under the establishment clause from excessive government entanglement.

Jennifer Freyd
V
University of Oregon

Proposed order

I propose that unless Freyd can point to a specific non statistical or correlational but directly causal connection to her gender and her pay that the court find in favor of the defendants, and the plaintiff have to pay attorney costs.

I also propose that under title IX of the civil rights act, under Amendment 14 of the US Constitution, under article 1 Section 46 of the oregon Constitution, under article 1 Section 21 of the oregon Constitution, under ors 659.400A the standard of review is "strict scrutiny". Jennifer Freyd does not comply with strict scrutiny, in the course of business of the university which employs her and uses federal funds.

Therefore find Jennifer Freyd in violation of 42 USC 2000 and order the university put her under review to either replace any gender specific research with gender neutral ones even in such a circumstance that it forms a disparate impact, or create a contemporaneus avenue of research which would effect men. For example Institutional Betrayal trauma could equally refer to the failure of schools under the cleary act to report sexual assault which effects more women, as would the failure of due procccess in the accused by the schools which affects men each would presumably have an effect on quality adjusted life years, and could be performed with a gender balanced staff.

Name _Benjamin Barber_

Bkg. # _17-07936_

**WASHINGTON COUNTY JAIL**

**215 SW Adams MS35**

**Hillsboro, Oregon 97123-3874**

SCREENED



PORTLAND OR 970

31 JUL 2017 PM 6 L    FOREVER

Barn Swallow

United States Courthouse
405 e 8th ave
eugene, or 9740

97401-272350