**Paula A. Barran,** OSB No. 803974
pbarran@barran.com
**Shayda Zaerpoor Le,** OSB No. 121547
sle@barran.com
**Donovan L. Bonner,** OSB No. 181929
dbonner@barran.com
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212
Attorneys for Defendants
University of Oregon and Hal Sadofsky

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Eugene

| | |
|---|---|
| JENNIFER JOY FREYD, | CV. 6:17-cv-448-MC |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| UNIVERSITY OF OREGON, MICHAEL H. SCHILL and HAL SADOFSKY, | |
| Defendants. | |

TO:   Clerk of the Court and All Counsel of Record:

PLEASE TAKE NOTICE that Donovan L. Bonner of the law firm of Barran Liebman LLP, 601 SW 2nd Avenue, Suite 2300, Portland, OR 97204-3159, is appearing as counsel of record on behalf of Defendants University of Oregon and Hal Sadofsky in the above-captioned matter. This appearance is made without waiving any objections or defenses. All further

//

//

//

Page 1 – NOTICE OF APPEARANCE

pleadings, notices, documents or other papers in this action, exclusive of process, should be served upon said Defendants by true copy at the address stated above.

DATED this 13th day of June, 2018.

BARRAN LIEBMAN LLP

By *s/Donovan L. Bonner*
_____
Paula A. Barran, OSB No. 803974
pbarran@barran.com
Shayda Zaerpoor Le, OSB No. 121547
sle@barran.com
Donovan L. Bonner, OSB No. 181929
dbonner@barran.com
Attorneys for Defendants University of Oregon and Hal Sadfosky

Page 2 – NOTICE OF APPEARANCE

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2018, I served the foregoing **NOTICE OF APPEARANCE** on the following parties at the following addresses:

> Jennifer J. Middleton
> Johnson Johnson Lucas & Middleton, PC
> 975 Oak Street, Suite 1050
> Eugene, OR  97401-3124
> jmiddleton@justicelawyers.com
> Attorneys for Plaintiff

> Stephen F. English
> Cody Weston
> Perkins Coie LLP
> 1120 N.W. Couch Street, 10th Floor
> Portland, OR  97209-4128
> senglish@perkinscoie.com
> cweston@perkinscoie.com
> Attorneys for Defendant Michael H. Schill

by the following indicated method or methods set forth below:

- [x] **Electronic Filing using the Court's ECF System**
- [ ] **Facsimile**
- [ ] **First-class mail, postage prepaid**
- [ ] **Hand-delivery**
- [ ] **Overnight courier, delivery prepaid**
- [ ] **E-mail**

*s/Donovan L. Bonner*
_____
Paula A. Barran
Shayda Zaerpoor Le
Donovan L. Bonner

Page 3 – NOTICE OF APPEARANCE