Jennifer J. Middleton, OSB # 071510
jmiddleton@justicelawyers.com
JOHNSON, JOHNSON, LUCAS & MIDDLETON, PC
975 Oak Street, Suite 1050
Eugene, OR 97401-3124
Phone: 541/683-2506
Fax:    541/484-0882

Whitney Stark, OSB # 090350
whitney@albiesstark.com
Albies & Stark, LLC
210 SW Morrison Street, Suite 400
Portland OR 97204-3189
Phone: 503/308-4770
Fax:    503/427-9292

    Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| **JENNIFER JOY FREYD,** | Case No. 6:17-CV-00448-MC |
| Plaintiff, | NOTICE OF APPEARANCE |
| vs. | |
| **UNIVERSITY OF OREGON, MICHAEL H. SCHILL and HAL SADOFSKY,** | |
| Defendants. | |

To the Court and All Parties and their Attorneys of Record:

    PLEASE TAKE NOTICE that Whitney Stark of Albies & Stark LLC hereby appears as counsel for the Plaintiff, Jennifer Joy Freyd.  It is requested that an entry be made on the clerk's docket and that all further notices, documents, pleadings, correspondence, orders, and other materials relevant to this action be directed to and served upon the undersigned attorney of

record.

Respectfully submitted this 6th day of September, 2018.

**JOHNSON, JOHNSON, LUCAS & MIDDLETON, PC**

By: *s/ Jennifer J. Middleton*
Jennifer J. Middleton, OSB # 071510
jmiddleton@justicelawyers.com
975 Oak Street, Suite 1050
Eugene, OR 97401-3124
Telephone:    541/683-2506
Fax:          541/484-0882

**ALBIES & STARK, LLC**

By: *s/ Whitney Stark*
Whitney Stark, OSB # 090350
whitney@albiesstark.com
210 SW Morrison Street, Suite 400
Portland OR 97204-3189
Phone:    503/308-4770
Fax:      503/427-9292

Attorneys for Plaintiff