**Jennifer J. Middleton, OSB No. 071510**
jmiddleton@justicelawyers.com
JOHNSON JOHNSON LUCAS & MIDDLETON, PC
975 Oak Street, Suite 1050
Eugene, OR 97401-3124
Phone: 541-683-2506
Fax: 541-484-0882

**Whitney Stark, OSB No. 090350**
whitney@albiesstark.com
ALBIES & STARK LLC
210 SW Morrison St., Suite 400
Portland, OR 97204
Phone: 503-308-4770
Fax: 503-427-9292

Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **JENNIFER JOY FREYD,** | Case No. 6:17-cv-00448-MC |
| Plaintiff, | |
| v. | JOINT STATUS REPORT |
| **UNIVERSITY OF OREGON, MICHAEL H. SCHILL and HAL SADOFSKY,** | |
| Defendants. | |

Pursuant to this Court's July 18, 2018 Scheduling Order, counsel for the parties have conferred regarding case scheduling in this matter and hereby submit this Joint Status Report. At the time the schedule was vacated, there was one deposition scheduled to be taken by Plaintiff, the parties had some continuing discussions related to document production and had not yet conferred on Defendants' planned dispositive motions. During conferral the parties considered the availability of Plaintiff's lead counsel, the appearance of Plaintiff's co-counsel,

PAGE - 1    JOINT STATUS REPORT

Whitney stark, the status of discovery, and the schedule of all counsel and the respective parties.

Based on these considerations, Plaintiff and Defendants respectfully submit this Joint Status Report and ask the Court to set the following case management schedule:

1. Close of fact discovery is October 26, 2018;
2. The deadline for filing dispositive motions is November 16, 2018;
3. The deadline for filing a response to dispositive motions is December 14, 2018;
4. The deadline for filing a response to dispositive motions is January 4, 2019;
5. Joint ADR report is due February 8, 2019;
6. The deadline for expert disclosures shall be four weeks after the Court issues an order on dispositive motion(s);
7. The close of expert discovery shall be six weeks after the deadline for expert disclosures;
8. The parties propose that this Court request a joint status report proposing a trial date within 7 days of this Court's order on dispositive motion(s) or that the Court set a trial date on issuance of an order on dispositive motions.

Dated:  September 18, 2018

ALBIES & STARK LLC

By:   *s/ Whitney Stark*
      Whitney Stark, OSB No. 090350
      whitney@albiesstark.com
      JOHNSON JOHNSON LUCAS & MIDDLETON, PC
      Jennifer J. Middleton, OSB No. 071510
      jmiddleton@justicelawyers.com

      *Attorneys for Plaintiff*

///

///

BARRAN LIEBMAN LLP

By: *s/ Paula Barran*
Paula A. Barran, OSB No. 803974
pbarran@barran.com
Shayda Zaerpoor Le, OSB No. 121547
sle@barran.com

*Attorneys for Defendants University of Oregon and Sadofsky*

PERKINS COIE LLP

By: *s/ Stephen F. English*
Stephen English, OSB No. 730843
senglish@perkinscoie.com
Nathan R. Morales, OSB No. 145763
nmorales@perkinscoie.com