**Paula A. Barran,** OSB No. 803974
pbarran@barran.com
**Shayda Zaerpoor Le,** OSB No. 121547
sle@barran.com
**Donovan L. Bonner,** OSB No. 181929
dbonner@barran.com
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212
Attorneys for Defendants
University of Oregon and Hal Sadofsky

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland

| | |
|---|---|
| JENNIFER JOY FREYD,<br><br>                          Plaintiff,<br><br>v.<br><br>UNIVERSITY OF OREGON, MICHAEL H. SCHILL and HAL SADOFSKY,<br><br>                          Defendants. | **CV. 6:17-cv-448-MC**<br><br>**DECLARATION OF PAULA A. BARRAN IN SUPPORT OF DEFENDANTS UNIVERSITY OF OREGON AND SADOFSKY'S MOTION FOR SUMMARY JUDGMENT** |

I, Paula A. Barran, declare as follows:

1.    I am one of the attorneys for defendants University of Oregon and Hal Sadofsky (collectively "defendants") in the above-captioned matter. I make this Declaration in Support of Defendants' Motion for Summary Judgment.

2.    Pursuant to LR 7-1(a) the parties have conferred regarding this motion against plaintiff's claims. Specifically, on November 8, 2018 I spoke by telephone with Jennifer Middleton, Caitlin Mitchell, and Whitney Stark and discussed the issues that are raised in

Page 1 – DECLARATION OF PAULA A. BARRAN IN SUPPORT OF DEFENDANTS UNIVERSITY OF OREGON AND SADOFSKY'S MOTION FOR SUMMARY JUDGMENT

00723895.1

**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-1212

defendants' motion. We have been unable to resolve the dispute over the issues raised in the motion.

3. Attached to this Declaration as Exhibit A is a true and correct copy of excerpts of the deposition of Ulrich Mayr taken on June 13, 2018.

4. Attached to this Declaration as Exhibit B is a true and correct copy of excerpts of the deposition of Jennifer Freyd taken on February 14, 2018.

5. Attached to this Declaration as Exhibit C is a true and correct copy of excerpts of the deposition of Hal Sadofsky taken on June 18, 2018.

6. Attached to this Declaration as Exhibit D is a true and correct copy of Plaintiff's Response to Defendant's First Set of Interrogatories to Plaintiff filed on September 18, 2017.

7. Attached to this Declaration as Exhibit E is a true and correct copy of Plaintiff's description of her job duties and responsibilities as defined by plaintiff in her response to Interrogatory No. 3 (FREYD 341-50, 319-331, and 633-41).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 16th day of November, 2018.

_____
Paula A. Barran

Page 2 – DECLARATION OF PAULA A. BARRAN IN SUPPORT OF DEFENDANTS UNIVERSITY OF OREGON AND SADOFSKY'S MOTION FOR SUMMARY JUDGMENT

00723895.1

**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-1212

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2018, I served the foregoing **DECLARATION OF PAULA A. BARRAN IN SUPPORT OF DEFENDANTS UNIVERSITY OF OREGON AND SADOFSKY'S MOTION FOR SUMMARY JUDGMENT** on the following parties at the following addresses:

| | |
|---|---|
| Jennifer J. Middleton<br>Caitlin V. Mitchell<br>Johnson Johnson Lucas & Middleton, PC<br>975 Oak Street, Suite 1050<br>Eugene, OR 97401-3124<br>jmiddleton@justicelawyers.com<br>cmitchell@justicelawyers.com<br>Attorneys for Plaintiff | Whitney Stark<br>Albies & Stark, LLC<br>210 SW Morrison Street, Suite 400<br>Portland, OR 97204-3189<br>whitney@albiesstark.com<br>Attorneys for Plaintiff |

Stephen F. English
Cody Weston
Nathan R. Morales
Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
senglish@perkinscoie.com
cweston@perkinscoie.com
nmorales@perkinscoie.com
Attorneys for Defendant Michael H. Schill

by the following indicated method or methods set forth below:

- ☒ **Electronic Filing using the Court's ECF System**
- ☐ **First-class mail, postage prepaid**
- ☐ **Hand-delivery**
- ☐ **Overnight courier, delivery prepaid**
- ☐ **E-mail**

_____
Paula A. Barran
Shayda Zaerpoor Le

Page 1 – CERTIFICATE OF SERVICE

00723895.1

BARRAN LIEBMAN LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-1212