# CURRICULUM VITAÉ FOR NICHOLAS B. ALLEN Ph.D.

## CURRENT POSITIONS AND PROFESSIONAL ADDRESS

Ann Swindells Professor of Clinical Psychology
Director, Center for Digital Mental Health
Director of Clinical Training
Department of Psychology
University of Oregon
Eugene OR 97403-1227
USA

T: +1 541 346 4075
F: +1 541 346 4911
W: http:/psychology.uoregon.edu/profile/nallen3/
W: https://adaptlab.uoregon.edu/
W: https://www.c4dmh.net/
E-mail: *nallen3@uoregon.edu*

*Other appointments:*

Senior Research Scientist
Oregon Research Institute
1776 Millrace Drive
Eugene, OR 97403
USA
Email: *nicka@ori.org*

Professorial Fellow
Melbourne School of Psychological Sciences
University of Melbourne
Victoria 3010
Australia
Email: *nba@unimelb.edu.au*

**HOME ADDRESS**

2288 Alder Street
Eugene OR 97405
USA

Cell: +1 541 515 9158

**DATE OF BIRTH:** April 11th 1963

**CITIZENSHIP:** Australian citizen, US Permanent resident

**EDUCATION**

1988-1993:     University of Melbourne (Australia)
**Doctor of Philosophy (Clinical Psychology)**
**Dissertation Topic:** "Sociotropy and Autonomy: Personality Factors in Depression"

1986-88:     University of Melbourne (Australia)
**Master of Science (Clinical Psychology)**

1981-85:     University of Melbourne (Australia)
**Bachelor of Science**
**Degree with Honors (First Class)**
Majoring in Psychology

**WORK EXPERIENCE**

June 2014- Present

    Ann Swindells Professor of Clinical Psychology
    University of Oregon, USA

    Duties include: Teaching in areas of psychopathology, Intervention Science, Assessment and clinical diagnostics. Graduate teaching. Supervision of students' practice of clinical psychology as part of departmental clinic. Supervision of graduate research projects. Independent research activities. Leadership positions within the Department, including membership of Executive Committee, Director of Clinical training, and Chairperson of the Committee for an Inclusive Community.

July 1998- June 2014

    Lecturer to Full Professor in Psychology [1]
    University of Melbourne, Australia

    Duties included: Teaching in areas of developmental psychology, psychopathology, psychophysiology, and clinical diagnostics. Coordination of and teaching into large undergraduate units. Postgraduate teaching. Supervision of students' practice of clinical psychology as part of departmental clinic. Supervision of graduate research projects. Independent research activities. Leadership positions within the school, including membership of Executive Committee (4 years), and Chairperson of Technical Services (3 years) and Human Research Ethics (1 year) Committees.

July 2002 – June 2012

    Principal Research Fellow in Psychology
    Secondment based at the ORYGEN Youth Health Research Centre
    University of Melbourne, Australia

    Duties included: Developing and conducting research projects into affect and affective disorders in adolescence and young adulthood, including studies of the emergence of affective and substance use disorders, treatment and early intervention for affective disorders, and affective and social neuroscience approaches to studying the psychopathology of affective and substance use disorders.

---

[1](Equivalent to North American Assistant Professor to Full Professor)

July 1998-June 2007
    Private Practice in Clinical Psychology (Part time)

    Duties included: Assessment and treatment of clients with mood, anxiety, eating, psychotic and personality disorders. Referral sources included public and private psychiatry, courts, legal officers and general practitioners. Supervision of clinical practice of other psychologists.

November 1995- June 1998
    Early Career Research Scientist
    Depression Project
    Oregon Research Institute USA

    Duties included: Writing scientific papers; designing, writing, and submitting new research grant applications. Supervision of diagnostic interviewers and participation in various reliability and quality control processes with respect to diagnostic interviewing. I also served on ORI's IRB (Human Subjects Committee).

July 1993- November 1995
    Lecturer in Clinical Psychology
    Department of Psychology
    University of Melbourne, Australia

    Duties included: Teaching in areas of abnormal psychology, psychological assessment, cognitive behavioral treatment. Supervision of students' practice of clinical psychology as part of departmental clinic. Supervision of graduate research projects. Independent research activities.

July 1993- November 1995
    Adjunct Lecturer in Psychiatry
    Department of Psychiatry
    University of Melbourne, Australia

    Duties included: Teaching psychological science and cognitive-behavioral intervention to psychiatry trainees.

July 1993- November 1995
    Senior Clinical Psychologist
    Department of Psychiatry
    St. Vincent's Hospital, Melbourne, Australia

Duties included: Assessment and treatment of psychiatric inpatients and outpatients. Supervision of psychological treatment by other staff, including psychologists, psychiatrists in training, social workers.

March 1992-July 1993:
Lecturer in Psychology
School of Psychology
Deakin University, Geelong, Australia

Duties included: Teaching undergraduate psychology, especially physiological psychology, personality, and abnormal psychology. Co-ordination of large undergraduate unit on physiological psychology, including extensive laboratory component.

March 1988-February 1991:
Tutor in Medical Psychology
Medical Psychology and Behavioral Sciences Unit
Department of Psychiatry
University of Melbourne, Australia

Duties included: Teaching psychology to medical students, especially applications of psychology to medicine.

March 1988-February 1991:
Clinical Psychologist
Department of Psychiatry
Royal Melbourne Hospital, Australia

Duties included: Assessment and treatment of outpatients, psychiatric inpatients, and general medical and surgical inpatients.

January 1989-November 1995
Part Time Private Practice in Clinical Psychology
Partnership Systems Pty. Ltd. Psychological Services
Australia

Duties included: Consulting with private clients seeking assistance with emotional and marital difficulties. Preparation of legal reports.

April 1990-February 1991:
Research Assistant (Part Time) for Dr. David Ames
"Prognosis of Depression in the Elderly"

Department of Psychiatry
University of Melbourne

Duties included: Co-ordination of research project with depressed elderly inpatients. Assessment of elderly psychiatric inpatients using structured diagnostic interviews, cognitive testing, and psychometry.

July 1987-November 1987:
Student Clinical Psychology Placement
Children's Court Clinic of Victoria, Australia

Duties included: Preparation of reports on juvenile offenders to assist with court sentencing.


January 1987-July 1987:
Student Clinical Psychology Placement
Child Psychiatry Unit
Sunshine Hospitals and Health Services Society
Duties included: Treatment of child and adolescent outpatients for a variety of non-psychotic psychological problems.


Previous work while studying has also included experience as a mental retardation aide with the Office for Intellectual Disability Services, a Youth Worker with the Box Hill Community Youth Support Scheme and as a professional musician.

**KEY RESEARCH QUESTIONS**

Throughout the lifespan there are certain developmental transitions that appear to be particularly important for determining a person's mental health. The transition from childhood to adolescence is especially important, as many serious mental health problems, such as depression and substance abuse, emerge for the first time during or after this transition. In my research group, we use a developmental psychopathology approach to understand how children and adolescents are affected by the environments in which they grow up. We have especially focused on how family interactions and other aspects of the child's environment that have been shown to increase risk for mental health problems (e.g., stress, abuse, socio-economic disadvantage) influence the child or adolescent's emotional functioning and the development of the biological systems that undergird these emotions. The aim of this work is to not only shed light on the underlying causes of mental health and ill-health during these stages of life, but also to inform developmentally targeted approaches to prevention and early intervention, including studies focusing on sleep, parenting, and teen sexual and romantic relationships as modifiable risk factors for poor mental health. Through the Center for Digital Mental Health our work focuses on using mobile and wearable devices, and social media, to unobtrusively track and analyze behavior in order to detect mental health needs and provide adaptive, personalized interventions exactly when users need them.

**PROFILE OF RESEARCH INTERESTS**

- Clinical Psychology
    - Using technology to transform mental health services
    - Youth mental health
    - Integrative (i.e., biopsychosocial) models of affective and substance use disorders
    - Causes of the emergence of affective and substance use disorders during adolescence
    - Early intervention and prevention of affective and substance use disorders
    - Evolutionary bases of emotion and psychopathology
    - Cognitive and behavioral therapies
    - Mobile and wearable technology in mental health assessment and intervention
- Developmental Psychology
    - Developmental psychopathology
    - Adolescent brain and behavioral development
    - Family processes in adolescent development and risk for depression and substance abuse
- Behavioural Neuroscience
    - Developmental affective and social neuroscience

## PUBLICATIONS

(N.B. Authors who were students or postdoctoral staff under my supervision during their authorship are identified with italics.)

### BOOKS

1. Jorm, A., **Allen, N.B.**, Morgan, A., Ryan, S., & Purcell, R. (2013). *A guide to what works for depression (Second Edition). Beyondblue* Australia.
2. Purcell, R., Ryan, S., Scanlan, F., Morgan, M., Callahan, P., **Allen, N.B.**, Jorm, A. (2013). *A guide to what works for depression in young people. Beyondblue* Australia.
3. Reavley, N., **Allen, N.B.**, Jorm, A., Morgan, A., & Purcell, R. (2010). *A guide to what works for anxiety disorders. Beyondblue* Australia.
4. Jorm, A.F., **Allen, N.B.**, Purcell, R., Hetrick, S., & Morgan, A. (2009). *A guide to what works for depression. Beyondblue* Australia.
5. Woods, S., **Allen, N.B.**, & Pantelis, C. (2009). *The neuropsychology of mental illness.* Cambridge University Press.
6. **Allen, N.B.** & Sheeber, L. (2008). *Adolescent emotional development and the emergence of depressive disorders.* Cambridge University Press.

### MAJOR REPORTS

7. Patton, G. C., Sawyer, S. M., Santelli, J. S., Ross, D. A., Afifi, R., **Allen, N. B.,** ... & Viner, R. (2016). Our future: A Lancet commission on adolescent health and wellbeing. *The Lancet, 387 (10036), 2423–2478.*

### BOOK CHAPTERS

8. Davies, B. & **Allen, N.B.** (In press). Treatment of adolescent mental disorders. In *The Encyclopedia of Child and Adolescent Development.* Wiley.
9. **Allen, N.B.**, & *Nelson, B.W.* (In press). The development of emotion regulation across the transition from childhood to adolescence: Regulation of what and regulation for whom? In P. Cole and T. Hollenstein (Eds.) *Emotion Regulation: A Matter of Time.* Taylor and Francis.
10. Whittle, S. Simmons, J.G. & **Allen, N.B.** (2017). Emotion and gender specific neural processing in men and women. In M.J. Legato (Ed.) *Principles of gender specific medicine: Gender in the genomic era.* Elsevier.
11. *Byrne, M.L., Latham, M.D.* & **Allen, N.B.** (2017). Depressive disorders: Lifespan perspectives. *The SAGE Encyclopaedia of Abnormal and Clinical Psychology.* SAGE.
12. Dwyer, D.B., Harrison, B.J., Yücel, M., Whittle, S., Zalesky, A., Pantelis, C., **Allen, N.B.,** Fornito, A. (2016). Adolescent Cognitive Control; Brain Network Dynamics. In G. Fink (Ed.) *Encyclopaedia of Stress: Stress concepts and cognition, emotion and behavior.*

Academic Press.

13. Viner, R. M., Allen, N.B., & Patton, G. C. (2016) Puberty, Developmental Processes, and Health Interventions. In D. Bundy, N. de Silva, S. E. Horton, D. Jamison, and G. Patton. (Eds). *Disease Control Priorities* (third edition): Volume 8, *Child and Adolescent Health and Development*. Washington, DC: World Bank.

14. **Allen, N.B.,** *Latham, M.D.,* Barrett, A., Sheeber, L. and Davis, B. (2015) Pubertal development and the emergence of the gender gap in affective disorders, in Castle, D.J. and Abel, K.M. (eds.) *Comprehensive Women's Mental Health*. Cambridge: Cambridge University Press, pp. 55–64.

15. **Allen, N.B.,** *Whittle, S., Yap, M.B.H.,* & Sheeber, L.B. (2010). Der einfluss von erfahrungen in der familie auf die entwicklung des gehirns und aggressive verhaltensstorungen bei jugendlichen. In K.Brisch (Ed.) *Bindung, Angst und Aggression*. Klett-Cotta, Stuttgart.

16. Sheeber, L., **Allen, N.B.,** & Davis, B. (2009). Childhood Depression: Family Context. In R. E. Ingram (Ed.), *International encyclopedia of depression* (pp. 123-125). New York: Springer.

17. *Whittle, S.,* Yücel, M., & **Allen, N.B.** (2009). The neurobiology of the emotional response: Perception, experience and regulation. S. Wood, N. Allen, and C. Pantelis (eds.) *Handbook of the neuropsychology of mental illness*: Cambridge University Press (UK).

18. *Davey, C.G.,* & **Allen, N.B.,** Koutsogiannis, J., Garvin, T.M., & Athanasopoulos, O. (2008). El programa ORYGEN como tratamiento de la fase temprana de los trastornos depresivos. In Vazquez-Barquero, J.L., Mateos, J.L.A., & Simón, J.A. (Eds.) *Los trastornos depresivos*. Elsevier & Masson.

19. *Davey, C.,* & **Allen, N.B.** (2008) Intervenciones psicológicas frente a los primeros episodios de depresión: ¿una oportunidad única para modificar la evolución de la depresión a lo largo de la vida? In Vazquez-Barquero, J.L., Mateos, J.L.A., & Simón, J.A. (Eds.) *Los trastornos depresivos*. Elsevier & Masson.

20. **Allen, N.B.** & Sheeber, L.B. (2008). Towards a developmental psychopathology of adolescent onset depression: Implications for research and intervention. In Allen, N.B. & Sheeber, L. (2008). *Adolescent emotional development and the emergence of depressive disorders*. Cambridge University Press (UK).

21. **Allen, N.B.** & Sheeber, L.B. (2008). The importance of affective development for the emergence of depressive disorders during adolescence. In Allen, N.B. & Sheeber, L. (2008). *Adolescent emotional development and the emergence of depressive disorders*. Cambridge University Press (UK).

22. *Badcock, P.B.T.* & **Allen N.B.** (2007) Evolution, social cognition, and depressed mood: Exploring the relationship between depressed mood and social risk taking. In Forgas, J.P., Haselton, M.G., von Hippel, W. (eds.) *Evolution and the Social mind: Evolutionary psychology and social cognition*. New York: Psychology Press.

23. **Allen, N.B.** (2006). Psychological versus biological treatments. In D. Western, L. Burton, & R. Kowolski (Eds.) *Psychology* (Australian and New Zealand Edition). Milton, Queensland: John Wiley and Sons.

24. **Allen, N.B.** (2006). Cognitive psychotherapy. In S. Bloch (Ed.) *An introduction to the psychotherapies*. (4th Edition). Oxford: Oxford University Press.

25. **Allen, N.B.**, *Barrett, A.*, Sheeber, L., & Davis, B. (2006). Pubertal development and the emergence of the gender gap in mood disorders: A developmental and evolutionary synthesis. In D. Castle, J. Kulkarni & K. Abel (Eds.) *Mood and anxiety disorders in women*. Cambridge: Cambridge University Press.

26. **Allen, N.B.**, & *Knight, W.* (2005). Mindfulness, compassion for self, and compassion for others: Implications for understanding the psychopathology and treatment of depression. In P. Gilbert (Ed.), Compassion: Its Nature and Use in Psychotherapy. London: Brunner-Routledge.

27. **Allen, N.B.**, Gilbert, P., & Semedar, A. (2004). Depression as an interpersonal strategy: The importance of relational models. In N. Haslam, (Ed.) Relational models theory: Advances and prospects. Mawah, NJ: Lawrence Earlbaum and Associates.

28. **Allen, N.B.** & Gilbert, P. (2000) Social intelligence, deception, and psychopathology: A challenge for cognitive therapy?  In P. Gilbert & K. Bailey (Eds.) *Genes on the couch: Evolutionary approaches to psychotherapy*. London: Psychology Press.

29. **Allen, N.B.** (1996) Cognitive psychotherapy. In S.Bloch (Ed.) *Introduction to the psychotherapies.* Oxford: Oxford University Press.

**REFEREED JOURNAL ARTICLES**

**2018 and In Press**

30. Ambrosia, M., Eckstrand, K.L., Morgan, J.K., **Allen, N.B.**, Jones, N.P., Sheeber, L., Silk, J.S., Forbes. E.E. (2018). Temptations of friends: Adolescents' neural and behavioral response to best friends predicts risky behavior. *Social Cognitive and Affective Neuroscience, 13(5), 483-491.*

31. Barendse, M., Simmons, J.G., Byrne, M.L., Seal, M.L., Patton, G., Mundy, L., Wood, S.J., Olssen, C., **Allen, N.B.,** & Whittle, S. (2018). Brain structural connectivity during adrenarche: associations between hormone levels and white matter microstructure. *Psychoneuroendocrinology,* 88, 70-77.

32. Bayer, J.K., Mundy, L., Stokes, I., Hearps, S., **Allen, N.B.** & Patton, G. (In Press). Bullying, mental health and friendship in Australian primary school children. *Child and Adolescent Mental Health.* (Accepted December 2017).

33. *Blake, M.J.,* Blake, L., Schwartz, O., *Raniti, M.,* Waloszek, J., Murray, G.W., Simmons, J.G., Landau, E., Dahl, R., McMakin, D., Dudgeon, P., Trinder, J., & **Allen, N.B.** (2018). Who benefits from adolescent sleep interventions? Moderators of treatment efficacy in a randomized controlled trial of a cognitive-behavioral and mindfulness-based group sleep intervention for at-risk adolescents. *Journal of Child Psychology and Psychiatry, 59(6),* 637-649.  https://doi.org/10.1111/jcpp.12842

34. *Blake, M.J.,* Trinder, J.A., & **Allen, N.B.** (2018). Mechanisms underlying the association between insomnia, anxiety, and depression in adolescence: Implications for behavioral sleep interventions. *Clinical Psychology Review.* (Accepted May 2018).

35. Bodner, N., Kuppens, P., **Allen, N.B.**, Sheeber, L., & Ceulemans, E. (2018). Affective family interactions and their associations with adolescent depression: A dynamic network approach. *Development and Psychopathology.* (Accepted June 2017). https://doi.org/10.1017/S0954579417001699

36. *Byrne,* M.L., Schwartz, O.S., Simmons, J.G., Sheeber, L., Whittle, S., & **Allen, N.B.** (2018). Duration of breastfeeding and subsequent adolescent obesity: Effects of maternal behavior and socio-economic status. *Journal of Adolescent Health, 62(4),* 471-479.

37. Cheetham, A., **Allen, N. B.,** Whittle, S., Simmons, J., Yücel, M., & Lubman, D. I. (In press). Amygdala volume mediates the relationship between externalizing symptoms and daily smoking in adolescence: a prospective study. *Psychiatry Research: Neuroimaging.* (Accepted March 2018). https://doi.org/10.1016/j.pscychresns.2018.03.007

38. Dahl, R.E., **Allen, N.B.,** Wilbrecht, L. & Suleiman, A.B. (2018). Importance of investing in adolescence from a developmental science perspective. *Nature, 554 (7693),* 441-450.

39. Flores, L.E., Eckstrand, K.L., Silk, J.S., **Allen, N.B.,** Ambrosia, M., Healey, K.L., & Forbes, E.E. (In press). Adolescents' neural response to social reward and real-world

emotional closeness and positive affect. *Cognitive, Affective, and Behavioral Neuroscience.* (Accepted April 2018).

40. Herting, M.M., Johnson, C., Mills, K.L., Vijayakumar, N., Dennison, M., Liu, C., Goddings, A., Dahl., R.E., Sowell, E.R., Whittle, S., **Allen, N.B.** & Tamnes, C.K. (In Press). Development of subcortical volumes across adolescence in males and females: A multisample study of longitudinal changes. *Neuroimage.* (Accepted January, 2018).

41. Horn, S.R., Long, M.M., Nelson, B.W., **Allen, N.B.**, Fisher, P.A., & Byrne, M.L. (2018). Replication and reproducibility issues in the relationship between C-reactive protein and depression: A systematic review and focused meta-analysis. *Brain Behavior and immunity.* (Accepted June 2018).

42. Hughes, E.K., Mundy, L.K., Romaniuk, H. Sawyer, S.M., Wake, M., Williams, J., Olds, T., **Allen, N.B.**, & Patton, G.C. (In press). Body image dissatisfaction and the adrenarchal transition. *Journal of Adolescent Health.* (Accepted May 2018).

43. Kapungu C., Petroni S., **Allen N.B.**, Brumana, L., Collins, P., DeSilva, M., Haj-Ahmad, J., Leichner, A., Lockwood Estrin, G., Patton, G., Pringle, B., Omigbodun, O., Singh, S., Dua, T., Zeck, W. (2018). Gendered influences on adolescent mental health in low-and middle-income countries: Recommendations from an expert convening. *Lancet Child & Adolescent Health, 2(2), 85-86.*

44. Kettle, J.W.L., & **Allen, N.B.** (In press). Facial reactivity and attentional processing of facial expressions and gaze direction. *Journal of Psychophysiology.* (Accepted April 2018).

45. *Liknaitzky, P.,* Smillie, L., & **Allen, N.B.** (2018). The Low and narrow: A preliminary test of the association between depressive symptoms and deficits in producing divergent inferences. *Creativity Research Journal, 30(1),* 67-77.

46. *Little, K.,* Olsson, C., Whittle., S., MacDonald, J.A., Sheeber, L.B., Youssef, G., Simmons, J.G., Sanson, A.V., Foley, D. & **Allen, N.B.** (2018). Sometimes it's good to be short: The serotonin transporter gene, positive parenting and adolescent depression. *Child Development.* (Accepted, May, 2017). https://doi.org/10.1111/cdev.12987

47. *Nelson, B.W.* & **Allen, N.B.** (In press). Extending the passive sensing toolbox: Utilizing smart home technology in psychological science. *Perspectives in Psychological Science.* (Accepted March, 2018).

48. *Nelson, B.W.,* **Allen, N.B.,** & Laurent, H. (2018). Infant HPA axis as a potential mechanism linking maternal mental health and infant telomere length. *Psychoneuroendocrinology, 88,* 38-46.

49. *Nelson, B.W., Byrne, M.,* Simmons, J.G, Whittle, S., Schwartz, O, O'Brien-Simpson, N., Walsh, K., Reynolds, E., & **Allen, N.B.** (2018). Adolescent Temperament Dimensions as Stable Prospective Risk and Protective Factors for Salivary C-Reactive Protein. *British Journal of Health Psychology.* (23(1), 186-207.

50. Raniti, M., Waloszek, J., Schwartz, O., **Allen, N.B.**, & Trinder, J. (2018). Factor structure and psychometric properties of the Pittsburgh Sleep Quality Index in community-based adolescents. *Sleep.* zsy066, https://doi.org/10.1093/sleep/zsy066

51. Rose, L., Williams, I.R., Olsson, C.A., & **Allen, N.B.** (2018). Promoting adolescent health and wellbeing through outdoor youth programs: Results from a multi-site Australian study. *Journal of Outdoor Recreation, Education, and Leadership, 10(1)*, 33-51.

52. Schwartz, O.S., Rowell, V., Whittle, S., Byrne, M.L., Simmons, J.G., Sheeber, L., McKenzie, V., & **Allen, N.B.** (2018). Family meta-emotion and the onset of Major Depressive Disorder in adolescence: A prospective longitudinal study. *Social Development.* (Accepted February 2018). https://doi.org/10.1111/sode.12291

53. Thompson, K., **Allen, N.B.,** Chong, S., & Chanen, A.M. (2018). Affective startle modulation in young people with first-presentation borderline personality disorder. *Psychiatry Research, 263,* 166-172.

54. Vijayakumar, N., **Allen, N.B.,** Simmons, J.G., Byrne, M.L., & Whittle, S. (2018). Neurodevelopmental trajectories related to attention problems predict driving related risk behaviors. *Journal of Attention Disorders* (Accepted October 2016). https://doi.org/10.1177/1087054716682336

55. Xiang-Zhen, K., Canales Rodriguez, E. J., Clyde, F., & ENIGMA Consortium. (2018). Mapping Cortical Brain Asymmetry in 17,141 Healthy Individuals Worldwide via the ENIGMA Consortium. *Proceedings of the National Academy of Sciences (PNAS)*, in press.

**2017**

56. Badcock, P.B.T., Davey, C.G., Whittle, S., **Allen, N.B.,** & Friston, K.J. (2017). The depressed brain: An evolutionary systems theory. *Trends in Cognitive Sciences, 21 (3),* 182–194.

57. Bei, B., Manber, R., **Allen, N.B.,** Trinder, J., & Wiley, J.F. (2017). Too long, too short, or too variable? Sleep intraindividual variability and its associations with perceived sleep quality and mood in adolescents during naturalistically unconstrained sleep. *Sleep.* 40 (2): zsw067. doi: 10.1093/sleep/zsw067

58. *Blake, M.J.,* Snoep, L., *Raniti, M.,* Schwartz, O., Waloszek, J., Simmons, J.G., Murray, G.W., Blake, L., Landau, E., Dahl, R., Bootzin., R., McMakin, D., Dudgeon, P., Trinder, J., & **Allen, N.B.** (2017). A cognitive-behavioral and mindfulness-based group sleep intervention improves behavior problems in at-risk adolescents by improving perceived sleep quality. *Behaviour Research and Therapy, 99,* 147-156.

59. *Blake, M.J.,* Schwartz, O., Waloszek, J., *Raniti, M.,* Simmons, J.G., Murray, G.W., Blake, L., Dahl, R., Bootzin, R., McMakin, D., Dudgeon, P., Trinder, J., & **Allen, N.B.** (2017). The SENSE Study: Treatment mechanisms of a cognitive behavioral and mindfulness based sleep improvement intervention in at-risk adolescents. *Sleep, 40(6), zsx061. DOI: https://doi.org/10.1093/sleep/zsx061*

60. *Blake, M.J.,* Sheeber, L., Youseff, G., *Raniti, M.,* & **Allen, N.B.** (2017). Systematic review and meta-analysis of adolescent cognitive-behavioral sleep interventions. *Clinical Child and Family Psychology Review, 20(3),* 227-249.

61. *Byrne, M.L.,* Badcock, P.B., Simmons, J.G., Whittle, S., Pettitt, A., Olsson, C.A., Mundy, L.K., Patton, G.C., **Allen, N.B.** (2017). Self-reported parenting style is associated with

children's inflammation and immune activation. *Journal of Family Psychology, 31(3)*, 374-380

62. *Byrne, M.L., Horne, S.*, O'Brien-Simpson, N.M., Walsh, K.A., Reynolds, E.C., Schwartz, O.S., Whittle, S., Simmons, J.G., Sheeber, L., **Allen, N.B.** (2017). Associations between observed parenting behavior and adolescent inflammation two and a half years later in a community sample. *Health Psychology, 36(7)*, 641-651.

63. *Byrne, M.L.*, Whittle, S., Vijayakumar, N., Dennison, M., Simmons, J.G., & **Allen, N.B.** (2017). A systematic review of adrenarche as a sensitive period in neurobiological development and mental health. *Developmental Cognitive Neuroscience, 25*, 12-28.

64. Callaghan, B.L., Dandash, O. Simmons, J.G., Schwartz, O.S., Byrne, M.L., Sheeber, L., **Allen, N.B.,** & Whittle, S., (2017). Amygdala resting connectivity mediates association between maternal aggression and adolescent major depression. *Journal of the American Academy of Child and Adolescent Psychiatry, 56(11)*, 983-991.

65. Cheetham, A., **Allen, N. B.**, Whittle, S., Simmons, J., Yücel, M., & Lubman, D. I. (2017). Orbitofrontal cortex volume and Effortful Control as prospective risk factors for substance use disorder in adolescence. *European Addiction Research, 23*, 37–44. http://doi.org/10.1159/000452159

66. *Davies, B.,* & **Allen, N.B.** (2017). Trauma and homelessness in youth: Psychopathology and intervention. *Clinical Psychology Review, 54*, 17-28.

67. Eckstand, K.L., Choukas-Brandley, S., Mohanty, A., Cross, M., **Allen, N.B.**, Silk, J., Jones, N.P., & Forbes, E.E. (2017). Heightened activity in social reward networks is associated with adolescents' risky sexual behaviors. *Developmental Cognitive Neuroscience, 27*, 1-9.

68. *Ellis, R.,* Seal, M.L., Adamson, C., Beare, R., Simmons, J.G., Whittle, S., & **Allen, N.B.** (2017). Brain connectivity networks and longitudinal trajectories of depression symptoms in adolescence. *Psychiatry Research: Neuroimaging, 260*, 62-69.

69. *Ellis, R.E.,* Seal. M., Simmons, J.G., Whittle, S., Schwartz, O.S., Byrne, M.L., & **Allen, N.B.** (2017). Longitudinal trajectories of depression symptoms in adolescence: Psychosocial risk factors and outcomes. *Child Psychiatry & Human Development, 48(4)*, 554–571.

70. Garfield, J. B. B., Cotton, S. M., **Allen, N. B.**, Cheetham, A., Kras, M., Yücel, M., & Lubman, D. I. (2017). Evidence that anhedonia is a symptom of opioid dependence associated with recent use. *Drug and Alcohol Dependence*, *177*, 29–38.

71. de Haan-Rietdijk, S., Bergeman, C.S., Kuppens, P., Sheeber, L.B., **Allen. N.B.,** & Hamaker, E.L. (2017). On the use of mixed Markov models for intensive longitudinal data. *Multivariate Behavioral Research 52(6)*, 747-767.

72. Kaess, M., Whittle, S., Simmons, J.G., Jovev, M., **Allen, N.B.**, Chanen, A.M. (2017). The interaction of childhood maltreatment, sex, and borderline personality features in the prediction of the cortisol awakening response in adolescents. *Psychopathology, 50(3)*, 188-194.

73. *Latham, M.D., Cook, N., Simmons, J.G., Byrne, M., Kettle, J., Schwartz, O.S., Vijayakumar, N.,* Whittle, S., & **Allen, N.B.** (2017). Physiological correlates of emotional reactivity and regulation in early adolescents. *Biological Psychology, 127,* 229–238.

74. *Liknaitzky, P.,* Smillie, L., & **Allen, N.B.** (2017). Out-of-the-Blue: Depressive symptoms are associated with deficits in processing inferential expectancy-violations using a novel cognitive rigidity task. *Cognitive Therapy and Research, 41,* 757-776.

75. Lubman, D., Cheetham, A., Jorm, A.F., Berridge, B.J., Wilson, C., Blee, F., McKay-Brown, L., **Allen, N.B.,** & Proimos, J. (2017). Australian adolescents' attitudes and help-seeking intentions towards peers experiencing symptoms of depression and alcohol misuse. *BMC Public Health, 17,* 658.

76. Mundy, L., Canterford, L., Kosola, S., Degenhardt, L., **Allen, N.B.,** & Patton. G. (2017). Peer victimization and academic performance in primary school children. *Academic Pediatrics, 17(8),* 830-836.

77. Mundy, L. K., Canterford, L., Olds, T., Allen, N. B., & Patton, G. C. (2017). The association between electronic media and emotional and behavioral problems in late childhood. *Academic Pediatrics, 17,* 620-624.

78. Mundy, L. Canterford, L. Tucker, D., Bayer, J., Romaniuk, H., Redmond, G., Petra L., Sawyer, S., Proimos, J., **Allen, N.B.,** Patton, G. (2017). Academic performance in primary school children with common emotional and behavioural problems. *Journal of School Health, 87 (8),* 593-601.

79. *Nelson, B. W., Byrne, M. L.,* Sheeber, L., & **Allen, N. B.** (2017). Does Context Matter? A Multi-Method Assessment of Affect in Adolescent Depression Across Multiple Affective Interaction Contexts. *Clinical Psychological Science,* 5(2), 239-258.

80. *Nelson, B.W., Byrne, M.,* Simmons, J. G., Whittle, S., Schwartz, O.S., Reynolds, E.C., O'Brien-Simpson, N.M., Sheeber, L., & **Allen, N.B.** (2017). Adolescent sympathetic activity and salivary C-reactive protein: The effects of parental behavior. *Health Psychology. 36(10),* 955-965.

81. Puccio, F., Fuller-Tyszkiewicz, M., Youssef, G., Mitchell, S., Byrne, M., **Allen, N.B.,** & Krug, I. (2017). Longitudinal bi-directional effects and trajectories of disordered eating, depression and anxiety. *European Eating Disorders Review, 25(5),* 351-358.

82. Schmaal, L., Yucel., M., Ellis, R., Vijayakumar, N., **Allen, N.B.,** & Whittle, S. (2017). Brain structural signatures of adolescent depressive symptom trajectories: A longitudinal MRI study. *Journal of the American Academy of Child and Adolescent Psychiatry, 56(7),* 593-601.

83. Schwartz, O.S., Simmons, J.G., Whittle, S., Byrne, M.L., Yap, M.B.H., Sheeber, L., & **Allen, N.B.** (2017). Affective parenting behaviors, adolescent depression, and brain development: A review of findings from the Orygen Adolescent Development Study. *Child Development Perspectives.* 11 (2), 90–96.

84. Simmons, J.G., Schwartz, O.S., Bray, K., Deane, C., Pozzi, E., Richmond, S., Smith, J., Byrne, M.L., Vijayakumar, N., Seal, M.L., Yap, M.B.H, **Allen, N.B.,** & Whittle, S.L. (2017). Study protocol: Families and Childhood Transitions Study (FACTS) - A longitudinal investigation of the role of the family environment in brain development

and risk for mental health disorders in community based children. *BMC Pediatrics*, 17:153.

85. Verma, S., **Allen, N.B.**, Trinder, J, and Bei, B. (2017). Highs and lows: Naturalistic changes in mood and everyday hassles over school and vacation periods. *Journal of Adolescence, 61,* 17-21.

86. Vijayakumar, N., **Allen, N.B.**, Dennison, M., Byrne, M.L., Simmons, J.G., & Whittle, S. (2017). Cortico-amygdalar maturational coupling is associated with depressive symptom trajectories during adolescence. *Neuroimage, 156, 403-411.*

87. Whittle, S., Simmons, J., Hendriksma, S., Vijayakumar, N., Byrne, M., Dennison, M., & **Allen, N.B.** (2017). Childhood maltreatment, psychopathology, and the development of hippocampal sub-regions during adolescence. *Brain and Behavior, 7 (2),* e00607.

88. Whittle, S., Vijayakumar, N., Simmons, J.G., Dennison, M., Schwartz, O.S., Pantelis, C., Sheeber, L., Byrne, M.L., & **Allen, N.B.** (2017). Role of positive parenting in the association between neighborhood social disadvantage and brain development across adolescence. *JAMA Psychiatry, 74(8),* 824-832.

89. Williams, I.R., Rose, L.M., Olsson, C., Patton, G.C., & **Allen, N.B.** (2017). The impact of outdoor youth programs on positive adolescent development: Study protocol for a controlled crossover trial. *International Journal of Educational Research, 87,* 22-35.

**2016**

90. Badcock, P.B.T., Ploeger, A., & **Allen, N.B.** (2016). After phrenology: Cause for a paradigm shift in cognitive science? *Behavioral and Brain Sciences, 39,* e121.

91. *Blake, M.J.,* Waloszek, J., Schwartz, O., *Raniti, M.,* Simmons, J.G., Blake, L., Murray, G.W., Dahl, R., Bootzin, R., Dudgeon, P., Trinder, J., & **Allen, N.B.** (2016). The SENSE Study: Post intervention effects of a randomized controlled trial of a cognitive-behavioral and mindfulness-based group sleep improvement intervention among at-risk adolescents. *Journal of Consulting and Clinical Psychology,* 84(12), 1039-1051.

92. Bowen, D.J., Neill, J.T., Williams, I.R., Mak, A.S., **Allen, N. B.,** & Olsson, C.A. (2016). A Profile of Outdoor Adventure Interventions for Young People in Australia. *Journal of Outdoor Recreation, 8*(1), 26-40.

93. *Byrne, M.L.,* Whittle, S., & **Allen, N.B.** (2016). The role of brain structure and function in the association between inflammation and depressive symptoms: A systematic review. *Psychosomatic Medicine, 78*(4), 389-400.

94. *Delany, F.M., Byrne, M.L.,* Whittle, S., Simmons, J.G., Olsson, C.L., Mundy, L.K., Patton, G.C., & **Allen, N.B.** (2016). Depression, immune function, and early adrenarche in children. *Psychoneuroendocrinology, 63, 228-234.*

95. Harbard, E., **Allen, N.B.,** Trinder, J., & Bei, B. (2016). What's keeping teenagers up? Pre-bedtime behaviors and actigraphy-assessed sleep over school and vacation. *Journal of Adolescent Health. 58*(4), 426-432.

96. Hollenstein, T., **Allen, N.B.,** & Sheeber, L. (2016). Affective patterns in triadic family interactions: Associations with adolescent depression. *Development and Psychopathology, 28,* 85-96.

97. Lubman, D. I., Berridge, B. J., Blee, F., Jorm, A. F., Wilson, C. J., **Allen, N. B.**, et al. (2016). A school-based health promotion programme to increase help-seeking for substance use and mental health problems: study protocol for a randomised controlled trial. *Trials, 17*, 393. http://doi.org/10.1186/s13063-016-1510-2

98. Mokdad, A. H., Forouzanfar, M. H., Daoud, F., Mokdad, A. A., El Bcheraoui, C., Moradi-Lakeh, M., ….**Allen,N.B.**, … & Kravitz, H. (2016). Global burden of diseases, injuries, and risk factors for young people's health during 1990–2013: a systematic analysis for the Global Burden of Disease Study 2013. *The Lancet,* 387 (10036), 2383–2401.

99. Murray, C.R., **Allen, N.B.**, Simmons, J.G., *Byrne, M.L.*, Mundy, L.K., Seal, M.L., Patton, G.C., Olsson, C., & Whittle. S. (2016). Associations between dehydroepiandrosterone (DHEA) levels, pituitary volume, and social anxiety in children. *Psychoneuroendocrinology, 64,* 31-39.

100. Oostermeijer, S., Whittle, S., Suo, C., **Allen, N.B.**, Simmons, J.G., Vijayakumar, N., van de Ven, P., Janson, L.M.C., Yücel, M., & Popma, A. (2016). Trajectories of adolescent conduct problems in relation to cortical thickness development: a longitudinal MRI study. *Translational Psychiatry, 6*(6), e841.

101. Pfeifer, J.H., & **Allen, N.B.** (2016). The audacity of specificity: Moving adolescent developmental neuroscience towards more powerful scientific paradigms and translatable models. *Developmental Cognitive Neuroscience, 17,* 131-137.

102. *Raniti, M. B.,* **Allen, N. B.**, Schwartz, O., Waloszek, J. M., Byrne, M. L., Woods, M. J., Bei, B., Nicholas, C.L., & Trinder, J. (2017). Sleep duration and sleep quality: Associations with depressive symptoms across adolescence. *Behavioral Sleep Medicine, 15*(3), 198–215.

103. *Richmond, S.,* Johnson, K.A., Seal, M.L., **Allen, N.B.**, & Whittle, S. (2016). Development of brain networks and relevance of environmental and genetic factors: A systematic review. *Neuroscience and Biobehavioral Reviews,71,* 215-239.

104. *Simmons, J.G.*, Badcock, P.B.T., Whittle, S., Byrne, M., Mundy, L., Patton, G.C., Olsson, & **Allen, N.B.** (2016). The lifetime experience of traumatic events is associated with hair cortisol concentrations in community-based children. *Psychoneuroendocrinology, 63,* 276-281.

105. Stolar, M., Lech, M., Sheeber, L., & **Allen, N.B.** (2016). Quantitative and Qualitative Insights into Emotional Interaction Patterns in Families with Clinically Depressed and Non-Depressed Adolescents. *Clinical Depression, 2*(1), 1-7.

106. Takahashi, T., Nishikawa, Y., Yücel, M., Whittle, S.,  Walterfang, M., Sarabyashi, D., Suzuki, M., Pantelis, C., & **Allen, N.B.** (2016). Olfactory sulcus morphology in patients with current and past major depression. *Psychiatry Research: Neuroimaging, 255,* 60-65.

107. *Vijayakumar, N.,* **Allen, N.B.**, Dennison, M., Yücel, M., Simmons, J.G., Youssef, G.J. & Whittle, S. (2016). Brain development during adolescence: a longitudinal investigation of cortical thickness, surface area, and volume. *Human Brain Mapping.* 37(6), 2027–2038.

108. *Vijayakumar, N.,* Whittle, S., Yücel, M., *Byrne, M.L., Schwartz, O.S., Simmons, J.G.,* & **Allen, N.B.** (2016). Impaired maturation of cognitive control in adolescents who develop

major depressive disorder. *Journal of Clinical Child and Adolescent Psychology, 45(1),* 31-43.

109. *Waloszek, J.M.,* Woods, M.J., *Byrne, M.,* Nicholas, C.L., Bei, B., Murray, G., *Raniti, M.,* **Allen, N.B.,** & Trinder, J. (2016). Nocturnal indicators of increased cardiovascular risk in depressed adolescent girls. *Journal of Sleep Research, 25(2),* 216-224.

110. Whittle, S., Vijayakumar, N., Dennison, M., Schwartz, O., Simmons, J.G., Sheeber, L., & **Allen, N.B.** (2016). Observed measures of negative parenting predict brain development during adolescence. *PloS one, 11(1),* e0147774.

111. *Youssef, G.,* Whittle, S., **Allen, N.B.,** Lubman, D.I., Simmons, J.G. & Yücel, M. (2016). Cognitive-control as a moderator of temperamental motivations toward adolescent risk-taking behavior. *Child Development, 87(2),* 395-404.

**2015**

112. **Allen, N.B.** & Dahl, R.E. (2015). Multi-level models of internalizing disorders and translational developmental science: Seeking etiological insights that can inform early intervention strategies. *Journal of Abnormal Child Psychology, 43(5),* 875-883.

113. *Baker, S.T.E.,* Lubman, D.I., Yücel, M., **Allen, N.B.,** Whittle, S., Fulcher, B., Zalessky, A, & Fornito, A. (2015). Developmental changes in brain network hub connectivity in late adolescence. *Journal of Neuroscience. 35*(24), 9078-9087.

114. *Bei, B.,* Wiley, J.F., **Allen, N.B.** & Trinder, J. (2015). A cognitive vulnerability model on sleep and mood in adolescents under naturalistically restricted and extended sleep opportunities. *Sleep, 38(3),* 453-461.

115. *Byrne, M.L.,* O'Brien-Simpson, N., Mitchell, S. & **Allen, N.B.** (2015). Adolescent-onset depression: Are obesity and inflammation developmental mechanisms or outcomes? *Child Psychiatry and Human Development, 46*(6), 839-850.

116. *Chambers, R.,* Gullone, E., Hassed, C., Knight, W., Garvin, T, & **Allen, N.B.** (2015). Mindful emotion regulation predicts recovery in depressed youth. *Mindfulness, 6*(3), 523-534.

117. *Cheetham, A.,* **Allen, N.B.,** Schwartz, O.S., Simmons, J.G., Whittle, S., Byrne, M.L., Sheeber, L., & Lubman, D. (2015). Affective behavior and temperament predict the onset of smoking in adolescence. *Psychology of Addictive Behaviors, 29*(2), 347

118. *Davey, C.G.,* Whittle, S., Harrison, B.J., Simmons, J. G., Byrne, M.L, Schwartz, O., & **Allen, N. B.** (2015). Functional brain imaging correlates of negative affectivity and the onset of first-episode depression. *Psychological Medicine, 45*(05), 1001-1009.

119. *Dennison, M.,* Whittle, S., Yücel, M., *Byrne, M. L., Schwartz, O., Simmons, J. G.,* & **Allen, N. B.** (2015). Trait positive affect is associated with hippocampal volume and change in caudate volume across adolescence. *Cognitive, Affective, & Behavioral Neuroscience, 15(1),* 80–94.

120. *Friedel, S.,* Whittle, S.L., Vijayakumar, N., Simmons, J.G., Byrne, M.L., Schwartz, O.S., & **Allen, N.B.** (2015). Dispositional mindfulness is predicted by structural development of the insula during late adolescence. *Developmental Cognitive Neuroscience, 14,* 62-70.

121. Garfield, J.B.B., **Allen, N.B.,** Cheetham, A., Simmons, J.G., Lubman, D.I. (2015). Attention to pleasant stimuli in early adolescence predicts alcohol-related problems in

mid-adolescence. *Biological Psychology 108*, 43-50.

122. Genella, D.E., **Allen, N.B.**, *Simmons, J.G., Schwartz, O.,* Kim, J.H., Sheeber, L., & Whittle, S. (2015). Early life stress alters pituitary growth during adolescence: A longitudinal study. *Psychoneuroendocrinology, 53*, 185-194.

123. Klauser, P., Fornito, A., Lorenzetti, V., Davey, C.G., Dwyer, D., **Allen, N.B.,** & Yücel, M. (2015). Cortico-limbic network abnormalities in individuals with current and past major depressive disorder. *Journal of Affective Disorders. 173*, 45-52.

124. Klauser, P., Whittle, S., *Simmons, J.G., Byrne, M.L.,* Mundy, L.K., Patton, G.C., Fornito, A., & **Allen, N.B.** (2015). Reduced frontal white matter volume in children with early onset of adrenarche. *Psychoneuroendocrinology, 52*, 111-118.

125. *Little, K.,* Olsson, C.A., Youssef, G.J., Whittle, S., Simmons, J.G., Yücel, M., Sheeber, L., Foley, D.L., & **Allen, N.B.** (2015). Linking the Serotonin Transporter Gene, Family Environments, Hippocampal Volume and Depression Onset: A Prospective Imaging Gene x Environment Analysis. *Journal of Abnormal Psychology, 124(4),* 834-849.

126. Mundy, L.K., Romaniuk, H., Centerford, L., Hearps, S., Viner, R.M., Bayer, J.K., Simmons, J.G., Carline, J.B., **Allen, N.B.,** & Patton, G.C. (2015). Adrenarche and the emotional and behavioral problems of late childhood. *Journal of Adolescent Health, 57*(6), 608-616.

127. Murray, G., Leitan, N.D., Berk, M., Thomas, N., Michalak, E.M., Berk, L., Johnson, S.L., Jones, S., Perich, T., **Allen, N.B.,** & Kyrios, M. (2015). Online mindfulness based intervention for late stage bipolar disorder: Pilot evidence for feasibility and effectiveness. *Journal of Affective Disorders, 178*, 46-51.

128. Shortt, J.W., Katz, L.F., **Allen, N.B.**, Leve, C., Davis, B., & Sheeber, L. (2016). Emotion socialization in the context of risk and psychopathology: Mother and father socialization of anger and sadness in adolescents with depressive disorder. *Social Development. 25*(1), 27-46.

129. *Simmons, J.G., Byrne, M.B., Schwartz, O.S.,* Whittle, S.W., Sheeber, L., Kaess, M. & **Allen, N.B.** (2015). Dual-axis hormonal covariation in adolescence and the moderating influence of prior trauma and aversive maternal parenting. *Developmental Psychobiology. 57*(6), 670-687.

130. Strikwerda-Brown, C., Davey, C.G., Whittle, S., **Allen, N.B.,** *Byrne, M.L., Schwartz, O.S., Simmons, J.G.,* Dwyer, D. & Harrison, B.J. (2015). Mapping the relationship between subgenual cingulate cortex functional connectivity and depressive symptoms across adolescence. *Social Cognitive and Affective Neuroscience, 10*(7), 961-968.

131. *Waloszek, J.M., Schwartz, O., Simmons, J.G., Blake, M.J.,* Blake, L.M., Murray, G.W., *Raniti, M.,* Dahl, R.E., O'Brien-Simpson, N., Dudgeon, P., Trinder, J., & **Allen, N.B.** (2015).The SENSE Study (Sleep and Education: learning New Skills Early): A community cognitive-behavioral therapy and mindfulness-based sleep intervention to prevent depression and improve cardiac health in adolescence. *BMC Psychology. 3*(1), 1-12.

132. *Waloszek, J.M., Byrne, M.,* Woods, M.J., Nicholas, C.L., Bei, B., Murray, G., *Raniti, M.,* **Allen, N.B.,** & Trinder, J. (2015). Early physiological markers of cardiovascular risk in community based adolescents with a depressive disorder. *Journal of Affective Disorders,*

*175*, 403-410.

133. Whittle, S., *Simmons, J.G., Byrne, M.L.*, Stikwerda-Brown, C, Kerestes, R., Seal, M.L., Olsson, C.A., Dudgeon, P., Mundy, L., Patton, G.C., & **Allen, N.B.** (2015). Associations between early adrenarche, affective brain function and mental health in children. *Social Cognitive and Affective Neuroscience (SCAN)*, *10*, 1282-1290.

134. Yücel, M., Whittle, S., Youssef, G.J., Kashyap, H., Simmons, J.G., Schwartz, O., Lubman, D.I., & **Allen, N.B.** (2015). The influence of sex, temperament, risk taking behavior and mental health on gambling behavior: a longitudinal study of youth. *International Gambling Studies, 15(1), 108-123.*

**2014**

135. *Bei., B.*, **Allen, N.B.**, Nicholas, C.L., Dudgeon, P., Murray, G., & Trinder, J. (2014). Actigraphy-assessed sleep during school and vacation periods: A naturalistic study of restricted and extended sleep opportunities in adolescents. *Journal of Sleep Research*, *23*, 107-117.

136. *Cheetham, A.*, **Allen, N.**, Whittle, S., Simmons, J., Yücel, M., & Lubman, D. (2014). Volumetric differences in the anterior cingulate cortex prospectively predict alcohol-related problems in adolescence. *Psychopharmacology*, *231*, 1731-1742.

137. *Dwyer, D.B.*, Harrison, B.J., Yücel, M., Whittle, S., Zalesky, A., Pantelis, C., **Allen, N.B.**, Fornito, A. (2014). Large-scale brain network dynamics supporting adolescent cognitive control. *Journal of Neuroscience, 34(42),* 14096-14107.

138. Jovev, M., *Whittle, S.*, Yücel, M., *Simmons, J.G.*, **Allen, N.B.** & Chanen, A. (2014). The relationship between hippocampal asymmetry and temperament in the emergence of borderline and antisocial personality pathology during adolescence. *Development and Psychopathology, 26*, 275-285.

139. Katz, L.F., Shortt, J.W., **Allen, N.B.**, Davis, B., Hunter, E., Leve, C., & Sheeber, L.B. (2014). Parental emotion socialization in clinically depressed adolescents: Accepting, dampening, and enhancing positive affect. *Journal of Abnormal Child Psychology, 42*, *205-215.*

140. *Little, K.*, Olsson C.A., Whittle. S., Youssef, G.J., Byrne, M.L. Simmons, J.G., Yücel, M., Foley, D.L. & **Allen. N.B.** (2014). Association between serotonin transporter genotype, brain structure and adolescent onset Major Depressive Disorder: A longitudinal prospective study. *Translational Psychiatry.* 4(9), e445.

141. *Ooi, K.E.B.*, Lech, M., & **Allen, N.B.** (2014). Prediction of major depression in adolescents using an optimized multi-channel weighted speech classification system. *Biomedical Signal Processing and Control, 14*, 228-239.

142. *Schwartz, O.S., Byrne, M.L., Simmons, J.G.*, Whittle, S., Dudgeon, P., Yap, M.B.H., Sheeber, L.B. & **Allen, N.B.** (2014). Parenting During Early Adolescence and Adolescent Onset Major Depression: A Six-year Prospective Longitudinal Study. *Clinical Psychological Science, 2 (3),* 272-286.

143. *Simmons, J.G.*, Whittle, S.L., Patton, G., Dudgeon, P., Olsson, C., *Byrne, M.L.*, Mundy, L.K., Seal, M.L., & **Allen, N.B.** (2014). Study protocol: Imaging brain development in the

Childhood to Adolescence Transition Study (iCATS). *BMC Pediatrics, 14(1), 115.*

144. Stolar, M.N., Lech. M., Sheeber, L., Burnett, I.S., & **Allen N.B.** (2013). Introducing emotions to the modelling of intra- and inter-personal influences in parent-adolescent conversations. *IEEE Transactions on Affective Computing.* 4(4), 372-385.

145. *Vijayakumar, N., Whittle, S.,* Yücel, M., *Dennison, M., Simmons, J.,* & **Allen, N. B.** (2014). Thinning of the lateral prefrontal cortex during adolescence predicts emotion regulation in females. Social Cognitive and Affective Neuroscience (SCAN), 9(11), 1845-1854.

146. *Vijayakumar, N.,* Whittle. S., Yücel, M., *Dennison, M., Simmons, J.G.,* & **Allen, N.B.** (2014). Prefrontal structural correlates of cognitive control during adolescent development: a 4-year longitudinal study. *Journal of Cognitive Neuroscience, 1118-1130.*

147. *Vijayakumar, N.,* Whittle. S., Yücel, M., *Dennison, M., Simmons, J.G.,* & **Allen, N.B.** (2014). Development of temperamental effortful control mediates the relationship between maturation of the prefrontal cortex and psychopathology during adolescence: a 4-year longitudinal study. *Developmental Cognitive Neuroscience, 9,* 30-43.

148. Visser, T.A.W., Ohan, J.L. , *Whittle, S.,* Yücel, M., *Simmons, J.G.* & **Allen, N.B.** (2014). Sex differences in structural brain asymmetry predict overt aggression in early adolescents. *Social Cognitive and Affective Neuroscience (SCAN),* 9, 553-560.

149. *Whittle, S.,* Bartolomeusz, C., Yücel, M., *Dennison, M., Vijayakumar, N.* & **Allen, N.B.** (2014). Orbitofrontal sulcogyral patterns predict temperamental risk for psychopathology. *Social Cognitive and Affective Neuroscience (SCAN),* 9, 232-239.

150. Whittle. S., *Simmons, J.G., Dennison, M., Vijayakumar, N., Schwartz, O.S.,* Yap, M.B.H., Sheeber, L., & **Allen, N.B.** (2014). Positive parenting predicts the development of adolescent neural reward circuitry: A longitudinal study. *Developmental Cognitive Neuroscience, 8,* 7-17.

151. Whittle. S., *Lichter, R., Dennison, M., Vijayakumar, N., Schwartz, O., Byrne, M., Simmons, J.G.,* Yücel, M., Pantelis, C., McGorry, P.D., & **Allen, N.B.** (2014). Structural brain development and depression onset during adolescence: a longitudinal, prospective study. *American Journal of Psychiatry, 171:564–571.*

**2013**

152. *Baker, S.,* Yücel, M., Fornito., A., **Allen, N.B.,** & Lubman, D. (2013). A systematic review of diffusion weighted MRI studies of white matter microstructure in adolescent substance users. *Neuroscience and Biobehavioral Reviews, 37*(8), 1713–1723.

153. *Bei, B., Byrne, M.L.,* Ivens, C., Waloszek, J., Woods, M.J., Dudgeon, P., Murray, G., Nicholas, C.L., Tinder, J., & **Allen, N.B.** (2013). Pilot study of a mindfulness-based, multicomponent, in-school, group, sleep    intervention in adolescent girls. *Early Intervention in Psychiatry, 7,* 213-220.

154. Berk., M, Williams, L.J., Jacka, F.N., O'Neil, A., Pasco, J.A., Moylan, S., **Allen, N.B.,** Stuart, A.L., Hayley, A.C., *Byrne, M.L.,* Maes, M. (2013). So depression is an inflammatory disease, but where does the inflammation come from? *BMC Medicine, 11,* 200.

155. *Byrne, M.L.,* O'Brien-Simpson, N.M., Reynolds, E.C., Walsh, K.A., Laughton, K., *Waloszek, J.M.,* Woods, M.J., Trinder, J., & **Allen, N.B.** (2013). Acute phase protein and

cytokine levels in serum and saliva: A comparison of detectable levels and correlations in a depressed and healthy adolescent sample. *Brain Behavior and Immunity*, *34*, 164–175.

156. *Dennison, M.,* Whittle, S., Yücel, M., *Vijayakumar, N., Kline, A.,* Simmons, J.G. & **Allen, N.B.** (2013). Mapping subcortical brain maturation during adolescence: evidence of hemisphere- and sex-specific longitudinal changes. *Developmental Science*, *16*(5), 772–791.

157. *Gaté, M.A.,* Watkins, E.R., *Simmons, J.G., Byrne, M.L., Schwartz, O.S., Whittle, S.,* Sheeber, L., & **Allen, N.B.** (2013). Maternal parenting behaviors and adolescent depression: The mediating role of rumination. *Journal of Clinical Child and Adolescent Psychology*, *42*, 348-357.

158. Jovev, M., *McKenzie, T.,* Whittle, S., *Simmons, J.G.,* **Allen, N.B.** & Chanen, A.M. (2013). Temperament and maltreatment in the emergence of borderline and antisocial personality pathology during early adolescence. *Journal of the Canadian Academy of Child and Adolescent Psychiatry = Journal de l'Académie canadienne de psychiatrie de l'enfant et de l'adolescent, 22(3), 220–229.*

159. Kaess, M., *Simmons, J.G.,* Whittle, S., Jovev, M., Chanen, A.M., Yücel, M., Pantelis, C. & **Allen, N.B.** (2013). Sex-specific prediction of hypothalamic-pituitary-adrenal axis activity by pituitary volume during adolescence: A longitudinal study from 12 to 17 years of age. *Psychoneuroendocrinology*, *38*(11), 2694–2704.

160. Mensah, F.K., Bayer, J.K., Wake, M., Carlin, J.B., **Allen, N.B.** & Patton, G.C. (2013). Childhood differences in social and behavioral adjustment associated with early puberty: Evidence from the Longitudinal Study of Australian Children. *Journal of Adolescent Health, 53,* 118-124.

161. Moore, G. A., Powers, C. J., Bass, A. J., Cohn, J. F., Propper, C. B., **Allen, N. B.,** & Lewinsohn, P. M. (2013). Dyadic interaction: Greater than the sum of its parts? *Infancy, 18,* 490-515.

162. Mundy, L.K., Simmons, J.G., **Allen,** N.B., Viner, R.M., Bayer, J.K., Olds, T., Williams, J., Olsson, C., Romaniuk, H., Mensah, F., Sawyer, S.M., Degenhardt, L., Alati, R., Wake, M., Jacka, F., & Patton, G.C. (2013). Study protocol: the Childhood to Adolescence Transition Study (CATS). *BMC Pediatrics, 13*(1), 1–1. doi:10.1186/1471-2431-13-160.

163. Ohan, J. L., Visser, T. A. W., Moss, R. G., Howlett, A., & **Allen, N. B.** (2013). Parents' stigmas of children with symptoms versus diagnoses of ADHD and depression. *Psychiatric Services, 64(12),* 1270-1273.

164. *Ooi, K.E.B.,* Lech, M., & **Allen, N.B.** (2013). Multi-channel weighted speech classification system for prediction of major depression in adolescents. *IEEE Transactions in Biomedical Engineering*, 60 (2) , art. no. 6359792 , pp. 497-506.

165. Whittle, S., *Dennison, M.,* Yücel, M., Lubman, D., Pantelis, C., *Simmons, J.G.* & **Allen, N.B.** (2013). Childhood maltreatment and psychopathology affect brain development during adolescence. *Journal of the American Academy of Child and Adolescent Psychiatry, 52 (9), 940-952.*

**2012**

166. **Allen, N.B.,** Kuppens, P., & Sheeber, L. (2012). Heart rate responses to parental behavior in depressed adolescents. *Biological Psychology, 90, 80-87.*

167. *Cheetham, A.,* **Allen, N.B.,** *Whittle, S., Simmons, J.G.,* Yücel, M. & Lubman, D.I. (2012). Orbitofrontal volumes in early adolescence predict initiation of cannabis use: A four-year longitudinal and prospective study. *Biological Psychiatry, 71(8),* 684-692.

168. *Davey, G.C.,* Harrison, B.J., Yücel, M. & **Allen, N.B.** (2012). Regionally specific alterations in functional connectivity of the anterior cingulate cortex in Major Depressive Disorder. *Psychological Medicine, 42(10), 2071-2081.*

169. *Davey, C.G.,* Yücel, M., **Allen, N.B.** & Harrison, B.J. (2012). Task-related deactivation and functional connectivity of the subgenual cingulate cortex in major depressive disorder. *Frontiers in Psychiatry, 3, Article 14.*

170. Koval, P., Kuppens, P., **Allen, N.B.,** & Sheeber, L. (2012). Getting stuck in depression: The roles of rumination and emotional inertia. *Cognition and Emotion, 26,* 1412-1427.

171. Kuppens, P., Sheeber, L., *Yap, M.B.H., Whittle, S., Simmons, J.G.,* & **Allen, N.B.** (2012). Emotional inertia prospectively predicts the onset of depressive disorder in adolescence. *Emotion, 12,* 283-289.

172. *Lo, B.C.Y.,* Lau, S., Cheung, S. & **Allen, N.B.** (2012). The impact of rumination on internal attention switching. *Cognition and Emotion, 26(2), 209-223.*

173. Pfeifer, J.H. & **Allen, N.B.** (2012). Arrested development? Reconsidering dual-systems models of brain function in adolescence and disorders. *Trends in Cognitive Sciences, 16,* 322-329.

174. *Schwartz, O.S.,* Dudgeon, P., Sheeber, L., Yap, M.B.H., Simmons, J.G. & **Allen, N.B.** (2012). Parental behaviors during family interactions predict changes in depression and anxiety symptoms during adolescence. *Journal of Abnormal Child Psychology, 40,* 59-71.

175. *Schwartz, O.S.,* Sheeber, L.B., Dudgeon, P., & **Allen, N.B.** (2012). Emotion socialization within the family environment and adolescent depression. *Clinical Psychology Review, 32,* 447-453.

176. Sheeber, L.B., Kuppens, P. Shortt, J.W., Katz, L.F., Davis, B., & **Allen, N.B.** (2012). Depression is associated with escalation of adolescents' dysphoric behavior during interactions with parents. *Emotion, 12, 913-918.* .

177. *Whittle, S.,* Yücel M, Forbes, E.E., Davey, C., Harding, I., Sheeber, L., Yap. M.B.H. & **Allen, N.B.** (2012). Adolescents' depressive symptoms moderate neural responses to their mothers' positive behavior. *Social Cognitive and Affective Neuroscience (SCAN), 7,* 23-34.

178. *Whittle, S.,* Yücel, M., Lorenzetti, V., *Byrne, M.L., Simmons, J.G.,* Wood, S.J., Pantelis, C., & **Allen, N.B.** (2012). Pituitary volume mediates the relationship between pubertal timing and depressive symptoms during adolescence. *Psychoneuroendocrinology, 37,* 881-891.

179. Yücel, M., Fornito, A., *Youssef, G., Dwyer, D., Whittle, S.,* Wood, S.J., Lubman, D.I., *Simmons, J.,* Pantelis, C. & **Allen, N.B.** (2012). Inhibitory control in young adolescents: The role of sex, intelligence, and temperament. *Neuropsychology, 26, 347-356.*

**2011**

180. **Allen, N.B.** & Jackson, H.J. (2011). What kind of evidence to we need for evidence-based mental health policy? The case of the Better Access initiative. *Australian and New Zealand Journal of Psychiatry,* 45, 696-699.

181. *Davenport, E., Yap, M.B.H., Simmons, J.G.,* Sheeber, L.B., & **Allen, N.B.** (2011). Maternal and adolescent temperament as predictors of maternal behavior during mother-adolescent interactions. *Journal of Adolescence, 34 (5), 829-839.*

182. *Davey, G.C.,* **Allen, N.B.,** Harrison, B.J. & Yücel, M. (2011). Increased amygdala response to positive social feedback in young people with major depressive disorder. *Biological Psychiatry.* 69 (8), 734-741.

183. Ehrmantrout, N., **Allen, N.B.,** Leve, C., Davis, B., & Sheeber, L.B. (2011). Adolescent recognition of parental affect: Influence of depressive symptoms. *Journal of Abnormal Psychology,* 120 (3), 628-634.

184. He, L., Lech, M., Maddage, N.C., **Allen, N.B.** (2011). Study of empirical mode decomposition and spectral analysis for stress and emotion classification in natural speech. *Biomedical Signal Processing and Control, 6 (2),* 139-146

185. Hunter, E., Katz, L.F., Shortt, J.W., Davis, B., Leve, C. **Allen, N.B.,** & Sheeber, L.B. (2011). How Do I Feel about Feelings?  Emotion Socialization in Families of Depressed and Healthy Adolescents. *Journal of Youth and Adolescence,* 40, 428-441.

186. *Jackson, J.,* Kuppens, P., Sheeber, L., **Allen, N.B.** (2011). Expression of anger in depressed adolescents: The role of the family environment. *Journal of Abnormal Child Psychology, 39(3),* 463-474.

187. *Lo, B.C.Y.,* & **Allen, N.B.** (2011). Affective bias in internal attention shifting among depressed youth. *Psychiatry Research, 187,* 125-129.

188. Lodewyckx, T., Tuerlinkx, F., Kuppens, P., **Allen, N.B.** & Sheeber, L. (2011). A hierarchical state space approach to affective dynamics. *Journal of Mathematical Psychology, 55, 68-83.*

189. *Low, L.A.,* Maddage, N.C., Lech, M., Sheeber, L.B., & **Allen, N.B.** (2011). Detection of clinical depression in adolescents' speech during family interactions. *IEEE Transactions in Biomedical Engineering, 58,* 574-586.

190. *Schwartz, O.S.,* Dudgeon, P., Sheeber, L.B., *Yap, M.B.H., Simmons, J.G.,* & **Allen, N.B.** (2011). Observed maternal responses to adolescent behaviour predict the onset of major depression. *Behaviour Research and Therapy, 49,* 331-338.

191. *Simmons, J.G.,* Nathan, P., Berger, G. & **Allen, N.B.** (2011). Chronic modulation of serotonergic neurotransmission with sertraline attenuates the loudness dependence of the auditory evoked potential in healthy participants. *Psychopharmacology, 217,* 101-110.

192. *Simmons, J.G.,* & **Allen, N.B.** (2011). Mood and personality in healthy participants after chronic administration of sertraline. *Journal of Affective Disorders, 134,* 377-385.

193. *Whittle, S., Yap, M.B.H.*, Sheeber, L., Dudgeon, P., Yücel, M., Pantelis, C., *Simmons, J.G.*, & **Allen, N.B.** (2011). Hippocampal volume and sensitivity to maternal aggressive behavior: A prospective study of adolescent depressive symptoms. *Development and Psychopathology, 23, 115-129.*

194. *Whittle, S.*, Yücel, M., Yap, M.B. H., & **Allen, N.B.** (2011). Sex differences in the neural correlates of emotion: Evidence from neuroimaging. *Biological Psychology*, 87 (3), 319-333.

195. *Yap, M.*, **Allen. N.B.**, O'Shea, M., Di Parsia, P., Simmons, J.G., Sheeber, L. (2011). Early adolescents' temperament, emotion regulation during mother child interactions, and depressive symptoms. *Development and Psychopathology, 23, 267-282.*

196. *Zipursky A, Whittle S.*, Yücel M, Lorensetti, V., Wood, S., Lubman, D., *Simmons, J.*, & **Allen, N.B.** (2011) Pituitary volume prospectively predicts internalizing symptoms in adolescence. *Journal of Child Psychology and Psychiatry, 52, 315-323.*

**2010**

197. *Byrne, M.*, Sheeber, L., Simmons, J.G., Davis, B., Shortt, J.W., Katz, L.F. & **Allen, N.B.** (2010). Autonomic cardiac control in depressed adolescents. *Depression and Anxiety, 27, 1050-1056.*

198. *Cheetham, A.*,  **Allen, N.B.**, Yücel, M., & Lubman, D. (2010). The role of affective dysregulation in drug addiction. *Clinical Psychology Review, 30,* 621-634.

199. *Davey, C. G.*, **Allen, N.B.**, Harrison, B.J., Dwyer, D.B., & Yücel, M. (2010). Being liked activates primary reward- and midline self-related regions. *Human Brain Mapping, 31, 660-668.*

200. Kuppens, P., **Allen, N.B.** & Sheeber, L. (2010). Emotional inertia and psychological maladjustment. *Psychological Science, 21, 984-991.*

201. *Lorenzetti, V.*, **Allen, N.B.**, *Whittle, S.*, & Yücel, M. (2010). Amygdala volumes in a sample of current depressed and remitted depressed and healthy controls. *Journal of Affective Disorders, 120,* 112-119.

202. Takahashi, T., Yücel, M., Lorenzetti, V., Tanino, R., Whittle, S., Suzuki, M., Walterfang, M., Pantelis, C., & **Allen, N.B.** (2010). Volumetric MRI study of the insular cortex in individuals with current and past major depression. *Journal of Affective Disorders, 121, 231-238.*

203. Takahashi, T., Yücel, M., Lorenzetti, V., Walterfang, M., Kawasaki, Y., Whittle, S., Suzuki, M., Pantelis, C., & **Allen, N.B.** (2010). An MRI study of the superior temporal subregions in patients with current and past major depression. *Progress in Neuropsychopharmacology and Biological Psychiatry, 34, 98-103.*

204. *Yap, M., Schwartz, O., Byrne, M., Simmons, J.G.* & **Allen. N.B.** (2010). Mothers' emotion regulation behaviors and early adolescents' depressive symptoms: Adolescent emotion regulation as a mediator. *Journal of Research on Adolescence, 20, 1014-1043.*

**2009**

205. Bora, E., Yücel, M., & **Allen, N.B.** (2009). Neurobiology of human affiliative behavior: Implications for psychiatric disorders. *Current Opinion in Psychiatry, 22, 320-325.*

206. *Chambers, R.*, Gullone, E. & **Allen, N.B.** (2009). Mindful emotion regulation: An integrative review. *Clinical Psychology Review, 29,* 560-572.

207. *Lorenzetti, V.*, **Allen, N.B.**, Fornito, A., Pantelis, C., De Plato, G., Ang., A., & Yücel, M. (2009). Pituitary gland volume in currently depressed and remitted depressed patients. *Psychiatry Research: Neuroimaging, 172,* 55-60.

208. Lubman, D.I., Yücel, M., *Kettle, J.*, Scaffidi, A., *MacKenzie, T., Simmons, J.G.*, & **Allen, N.B.** (2009). Responsiveness to drug cues and natural rewards in opiate addition: Associations with later heroin use. *Archives of General Psychiatry*, 66(2), 205-212.

209. Murray, G., Nicholas, C., Kleinman, J., Carrington, C., Dwyer, R., **Allen, N.B.**, & Trinder, J. (2009). Nature's clocks and human mood: The circadian system modulates reward motivation. *Emotion, 9,* 705-716.

210. *O'Brien-Simpson, L., Di Parsia, P., Simmons, J.G.,* & **Allen, N.B.** (2009). Recurrence of major depressive disorder is predicted by inhibited startle magnitude while recovered. *Journal of Affective Disorders, 112, 243-249.*

211. Sheeber, L., **Allen, N.B.**, Leve, C., Davis, Shorrtt, J.W. & Katz, L.F. (2009). Dynamics of affective experience and behavior in depressed adolescents. *Journal of Child Psychology and Psychiatry, 50 (11),* 1419-1427.

212. Takahashi, T., Yücel, M., *Lorenzetti, V.,* Nakamura, K., *Whittle, S.,* Walterfang, M., Suzuki, M., Pantelis, C., & **Allen, N.B.** (2009). Midline brain structures in patients with current and remitted major depression. *Progress in Neuropsychopharmacology and Biological Psychiatry, 33, 1058-1063.*

213. Walterfang, M., Yücel, M., Barton, S., Reutens, D., Wood, A., Chen, J., Lorenzetti, V., Velakoulis, D., Pantelis, C., & **Allen, N.B.** (2009). Corpus collosum size and shape in individuals with current and past depression, *Journal of Affective Disorders, 115, 411-420.*

214. *Whittle, S.,* **Allen, N.B.**, Fornito, A., Lubman, D.I., *Simmons, J.G.,* Pantelis, C. & Yücel, M. (2009). Variations in cortical folding patterns are related to individual differences in temperament. *Psychiatry Research: Neuroimaging, 172,* 68-74.

215. *Whittle, S., Yap, M.B.H.,* Yücel, M., Sheeber, L., *Simmons, J.G.,* Pantelis, C., & **Allen, N.B.** (2009). Maternal responses to adolescent positive affect during observed interactions and adolescent's neural reward circuitry. *Social Cognitive and Affective Neuroscience (SCAN), 4,* 247-256.

**2008**

216. **Allen, N.B.**, Hetrick, S.E., *Yap, M.B.H., Simmons, J.G.,* & DeSilva, S. (2008). Interventions for preventing relapse and recurrence after the first episode of a depressive disorder in young people. *Cochrane Database of Systematic Reviews*, (4) art. no. CD007504.

217. *Chambers, R., Lo., C.,* & **Allen, N.B.** (2008). The impact of intensive mindfulness training on executive cognition, cognitive style, and affect. *Cognitive Therapy and Research, 32,* 303-322.

218. *Davey,C.D.,* Yücel, M. & **Allen, N.B.** (2008). The emergence of depression in adolescence: Development of the prefrontal cortex and the representation of reward.

*Neuroscience and Biobehavioral Reviews*, 32, 1-19.

219. Forbes, D., Parslow, R., Creamer, M., **Allen, N.B.**, McHugh, A.F. and Hopwood, M. (2008). Mechanisms of anger and treatment outcome in combat veterans with posttraumatic stress disorder. *Journal of Traumatic Stress*, 21 (2), 142-149.

220. Lubman, D.I., **Allen, N.B.**, Peters, L., & Deakin, J.F.W. (2008). Electrophysiological evidence that drug cues have greater salience than other affective cues in opiate addiction. *Journal of Psychopharmacology, 22(8)*, 836-842.

221. He L., Lech M., Memon S., & **Allen N.B.** (2008). Detection of Stress in Speech Using Perceptual Wavelet Packet Analysis. *GESTS International Transaction on Computer Science and Engineering, 45 (1)*, 17-24.

222. *Kettle, J., O'Brien-Simpson, L.* & **Allen, N.B.** (2008). Impaired theory of mind in first-episode psychosis: comparison with community, university and depressed controls. *Schizophrenia Research, 99, 96-102*.

223. *Lethbridge, R.* & **Allen, N.B.** (2008). Mood induced cognitive and emotional reactivity, life stress, and the prediction of depressive relapse. *Behavior Research and Therapy,46*, 1142-1150.

224. Olino, T., Pettit, J., Klein, D.**, Allen, N.B.**, Seeley, J. & Lewinsohn, P. (2008). Influence of parental and grandparental Major Depressive Disorder on behavior problems early childhood: A three generation study. *Journal of the American Academy of Child and Adolescent Psychiatry, 47, 53-60*.

225. Parslow R.A., Morgan A.J., **Allen N.B.**, Jorm A.F., O'Donnell C.P., Purcell R. (2008). Effectiveness of complementary and self-help treatments for anxiety in children and adolescents. *Medical Journal of Australia, 188(6)*, 355-359.

226. *Rogers, N.*, **Allen, N.B.**, & Lubman, D. (2008). Therapeutic alliance and change in psychiatric symptoms in adolescents receiving drug treatment. *Journal of Substance Abuse, 13 (5)*, 325-339.

227. *Whittle, S., Yap, M.B.H.*, Yücel, M., Fornito, A., *Barrett, A.*, Sheeber, L., & **Allen, N.B.** (2008). Prefrontal and amygdala volumes are related to adolescents' affective behaviors during parent adolescent interactions. *Proceedings of the National Academy of Sciences, 105 (9), 3652-3657*

228. *Whittle, S.*, Yücel, M., Fornito, A., Barrett, A., Wood, S., Lubman, D., *Simmons, J.*, Pantelis, C., & **Allen, N.B.** (2008). Neuroanatomical correlates of temperament in early adolescents. *Journal of the American Academy of Child and Adolescent Psychiatry, 47 (6), 682-693*.

229. *Yap, M.*, **Allen. N.B.**, Leve, C. & Fainsilber-Katz, L. (2008). Maternal meta-emotion philosophy and socialization of adolescent affect: The moderating role of adolescent temperament. *Journal of Family Psychology, 22*, 688-700.

230. *Yap, M.*, **Allen. N.B.**, & Ladouceur, C. (2008). Maternal socialization of positive affect: The impact of "dampening" on adolescent emotion regulation and depressive symptomatology. *Child Development, 79, 1415-1431*.

231. *Yap, M.B.H., Whittle, S.*, Yücel, M., Sheeber, L., Pantelis, C., *Simmons, J.*, & **Allen, N.B.** (2008). Parenting experiences interact with brain structure to predict depressive symptoms in adolescents. *Archives of General Psychiatry, 65, 1377-1385.*

**2007**

232. **Allen, N.B.**, Hetrick, S., *Simmons, J.* & Hickie, I. (2007). Early intervention for depressive disorders in young people: The opportunity and the (lack of) evidence. *Medical Journal of Australia,187(7), S15-S17.*

233. Lubman, D.I., **Allen, N.B.**, Peters, L.A.& Deakin, J.F.W. (2007). Electrophysiological evidence of the motivational salience of drug cues in opiate addiction. *Psychological Medicine*; 37, 1203-1210.

234. Lubman, D.I., **Allen, N.B.**, Rogers, N., Cementon, E. & Bonomo, Y. (2007). The impact of co-occurring mood and anxiety disorders among substance-abusing youth. *Journal of Affective Disorders*, 103, 105-112.

235. *Yap, M.B.H.*, **Allen, N.B.**, & Sheeber, L. (2007). Using an emotion regulation framework to understand the role of temperament and family processes in risk for adolescent depressive disorders. *Clinical Child and Family Psychology Review*, 10 (2), 180-196.

236. Yücel, M., Lubman, D.I., Harrison, B.J., Fornito, A., **Allen, N.B.**, Wellard, R.M., Roffel, K., Clarke, K., Wood, S.J., Forman, S., & Pantelis, C. (2007). A combined spectroscopic and functional MRI investigation of the dorsal anterior cingulate region in opiate addiction. *Molecular Psychiatry*; 12, 691-702.

237. Yücel, M., Lubman, D.I., Harrison, B.J., Fornito, A., **Allen, N.B.**, Wellard, R.M., Roffel, K., Clarke, K., Wood, S.J., Forman, S., & Pantelis, C. (2007). Neuronal, physiological and brain-behavioural abnormalities in opiate addicted individuals. *Molecular Psychiatry*; 12, 611.

**2006**

238. **Allen, N.B.** & *Badcock, P.B.T.* (2006). Darwinian models of depression: A review of evolutionary accounts of mood and mood disorders. *Progress in Neuro-Psychopharmacology & Biological Psychiatry, 30,* 815-826.

239. **Allen, N.B.**, & *Badcock, P.B.T.* (2006). Genes for susceptibility to mental disorder are not mental disorder: Clarifying the target of evolutionary analysis and the role of the environment. *Behavioral and Brain Sciences, 29, 405-406.*

240. **Allen, N.B.**, Blashki, G., Chambers, R., Ciechomeski, L., Gullone, E. Hassed, C., Knight, W., McNab, C., & Medows, G. (2006). Mindfulness-based psychotherapies: A review of conceptual foundations, empirical evidence and practical considerations. *Australian and New Zealand Journal of Psychiatry, 40,* 285-294.

241. Jorm, A. **Allen, N.B.**, O'Donnell, C., Parslow, R. Purcell, R. & Morgan A. (2006). Effectiveness of complementary and self-help treatments for depression in children and adolescents. *Medical Journal of Australia, 185,* 368-372.

242. Kostanski, M., Hassed, C., Gullone, E., Cieochomski, L., Chambers, R., & **Allen, N.B.** (2006). Mindfulness and mindfulness-based psychotherapy. *Psychotherapy in Australia, 12,* 10-18.

243. *Whittle, S.*, **Allen, N.B.**, Lubman, D., & Yücel, M. (2006). The neuroanatomical basis of affective temperament: Towards a better understanding of psychopathology. *Neuroscience and Biobehavioral Reviews, 30*, 511-525.

2005

244. **Allen, N.B.**, *Semedar, A.* & Haslam, N. (2005). Relationship patterns associated with dimensions of vulnerability to psychopathology. *Cognitive Therapy and Research, 29*, 737-750.

245. *Kettle, J.*, Andrewes, D. & **Allen, N.B.** (2006). Lateralization of the startle reflex circuit in humans: An examination with monaural probes following unilateral temporal lobe resection. *Behavioral Neuroscience, 120*, 24-39.

246. Stokes, M. G., Chambers, C. D., Gould, I. C., Henderson, T. R. H., Janko, N. E. J., **Allen, N.B.** & Mattingley, J. B. (2005). A simple metric for scaling motor threshold based on scalp-cortex distance: Application to studies using transcranial magnetic stimulation. *Journal of Neurophysiology, 94*, 4520-4527.

2004

247. Forbes, E. E., Cohn, J. F., **Allen, N.B.**, & Lewinsohn, P. M. (2004). Infant affect during parent-infant interaction at 3 and 6 months: Differences between mothers and fathers and influence of parent history of depression. *Infancy, 5*, 61-84.

248. Orbell, J., Morikawa, T., Hartwig, J., Hanley, J. & **Allen, N.B.** (2004). Machiavellian intelligence, rationality, and the evolution of cooperative dispositions. *American Political Science Review, 98*, 1-15.

2003

249. **Allen, N.B.**, & *Badcock, P.B.T.* (2003). The social risk hypothesis of depressed mood: Evolutionary, psychosocial, and neurobiological perspectives. *Psychological Bulletin, 129*, 887-913.

250. *Badcock, P.B.T.*, & **Allen, N.B.** (2003). Adaptive social reasoning in depressed mood and depressive vulnerability. *Cognition and Emotion, 17*, 647-670.

251. *Forbes, D.*, Creamer, **Allen, N.B.**, Elliott, P., McHugh, T., Debenham, P., & Hopwood, M. (2003). MMPI-2 as a predictor of change in PTSD symptom clusters: A further analysis of the Forbes et al. (2002) data set. *Journal of Personality Assessment, 81*, 183-186.

252. *Forbes, D.*, Creamer, **Allen, N.B.**, Elliott, P., McHugh, T., Debenham, P., & Hopwood, M. (2003). MMPI-2 based subgroups of veterans with combat-related PTSD: Differential patterns of symptom change following treatment. *Journal of Nervous and Mental Disease, 191*, 531-537.

253. *Forbes, D.*, Creamer, M., Hawthorne, G., **Allen, N.B.**, & McHugh, T. (2003). Comorbidity as a predictor of symptom change following treatment in combat-related posttraumatic stress disorder. *Journal of Nervous and Mental Disease,* 191 (2): 93-99.

254. *Murray, G.*, Rawlings, D., **Allen, N.B.**, & Trinder, J. (2003). NEO Five-Factor Inventory scores: Psychometric properties in a community sample. *Measurement and Evaluation in Counselling and Development, 36*, 140-149.

255. *Murray, G.*, **Allen, N. B.**, & Trinder, J., (2003). Seasonality and circadian phase delay: Prospective evidence that winter lowering of mood is associated with a shift

towards eveningness. *Journal of Affective Disorders, 76,* 15-22.

256. Trinder, J., **Allen, N.B.**, Klienman, J., Kralevski, V., Kleverlaan, D., Anson, K., & Kim, Y. (2003). On the nature of cardiovascular activation at an arousal from sleep. *Sleep, 26,* 534-551.

**2002**

257. *Forbes, D.,* Creamer, M., **Allen, N.B.**, Elliott, P., McHugh, T., Debenham, P. & Hopwood, M. (2002). The MMPI-2 as a predictor of symptom change following treatment for posttraumatic stress disorder. *Journal of Personality Assessment, 79 (2),* 321- 336.

258. *Murray, G.,* **Allen, N. B.,** Rawlings, D. & Trinder, J. (2002). Seasonality and personality: A prospective investigation of Five Factor Model correlates of mood seasonality. *European Journal of Personality, 16,* 457-468.

259. *Murray, G.,* **Allen, N. B.,** & Trinder, J. (2002). Longitudinal investigation of mood variability and the FFM: Neuroticism predicts variability in extended states of positive and negative affect. *Personality and Individual Differences, 33,* 1217-1228.

260. *Murray, G.,* **Allen, N. B.,** & Trinder, J. (2002). Mood and the circadian system: Investigation of a circadian component in positive affect. *Chronobiology International, 19(6),* 1151-1169.

261. *Murray, G.,* **Allen, N. B.,** Trinder, J., & Burgess, H. (2002). Is weakened circadian rhythmicity a characteristic of neuroticism? *Journal of Affective Disorders, 72(3),* 281-289.

262. Orbell, J., Morikawa, T. & **Allen, N.B.** (2002). The evolution of political intelligence: Simulation results. *British Journal of Political Science, 32 (4),* 613-639.

**2001**

263. **Allen, N.B.** & *Di Parsia, P.* (2001). The role of positive emotions in clinical psychology: Vital but undervalued. *The Clinical Psychologist, 5,* 33-40.

264. Judd, F.K., Jackson, H., Davis, J., Cockram, A., Komiti, A., **Allen, N.B.,** Murray, G., Kyrios, M. & Hodgins, G. (2001). Improving access for rural Australians to treatment for anxiety and depression: The University of Melbourne Depression and Anxiety Research and Treatment group-Bendigo health Care Group initiative. *Australian Journal of Rural Health, 9,* 91-96.

265. Komiti, A.A., Jackson, H.J., Judd, F.K., Cockram, A.M., Kyrios, M., Yeatman, R., Murray, G., Horden, C., Wainwright, K., **Allen, N.B.,** & Singh, B. (2001). A comparison of the Composite International Diagnostic Interview (CIDI Auto) with clinical assessment in diagnosing mood and anxiety disorders. *Australian and New Zealand Journal of Psychiatry, 35,* 224-230.

266. *Murray, G.,* **Allen, N.B.,** Trinder, J. (2001). A longitudinal investigation of seasonal variation in mood. *Chronobiology International, 18,* 875-891.

267. Silbert, B.S., Santamaria, J.D., Kelly, W.J., O"Brien, J.L., Blyth, C.M., Wong, M.Y., **Allen, N.B.** (2001). Early extubation after cardiac surgery: Emotional status in the early postoperative period. *Journal of Cardiothoracic and Vascular Anesthesia, 15,* 439-444.

**2000**