VITA

Gordon C. Nagayama Hall

PERSONAL DATA                                                      Winter 2018

| | |
|---|---|
| Place of Birth | Seattle, Washington |
| Ethnicity | Japanese-American |
| | |
| Office Address | Department of Psychology |
| | 1227 University of Oregon |
| | Eugene, OR 97403-1227 |
| Office Telephone | 541-346-4969 |
| FAX | 541-346-4911 |
| E-mail | gnhall@uoregon.edu |
| | |
| Title | Professor |

EDUCATION

1977  B.S.  University of Washington, Seattle, Washington
            Major: Psychology

1979  M.A.  Fuller Theological Seminary, Pasadena, California
            Major: Theology

1981-1982  Predoctoral Internship, Department of Psychiatry and Behavioral Sciences, School of Medicine, University of Washington (American Psychological Association fully approved internship), Seattle, Washington

1982  Ph.D.  Graduate School of Psychology, Fuller Theological Seminary (American Psychological Association fully approved), Pasadena, California
             Major: Clinical Psychology

PROFESSIONAL EXPERIENCE

Academic

1982-1983  Postdoctoral Fellow  Department of Psychiatry and Behavioral Sciences, School of Medicine, University of Washington, Seattle, Washington

1

| | | |
|---|---|---|
| 1984-1986 | Clinical Instructor | Department of Psychiatry and Behavioral Sciences, School of Medicine, University of Washington, Seattle, Washington |
| 1986-1988 | Clinical Assistant Professor | Department of Psychiatry and Behavioral Sciences, School of Medicine, University of Washington, Seattle, Washington |
| 1988-1991 | Assistant Professor | Department of Psychology Kent State University, Kent, Ohio |
| 1991-1997 | Associate Professor | Department of Psychology, Kent State University, Kent, Ohio |
| 1997-1998 | Professor | Department of Psychology, Kent State University, Kent, Ohio |
| 1997-2003 | Research Faculty | National Research Center on Asian American Mental Health, University of California, Davis |
| 1998-2001 | Professor | Department of Psychology, The Pennsylvania State University, University Park, Pennsylvania |
| 1998-2001 | Joint Appointment | Crime, Law, and Justice Faculty, Department of Sociology, The Pennsylvania State University, University Park, Pennsylvania |
| 2001-present | Professor | Department of Psychology, University of Oregon, Eugene, Oregon |
| 2014 | Visiting Scholar | Kansai University, Osaka, Japan |

Administrative

| | | |
|---|---|---|
| 2003-07, 2010-14 | Director of Clinical Training | Department of Psychology, University of Oregon, Eugene, Oregon |
| 2008-2015 | Associate Director of | Center on Diversity and Community, University of Oregon, Eugene, Oregon |

2

|         | Research          |                                                              |
|---------|-------------------|--------------------------------------------------------------|
| 2001-02 | Interim           | Center on Diversity and Community, University of Oregon,      |
| 2015-17 | Director          | Eugene, Oregon                                               |

Clinical

| 1983-1988 | Clinical Psychologist | Western State Hospital, Fort Steilacoom, Washington          |
| 1989-1990 | Associate             | Kirkhart Psychologists, Cuyahoga Falls, Ohio                 |
| 1989-1992 | Consultant            | Kevin Coleman Mental Health Center, Kent, Ohio               |
| 1989-1994 | Consultant            | Summit County Courthouse, Psychodiagnostic Clinic, Akron, Ohio |

AWARDS AND HONORS

1977   Phi Beta Kappa

1979   Headington Memorial Scholarship, Graduate School of Psychology, Fuller Theological Seminary

1988   Distinguished Psychologist Award, Washington State Psychological Association

1990   Sigma Xi

1997   Fellow, American Psychological Association (Division of Clinical Psychology)

1999   Distinguished Contributions Award, Asian American Psychological Association

2000   Fellow, American Psychological Association Society for the Psychological Study of Ethnic Minority Issues

2002   MENTOR Award, American Psychological Association Division of Clinical Psychology, Section on Ethnic Minorities

2006   Stanley Sue Award for Distinguished Contributions to Diversity, American Psychological Association Division of Clinical Psychology

3

2006    Fellow, Association for Psychological Science (resigned in 2014 to protest organization's lack of diversity)

2011    Distinguished Career Contributions to Research Award, American Psychological Association Society for the Psychological Study of Ethnic Minority Issues

2013    Barbara Ann Perry and Robert L. Weiss Clinical Psychology Training Award, Department of Psychology, University of Oregon

2013    Lifetime Achievement Award, Asian American Psychological Association

2014    Distinguished Alumnus Award, Graduate School of Psychology, Fuller Theological Seminary, Pasadena, California

2017    Outstanding Faculty Member Leader, Asian Desi Pacific Islander Strategy Group, University of Oregon

EDITORIAL RESPONSIBILITIES

Editor

2005-2009    *Cultural Diversity and Ethnic Minority Psychology*

Associate Editor

2004-2009    *Journal of Consulting and Clinical Psychology*

1998-2004    *Cultural Diversity and Ethnic Minority Psychology*

Consulting Editor

1987-1988,    *Journal of Consulting and Clinical Psychology*
1990-1995,
    2001-04

    1991-1999,    *Psychological Assessment*
    2013-16

2009-present    *Asian American Journal of Psychology*

2013-present    *Behavior Therapy*

4

2016-19     *American Psychologist*

2018-21     *Clinical Psychology: Science and Practice*

Editorial Board

2008-2012   *Cultural, Racial, and Ethnic Psychology* Series, American Psychological
            Association Books

Ad Hoc Reviewer

*Addiction*
*Aggressive Behavior*
*American Journal of*
*Orthopsychiatry*
*Anxiety, Stress, and Coping*
*Archives of General Psychiatry*
*Archives of Scientific Psychology*
*The Clinical Psychologist*
*Clinical Psychology: Science and*
*Practice*
*Clinical Psychology Review*
*Cognitive Therapy and Research*
*The Counselling Psychology*
*Quarterly*
*Criminal Justice and Behavior*
*Drug and Alcohol Dependence*
*International Perspectives in*
*Psychology: Research, Practice,*
*Consultation*
*International Review of Victimology*
*Journal of Abnormal Psychology*
*Journal of Clinical Child and*
*Adolescent Psychology*
*Journal of Clinical Psychology*
*Journal of Latina/o Psychology*
*Journal of Personality and Social*
*Psychology*

*Journal of Personality Assessment*
*Journal of Research in Crime and*
*Delinquency*
*Journal of Sex Research*
*Journal of Social and Personal*
*Relationships*
*Personality and Social Psychology*
*Review*
*Professional Psychology: Research*
*and Practice*
*Psychiatric Services*
*Psychiatry Research*
*Psychological Bulletin*
*Psychological Science*
*Psychology, Public Policy, and Law*
*Psychology of Men & Masculinity*
*Review of General Psychology*
*Sexual Abuse: A Journal of Research*
*and Treatment*
*Social Psychiatry and Psychiatric*
*Epidemiology*
*Social Science & Medicine*
*Transcultural Psychiatry*
*Trauma, Violence, & Abuse*
*Violence and Victims*

PROFESSIONAL AFFILIATIONS AND SERVICE

5

American Psychological Association, Divisions 2, 9, 12 (Fellow), 35, 44, 45 (Fellow)
  Division 12 Society for a Science of Clinical Psychology
  Division 12 Section VI on the Clinical Psychology of Ethnic Minorities
  Division 35 Section on Asian American Women

Asian American Psychological Association (Fellow)

1994-1997    Treasurer, Asian American Psychological Association Education Fund

    1994-1995    President, American Psychological Association Division 45 (Society for the Psychological Study of Ethnic Minority Issues)

1994-95    National Advisory Board, Asian American Psychological Association

    1995    Panel of Experts, American Psychological Association Commission on Ethnic Minority Recruitment, Retention, and Training in Psychology

    1996    Convention Program Reviewer, American Psychological Association Divisions 12, 45

1997, 2004    Convention Program Reviewer, American Psychological Association Division 12

    1997    Program Chair, Clinical Psychology of Ethnic Minorities (Section 6), American Psychological Association Division 12

1998-99, 2003, 2014    Convention Program Reviewer, American Psychological Association Division 45

    1998-00    MENTOR Award Chair, Clinical Psychology of Ethnic Minorities (Section 6), American Psychological Association Division 12

1998-99    Member, American Psychological Association President Richard M. Suinn's Kitchen Cabinet

1999-2001    Scientific Advisory Board, International Association on the Treatment of Sexual Offenders

2000    Assistant Program Chair, Association for the Advancement of Behavior Therapy

| | |
|---|---|
| 1999-00 | Awards Committee Chair, Asian American Psychological Association |
| 2000-01 | Judge, American Psychological Association Division of Psychotherapy Diversity Award |
| 2001 | MENTOR Award Committee, Clinical Psychology of Ethnic Minorities (Section 6), American Psychological Association Division 12 |
| 2005 | Fellows Committee Chair, Asian American Psychological Association |
| 2007, 2009 2012-14 | Fellows Committee, American Psychological Association Division 45 |
| 2009-2011 | President, Asian American Psychological Association |
| 2010 | Convention Program Reviewer, Association for Behavior and Cognitive Therapies |
| 2010, 2012, 2016, 2018 | Planning Committee, American Psychological Association Division 45 Research Conference |
| 2012-13 | Editor Search Committee, *Asian American Journal of Psychology* |
| 2013-15 | Member, American Psychological Association Task Force on Media Violence |
| 2013-14 | Chair, American Psychological Association Division 45 (Society for the Psychological Study of Culture, Ethnicity, and Race) Research Conference, Eugene, Oregon |
| 2014-18 | American Psychological Association's Commission on Ethnic Minority Recruitment, Retention, and Training in Psychology II Task Force, Board of Scientific Affairs Representative |
| 2016-17 | Member, Behavioral Health National Project Advisory Committee for the Office of Minority Health at the U.S. Department of Health and Human Services |
| 2017-18 | Chair, Editor Search Committee, *Asian American Journal of Psychology* |

BOARD MEMBERSHIPS

| | |
|---|---|
| 2000-2008 | Advisory Committee, Minority Fellowship Program, American |

Psychological Association

| | |
|---|---|
| 2003-2005 | Institutional Review Board, Oregon Social Learning Center, Eugene |
| 2005-present | Board of Directors, Oregon Social Learning Center, Eugene |
| 2011-2018 | Vice President, Board of Directors, Oregon Social Learning Center, Eugene |

## PROFESSIONAL LICENSES

| | |
|---|---|
| 1983-1988 | Licensed Psychologist, Washington State Board of Psychology |
| 1988-1998 | Licensed Psychologist, Ohio State Board of Psychology |
| 1998-2001 | Licensed Psychologist, Pennsylvania State Board of Psychology |

## PUBLICATIONS

Peer-Reviewed Articles

Hall, G. C. N. (1980). An integration of science and theology in a Piagetian epistemology. *Journal of Psychology and Theology, 8*, 293-302.

Hall, G. C. N. & Malony, H. N. (1983). Cultural control in psychotherapy with minority clients. *Psychotherapy: Theory, Research and Practice, 20*, 131-142.

Hall, G. C. N., Maiuro, R. D., Vitaliano, P. P., & Proctor, W. C. (1986). The utility of the MMPI with men who have sexually assaulted children. *Journal of Consulting and Clinical Psychology, 54*, 493-496.

Maiuro, R. D., & Hall, G. C. N. (1986). Anger and hostility in sexually assaultive males. *Sexual Assault and Coercion, 1*, 119-124.

Hall, G. C. N., & Proctor, W. C. (1987). Criminological predictors of recidivism in a sexual offender population. *Journal of Consulting and Clinical Psychology, 55*, 111-112.

Hall, G. C. N., Proctor, W. C., & Nelson, G. M. (1988). The validity of physiological measures of pedophilic sexual arousal in a sexual offender population. *Journal of Consulting and Clinical Psychology, 56*, 118-122.

Hall, G. C. N. (1988). Criminal behavior as a function of clinical and actuarial variables in a sexual offender population. *Journal of Consulting and Clinical Psychology, 56*, 773-775.

8

Hall, G. C. N.  (1989). Self-reported hostility as a function of offense characteristics and response style in a sexual offender population. *Journal of Consulting and Clinical Psychology, 57*, 306-308.

Hall, G. C. N. (1989). WAIS-Rs and MMPIs of men who have sexually assaulted children: Evidence of limited utility. *Journal of Personality Assessment, 53*, 404-412.

Hall, G. C. N.  (1989). Sexual arousal and arousability in a sexual offender population.  *Journal of Abnormal Psychology, 98*, 145-149.

Vitaliano, P. P., Maiuro, R. D., Russo, J., Katon, W., & Hall, G. (1990). Coping profiles associated with psychiatric, physical health, work, and family problems. *Health Psychology, 9*, 348-376.

Hall, G. C. N.  (1990). Prediction of sexual aggression. *Clinical Psychology Review, 10*, 229-245.

Hall, G. C. N., Graham, J. R., & Shepherd, J. B. (1991).  Three methods of developing MMPI taxonomies of sexual offenders. *Journal of Personality Assessment, 56*, 2-13.

Hall, G. C. N. (1991).  Sexual arousal as a function of physiological and cognitive variables in a sexual offender population. *Archives of Sexual Behavior, 20*, 359-369.

Hall, G. C. N., & Hirschman, R. (1991). Toward a theory of sexual aggression: A quadripartite model. *Journal of Consulting and Clinical Psychology, 59*, 662-669.

Martin, J. K., & Hall, G. C. N. (1992). Thinking Black, thinking internal, thinking feminist. *Journal of Counseling Psychology, 39*, 509-514.

Hall, G. C. N., Shepherd, J. B., & Mudrak, P. (1992). MMPI taxonomies of child sexual and nonsexual offenders: A cross-validation and extension. *Journal of Personality Assessment, 58*, 127-137.

Hall, G. C. N., & Hirschman, R.  (1992). Sexual aggression against children: A conceptual perspective of etiology. *Criminal Justice and Behavior, 19*, 8-23.

Hall, G. C. N., Shondrick, D. D., & Hirschman, R. (1993). Conceptually-derived treatments for sexual aggressors. *Professional Psychology: Research and Practice, 24*, 62-69.

Oliver, L. L., Hall, G. C. N., & Neuhaus, S. (1993). Personality characteristics of adolescent sex offenders. *Criminal Justice and Behavior, 20*, 359-370.

Hall, G. C. N., Shondrick, D. D., & Hirschman, R. (1993). The role of sexual arousal in sexually aggressive behavior: A meta-analysis. *Journal of Consulting and Clinical Psychology, 61*, 1091-1095.

Hall, G. C. N., Hirschman, R., & Oliver, L. L. (1994). Ignoring a woman's dislike of sexual material: Sexually impositional behavior in the laboratory. *Journal of Sex Research, 31*, 3-10.

Hall, G. C. N., & Hirschman, R. (1994). The relationship between men's sexual aggression inside and outside the laboratory. *Journal of Consulting and Clinical Psychology, 62*, 375-380.

Barongan, C., & Hall, G. C. N. (1995). The influence of misogynous rap music on men's aggression against women. *Psychology of Women Quarterly, 19*, 195-207.

Marshall, W. L., & Hall, G. C. N. (1995). The value of the MMPI in deciding forensic issues in accused sexual offenders. *Sexual Abuse: A Journal of Research and Treatment, 3*, 205-219.

Hall, G. C. N. (1995). Sexual offender recidivism revisited: A meta-analysis of recent treatment studies. *Journal of Consulting and Clinical Psychology, 63*, 802-809.

Hall, G. C. N. (1995). The preliminary development of theory-based community treatment for sexual offenders. *Professional Psychology: Research and Practice, 26*, 478-483.

Hall, G. C. N., Hirschman, R., & Oliver, L. L. (1995). Sexual arousal and arousability to pedophilic stimuli in a community sample of "normal" men. *Behavior Therapy, 26*, 681-694.

Hall, G. C. N., & Barongan, C. (1997). Prevention of sexual aggression: Sociocultural risk and protective factors. *American Psychologist, 52*, 5-14.

Hall, G. C. N., Windover, A. K., & Maramba, G. G. (1998). Sexual aggression among Asian Americans: Risk and protective factors. *Cultural Diversity and Mental Health, 4*, 305-318.

Hall, G. C. N., Bansal, A., & Lopez, I. R. (1999). Ethnicity and psychopathology: A meta-analytic review of 31 years of comparative MMPI/MMPI-2 research. *Psychological Assessment, 11,* 186-197.

Mitchell, D., Hirschman, R., & Hall, G. C. N. (1999). Attributions of victim responsibility, pleasure, and trauma in male rape. *Journal of Sex Research, 36*, 369-373.

10

Hall, G. C. N., Sue, S., Narang, D. S., & Lilly, R. S. (2000). Culture-specific models of men's sexual aggression: Intra- and interpersonal determinants. *Cultural Diversity and Ethnic Minority Psychology, 6,* 252-267.

Hall, G. C. N., & Maramba, G. G.  (2001). In search of cultural diversity: Recent literature in cross-cultural and ethnic minority psychology. *Cultural Diversity and Ethnic Minority Psychology, 7,* 12-26.

Hall, G. C. N.  (2001). Psychotherapy research with ethnic minorities: Empirical, ethical, and conceptual issues. *Journal of Consulting and Clinical Psychology, 69,* 502-510.

Maramba, G. G., & Hall, G. C. N. (2002). Meta-analysis of ethnic match as a predictor of drop-out, utilization, and outcome. *Cultural Diversity and Ethnic Minority Psychology, 8,* 290-297.

Mitchell, D., Angelone, D. J., Hirschman, R., Lilly, R. S., & Hall, G. C. N. (2002). Peer modeling and college men's sexually impositional behavior in the laboratory. *Journal of Sex Research, 39,* 326-333.

Hall, G. C. N. (2003). The self in context: Implications for psychopathology and psychotherapy. *Journal of Psychotherapy Integration, 13,* 66-82.

Menard, K. S., Hall, G. C. N., Phung, A. H., Ghebrial, M. F. E., & Martin, L. (2003). Gender differences in sexual harassment and coercion in college students: Developmental, individual, and situational determinants. *Journal of Interpersonal Violence, 18,* 1222-1239.

Teten, A. L., Hall, G. C. N., & Pacifici, C. (2005). Validation of acceptance of coercive sexual behavior (ACSB): A multimedia measure of adolescent dating attitudes. *Assessment, 12,* 162-173.

Hall, G. C. N., Teten, A. L., DeGarmo, D. S., Sue, S., & Stephens, K. A. (2005). Ethnicity, culture, and sexual aggression: Risk and protective factors. *Journal of Consulting and Clinical Psychology, 73,* 830-840.

Hall, G. C. N., DeGarmo, D. S., Eap, S., Teten, A. L., & Sue, S. (2006). Initiation, desistance, and persistence of men's sexual coercion. *Journal of Consulting and Clinical Psychology, 74,* 732-742.

Hall, G. C. N. (2006). Diversity in clinical psychology. *Clinical Psychology: Science and Practice, 13,* 258-262.

Goldston, D., Molock, S., Whitbeck, L., Murakami, J., Zayas, L., & Hall, G. C. N. (2008). Cultural considerations in adolescent suicide prevention and psychosocial treatment. *American Psychologist, 63,* 14-31.

Eap, S., DeGarmo, D. S., Kawakami, A., Hara, S. N., Hall, G. C. N., & Teten, A. L. (2008). Culture and personality among European American and Asian American men. *Journal of Cross-Cultural Psychology,* 39, 640-643.

Sue, S., Zane, N., Hall, G. C. N., & Berger, L. K. (2009). The case for cultural competency in psychotherapeutic interventions. *Annual Review of Psychology, 60,* 525-548.

Hall, G. C. N., & Allard, C. B. (2009). Application to graduate psychology programs by undergraduate students of color: The impact of a research training program. *Cultural Diversity and Ethnic Minority Psychology, 15,* 223-229.

Teten, A. L., Hall, G. C. N., & Capaldi, D. M. (2009). Use of coercive sexual tactics across 10 years in at-risk young men: Developmental patterns and co-occurring problematic dating behaviors. *Archives of Sexual Behavior, 38,* 574-582.

Hall, G. C. N., Martinez, C. R., Tuan, M., McMahon, T. R., & Chain, J. (2011). Toward ethnocultural diversification of higher education. *Cultural Diversity and Ethnic Minority Psychology, 17,* 243-251.

Hall, G. C. N., Hong, J. J., Zane, N. W., & Meyer, O. L. (2011). Culturally-competent treatments for Asian Americans: The relevance of mindfulness and acceptance-based therapies. *Clinical Psychology: Science and Practice, 18,* 215-231.

Parrott, D. J., Tharp, A. L., Swartout, K. M., Miller, C.A., Hall, G. N., & George, W.H. (2012). Validity for an integrated laboratory analogue of sexual aggression and bystander intervention. *Aggressive Behavior, 38,* 309-321.

Hall, G. C. N., & Yee, A. H. (2012). U.S. mental health policy: Addressing the neglect of Asian Americans. *Asian American Journal of Psychology, 3,* 181-193.

Foynes, M. M., Platt, M., Hall, G. C. N., & Freyd, J. J. (2014). The impact of Asian Values and victim-perpetrator closeness on the disclosure of emotional, physical, and sexual abuse. *Psychological Trauma: Theory, Research, Practice, and Policy, 6,* 134-141.

Ibaraki, A. Y., Hall, G. C. N., & Sabin, J. A. (2014). Asian American cancer disparities: The potential effects of model minority health stereotypes. *Asian American Journal of Psychology, 5,* 75-81.

Davis, K. C., Parrott, D. J., George, W H., Tharp, A. T., Hall, G. C. N., & Stappenbeck, C. A. (2014). Studying sexual aggression: A review of the evolution and validity of laboratory paradigms. *Psychology of Violence, 4*, 462-476.

Ibaraki, A. Y., & Hall, G. C. N. (2014). The components of cultural match in psychotherapy. *Journal of Social and Clinical Psychology, 33*, 936-953.

Hall, G. C. N., Yip, T., & Zárate, M. A. (2016). On becoming multicultural in a monocultural research world: A conceptual approach to studying ethnocultural diversity. *American Psychologist, 71*, 40-51.

Braje, S. E., Eddy, J. M., & Hall, G. C. N. (2016). A comparison of two models of risky sexual behavior during late adolescence. *Archives of Sexual Behavior, 45*, 73–83.

Braje, S. E., & Hall, G. C. N. (2016). Coping as a mediator between losing face and internalizing symptoms among Asian Americans. *Journal of Cross-Cultural Psychology, 47*, 1114–1129.

Hall, G. C. N., Ibaraki, A. Y., Huang, E. R., Marti, C. N., & Stice, E. (2016). A meta-analysis of cultural adaptations of psychological interventions. *Behavior Therapy, 47*, 993-1014.

Calvert, S. L., Appelbaum, M. I., Dodge, K. A., Graham, S., Hall, G. C. N., Hamby, S. L., Fasig-Caldwell, L., Citkowitz, M., Galloway, D. P., & Hedges, L.V. (2017). The American Psychological Association Task Force Assessment of violent video games: Science in the service of public interest. *American Psychologist, 72,* 126-143.

Kelly, N. R., Smith, T. M., Hall, G. C. N., Guidinger, C., Williamson, G., Budd, E. L., & Giuliani, N. R. (2017).  Perceptions of general and post-presidential election discrimination are associated with loss of control eating among racially/ethnically diverse young men. *International Journal of Eating Disorders*. Advance online publication

Huang, E. R., Jones, K. D., Bennett, R. M., Hall, G., & Lyons, K. S. (in press). The role of spousal relationships in fibromyalgia patients' quality of life. *Psychology, Health, & Medicine.*

Hall, G. C. N., Kim-Mozeleski, J., E., Zane, N. W., Sato, H., Huang, E. R., Tuan, M., & Ibaraki, A. Y. (in press). Cultural adaptations of psychotherapy: Therapists' applications of conceptual models with Asians and Asian Americans. *Asian American Journal of Psychology.*

Comments

13

Hall, G. C. N.  (1990). Validity of physiological measures of pedophilic sexual arousal in a sexual offender population: Reply to Quinsey and Laws. *Journal of Consulting and Clinical Psychology, 58*, 889-891.

Hall, G. C. N., & Crowther, J. H. (1991). Psychologists' involvement in cases of child maltreatment: Additional limits of assessment methods. *American Psychologist, 46*, 79-80.

Barongan, C., Bernal, G., Comas-Diaz, L., Hall, C. C. I., Hall, G. C. N., LaDue, R. A., Parham, T. A., Pedersen, P. B., Porché-Burke, L. M., Rollock, D., & Root, M. P. P. (1997). Misunderstandings of multiculturalism: Shouting fire in crowded theaters. *American Psychologist, 52*, 654-655.

Hall, G. C. N. (2006). Accessibility and attitudes: Comment on Lau (2006). *Clinical Psychology: Science and Practice*, *13*, 317-320.

Hall, G. C. N. (2011). Implications, themes, and next steps. *Journal of College Counseling*, *14*, 173-178.

Hall, G. C. N. (2016). Cognitive behavior therapy and cultural context: Commentary. *Japanese Journal of Behavior Therapy*, *42*, 35-38.

Hall, G. C. N., Yip, T., & Zárate, M. A. (2016). Disciplinary perspectives on multicultural research: Reply to Dvorakova (2016) and Yakushko et al. (2016). *American Psychologist*, *71*, 892-893

Zárate, M. A., Hall, G. N., & Plaut, V. C. (2017). Researchers of color, fame, and impact. *Perspectives on Psychological Science, 12*, 1176-1178.

Huang, E. R., Jones, K. D., Bennett, R. M., Hall, G. C. N., & Lyons, K. S. (in press). The role of spousal relationships in fibromyalgia patients' quality of life. *Psychology, Health, and Medicine*.

## Encyclopedia Entries

Hall, G. C. N.  (2000). Fetishism. In A. E. Kazdin (Ed.), *Encyclopedia of psychology, 5,* 364-365.  Washington, DC: American Psychological Association and Oxford University Press.

Hall, G. C. N.  (2000). Pedophilia. In A. E. Kazdin (Ed.), *Encyclopedia of psychology, 6,* 82-83. Washington, DC: American Psychological Association and Oxford University Press.

Hall, G. C. N.  (2000). Sexual masochism. In A. E. Kazdin (Ed.), *Encyclopedia of psychology, 7,* 259-260.  Washington, DC: American Psychological Association and Oxford University Press.

Hall, G. C. N.  (2000). Sexual sadism. In A. E. Kazdin (Ed.), *Encyclopedia of psychology, 7,* 263-265. Washington, DC: American Psychological Association and Oxford University Press.

Hall, G. C. N.  (2001). The clinical psychology of sex offenders. In N. J. Smelser & P. B. Baltes (Eds.), *International encyclopedia of the social and behavioral sciences*. Oxford, UK: Pergamon.

Ng, J. & Hall, G.C.N. (2011). Cultural influences on adolescent development. In B. Brown & M. Prinstein (Eds.), *Encyclopedia of adolescence* (pp. 44-51). New York: Academic Press.

Braje, S. E., & Hall, G.C.N. (2015). The role of culture in influencing assessment. In R. Cautin & S. Lilienfeld (Eds.), *Encyclopedia of clinical psychology.*

Editorial

Hall, G. C. N. (2004). Editorial. *Cultural Diversity and Ethnic Minority Psychology*, *10*, 3-4.

Journal Special Sections

Hall, G. C. N., Hirschman, R., & Beutler, L. E. (1991). Introduction to special section on theories of sexual aggression.  *Journal of Consulting and Clinical Psychology, 59*, 619-620.

Hall, G. C. N. (2005). Introduction to the special section on multicultural and community psychology: Clinical psychology in context. *Journal of Consulting and Clinical Psychology, 73,* 787-789.

Comas-Diaz, L., Hall, G. C. N., Neville, H. A., & Kazak, A. E. (2019). Racial trauma and healing. *American Psychologist.*

Authored Book

Hall, G. C. N.  (1996). *Theory-based assessment, treatment, and prevention of sexual aggression*.  New York: Oxford University Press.

Edited Books

Hall, G. C. N., Hirschman, R., Graham, J. R., & Zaragoza, M. S. (Eds.). (1993). *Sexual aggression: Issues in etiology, assessment, and treatment*. Washington, DC: Taylor & Francis.

Zaragoza, M. S., Graham, J. R., Hall, G. C. N., & Hirschman, R. (Eds.). (1994). *Memory and testimony in the child witness*. Thousand Oaks, CA: Sage Publications.

Ben-Porath, Y. S., Graham, J. R., Hall, G. C. N., Hirschman, R., & Zaragoza, M. S. (Eds.). (1995). *Forensic applications of the MMPI-2*. Thousand Oaks, CA: Sage Publications.

Hall, G. C. N., & Okazaki, S. (Eds.). (2002). *Asian American psychology: The science of lives in context*. Washington, DC: American Psychological Association.

Leong, F. T. L., Comas-Diaz, L., Hall, G. C. N., McLoyd, V., & Trimble, J. (Eds.). (2014). *Handbook of multicultural psychology, Vol. 1: Theory and research*. Washington, DC: American Psychological Association.

Leong, F. T. L., Comas-Diaz, L., Hall, G. C. N., McLoyd, V., & Trimble, J. (Eds.). (2014). *Handbook of multicultural psychology, Vol. 2: Applications and training*. Washington, DC: American Psychological Association.

Textbooks

Hall, G. C. N., & Barongan, C. (2002). *Multicultural psychology*. Upper Saddle River, NJ: Prentice-Hall.

Hall, G. C. N. (2010). *Multicultural psychology*, 2nd ed. Upper Saddle River, NJ: Prentice-Hall.

Hall, G. C. N. (2018). *Multicultural psychology*, 3rd ed. New York: Taylor & Francis.

Chapters

Hall, G. C. N., & Hirschman, R. (1993). Use of a new laboratory methodology to conceptualize sexual aggression. In G. C. N. Hall, R. Hirschman, J. R. Graham, & M. S. Zaragoza (Eds.), *Sexual aggression: Issues in etiology, assessment, and treatment* (pp. 115-132). Washington, DC: Taylor & Francis.

Hall, G. C. N., & Andersen, B. L. (1993). Sexual dysfunction and deviation. In A. S. Bellack & M. Hersen (Eds.), *Psychopathology in adulthood* (pp. 295-318). Boston: Allyn & Bacon.

16

Hall, G. C. N., Andersen, B. L., Aarestad, S., & Barongan, C. (2000). Sexual dysfunction and deviation. In A. S. Bellack & M. Hersen (Eds.), *Psychopathology in adulthood, 2nd ed.* (pp. 390-418). Boston: Allyn & Bacon.

Hall, G. C. N., & Phung, A. (2001). Cognitive enculturation and sexual abuse. In J. Schumaker & T. Ward (Eds.), *Cultural cognition and psychopathology* (pp. 107-118). Westport, CT: Greenwood.

Hall, G. C. N., & Phung, A. H. (2001). MMPI/MCMI. In L. Suzuki, J. Ponterotto, & P. Meller (Eds.), *The handbook of multicultural assessment*, 2nd ed. (pp. 307-330). San Francisco: Jossey Bass.

Hall, G. C. N., Lopez, I. R., & Bansal, A. (2001). Academic acculturation: Race, gender, and class issues. In D. Pope-Davis & H. Coleman (Eds.), *The intersection of race, gender, and class: implications for counselor training* (pp. 171-188). Thousand Oaks, CA: Sage.

Hall, G. C. N. (2002). Culture-specific ecological models of Asian American violence. In G. C. N. Hall & S. Okazaki (Eds.), *Asian American psychology: The science of lives in context* (pp. 153-170). Washington, DC: American Psychological Association.

Hall, G. C. N., Teten, A. L., & Sue, S. (2003). The cultural context of sexual coercion: Asian American and European American perpetrators. In R. A. Prentky, E. S. Janus, & M. C. Seto (Eds.), *Sexually coercive behavior: Understanding and management* (pp. 131-143). New York: New York Academy of Sciences.

Hall, G. C. N., Iwamasa, G. Y., & Smith, J. N. (2003). Ethical principles of the psychology profession and ethnic minority issues. In W. O'Donohue & K. E. Ferguson (Eds.), *Handbook of professional ethics for psychologists: Issues, questions, and controversies* (pp. 301-318). Thousand Oaks, CA: Sage.

Zane, N., Hall, G. C. N., Sue, S., Young, K., & Nunez, J. (2004). Research on psychotherapy with culturally diverse populations. In M.J. Lambert (Ed.), *Handbook of psychotherapy and behavior change*, 5th edition (pp. 767-804). New York: Wiley.

Goldsmith, R. E., Hall, G. N., Garcia, C., Wheeler, J., & George, W. H. (2005). Cultural aspects of sexual aggression. In K. H. Barrett & W. H. George (Eds.), *Race, culture, psychology, and law* (pp. 403-418). Thousand Oaks, CA: Sage.

Hall, G. C. N., & Eap, S. (2007). Empirically-supported therapies for Asian Americans. In F.T.L. Leong, A. Inman, A. Ebreo, L. Yang, L. Kinoshita, & M. Fu (Eds.), *Handbook of Asian American psychology*, 2nd ed. (pp. 449-467). Thousand Oaks, CA: Sage.

17

Eap, S., & Hall, G. C. N. (2008). Relevance of RCTs to diverse groups. In A. M. Nezu and C. M. Nezu (Eds.), *Evidence-based outcome research: A practical guide to conducting randomized controlled trials for psychosocial interventions* (pp. 425-443). New York: Oxford University Press.

Liu, C. H., Murakami, J., Eap, S., & Hall, G. C. N. (2009). Who are Asian Americans? An overview of history, immigration, and communities. In. N. Tewari, & A. Alvarez (Eds.), *Asian American psychology: Current perspectives* (pp. 1-30). New York: Erlbaum.

Hall, G. C. N., & Murakami, J. L. (2010). Domestic violence and sexual aggression: Culturally responsive counseling for Asian American men. In W. M. Liu, D. Iwamoto, & M. Chae (Eds.), *Culturally responsive counseling with Asian American men* (pp. 191-211). New York: Routledge Press.

Eap, S., Grimes, R., Ng, J., & Hall, G. C. N. (2010). Socio-cultural issues in assessment and diagnosis. In J. Maddux, & J. Tangney (Eds.), *Social psychological foundations of clinical psychology* (pp. 312-328). New York: Guilford.

Braje, S. E., Murakami-Brundage, J., Hall, G. C. N., Ota Wang, V., & Ge, X. (2012). Antisocial behavior and externalizing disorders among Asians, Asian Americans, and Pacific Islander populations. In E. C. Chang (Ed.), *Handbook of adult psychopathology in Asians: Theory, diagnosis, and treatment* (pp. 225-248). New York: Oxford University Press.

Braje, S. E., & Hall, G. C. N. (2013). Examining the role of ethnicity, culture, and social class in violence and aggression in the United States. In W. M. Liu (Ed.), *The Oxford handbook of social class in counseling* (pp. 526-543). New York: Oxford University Press.

Hall, G. C. N., & Yee, A. (2014). Evidence-based practice. In F. T. L. Leong, L. Comas-Diaz, G. C. N. Hall, V. McLoyd, & J. Trimble (Eds.), *Handbook of multicultural psychology, Vol. 2: Applications and training* (pp. 59-79). Washington, DC: American Psychological Association.

Braje, S. E., & Hall, G. C. N. (2014). Assessing personality using self-report measures with Asians and Asian Americans. In L. T. Benuto, N. S. Thaler, & B. D. Leany (Eds.), *Guide to psychological assessment with Asians* (pp. 135-152). New York: Springer.

Hall, G. C. N., & Ibaraki, A. Y. (2016). Multicultural issues in cognitive-behavioral therapy: Cultural adaptations and goodness of fit. In A. M. Nezu and C. M. Nezu (Eds.), *The Oxford Handbook of Cognitive and Behavioral Therapies* (pp. 465-481). New York: Oxford University Press.

Book Reviews

18

Hall, G. C. N. (2002). Cultures, competence, and change by Forest B. Tyler. *Cultural Diversity and Ethnic Minority Psychology, 8*, 404-405.

Hall, G. C. N. (2004). Diversity in human interactions: The tapestry of America by J. D. Robinson and L. C. James. *The Clinical Psychologist, 57*, 33.

Hall, G. C. N. (2004). Relapse prevention for sexual harassers: A pioneering effort. *Contemporary Psychology, 49*, 399-401.

Newsletter Articles

Hall, G. C. N. (1990). The role of sexual arousal in the forensic assessment of sexual offenders. *The Expert Witness, The Trial Attorney and The Trial Judge, 4*, 31-36.

Hall, G. C. N. (2003). Cultural competence in clinical psychology research. *The Clinical Psychologist, 56*, 11-16.

Hall, G. C. N. (2005). Top 10 recommendations for treating comorbid addictive behaviors in Asian Americans. *The Behavior Therapist, 28*, 118-120.

Blogs

Hall, G. C. N. (2016). Dying not to stand out: Asian Americans dying unnecessarily. *American Psychological Association Society for the Psychological Study of Men and Masculinity* http://division51.net/homepage-slider/dying-not-to-stand-out-asian-americans-dying-unnecessarily/

Hall, G. C. N. (2016). Getting better or getting well? How culture can improve your health. *American Psychological Association Public Interest Directorate* https://psychologybenefits.org/2016/10/27/getting-better-or-getting-well-how-culture-can-improve-your-health/

Hall, G. C. N. (2016-present). Life in the intersection: A multicultural psychology approach. *Psychology Today.* https://www.psychologytoday.com/blog/life-in-the-intersection

PRESENTATIONS

Hall, G. C. N., Smith, D. K., & Malony, H. N. (1981). *Asian-American personality characteristics as measured by the 16PF.* Paper presented at the meeting of the Western Psychological Association, Los Angeles.

Hall, G. C. N. (1982). *Therapist characteristics and low SES and racial minority clients' perceptions of psychotherapy outcome in initial sessions.* Paper presented at the meeting of the Washington State Psychological Association, Rosario, Washington.

Maiuro, R. D., Hall, G. C. N., Patterson, C. M., & Vitaliano, P. P. (1983). *The relationship between anger and depression in a clinical population.* Paper presented at the meeting of the Western Psychological Association, San Francisco.

Hall, G. C. N., & Maiuro, R. D. (1985). *The assessment and treatment of anger problems in a sex offender population.* Paper presented at the National Institute of Mental Health meeting, "Next Steps in Research on Sex Offenders," St. Louis.

Hall, G. C. N., & Maiuro, R. D. (1986). *Anger control in a sexual offender population.* Invited paper presented at the National Institute of Mental Health meeting, "The Assessment and Treatment of Sexual Offenders," Tampa.

Hall, G. C. N., & Proctor, W. C. (1986). *Predicting recidivism in a sexual offender population.* Paper presented at the National Institute of Mental Health meeting, "The Assessment and Treatment of Sexual Offenders," Tampa.

Hall, G. C. N., & Proctor, W. C. (1986). *Criminological predictors of recidivism in a sexual offender population.* Paper presented at the meeting of the Western Psychological Association, Seattle.

Maiuro, R. D., Vitaliano, P. P., Cahn, T. S., Hall, G. C. N., & Donovan, D. M. (1987). *Anger and hostility in alcohol abusing versus non-alcohol abusing domestically violent men.* Paper presented at the Third National Family Violence Research Conference, Durham, New Hampshire.

Hall, G. C. N., Proctor, W. C., & Nelson, G. M. (1987). *The validity of physiological measures of pedophilic sexual arousal in a sexual offender population.* Paper presented at the Association for the Behavioral Treatment of Sexual Abusers Conference on the Evaluation and Treatment of Sex Offenders, Newport, Oregon.

Hall, G. C. N. (1988, May). Theology and psychology: The heart and mind of a Christian clinical psychology. In M. O'Sullivan (Chair), *Psychologist and religious minister: One person, dual roles. Can it work?* Invited symposium conducted at the meeting of the Western Psychological Association, Burlingame, California.

Hall, G. C. N. (1988, May). *Sexual arousal and arousability in a sexual offender population.* Paper presented at the meeting of the Western Psychological Association, Burlingame, California.

Hall, G. C. N., & Graham, J. R. (1989, March). *MMPI cluster types among men who have sexually assaulted children*. Paper presented at the 24th Annual Symposium on Recent Developments in the use of the MMPI/MMPI-2, Honolulu.

Hall, G. C. N. (1990, August). Be all that you can be. In A. M. Neal & B. A. Allgood-Hill (Chairs), *The pursuit of excellence: Ethnic minorities and the academic career*. Symposium conducted at the 100th Annual Convention of the American Psychological Association, Boston.

Hall, G. C. N., & Hirschman, R. (1990, August). A quadripartite theory of sexual aggression. In R. Hirschman (Chair), *Towards a unified theory of sexual aggression*. Symposium conducted at the 98th Annual Convention of the American Psychological Association, Boston.

Hall, G. C. N., & Hirschman, R. (1991, May). *Sexual aggression against children: A quadripartite model*. Paper presented at the meeting of the Midwestern Psychological Association, Chicago.

Oliver, L. L., Hall, G. C. N., & Neuhaus, S. (1991, May). *Jesness Inventory and MMPI profiles among adolescent sex offenders*. Paper presented at the meeting of the Midwestern Psychological Association, Chicago.

Hall, G. C. N., Shondrick, D. D., & Hirschman, R. (1992, July). *The role of sexual arousal in sexually aggressive behavior: A meta-analysis*. Paper presented at the meeting of the World Congress of Behaviour Therapy, Surfers Paradise, Queensland, Australia.

Hall, G. C. N. (1992, August). What's a nice Eurasian boy like me doing in a place like this? In Y. Ying (Chair), *The road taken: Personal and professional journeys of Asian American psychologists*. Panel presentation at the meeting of the Asian American Psychological Association, Washington, D.C.

Hall, G. C. N., Hirschman, R., & Oliver, L. L. (1992, August). Direct measurement of sexually aggressive behavior in the laboratory. In G. C. N. Hall (Chair), *Laboratory approaches to sexual aggression*. Symposium conducted at the 100th Annual Convention of the American Psychological Association, Washington, D.C.

Shondrick, D. D., Hall, G. C. N., & Hirschman, R. (1992, August). Laboratory sexual aggression as a function of perceived provocation. In G. C. N. Hall (Chair), *Laboratory approaches to sexual aggression*. Symposium conducted at the 100th Annual Convention of the American Psychological Association, Washington, D.C.

21

Hall, G. C. N., Hirschman, R., & Oliver, L. L. (1993, November). *Deviant and nondeviant sexual arousal in a community sample of "normal" men*. Paper presented at the Association for the Treatment of Sexual Abusers Research and Treatment Conference, Boston.

Hall, G. N. (1995, August). *Prevention of sexual aggression: Lessons from ethnic minority communities*. Division 45 Presidential Address at the 103rd Annual Convention of the American Psychological Association, New York.

Hall, G. C. N. (1997, August). *Intra and interethnic sexual aggression: Perpetrator and victim perspectives*. Paper presented at the 105th Annual Convention of the American Psychological Association, Chicago.

Windover, A. K., Hall, G. C. N., & Narang, D. S. (1998, August). *Men's sexual imposition against women: Effects of anger and recipient dislike*. Poster presented at the 106th Annual Convention of the American Psychological Association, San Francisco.

Hall, G. C. N., & Sue, S. (1998, August). *Sexual aggression among Asian and European Americans: Determinants and prevention*. Paper presented at the 106th Annual Convention of the American Psychological Association, San Francisco.

Hall, G. C. N. (1999, April). *The self in context: Implications for psychopathology and psychotherapy*. Paper presented at the meeting of the Society for the Exploration of Psychotherapy Integration, Miami Beach.

Hall, G. C. N. (1999, August). *Asian American violence: An oxymoron?* Invited keynote address presented at the Annual Convention of the Asian American Psychological Association, Boston.

Hall, G. C. N. (1999, August). *Sexual aggression: Risk and protective aspects of loss of face*. Paper presented at the 107th Annual Convention of the American Psychological Association, Boston.

Hall, G. C. N. (1999, August). *A bug's life: How to keep from being squashed in academia*. Paper presented at the 107th Annual Convention of the American Psychological Association, Boston.

Hall, G. C. N. (1999, August). *Meta-analytic review of 31 years of comparative MMPI/MMPI-2 research*. Paper presented at the 107th Annual Convention of the American Psychological Association, Boston.

Hall, G. C. N. (2000, May). *Sex offender treatment: Current and future directions*. Invited address at the 6th International Conference on the Treatment of Sexual Offenders, Toronto.

Hall, G. C. N. (2000, August). *Culture-specific ecological models of Asian American violence*. Paper presented at the Annual Convention of the Asian American Psychological Association, Washington, DC.

Hall, G. C. N. (2000, August). *Academic acculturation: Ethnicity, gender, and class issues*. Paper presented at the 108th Annual Convention of the American Psychological Association, Washington, DC.

Hall, G. C. N. (2000, November). *Empirically supported treatments and culturally diverse populations*. Paper presented at the 34th Annual Convention of the Association for the Advancement of Behavior Therapy, New Orleans.

Anastasiou, A., Barongan, C., & Hall, G. C. N.  (2001, October). *How to survive teaching courses on race and culture*. Paper presented at the Boston College Institute for the Study and Promotion of Race and Culture, Chestnut Hill, Massachusetts.

Hall, G. C. N.  (2001, December). *Cultural context of interpersonal violence: Intervention and prevention*. Paper presented at the 17th Annual Meeting of the International Society for Traumatic Stress Studies, New Orleans.

Martinez, C. R., Urbina, C. X., Eddy, J. M., DeGarmo, D., S., Alonso, J., L., & Hall, G. C. (2002, May).  *Models and methods for community and research institution collaboration in prevention science*. Symposium presented at the 10th Annual Meeting of the Society for Research Prevention, Seattle.

Hall, G. C. N., Teten, A. L., & Sue, S. (2002, June). *The cultural context of sexual coercion*. Paper presented at the conference of the New York Academy of Sciences, Washington, DC.

Lindgren, K.P., George, W.H., Stephens, K.A., Hall, G.N., & Sue, S. (2004, January). *Sex-related alcohol expectancies and sexual and drinking behaviors in European-American and Asian-American college men*. Poster presented at the 5th Annual Meeting of the Society for Personality and Social Psychology Conference, Austin, TX.

Hall, G. C. N. (2004, November). *Treating outside the box: The top ten list for treating comorbid addictive behaviors in Asian Americans*. Paper presented at the 38th Annual Convention of the Association for the Advancement of Behavior Therapy, New Orleans.

Eap, S., Kawakami, A., Hara, S. N., Hall, G. C. N., & Teten, A. L. (2005, April). *Cultural influences on personality*. Paper presented at the 85th Annual Convention of the Western Psychological Association, Portland, OR.

Hall, G. C. N. (2005, August). *Cultural Diversity and Ethnic Minority Psychology student editor program*. Paper presented at the 113th Annual Convention of the American Psychological Association, Washington, DC.

Goldston, D., Hall, G. N., Hovey, J., Joe, S., Murakami, J. L., & Whitbeck, L. B. (2006, April). Suicide risk in Asian American & Pacific Islander youth. In D. Goldston (Chair), *Culture and youth suicide intervention*. Symposium presented at the 39th annual meeting of the American Association of Suicidology, Seattle, WA.

Zane, N. W. S., Sue, S., Hall, G. C. N., & Leong, F. T. L. (2006, August). *Generating a movement within a movement: EBPs and cultural competence*. Symposium presented at the Convention of the Asian American Psychological Association, New Orleans.

Hall, G. C. N. (2006, August). *Creating a diverse pipeline: Research training for ethnic minority undergraduates*. Paper presented at the 114th Annual Convention of the American Psychological Association, New Orleans.

Hall, G. C. N. (2007, July). *Cultural contexts of psychotherapy: A good therapy is like a good Japanese restaurant*. Invited address presented at the 5th World Congress of Behavioural and Cognitive Therapies, Barcelona, Spain.

Hall, G. C. N. (2007, August). *Clinical effectiveness treatment program*. Paper presented at the Convention of the Asian American Psychological Association, San Francisco.

Hall, G. C. N. (2007, August). *Moderators of ethnic matching in psychotherapy with Asian Americans*. Paper presented at the 115th Annual Convention of the American Psychological Association, San Francisco.

Foynes, M. M., Murakami, J. L., & Hall, G. C. N. (2007, August). *Trauma, ethnicity, and psychopathology*. Poster presented at the 115th Annual Convention of the American Psychological Association, San Francisco.

Murakami, J. L., Foynes, M. M., & Hall, G. C. N. (2007, August). *Reasons for living in Asian Americans and European Americans*. Poster presented at the 115th Annual Convention of the American Psychological Association, San Francisco.

Hall, G. C. N. (2008, August). *Promising directions in the study of culture and genetics*. Paper presented at the Convention of the Asian American Psychological Association, Boston.

Hall, G. C. N. (2008, August). *Evidence-based practices: Translating the research for ethnic minority communities*. Paper presented at the 116th Annual Convention of the American Psychological Association, Boston.

Murakami, J. & Hall, G. C. N. (2009, August). *Culturally sensitive counseling for suicidal East Asian American females*. Poster presented at the 117th Annual Convention of the American Psychological Association, Toronto.

Hall, G. C. N., LaFromboise, T. D., Leong, T. L., Zarate, M. A., & Buchanan, N. (2010, June). *Should researchers be required to study diverse samples? Conceptual approaches to ethnocultural diversity*. Panel discussion at the 1st Division 45 Conference, Ann Arbor, Michigan.

Hong, J. J., Hall, G. C. N., Zane, N. W., Chu, J. P., & Kim, J. (2010, November). *Incorporating cultural factors into empirically supported treatments: Research and clinical considerations*. Panel discussion at the 44th Annual Convention of the Association for Behavior and Cognitive Therapies, San Francisco.

Hall, G. C. N. & Yee, A. (2011, April). *Trickle-down mental health policy: Addressing the neglect of Asian Americans*. Invited paper presented at AAPI State of the Science: Mental Health and Treatment Issues for Asian Americans and Pacific Islanders Conference, Los Angeles.

Hall, G. C. N. (2012, August). *Broadening the appeal of Asian American psychology*. Paper presented at the Convention of the Asian American Psychological Association, Orlando.

Hall, G. C. N. (2013, January). *Racial/ethnic minority health disparities research and grant funding*. Invited presentation at the 8th National Multicultural Conference and Summit, Houston.

Hall, G. C. N. (2013, August). *Broadening the impact of cognitive-behavioral therapy: CBT across cultural contexts*. Invited lecture at the 4th Asian Cognitive-Behavioral Therapy Conference, Tokyo.

Hall, G. C. N. (2014, April). *Asian American psychology: Mental and physical health*. Invited address at the 94th Western Psychological Association Convention, Portland, Oregon.

Chain, J., Fong, M., Sun, X., & Hall, G. C. N. (2014, June). *Interventions to reduce depression among Chinese international students*. Paper presented at the 3rd Biennial American Psychological Association Division 45 Conference, Eugene, Oregon.

Hall, G. C. N. (2014, July). *Toward a psychology of the future: Preparing for cultural climate change*. Invited paper presented at the 28th International Congress of Applied Psychology, Paris.

Hall, G. C. N., Chain, J., Caban, A., & Sun, X. (2014, August). *Discrimination, social connectedness, and mental health: Chinese international students*. Paper presented at the 122nd Convention of the American Psychological Association, Washington, DC.

Alegria, M., Bernal, G., Hall, G. C. N., & Mays, V. M. (2015, May). In J. Gone (Chair), *Mapping the intersection of diversity and psychological clinical science: A panel discussion with four clinical scientists*. Invited panel discussion at the 28th Convention of the Association for Psychological Science, New York.

Hall, G. C. N. (2015, August). Multiculturally competent psychotherapy: Progress, resistance, and unfinished business. In D. Chang and S. Sue (Chairs), *How has the multicultural competence movement made a difference? Where should we go from here?* Invited collaborative session presented at the 123rd Convention of the American Psychological Association, Toronto.

Hall, G. C. N., Chain, J., Sun, X., DeGarmo, D., & Fong, M. (2016, July). *Discrimination, social connectedness, and mental health among Chinese international students*. Paper presented at the 4th Biennial Division 45 Research Conference, Stanford, California.

Hall, G. C., Ibaraki, A. Y., Huang, E. R., Marti, C. N., & Stice, E. (2016, July). *A meta-analysis of cultural adaptations of psychological interventions*. Poster presented at the 31st International Congress of Psychology, Yokohama, Japan.

Hall, G. C. N. (2016, August). *The future of Asian Pacific American psychology*. Paper presented at the Convention of the Asian American Psychological Association, Denver.

Hall, G. C. N. (2016, August). Do evidence-based psychotherapies perpetuate mental health disparities? In L. Comas-Diaz (Chair), *Advancing social justice in clinical practice*. Collaborative symposium presented at the 124th Convention of the American Psychological Association, Denver.

Hall, G. C. N., Casement, M. D., & Huang, E. R. (2017, August). Alternatives to conventional mental health services: Sleep interventions for Asian Americans. In N. W. Zane (Chair), *Innovative interventions that mitigate stigma, shame and face loss issues among Asian Americans*. Paper presented at the 125th Convention of the American Psychological Association, Washington, DC.

Hall, G. C. N. (2017, October). *Visibility and invisibility III: Navigating minefields and paving your path to tenure*. Paper presented at the Convention of the Asian American Psychological Association, Las Vegas.

26

Hall, G. C. N. (2017, October). *Effective strategies for mitigating stigma, shame, and face loss in psychological interventions for Asian Americans*. Paper presented at the Convention of the Asian American Psychological Association, Las Vegas.

Hall, G. C. N., Kim-Mozeleski, J., E., Zane, N. W., Sato, H., Huang, E. R., Tuan, M., & Ibaraki, A. Y. (2018, May). Cultural adaptations of psychotherapy: Therapists' applications of conceptual models with Asians and Asian Americans. Paper presented at the Convention of the Society for Prevention Research, Washington, DC.

GRANTS

### Grants Held

1991-94    Principal Investigator, "Sexual Aggression Against Children: A Quadripartite Model," National Institute of Mental Health, $222,809

2000    "Asian American Psychology: Scientific Innovations for the 21st Century," grant for think tank conference, American Psychological Association Commission on Ethnic Minority Recruitment, Retention, and Training, $2,500

2000-03    Principal Investigator, "Culture-Specific Models of Men's Sexual Aggression," National Institute of Mental Health, $969,290

2001-06    Principal Investigator, "Monocultural vs. Multicultural Academic Acculturation," National Institute of Mental Health, $718,999

2007-13    Co-Investigator, "Clinical Effectiveness Research Program", Asian American Center for Disparities Research, Nolan Zane, Principal Investigator, National Institute of Mental Health, $4,297,369

2012-16    Principal Investigator, "Stereotypes and Mental Health Among International Students", Innovations in Diversity and Academic Excellence Program, University of Oregon, $16,000

### Grant Reviewing

1995-96    Temporary Reviewer, Small Business Innovation Research Program, National Institute of Mental Health

1997-99    Member, Violence and Traumatic Stress Review Committee, National Institute of Mental Health

27

1999-00      Member, Risk Prevention and Health Behavior Review Committee-1, Center for Scientific Review, National Institutes of Health

2000         Temporary Reviewer, Biobehavioral and Behavior Processes-5, Center for Scientific Review, National Institutes of Health

2004-05      Reviewer, National Registry of Effective Programs and Practices, Substance Abuse and Mental Health Services Administration

2005, 2007      Reviewer, National Institutes of Health Loan Repayment Program

2005         Temporary Reviewer, Social Psychology, Personality and Interpersonal Processes Review Committee, Center for Scientific Review, National Institutes of Health

2009,        Member, National Center for Injury Prevention Special Emphasis Panel,
2012-13      Centers for Disease Control and Prevention

2014-15      Member, Special Emphasis Panel, Academic Research Enhancement Award, National Institutes of Health

2016         Temporary Reviewer, Adult Psychopathology and Disorders of Aging Study Section, National Institutes of Health

## RESEARCH INTERESTS

Cultural Contexts of Psychopathology and Psychotherapy
Asian American Psychology
Health Disparities

## TEACHING INTERESTS

Psychology of Cultural Diversity
Culture and Mental Health
Multicultural Psychology
Asian American Psychology

## REFERENCES

Frederick T. L. Leong
Department of Psychology

28

Psychology Building
316 Physics Road, Suite 136
Michigan State University
East Lansing, MI  48824-1116

Richard M. Suinn
Department of Psychology
Colorado State University
Fort Collins, CO 80523

Nolan W. S. Zane
Department of Psychology
University of California, Davis
One Shields Ave.
Davis, CA 95616

29