Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Cody M. Weston, OSB No. 984290
CWeston@perkinscoie.com
Nathan R. Morales, OSB No. 145763
NMorales@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Defendant
Michael H. Schill

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JENNIFER JOY FREYD,<br><br>              Plaintiff,<br><br>     v.<br><br>UNIVERSITY OF OREGON, MICHAEL H. SCHILL, and HAL SADOFSKY,<br><br>              Defendants. | No. 6:17-cv-448-MC<br><br>**DEFENDANT MICHAEL H. SCHILL'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(ORAL ARGUMENT REQUESTED)** |

### I.     CERTIFICATE OF COMPLIANCE WITH L.R. 7-1

Counsel for Defendant Michael Schill ("Schill") certifies that, pursuant to Local Rule 7-1, they have conferred in good faith with plaintiff's counsel regarding this motion, and the parties have been unable to resolve the disputed subject matter of the motion.

### II.     MOTION AND ARGUMENT

Schill moves for summary judgment on all remaining claims against him.  In support of this motion, Schill wholly adopts and incorporates by reference, as if set forth herein, Defendants

---

1 -   DEFENDANT MICHAEL H. SCHILL'S MOTION FOR SUMMARY JUDGMENT

142159204.1

University of Oregon and Hal Sadofsky's Motion for Summary Judgment (the "University's Motion"). Schill does not, however, adopt or incorporate the argument from pages 43-45 of the University's Motion, preceding the Conclusion section. Additionally, Schill also wholly adopts and incorporates the Declarations of Paula A. Barran, Andrea Larson, Hal Sadofsky, Nicholas B. Allen, David Conover, Brandalee Davis, Gordon C. Nagayama Hall, and Phillip A. Fisher, in Support of the University's Motion, as well as all Exhibits attached thereto.

DATED: November 16, 2018

**PERKINS COIE LLP**

By: s/ Nathan R. Morales
Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Cody M. Weston, OSB No. 984290
CWeston@perkinscoie.com
Nathan R. Morales, OSB No. 145763
NMorales@perkinscoie.com
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Defendant
Michael H. Schill

2 -   DEFENDANT MICHAEL H. SCHILL'S MOTION
FOR SUMMARY JUDGMENT

142159204.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222