Jennifer J. Middleton, OSB # 071510
jmiddleton@justicelawyers.com
Caitlin V. Mitchell, OSB # 123964
cmitchell@justicelawyers.com
JOHNSON, JOHNSON, LUCAS & MIDDLETON, PC
975 Oak Street, Suite 1050
Eugene, OR 97401-3124
Phone: 541/683-2506
Fax:    541/484-0882

Whitney Stark, OSB # 090350
whitney@albiesstark.com
Albies & Stark, LLC
210 SW Morrison Street, Suite 400
Portland OR 97204-3189
Phone: 503/308-4770
Fax:    503/427-9292

        Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| **JENNIFER JOY FREYD,** | Case No. 6:17-CV-00448-MC |
| Plaintiff, | **DECLARATION OF DARE BALDWIN** |
| vs. | |
| **UNIVERSITY OF OREGON, MICHAEL H. SCHILL and HAL SADOFSKY,** | |
| Defendants. | |

I, Dare Baldwin, declare as follows:

1. I am a Full Professor in the Department of Psychology. I have been a faculty member at the

   University of Oregon since 1992.

2. My research concerns mechanisms that underlie the human capacity for learning, with a focus on rapid acquisition of complex knowledge systems from infancy through adulthood. I have received numerous honors and awards for my work, including two prestigious fellowships at the Center for Advanced Study in the Behavioral Sciences at Stanford University, a Guggenheim Fellowship, and a James McKeen Cattell award. I also have received significant grant funding. To name two recent examples, from 2009-2012 my co-principal investigator, Dr. Deb Roy of MIT, and I received a $900,000 grant from the Office of Naval Research, and in 2018 I was part of a team receiving a $1,514,964 grant, with a UO Sub-Award of $200,000, jointly funded by the Bill and Melinda Gates Foundation and the New York Academy of Sciences. I have attached a true and correct copy of my current CV as Exhibit 1.

3. Exhibit 2 is a copy of a letter that I wrote to Department of Psychology Head Dr. Ulrich Mayr outlining my concerns about retention processes, as well as my own experience with those processes in 2017, when I was a finalist for an endowed center directorship at the University of Cambridge in the U.K. It is a true and correct copy, and it accurately reflects the communication that I sent.

4. I was repeatedly told that I was not being offered a retention raise because I had not yet received an offer from Cambridge. Although I was ultimately offered a relatively small salary adjustment very late in my engagement in the search process, this did not occur until after I had repeatedly complained, in writing, about the lack of any retention efforts in my case. In contrast, I am aware of at least one other faculty member in the department, Dr. Nick Allen, who received a pre-emptive retention offer during the same time period. Dr. Nick Allen was invited to interview for what I understand was a center directorship at the University of Birmingham in the U.K., and was quickly offered a pre-emptive retention raise, along with a substantial research fund and

the promise of the creation of a new center that he would direct within the Department of Psychology (now the Center for Digital Mental Health).

5. I take issue with a number of points made by Natural Sciences Dean Dr. Hal Sadofsky in his Declaration regarding my 2017 retention process. Dr. Hal Sadofsky states, "Prof. Allen had major external funding for his work and we learned that he was the leading candidate for an important position at University of Birmingham (England)" and "Dare Baldwin was also under consideration for a position in England but was one of several candidates under consideration at that time. The University made a more modest retention offer at that point…". Dr. Sadofsky's statements fail to note that the position that I was under consideration for was an endowed center directorship at the University of Cambridge, which is consistently ranked between second to fifth of all universities in the world (in the select company of Harvard, MIT, Oxford, Princeton, and Stanford), whereas the University of Birmingham's ranking falls well below 75th across global ranking systems, and in at least half of such ranking systems does not even make the top 100. Thus Dr. Sadofsky's portrayal of the position for which Dr. Allen was being considered as "important," while omitting such a portrayal in my case, is misleading. As well, it was never made clear to me precisely how it was known that Dr. Allen was the "leading candidate." And even if so, this would mean that Dr. Allen was under consideration among other candidates, just as I was.

6. In regard to the above-mentioned statements in Dr. Sadofsky's declaration, it is significant that, in comparing my case with Dr. Allen's case, Dr. Allen is accorded a title ("Prof. Allen"), whereas I am not, despite the fact that Dr. Allen and I are equals in rank and I am his senior in terms of years since Ph.D. and years in rank. As well, my first name is utilized instead of the title. These are both clear examples of research-documented indications of gender-based bias, which have been shown to influence judgment and decision-making.

7. Dr. Sadofsky disguises clear differences between how Dr. Allen and I were treated during our respective retention raise processes. Initially, no pre-emptive retention process was initiated at all in my case. After informing Dr. Mayr about being recruited to interview at Cambridge, I waited for a number of weeks in expectation of hearing from him about a pre-emptive retention offer. When I heard nothing, I directly requested, in a verbal conversation, that Dr. Mayr initiate the pre-emptive retention process; I also asked why that had not already occurred, given the pre-emptive retention efforts that the university had made in Dr. Allen's case. As the process unfolded further, I interviewed and was deemed "appointable" by the University of Cambridge Board of Electors. I kept Dr. Mayr abreast of all these developments. He continued not to initiate retention efforts. I then complained in an April 4, 2017 letter to Dr. Mayr (Exhibit 2), and he initiated a discussion with Dr. Sadofsky. Dr. Sadofsky arranged to have a Skype meeting with me (at that time I was on sabbatical leave as a Fellow at the globally prestigious Center for Advanced Studies in the Behavioral Sciences at Stanford University). During that Skype conversation, Dr. Sadofsky said that no pre-emptive retention package would be forthcoming in my case, because my record was not comparable to that of Dr. Allen.

8. After that conversation, I complained again to Dr. Mayr (documented in an email exchange); as a result of his subsequent discussions with Dr. Sadofsky, I was offered a $10,000 annual salary increase as a pre-emptive retention, with the conditions that a) I withdraw from the University of Cambridge search, and b) agree that the University would decline to enter into any other retention processes for me for the next six years. In his statement, Dr. Sadofsky somewhat misleadingly states that I "declined to withdraw from consideration with the other institution and so did not accept the Oregon offer." In fact, I made clear that, given how far the recruitment process with University of Cambridge had already proceeded (e.g., I had already interviewed and been deemed "appointable" by the University of Cambridge Board of Electors),

combined with a pre-emptive retention proposal that was not commensurate with what others had received, I was unwilling to agree to the conditions.

9. While a $10,000 increase is not insignificant in its own right, it was strikingly smaller in salary amount and in total compensation than what others in Psychology had been offered through the retention process. I will note here that the details of these retention packages are to some degree "cloaked in mystery," and even requests for clarity were met with an unwillingness to share the details of other retention packages, thereby undercutting my ability to judge equity. I was told by Dr. Mayr that Dr. Allen was offered a significantly higher salary, a substantial research fund, and the promise of the creation of a new center within Psychology (now the Center for Digital Health), and possibly other things. In contrast, I was offered only the relatively small annual salary increase of $10,000, no research funds, no teaching releases, no center, no summer salary, etc. I was prepared to forego continued engagement with the University of Cambridge if the University of Oregon had offered a more equitable pre-emptive retention package.

10. In sum, three important points: i) despite being actively engaged in an interview process and deemed "appointable" by the University of Cambridge, the retention process in my case unfolded very differently than in Dr. Allen's case (I was offered a comparatively small pre-emptive retention offer only after I actively and repeatedly requested attention to my retention situation, and ultimately complained about inequities), ii) the pre-emptive retention packages were very different in quantity and quality (in salary, research funds, and in the creation of a new center in the UO Psychology Department for Dr. Allen to which he was appointed director), and iii) Dr. Sadofsky's statements indicate a willingness to disguise important particulars regarding inequitable retention processes, showcasing a lack of candor on his part.

11. Dr. Sadofsky makes other statements that appear to mislead: "The University believed that Prof. Allen was a finalist, and he was the only person then being considered, and close to receiving an

offer, while Prof. Baldwin was one of several being considered early in the process. Allen's potential departure was imminent. Prof. Baldwin's was not." Yet the key facts were identical in both cases: neither Dr. Allen nor I had received an actual offer; both were pre-emptive recruitment scenarios; as well, both Allen and I were "finalists." It also seems misleading to portray my case as "early in the process" in that I had been openly involved in the search process for months, had interviewed with the Executive Search firm Perrett-Laver, then subsequently traveled to Cambridge for a two-day on-campus interview, and had already been deemed "appointable" not only by the search committee, but also by the Cambridge Board of Electors. Thus, I also was "close to receiving an offer" and my search process could be argued to have been more advanced than Dr. Allen's, in that, to my understanding, he had not been deemed appointable nor attended an actual, formal, on-campus interview.

12. Lastly, I continue to be unclear as to why Dr. Sadofsky claims that Dr. Allen "was the only person then being considered." When I queried Dr. Mayr on this front during the period when I experienced mounting concern that no retention efforts were initiated in my case – in striking contrast to how Dr. Allen's case had been handled – Dr. Mayr mentioned emails from University of Birmingham that Dr. Allen had shared with him to this effect, but the precise content of these emails that clarified Dr. Allen's status as sole target of the recruitment effort was not made clear.

13. Dr. Sadofsky states: "In contrast, earlier in her career Prof. Baldwin had been close to leaving the university and it is my understanding that she received a very substantial offer and elected to remain with the university." It is correct that I had received a very substantial retention offer earlier in my career (notably when Dr. Marjorie Taylor was Department Head) and had elected to remain with the university. However, that case was not comparable to Dr. Allen's situation. My earlier case was not a pre-emptive retention scenario. I had in fact already received an offer

to join the faculty at the University of British Columbia (UBC) as a Tier One Canada Research Chair (an endowed professorship) at the rank of Full Professor (a promotion from my then rank of Associate Professor). The offer included permanent reduction of teaching to just one course per year for me. My partner at that time had also already received an offer from UBC at the rank of Associate Professor, and we were being recruited as a two-position package. Both positions also came with sizable start-up funds. For these reasons, it is inappropriate to equate Dr. Allen's retention scenario with the one undertaken for me in previous years.

14. Dr. Elliot Berkman also recently initiated a retention negotiation. In his case, the Provost and Senior Vice President Dr. Jayanth Banavar mandated that Dr. Berkman be given a significant preemptive salary raise and substantial research funds in order to retain him. Department Head Dr. Mayr disagreed with Provost Banavar and advocated for an offer to Dr. Berkman that would have been more equitable with a retention offer that recently had been extended to Dr. Jennifer Pfeifer. The Provost opted not to change his mandate.

15. I have received invitations to apply to other institutions at various times throughout my career. In particular, I was invited to apply to positions at Yale, University of Arizona, New York University, and Boston University. I did not pursue these invitations. I would not entertain a potential offer if I did not intend to give serious consideration to accepting it, as this is unethical. I pursued the invitation to apply to the University of Cambridge position because it genuinely was of great interest to me.

16. From what I have observed during my time at the UO, male faculty tend to be more successful than women in obtaining retention offers. That seems to be in part because male faculty are more likely to be courted by other academic institutions and are also more likely to either actively apply, or actively entertain invitations to apply, as part of a salary-building process. My

recent experience indicates that inequitable retention practices also contribute to existing salary differentials.

17. Following my experience with the retention process in 2017, two colleagues and I proposed the adoption of a set of guidelines to help ensure more equitable retention processes, as well as new transparency requirements in reporting and documenting financial information in the Department of Psychology (salary, compensation from grants/awards/start-up and retention packages, etc.) for all faculty in the department. The Psychology faculty at large supported those proposals and requested that the Department Head and the Executive Committee propose guidelines to be voted on at a future meeting. Although more than a year has passed, just one planning discussion about transparency of documentation has occurred in the Executive Committee, and no action whatsoever has yet been taken regarding establishing policy guidelines to improve equity practices.

18. In 2018, the Department of Psychology hired five new tenure-track Assistant Professors: three women and two men. The two men we hired are the spouses of two of the women we hired. The Department of Psychology had targeted the three women for hiring; the men were interviewed during the recruitment phase of the searches, only after offers had been made to their spouses. According to the figures that I was given by the Department of Psychology in Summer 2018, the starting salaries for the three women are each $83,000, and the starting salaries for the two men are each $84,000. That initial salary difference – $1000 – may seem minor, but will compound significantly over the course of a career.

19. I declare under penalty of perjury of the laws of the state of Oregon that the foregoing is true and correct.

Executed on December __12__, 2018.

Dare Baldwin

CURRICULUM VITAE
**DARE ANN BALDWIN**

Department of Psychology                                   3244 Van Buren St.
1227 University of Oregon                                  Eugene, Oregon 97405
Eugene, Oregon 97403                                      (541) 345-6764
e-mail address: baldwin@uoregon.edu

**PERSONAL INFORMATION**

Born: February 24, 1960
Citizenship: U.S.A. and Canada

**EDUCATON**

B.A. in Psychology, 1982, U.C. Berkeley
M.Sc. in Psychology, 1984, U.C. Santa Cruz
Ph.D. in Psychology with Special Designation in Cognitive Science, 1989, Stanford University

**HONORS AND AWARDS**

VPRI Faculty Research Award, 2018
Fellow, Center for Advanced Study in the Behavioral Sciences, Stanford University, 2016-2017
College Scholars Faculty Fellow, 2015/2016
University of Oregon I3 Award, 2016
University of Oregon I3 Award, 2015
Fund for Faculty Excellence Award, University of Oregon, 2007-2012
John Simon Guggenheim Memorial Fellowship, 2007
James McKeen Cattell Sabbatical Fellowship, 2006
Fellow, Association for Psychological Science, appointed 2006
College of Arts and Sciences Distinctiveness Award
Tier 1 Canada Research Chair at the University of British Columbia, 2002 (declined)
Fellow, Center for Advanced Study in the Behavioral Sciences, Stanford, CA 1999-2000
APA Distinguished Scientific Award for Early Career Contribution to Psychology, 1997
Honorary Member, Golden Key National Honor Society, inducted 1996
John Merck Scholars Award, 1995
Richard A. Bray Faculty Fellow, 1995-1996
APA division 7 Boyd McCandless Award, 1995
Nominee: Chase Memorial Award, 1993
Special Dissertation Research Grant, Stanford University, 1988
Jacob K. Javits Memorial Fellowship, U.S. Department of Education, 1986-1989
University Fellowship, Stanford University, 1984-1989
Sloan Foundation Research Fellowship, 1985-1986
University of California Regents' Fellowship 1982-1983
Psi Chi

Phi Beta Kappa
Departmental Citation for Academic Excellence 1981-1982, U.C. Berkeley
B.A., Highest Distinction in General Scholarship, U.C. Berkeley, 1982
B.A., Highest Honors, U.C. Berkeley, 1982

**ASSOCIATION MEMBERSHIPS** (former and current)

South East Asian Nutrition Neuroscience Network (SEAN3)
American Association for the Advancement of Science
American Psychological Association
Association for Psychological Science
International Society on Infant Studies
Psychonomic Society
Society for Research in Child Development
Current Executive Board member, Language Development Society
Former Executive Board member, Cognitive Development Society

**PROFESSIONAL EXPERIENCE**

Faculty-in-Residence, Clark Honors College, University of Oregon, September 2018 to present.
Director of Graduate Studies, Department of Psychology, University of Oregon, September 2009-2013.
Acting Department Head, Department of Psychology, University of Oregon, September-December 2004.
Full Professor, Department of Psychology, University of Oregon, September 2002 to present.
Associate Professor with Indefinite Tenure, Department of Psychology, University of Oregon, September 1995 to August 2002.
Assistant Professor of Psychology, Department of Psychology, University of Oregon, December 1992 to August 1995.
Assistant Professor, Department of Psychology, University of British Columbia, July 1989 to December 1992.

**RESEARCH INTERESTS**

    Cognition
        Event Processing
        Social Cognition
        Inductive Reasoning
    Language Acquisition
        Semantic Development
        Pragmatic Development
    Developmental Cognitive Neuroscience
        Developmental Neuroscience of Infant Malnutrition

# GRANTS

| | |
|---|---|
| 2018 | Principal Investigator, Faculty Research Award, "Harnessing Pupillometry to Monitor Infants' Auditory Health," Office of the VPRI, $5,500. |
| 2018-2020 | Co-Principal Investigator, New York Academy of Sciences and Bill & Melinda Gates Foundation, "Perinatal thiamine-fortified salt: an exploration of fortification efficacy, status biomarkers, and neuro-cognitive development" (co-PIs: Dr. Gilles Bergeron, Dr. Jeffery Measelle, Dr. Kyly Whitfield), $1,514,964; UO Sub-Award $200,000 |
| applied | Co-Principal Investigator, Bill & Melinda Gates Foundation, "Understanding Caregiving as the Epicenter of Infants' Surviving and Thriving" (co-PI, Dr. Jeffery Measelle), $500,000, not funded |
| applied | Principal Investigator, NIH R21, "Harnessing Pupillometry to Monitor Infant Auditory Development" (co-PI, Dr. Avinash Bala), $275,000, not funded |
| applied | Consultant NIH R21, "Novel Methods of Hearing Assessment" (PI Dr. Avinash Bala, co-PI Dr. Terry Takahashi), $ 200,000, not funded |
| applied | Sponsor, NIH pre-doctoral NRSA with Jessica Kosie, not funded |
| 2017 | Collaborator (PI Michael Frank), NSF, ManyBabies Project (scientific reproducibility initiative) $600 |
| 2016-2017 | Co-Principal Investigator, University of Oregon I3 Award, "Innovative Neurobehavioral Approaches to Ameliorating Developmental Consequences of Infant Malnutrition" (Co-PI Jeffery Measelle, PhD) $50,000 |
| 2015-2016 | Co-Principal Investigator, University of Oregon I3 Award, "A Novel Tool for Perceptual and Cognitive Assessment," (Co-PI Terry Takahashi, PhD) $50,000 |
| 2015-2018 | Consultant, National Science Foundation, "Causality across Languages", (PI Juergen Bohnemeyer) Average annual direct cost = $219,961/3 yrs = $73,320/yr |
| 2014 | Co-principal Investigator, National Living Laboratory Stipend (funded by NSF), "Team Duckling in partnership with The Science Factory", (Co-PI: Nick Spicher, Director of The Science Factory), $2,600 |
| 2009-2012 | Co-Principal Investigator, Office of Naval Research, "Event Representation in Humans and Machines", $900,000, with Co-PI Deb Roy, MIT Media Lab |
| 2007-2012 | University of Oregon Fund for Faculty Excellence Award, $30,000 |

| 2007-2008 | John Simon Guggenheim Memorial Fellowship, $38,000 |
|---|---|
| 2006-2007 | James McKeen Cattell Sabbatical Award, $32,000 |
| 2006-2009 | Sponsor/Principal Investigator, National Institutes of Health post-doctoral national Research Service Award (F32 HD053209-01) for Dr. Bridgette Martin Hard |
| 2002-2006 | Principal Investigator, National Science Foundation, "Infants' Processing of Dynamic Human Action", $383,578 |
| 2003 | College of Arts and Sciences Program Grant, awarded to fund the Essentialism Conference (co-organizer, Louis Moses), $6,000 |
| 2002 | Principal Investigator, University of Oregon Summer Research Award, "Infants' Processing of Dynamic Human Action", $4,000. |
| 2002 | College of Arts and Sciences Distinctiveness Award, $4,000. |
| 2002 | University of Oregon research Fund Retention Award, $180,000. |
| 2000-2002 | Sponsor/Principal Investigator, National Institutes of Health pre-doctoral NRSA, pre-doctoral candidate Rebecca Brand, "Inhibitory Control and Work Learning". |
| 2000 | Sponsor/Principal Investigator, National Institutes of Health pre-doctoral NRSA, post-doctoral candidate David Sobel. Awarded but deferred. |
| 1995-2000 | Principal Investigator, John Merck Scholars Program in the Biology of Developmental Disabilities in Children, US $240,000. |
| 1995-1998 | Principal Investigator, McDonnell Foundation Investigator-Initiated Grants in Cognitive Neuroscience: Neurophysiological Concomitants of Language Comprehension in Infancy, US $104,704. |
| 1995-1997 | Rippey Fund Grant for Teaching Innovation, US $9,991. |
| 1994-2001 | Principal Investigator, NSF New Young Investigator Award, Interpretive and Information-Gathering Abilities that Expedite Knowledge Acquisition in Infancy, US $312,500. |
| 1994 | Principal Investigator, University of Oregon Summer Research Award: Infant's Ability to Consult Others as Sources of Information, US $4,000. |
| 1993 | Co-Investigator, Natural Sciences and Engineering Research Council of Canada Strategic Equipment Grant: Enhancement for a hypermedia video Server. Principal Investigator |

Kellogg S. Booth, Co-Investigators Robert Goldstein, Carson Woo, Ricki Goldman-Segall, Raymond Ng, S. Rao, Gerri Sinclair, US $33,898.

1993-1995      Co-Investigator, Natural Sciences and Engineering Research Council of Canada Strategic Operating Grant: Logging, Annotation, and Navigation for Hypermedia Video Analysis Tools. Principal Investigator Kellogg S. Booth, Co-Investigators Robert Goldstein, Carson Woo, Ricki Goldman-Segall, Raymond Ng, s. Rao, Gerri Sinclair, US $266,250.

1991      Principal Investigator, Natural Sciences and Engineering Research Council of Canada Equipment Grant: An Integrated System Enabling Computer Controlled Presentation of Dynamic Video Images for Infant Cognition Research, US $9,921.

1991-1993      Principal Investigator, Social Sciences and Humanities Research Council of Canada Operating Grant: Infants' Sensitivity to Socially Relevant Affective Cues, US $87,243.

1990-1993      Principal Investigator, Humanities and Social Sciences grant: Infants' Sensitivity to Others' Focus: Social Referencing and Affective Sharing, US $4,250.

1990-1993      Principal Investigator, Natural Sciences and Engineering Research Council of Canada Operating grant: Infants' Sensitivity to Nonverbal Cues in the Word Learning Context, US $20,675,

1989      University of British Columbia Natural Sciences and Engineering Research Council Startup Grant: Semantic Acquisition and cognitive Development in Infancy, US $20, 675.

## TEACHING

Undergraduate *Development* (PSY376) for College Scholars
Undergraduate *Thinking* (PSY330) for College Scholars
Undergraduate *Infancy* (PSY410)
Undergraduate *Cognitive Development* (PSY475)
Undergraduate *Development* (PSY375/6)
Undergraduate *Language Acquisition* (PSY476)
Undergraduate *Psycholinguistics* (PSY440)
Undergraduate Lab Course in *Cognitive Science* (PSY430)
Undergraduate Honors College Course *Essentialism in Cognition & Culture* (HC431)
Undergraduate Seminars (PSY409): Children & Education, Children & the Law
Undergraduate Summer Institute
Undergraduate Seminar (PSY407): *Fostering Children's Development*
Undergraduate Honors Seminar (PSY490)
Freshman Social Sciences Colloquium for the College Scholars Program (CAS130)
Graduate *Infancy* (PSY510)
Graduate *Cognitive Development* (PSY575)
Graduate *Language Acquisition* (PSY576)
Graduate *Psycholinguistics* (PSY540)

Graduate Lab course in *Cognitive Science* (PSY530) Graduate
Proseminar:  *Contemporary Issues in Psychology* Graduate
Core Course: *Issues in Development* (PSY610)
Graduate Seminars:  *Language Acquisition, Intentionality, Action Processing,*
                    *Fostering Cognitive and Language Development, Mechanisms of*
                    *Cognitive Development*
Seminar for First Year Ph.D. Students (PSY611/PSY613)
Research Ethics Seminar for Psychology Graduate Students (PSY612)

Supervision of post-doctoral fellows:  To date, two post-doctoral fellows have joined my research lab. Dr. Stephanie Carlson served as project manager on research investigating the neurophysiological concomitants of language comprehension in infancy. She went on to a tenure-track assistant-professorship at the University of Washington, Seattle, and is currently a tenured Full Professor at the Institute of Child Development at the University of Minnesota.  I  a l s o s p o n s o r e d  Dr. Brigette Martin Hard's three-year National  Institutes of Health National Research Service Award post-doctoral fellowship. She later spent several years in Psychology at Stanford University, and is now a tenure-track Assistant Professor at Duke University.

Graduate supervision:  I have supervised one master's student in Linguistics, Tamara Smith, nine in Psychology, Shairn Morford, Marguerite Hoerger, Karen Myhr, Emily Neuhaus, Jason Dooley Garrison (a former McNair scholar who I supervised), Jessica Kosie, Amy Konyn, Leah Child, and Yasu Tanaka, and sixteen Ph.D. students in Psychology, ten of whom have completed their degrees: Dr. Mark Sabbagh, Dr. Megan Saylor, Dr. Rebecca Brand, Dr. Eric Olofson, Dr. Jeffrey Loucks, Dr. Meredith Meyer, Dr. Kara Sage, Dr. Annika Andersson, Dr. Rose Maier Hartman, Dr. Robbie Ross, Dr. Jenny Mendoza, Jessica Kosie, Amy Konyn, Jason Wallin, Lauren Vega O'Neill, and Netanel Weinstein.  Dr. Sabbagh, a recipient of a National Science Foundation Graduate Fellowship, moved to a prestigious post-doctoral position at the University of Michigan on completing his Ph.D., is now a Full Professor with indefinite tenure at Queen's College in Kingston, Ontario, Canada, and the general editor of a premiere academic journal, *Cognitive Development*.  Dr. Saylor completed her Ph.D. in June, 2001, and is now a tenured associate professor at Vanderbilt University in the fall of 2001.  Dr. Brand completed her Ph.D. in July, 2002.  Her predoctoral research was supported by a National Research Service Award from NIH. She is now a tenured associate professor at Villa Nova University. Dr. Olofson completed his Ph.D. in June of 2008, and immediately began a tenure- track assistant professorship at Wabash College, a liberal arts institution, where he is now a tenured Associate Professor. Dr. Jeffrey Loucks joined the faculty at the University of Regina as an Assistant Professor, and has recently received tenure and promotion to Associate Professor. Dr. Meredith Meyer has recently been given early tenure and promotion to Associate Professor at Otterbein University; Dr. Kara Sage is a tenure-track Assistant Professor at the College of Idaho, a premiere liberal arts college; and Dr. Annika Andersson is on the faculty at Lund University in Sweden.

In addition to serving as primary advisor to these students, I also have served on numerous graduate committees (e.g., dissertation, preliminary exam, supporting area, advising, and first year committees) over the years. Among these were two dissertation committees at other universities (University of British Columbia for Dr. Suzanne Hala, now a tenured Associate Professor at University of Calgary, Canada; and University of Pittsburgh, for Dr. Suzanne Scherf, now a tenured Associate Orofessor at Pennsylvania State University).

Undergraduate supervision:  Over the years I have supervised a sizable number of undergraduate honors theses, and several of these have been carried out by students in the Honors College.  One such thesis reached publication, another received an award for best honor's college thesis of AY2001-2002, and a third received the Departmental Zack award for the best honor's thesis of AY2007-2008.  As well, each term a fair number of undergraduates (ranging from 5-20 for any given term) participate as research assistants in the ongoing work in my research laboratory. With our mentoring assistance, the majority go on to graduate studies.

<u>Teaching innovation</u>: I was awarded a grant by the Rippey Fund for Teaching Innovation to support the development of optional seminars linked to an undergraduate course on Development (Psychology 375). These seminars, focusing on Children and the Law as well as Children and Education, are designed to enrich students' exposure to ways in which developmental research plays a role in everyday decisions and policy-making. The grant provided funds for additional teaching assistance from graduate students and for honoraria to support site visits to community organizations as well as guest lectures by community experts. Evaluations from students who participated in the seminars (I conducted both seminars several times) were extremely positive, and indicated that their experience in the seminars greatly enhanced their overall engagement in developmental issues.

Some years ago I was nominated as an honorary member of the Golden Key National Honor Society by a prior student, Ni Jiang, and was inducted in March of 1996.

For three summers I participated in an NIH-funded Multicultural Training Grant (PI Dr. Gordon Hall), that has involved supervising a visiting advanced undergraduate psychology student each summer in research and writing activities as they participate in a training program. The program is designed in part to evaluate the benefits of embedding training in a multicultural context.

**SERVICE**

<u>Departmental Service:</u>

During my employment at the University of British Columbia I served on numerous committees, in some cases for several consecutive years, including the 75th Anniversary Open House, Curriculum, Graduate Admissions, Annual Report, Departmental Safety, and UBC President's Child Study Centre Advisory Committees. As well, I served as an Undergraduate Program Advisor for several years, and coordinated the library and reading rooms.

At the University of Oregon, my departmental service has covered a substantial range. I served for one term as Acting Chair of the Psychology Department while our then chair, Dr. Marjorie Taylor, was away on leave. Over the years, I have served three two-year terms on the Departmental Executive Committee, chaired or co-chaired numerous tenure/promotion committees, chaired the Graduate Admissions Committee twice and served on it on numerous other occasions, chaired the Planning Committee, co-chaired a steering committee for the Institute for Cognitive and Decision Sciences, and co-chaired an Institute for Cognitive and Decision Sciences focus group on Event Representation. I have also assisted as a committee member or chaired several faculty searches in Cognitive Neuroscience and in Development (these resulted in the successful hiring of Dr. Helen Neville, Dr. Ed Vogel, Dr. Nash Unsworth, and most recently, Dr. Caitlin Fausey). Finally, I have chaired the Developmental Lunch series on numerous occasions, and have supervised the department's Developmental Database (a pool of parents and children who are potential research participants) on many occasions. As well, I helped to establish and have spearheaded creation of a collective of developmental scientists – Team Duckling -- engaged in community outreach. I have played a key role in developing this important infrastructure resource over the years. Recently I completed a two-year term as an elected member on the Executive Committee of the Institute for Cognitive and Decision Sciences, and I completed four years as Director of Graduate Studies. I have also recently chaired and served on several tenure and promotion committees. I led the process of self-study and preparation for the Department of Psychology's 10-year review in AY 2000/01, and did this again for the review that took place just last year, in AY 2015/16. This involved drafting an extensive self-study document evaluating departmental functioning over the past decade plus, as well as organizing internal and external site visits, coordinating our departmental response to feedback that arose from the review, and communicating with administration at every phase of the review process. Last year I chaired a successful developmental neuroscience search committee for Psychology which led to the hire of Dr. Kathryn Mills, as well as the Psychology Colloquium Committee. I also served on two tenure/promotion committees. Currently I am beginning a two-year term as an elected member of the Psychology

Department's Executive Committee, and I have also been appointed to the Clark Honors College Executive Committee.

<u>University Service:</u>

At the University of Oregon I have served two different terms (of three years and two years, respectively) on the University's Human Subjects Internal Review Board. In 1999-2000 I served as a member of an internal review committee evaluating the Linguistics Department. I was elected to the University's Faculty Personnel Committee; this committee evaluates promotion and tenure cases prior to the final decision at the provost's level. I also served on the University's Scholarship Committee through September 2006. Recently, I held a two-year elected term on the Executive Committee of the Institute for Cognitive and Decision Sciences, and served two years as an elected member of the Dean's Advisory Committee, evaluating tenure and promotion cases across the College of Arts and Sciences.

<u>Professional Service:</u>

| | |
|---|---|
| Executive Board: | Society for Language Development, 2002-present |
| | Cognitive Development Society, 2005-2012 |
| Associate Editor: | <u>Cognitive Psychology</u>, 2007-2010 |
| Editorial Board: | <u>Child Development</u>, 1995-1996 |
| | <u>Cognition</u>, 2008-2015 |
| | Lawrence Erlbaum Developmental Series |
| Advisory Panel: | Oxford University Press, 2007 |
| Grant Panels: | NSF Graduate Fellowship Review Panel, 2001 |
| | NIH BBBP4 (now called Perception and Cognition) Study Section, 2001-2005 |
| | NSF External Site Visitor, LIFE Center, University of Washington, 2012 |
| Award Selection Panels: | Boyd McCandless Award, APA Distinguished Scientific Award for Early Career Contribution to Psychology, 2001, 2008, 2013 |
| Conference reviewing: | SRCD, 1993, 1997, 1999, 2001, 2003, 2008 |
| | International Conference on Infant Studies, 1997, 2002, 2007 |
| | International Conference on Development and Learning, 2007, 2008 |
| | Cognitive Development Society, 2009 |
| *Ad hoc* reviewing: | <u>Behavioral & Brain Sciences</u>, <u>British Journal of Developmental Psychology</u>, <u>Child Development</u>, <u>Cognition</u>, <u>Cognitive Development</u>, <u>Cognitive Psychology</u>, <u>Cognitive Science</u>, <u>Developmental Psychology</u>, <u>First Language</u>, <u>Infant Behavior & Development</u>, <u>Journal of Child Language</u>, <u>Language Learning & Development</u>, <u>Journal of Experimental Child Psychology</u>, <u>Journal of Experimental Psychology: General</u>, <u>Journal of Experimental Psychology: Human Perception and Performance</u>, <u>Nature</u>, <u>Proceedings of the National Academy of Sciences</u>, <u>Psychological Bulletin</u>, <u>Psychological Science</u>, <u>Society for Research in Child Development Monographs</u>, <u>Psychonomics Bulletin & Review</u>, <u>Trends in Cognitive Sciences</u>, <u>Social Development</u>, <u>Science</u>. |
| *Ad hoc* grant reviewing: | NSERC of Canada operating/equipment grant competitions |
| | SSHRC of Canada operating grant competition |
| | NSF operating grant competitions on numerous occasions |
| | NIH operating grant competitions on numerous occasions |

| Referee for tenure/promotion: | Dr. Sue Hespos, Northwestern University |
|---|---|
| | Dr. Deborah Kelemen, Boston University |
| | Dr. Betty Repacholi, University of Washington, Seattle |
| | Dr. Nicholas Casamatis, Renssalaer Polytechnic Institute |
| | Dr. Su-Hua Wang, University of California, Santa Cruz |
| | Dr. Vikram Jaswal, University of Virginia |
| | Dr. Susan Graham, University of Calgary |
| | Dr. Jessica Sommerville, University of Washington, Seattle (for promotion to both associate professor with indefinite tenure, and promotion to full professor) |
| | Dr. Michael Frank, Stanford University |
| | Dr. Susan Johnson, Stanford University |
| | Dr. Patrick Shafto, University of Kentucky |
| | Dr. Kristin Shutts, University of Wisconsin, Madison |
| | Dr. Laura Namy, Emory University |
| | Dr. Julie Gros-Louis, University of Iowa |
| | Dr. Elizabeth Bonawitz, Rutgers University |
| Referee for awards: | APA Distinguished Scientific Award, 2008, 2013 |
| | APA Boyd McCandless Award |
| | MacArthur Award, 2009 |
| | Guggenheim Fellowships, 2009, 2010 |
| Referee for directorship: | Director of Max Planck Institute of Psycholinguistics Nijmegen, Netherlands, 2013 |

Community Service:

My community service has been varied and extensive. I worked closely with the local organization Birth-to-Three (recently renamed Parenting Now) over a number of years in design of multiple empirically validated curricula for parent education surrounding how best to foster children's development. Over the years I also have provided a sizable number of community lectures at local organizations (e.g., Parenting Now, The Little French School, First Presbyterian Preschool, Emaus Presbyterian Preschool, Spencer Butte Co-Op) about topics on which I have expertise, such as language development, critical periods in development, brain development, language immersion education, children's imagination, and cognitive development. As well, I have contributed *pro bono* teaching time to the SAIL program initiated by Drs. William Harbaugh and Bruce Blonigen. I also work in close association with The Science Factory, a children's museum in Eugene, to facilitate outreach and exchange of ideas for mutual benefit. I coordinated the first *pro bono* full day event at The Science Factory to acquaint families in the local community with active developmental research. This is now an annual event that the Team Duckling coordinator hosts and that I participate in actively. I also oversee regular volunteer activities on a monthly basis that Team Duckling provides to The Science Factory. Highly beneficial joint efforts are now established and continuing between Team Duckling and The Science Factory, with our staff and students receiving training from The Science Factory staff in science education interactions with children, and their staff joining us on a regular basis for continuing education in developmental science.

**CONFERENCES**

In October of 1998 I hosted, together with Drs. Louis Moses and Bertram Malle, an interdisciplinary conference on Intentionality that was sponsored by the Institute for Cognitive and Decision Sciences. Twelve speakers from numerous disciplines (including philosophy, psycholinguistics, developmental, social, comparative, and cross-cultural psychology) from around the U.S. and Canada will be speaking to a range of issues, such as the nature of people's concept of

intentionality, how people detect and process intentions from the stream of ongoing action in the everyday world, how notions of intentionality contribute to people's explanations of others' behavior, and the role of intentions in ascribing responsibility and assigning moral value to others' behavior. As an outgrowth of this conference, Drs. Moses, Malle, and I put together an edited volume (Malle, Moses, & Baldwin, 2001) of chapters from conference participants as well as several other experts on intention-related issues.

In February of 2003, Lou Moses and I hosted an interdisciplinary conference on the topic of Psychological Essentialism (in conjunction with the Clark Honors College), with participants spanning Biology, Philosophy, Psychology, Anthropology, and Linguistics. The conference was jointly funded by Ival McMains and a College of Arts and Sciences Distinctiveness Award.

In March of 2016, Jeffery Measelle, Geraldine Richmond, and I hosted a three-day conference on Developmental Neuroscience of Malnutrition in Luang Prabang, Laos, with multi-national participants from Cambodia, Laos, Myanmar, Thailand, Vietnam, and the U.S.

## PAPERS AND PUBLICATIONS (* indicates refereed)

**\*Baldwin, D.** (under revision). Enhancing Nurture, book project prospectus invited by Routledge for a Parenting Series.

\*Ross, R., & **Baldwin, D.** (under revision). What do young children think of their cognitive control skills?

\*Garrison, J., & **Baldwin, D.** (under revision). Finding emo: Segmenting dynamic emotional displays.

**\*Baldwin, D.**, & Kosie, J. (invited submission in preparation for accepted special issue). How does the mind render streaming experience as events? *Topics in Cognitive Science*.

\*Kosie, J., & **Baldwin, D**. (accepted subject to minor revision). Attentional profiles linked to event segmentation are robust to missing information. Cognitive Research: Principles & Implications, Special Issue on Attention in Natural and Mediated Realities.

\*ManyBabies Consortium (accepted). Quantifying sources of variability in infancy research using the infant-directed speech preference. Advances in Methods and Practices in Psychological Science.

\*Kosie, J., & **Baldwin, D.** (2019). Attention rapidly reorganizes to structure in a novel activity sequence. Cognition, 182, 31–44. DOI: 10.1016/j.cognition.2018.09.004

\*Hard, B., Meyer, M., & **Baldwin, D.** (2018). Attention reorganizes as structure is detected in dynamic action. Memory & Cognition, 1-16. DOI: 10.3758/s13421-018-0847-z

**\*Baldwin, D.,** & Kosie, J. (2018). Intersubjectivity and joint attention. The encyclopedia of anthropology. Wiley & Sons. DOI: 10.1002/9781118924396.wbiea1810

\*Kosie, J .E. & **Baldwin, D**. (2018). Tuning to the task at hand: Processing goals shape adults' attention to unfolding activity. Proceedings of the 40th annual meeting of the Cognitive Science Society.

*Kosie, J., & **Baldwin, D**. (2016). A twist on event processing: Reorganizing attention to cope with novelty in dynamic activity sequences. Proceedings of the Cognitive Science Society.

*Maier, R., & **Baldwin, D.** (2016). Exploring some edges: Chunk-and-pass processing at the very beginning, across representations, and on to action, Behavioral and Brain Sciences, *39*, 41-42. doi:10.1017/S0140525X15000904, e85

*Kosie, J., & **Baldwin, D**. (2016). Flexibility is key in representational redescription. The Newsletter of the Technical Committee on Cognitive and Developmental Systems, IEEE, *12(2)*, 5-6.

*Buchsbaum, D., Griffiths, T. L., Gopnik, A., & **Baldwin, D.** (2015). Learning from actions and their consequences: Inferring causal variables from continuous sequences of human action. Cognitive Psychology, 76, 30-77.

*Ross, R., & **Baldwin, D**. (2015). Event processing as an executive enterprise. In R. A. Scott & S. M. Kosslyn (Eds.), Emerging Trends in the Social and Behavioral Sciences, Hoboken, NJ: John Wiley & Sons.

*Sage, K. & **Baldwin, D.** (2015). Children's use of self-paced slideshows: An extension of the video deficit effect? Journal of Research in Childhood Education. *29*(1), 90-114.

Maier, R., & **Baldwin, D**. (2014). Natural pedagogy in the development of communication. In M. P. Brooks, V. Kempe, & J. G. Golson (Eds.), Encyclopedia of language development. Sage.

*Sage, K. D. & **Baldwin, D.** (2014). Looking to the hands: Where we dwell in complex manual sequences. Visual Cognition, 1-13. http://dx.doi.org/10.1080/13506285.2014.962123

*Mendoza, J.K. & **Baldwin, D.** (2014). Shining light on infants' discovery of structure. In J. Benson (Ed.), Advances in Child Development and Behavior. Elsevier.

**Baldwin, D.** & Sage, K. (2013). Dwelling on action. In M. Rutherford & V. Kuhlmeier (Eds.), Social Perception: Detection and Interpretation of Animacy, Agency, and Intention (pp. 309-330), Cambridge, MA: MIT Press.

*Meyer, M. & **Baldwin, D. A.** (2013): Pointing as a socio-pragmatic cue to particular vs. generic reference, Language Learning and Development, DOI:10.1080/15475441.2013.753802.

*Sage, K**.** & **Baldwin, D**. (2012). Exploring natural pedagogy in play with preschoolers: Cues parents use and relations among them. Education Research and Perspectives, 39, 153-181.

**Baldwin, D.** (2012). Redescribing action. In Banaji, M. R. & Gelman, S. A. Navigating the social world: What infants, children, and other species can teach us. New York: Oxford University Press.

*Sage, K. D., & **Baldwin, D.** (2011). Disentangling the social and the pedagogical in infants' learning about tool use. Social Development, 20, 825-844.

*Vaish, A., Demir, O. E., & **Baldwin, D**. (2011). Thirteen- and 18-month-old infants recognize when they need referential information. Social Development, 20, 431-449.

*Meyer, M., & **Baldwin, D. A**. (2011). Statistical learning of action: The role of conditional probability. Learning and Behavior, 39, 383-398.

*Meyer, M., Hard, B., Brand, R. J., McGarvey, M., & **Baldwin, D. A**. (2011). Acoustic packaging: Maternal speech and action synchrony. IEEE: Transactions on Autonomous Mental Development, 3, 154-162.

*Meyer, M., **Baldwin, D. A.,** & Sage, K. (2011). Assessing young children's hierarchical action segmentation. In L. Carlson, C. Hölscher, & T. Shipley (Eds.), Proceedings of the 33rd Annual Conference of the Cognitive Science Society (pp. 3156-3161). Boston, MA: Cognitive Science Society.

*Olofson, E., & **Baldwin, D**. (2011). Infants recognize similar goals across dissimilar actions involving object manipulation. Cognition, 118, 258-264.

*Meyer, M., & **Baldwin, D. A**. (2010). Infant-directed talk and pragmatics. In L. Cummings (Ed.), The Routledge pragmatics encyclopedia (pp. 216-218). Abingdon, UK: Routledge.

*Meyer, M., DeCamp, P., Hard, B., **Baldwin, D.,** & Roy, D. (2010). Assessing behavioral and computational approaches to naturalistic action segmentation. In R. Catrambone & S. Ohlsson, (Eds.), Proceedings of the 32nd Annual Conference of the Cognitive Science Society (pp. 2710-2715). Portland, OR: Cognitive Science Society.

*Sage, K. D., & **Baldwin, D**. (2010). Social gating and pedagogy: Mechanisms for learning and implications for robotics. Special issue of Neural Networks on Social Cognition: From Babies to Robots, 23, 1091-1098.

*Loucks, J., & **Baldwin, D**. (2009). Sources of information for discriminating dynamic human actions. Cognition., 111, 84-97.

*Buchsbaum, D., Griffiths, T. L., Gopnik, A., & **Baldwin, D**. (2009). Learning from actions and their consequences: Inferring causal variables from continuous sequences of human action. Proceedings of the Cognitive Science Society.

*Meyer, M., & **Baldwin, D. A**. (2008). The role of conditional and joint probabilities in segmentation of dynamic human action. In B. C. Love, K. McRae, & V. M. Sloutsky (Eds.), Proceedings of the 30th Annual Conference of the Cognitive Science Society (pp. 333-338). Washington, DC: Cognitive Science Society.

Meyer, M., and **Baldwin, D**. (2008, and updated 2012). Social skills fuel language acquisition. Encyclopedia of Language and Literacy Development (pp. 1-8). London, ON: Canadian Language and Literacy Research Network. Retrieved [insert date] from http://www.literacyencyclopedia.ca/pdfs/topic.php?topId=246

**Baldwin, D**., Loucks, J. & Sabbagh, M., (2008). Pragmatics of human action. T. F. Shipley & J. Zacks (Eds.), Understanding events: How humans see, represent, and act on events.

**\*Baldwin, D.,** Andersson, A., Saffran, J., & Meyer, M. (2008). Segmenting dynamic human action via statistical structure. <u>Cognition</u>, <u>106</u>, 1382-1407.

\* Loucks, J., & **Baldwin, D**. (2008). Sources of information in human action. <u>Proceedings of the  Cognitive Science Society.</u>

\*Saylor, M. M., **Baldwin, D.,** Baird, J. A., & LaBounty, J. (2007). Infants' on-line segmentation of dynamic human action. <u>Journal of Cognition and Development</u>, <u>8</u>, 113-128.

**Baldwin, D.**, & Meyer, M. (2007). How inherently social is language? E. Hoff & M. Shatz (Eds.), <u>Handbook of Language Development</u>, Cambridge, UK:  Blackwell Publishers.

Sabbagh, M., Henderson, A. M. E., & **Baldwin, D**. (2007). What infants' understanding of referential intentions tells us about the neurocognitive bases of early word learning. In R. Flom , K. Lee, & D. Muir (Eds.), <u>Gaze-following:  Its development and significance</u>, (pp. 171-192). Mahwah, NJ: Lawrence Erlbaum.

Loucks, J. & **Baldwin, D**. (2006). When is a grasp a grasp? Characterizing some basic components of human action processing. In K. Hirsh-Pasek & R. Golinkoff (Eds.), <u>Action meets words: How children learn verbs</u>, (pp. 228-261), New York: Oxford University Press.

\*Moses, L. J., & **Baldwin, D.** (2005). What can the study of cognitive development reveal about children's ability to appreciate and cope with advertising? Special issue of <u>Journal of Public Policy and  Marketing</u>. <u>24</u>, 186-201.

**Baldwin, D.** (2005). Discerning intentions:  Characterizing the cognitive system at play. In B. Homer & C. Tamis-LeMonda (Eds.), <u>The development of social cognition and communication</u>, (pp. 117-144). Mahwah, NJ: Lawrence Erlbaum.

Sabbagh, M., & **Baldwin, D.** (2005). Understanding the role of communicative intentions in word learning. In N. Eilan, C. Hoerl, T. McCormack, & J. Roessler (Eds.), <u>Joint attention: Communication and others' minds</u>, (pp. 165-184), Oxford, UK:  Oxford University Press.

**Baldwin, D.**, & Saylor, M. (2005). Language promotes structural alignment in the acquisition of a theory of mind. In J. Baird & J. Astington (Eds.), <u>Why language matters for theory of mind</u>. (pp. 123-143), Cambridge, MA:  MIT Press.

\*Saylor, M., & **Baldwin, D.** (2004). Discussing those not present:  Infants' comprehension of references to absent caregivers. <u>Journal of Child Language</u>, 31 (3), 537-560.

\*Saylor, M., & **Baldwin, D**. (2004). Action analysis and change blindness:  Possible links. In D. T. Levin (Ed.), <u>Thinking and Seeing: Visual Metacognition in Adults and Children</u>. (pp. 37-56). Westport, CT: Greenwood/Praeger.

\*Saylor, M. M., **Baldwin, D. A**., & Sabbagh, M. A. (2004). Converging on word meaning. In D. G. Hall and S. R. Waxman (Eds.). <u>Weaving a lexicon</u> (pp. 509-531). Cambridge, MA: MIT Press.

\*Saylor, M., Sabbagh, M. A., & **Baldwin, D A**. (2002). Children use whole-part juxtaposition as a pragmatic cue to word meaning. <u>Developmental Psychology</u>, <u>38</u>, 993-1003.

*Brand, R., & **Baldwin, D. A**. (2002). Motherese. Child Development, Volume One in the Macmillan Psychology Reference Series, (pp. 278-279), Farmington Hills, MI: The Gale Group.

*Brand, R., **Baldwin, D. A**., & Ashburn, L. (2002). Evidence for 'motionese': Modifications in mothers' infant-directed action. Developmental Science, 5, 72-83.

**Baldwin, D. A.** (2002). The rise of intentional understanding: Analogies to the ontogenesis of language. In T. Givon & B. Malle (Eds.), The evolution of language out of prelanguage. Typological studies in language, (pp. 285-305), Amsterdam: John Benjamins.

*Malle, B. F., Moses, L. J., & **Baldwin, D. A.** (2001). Intentions and intentionality: Foundations of social cognition, MIT Press.

***Baldwin, D. A**., & *Baird, J. A. (2001). Discerning intentions in dynamic human action. Trends in Cognitive Sciences, 5, 171-178.

***Baldwin, D. A.,** Baird, J. A., Saylor, M., & Clark, M. A. (2001). Infants parse dynamic human action. Child Development, 72, 708-717.

Moses, L. J., **Baldwin, D. A.,** Rosicky, J. G., & Tidball, G. (2001). Evidence for referential understanding in the emotions domain at 12 and 18 months. Child Development, 72, 718-735.

*Sabbagh, M. A. & **Baldwin, D. A.** (2001). Learning words from knowledgeable versus ignorant speakers: Links between preschoolers' theory of mind and semantic development. Child Development, 72, 1054-1070.

***Baldwin, D. A.,** & Moses, L. J. (2001). Links between early social understanding and word learning: Challenges to current accounts. In A. Imbens-Bailey (Ed.), special issue of Social Development, 10, 309-329.

Malle, B. F., Moses, L. J., & **Baldwin, D. A**. (2001). The significance of intentionality. In B. F. Malle, L. J. Moses, & D. A. Baldwin. (Eds.), Intentions and Intentionality: Foundations of Social Cognition, (pp. 1-24), Cambridge, MA: MIT Press.

Baird, J. A., & **Baldwin, D. A.** (2001). Making sense of human behavior: Action parsing and intentional inference. In B. F. Malle, L. J. Moses, & D. A. Baldwin. (Eds.), Intentions and Intentionality: Foundations of Social Cognition, (pp. 193-206), Cambridge, MA: MIT Press.

***Baldwin, D. A.** (2000). Interpersonal understanding fuels knowledge acquisition. Current Directions in Psychological Science, 9, 40-45.

**Baldwin, D. A.,** & Baird, J. A. (1999). Action analysis: A gateway to intentional inference. In P. Rochat (Ed.), Early social cognition (pp. 215-240), Hillsdale, NJ: Lawrence Erlbaum.

**Baldwin, D. A.** (1998). Biography. (self-authored) American Psychologist, 53, 379-380.

**Baldwin, D. A.,** & Tomasello, M. (1998). Word learning: A window on early pragmatic understanding. Chapter in E. Clark (Ed.), Proceedings of the Twenty-ninth Annual Child Language Research Forum, 29, (pp. 3-23), Cambridge, UK: Cambridge University Press.

*Baron-Cohen, S., **Baldwin, D. A.,** & Crowson, M., (1997). Do children with autism use the speaker's direction of gaze (SDG) strategy to crack the code of language? Child Development, 68, 48-57.

**\*Baldwin, D. A.**, & Moses, L. J. (1996). The ontogeny of social information-gathering. Child Development, 67, 1915-1939.

*Murray, S., & **Baldwin, D. A.** (1996). An analysis of drawing performance based on visually versus verbally generated mental representations. Journal of Mental Imagery, 20, 153-168.

**\*Baldwin, D. A.,** Markman, E. M., Bill, B., Desjardins, R. N., Irwin, J., & Tidball, G. (1996). Infants' reliance on a social criterion for establishing word-object relations. Child Development, 67, 3135-3153.

**Baldwin, D. A.** (1995). Understanding the link between joint attention and language. In C. Moore & P. Dunham (Eds.), Joint attention: Its origins and role in development (pp. 131-158), Hillsdale, NJ: Lawrence Erlbaum.

**\*Baldwin, D. A.,** & Moses, L. J. (1994). The mindreading engine: Evaluating the evidence for modularity. Invited commentary on S. Baron-Cohen's "How to build a baby that can read minds: Cognitive mechanisms in mindreading." Current Psychology of Cognition, 13, 553-560.

**Baldwin, D. A.,** & Moses, L. J. (1994). Early understanding of referential intent and attentional focus: Evidence from language and emotion. In C. Lewis & P. Mitchell (Eds.), Origins of an understanding of mind, (pp. 133-156), Hillsdale, NJ: Lawrence Erlbaum.

**\*Baldwin, D. A.,** Markman, E. M., & Melartin, R. L. (1993). Infants' ability to draw inferences about nonobvious object properties: Evidence from exploratory play. Child Development, 64, 711-728.

**\*Baldwin, D. A.** (1993). Infants' ability to consult the speaker for clues to word reference. Journal of Child Language, 20, 395-418. Reprinted in Critical concepts in language acquisition, Volume 3, (Charles Yang, Ed.) Routledge, in press.

**\*Baldwin, D. A.** (1993). Early referential understanding: Infants' ability to recognize referential acts for what they are. Developmental Psychology, 29, 832-843.

**Baldwin, D. A.** (1993). Interpersonal inference as a route to reducing the indeterminacy problem in word learning. Working papers from the conference on "Early Cognition and the Transition to Language," Institute for Cognitive Science, University of Texas at Austin.

**\*Baldwin, D. A.** (1992). Clarifying the role of shape in children's taxonomic assumption. Journal of Experimental Child Psychology, 54, 392-416.

**\*Baldwin, D. A**. (1991). Infants' contribution to the achievement of joint reference. Child Development, 62, 875-890. Reprinted in P. Bloom (Ed.), Language acquisition: Core readings. Cambridge, MA: MIT Press (1993).

**\*Baldwin, D. A**. (1989). Priorities in children's expectations about object label reference: Form over color. Child Development, 60, 1291-1306.

**\*Baldwin, D. A.,** & Markman, E. M. (1989). Establishing word-object relations: A first step. Child Development, 60, 381-398.

**Baldwin, D. A**. (1986). Color similarity in children's classifications and extension of object labels. Papers and Reports on Child Language Development, 25, 9-16.

### Articles, Chapters, and Books in Progress

**D. Baldwin** & J. E. Kosie (in preparation). How does the mind render streaming experience as events? Invited review for a special issue of *Topics in Cognitive Sciences* on "Event-Predictive Cognition."

Ross, R. A., Brezack, N., & **Baldwin, D.** (in preparation). The role of executive function skills in preschoolers' event processing and event recall.

Ross, R. A. & **Baldwin, D.** (in preparation). Adult ADHD symptomatology modulates link between event processing and recall.

**Baldwin, D.** (in preparation). Reconceptualizing the language/gesture divide.

Child, L., & **Baldwin, D.** (in preparation). Non-signers find relevant segmental structure in American Sign Language narratives.

Mendoza, J. K., Staeb, M. H., Diaz, F. M., & **Baldwin, D.** (in preparation). Physiological and self-reported measures of affective response to vocal versus instrumental music.

**Baldwin, D.** (in preparation). Cognition's roots in social connection, Invited book prospectus for the Oxford University Press series on The Developing Child.

**Baldwin, D.** (in preparation). Action on action. Book project, prospectus approved by Oxford University Press.

**Baldwin, D.,** Andersson, A., Craven, A., Loucks, J., Meyer, M., Myhr, K., Neuhaus, E., & Olofson, E. (in preparation). Action extraction: Statistical learning promotes infants' discovery of segmental structure in dynamic human action.

**Baldwin, D.**, Baird, J., Malle, B., Neuhaus, E., Craven, A., Guha, G., & Sobel, D. (in preparation). Segmenting dynamic human action via sensitivity to structure in motion.

**Baldwin, D.**, Pederson, E., Craven, A., Andersson, A., & Bjork, H. (in preparation). Facilitated change detection at action boundaries.

**Baldwin, D**., Myhr, K., & Brand, R. (in preparation). Motionese elicits higher-fidelity imitation than adult-directed action.

Brand, R. J., **Baldwin, D.,** & Yoshida, E. (in preparation). A new method for measuring infant vocabulary comprehension: The Behavioral Infant Vocabulary Test.

Brand, R., & Baldwin, D. (in preparation). Inhibitory control, temperament, and vocabulary in 13- to 17-month-olds.

**Book Reviews**

**Baldwin, D. A.** (1991). Review of E. M. Markman (1989), The development of categories and category names: Problems of induction. <u>Child Development Abstracts and Bibliography, 63</u>, 403-404.

**Baldwin, D. A**. (1989). Review of J. L. Locke & M. D. Smith (Eds.), The emergent lexicon: The child's development of a linguistic vocabulary. In <u>Child Development Abstracts and Bibliography, 63</u>, 403-404.

## COMPLETED BUT UNPUBLISHED MATERIAL

Baird, J. A., **Baldwin, D. A.,** & Malle, B. F. (1999). <u>Parsing the behavior stream: Evidence for the psychological primacy of intention boundaries</u>. Unpublished manuscript, University of Oregon.

**Baldwin, D. A.** (1998). <u>Intentional understanding and the path to knowledge</u>. Unpublished manuscript, University of Oregon.

**Baldwin, D. A**. (1987). <u>Linguistic advances during the single word period: Using language for mental impact</u>. Unpublished manuscript, Stanford University.

**Baldwin, D. A**. (1989). <u>Infants' contribution to the achievement of joint reference</u>. Doctoral dissertation, Stanford University, Stanford, CA.

## CONFERENCE PRESENTATIONS AND INVITED ADDRESSES

Kosie, J., & **Baldwin, D.** (2018). The need for a diverse audiovisual corpus of infant-directed behavior. DEVSEC: Conference on the Use of Secondary and Open Source Data in Developmental Science, Phoenix, AZ.

Kosie, J., & **Baldwin, D.** (2018). Tuning to the task at hand: Processing goals shape adults' attention to unfolding activity. Cognitive Science Society, Madison, WI.

**Baldwin, D.** (2018). Mobilizing attention to understand, learn, and remember. Talk presented in a symposium on "Learning representations of event and reward structures," Learning and Memory 2018, Huntington Beach, CA.

Kosie, J., & **Baldwin, D**. (2017). Event novelty and task demands shape adults' attention to unfolding activity. Poster accepted for presentation at the Event Representations in Brain, Language, and Development Workshop. Nijmegen, NL.

Kosie, J., & **Baldwin, D.** (2017). Dwell-time patterns show that preschoolers privilege goal structure over motion trajectory. Poster presented at the biennial meeting of the Cognitive Development Society, Portland, OR.

Ross, R. & **Baldwin, D**. (2017). Executive function skills predict event processing and recall in preschoolers. Paper presented at the biennial meeting of the Cognitive Development Society, Portland, OR.

Baldwin, D. (2017). How does the mind render streaming experience as events? Theme speaker presented at the 2nd International Conference on Interdisciplinary Advances in Statistical Learning in Bilbao, Spain, June 28-30.

Kosie, J., & Baldwin, D. (2017). Tying it all together: Observers increasingly tune in to structure across repeated viewings of novel activity. Talk to be presented at the 2nd International Conference on Interdisciplinary Advances in Statistical Learning in Bilbao, Spain, June 28-30.

Baldwin, D. (2017). How does the mind render streaming experience as events? Invited colloquium presented at the University of California, Santa Cruz.

Baldwin, D. (2017). Pragmaction. Talk presented in a symposium entitled "Pragmatic implicature as social inference: Evidence from language and action" at the biennial meeting of the Society for Research in Child Development, Austin, TX, April 6-8.

Baldwin, D., & Kosie, J. (2017). Motionese enhances the wave. Talk presented in a symposium entitled "Investigating Infant-directed Actions: Quantifications, Mechanisms, and Learning" at the biennial meeting of the Society for Research in Child Development, Austin, TX, April 6-8.

Baldwin, D. (2017). Give babies a reason to live. Talk presented at the Center for Advanced Study in the Behavioral Sciences, Stanford, CA.

Baldwin, D. (2017). Give babies a reason to live. Invited talk presented to the LEGO-funded Centre for the Study of Play, Education, and Development, Cambridge University, UK.

Baldwin, D. (2016). New efforts to buffer developmental costs of early adversity. Stanford University Social Psychology Group, Stanford, CA.

Baldwin, D. (2016). New efforts to buffer developmental costs of early adversity. Stanford University Developmental Psychology Group, Stanford, CA.

Baldwin, D. (2016). Event processing for language. Talk presented in a Cognitive Science Society preconference workshop entitled "Learning to Talk about Events: Grounding Language Acquisition in Intuitive Theories and Event Cognition." Philadelphia, PA.

Baldwin, D. (2016). Characterizing event-processing fluency. Talk presented in an invited symposium at the Cognitive Science Society, Philadelphia, PA.

Baldwin, D., & Pederson, E. (2016). Attentional enhancement at event boundaries. Poster presented at the Cognitive Science Society, Philadelphia, PA.

Ross, R., Child, L., & Baldwin, D. (2016). ADHD modulates the link between event processing and recall. Poster presented at the Cognitive Science Society, Philadelphia, PA.

Kosie, J., & Baldwin, D. (2016). Filling in the gaps: Event segmentation is robust to missing information. Poster presented at the Cognitive Science Society, Philadelphia, PA.

Kosie, J., & Baldwin, D. (2016). A Twist On Event Processing: Reorganizing Attention To Cope With Novelty In Dynamic Activity Sequences. Poster presented at the Cognitive Science Society, Philadelphia, PA.

**Kosie, J.E.** & Baldwin, D. (2016). Tuning in to what's important: Learners systematically direct attention to causally relevant junctures in novel activity streams. Poster presented at the 57th Annual Meeting of the Psychonomic Society, Boston, MA.

Wallin, J., & **Baldwin, D.** (2016). Raising the curtain on gestures: Visibility has no apparent impact. Poster presented at the 7th Conference of the International Society for Gesture Studies, Paris, France.

**Baldwin, D.** (2016). Event processing: Targeting predictable unpredictability. Invited colloquium presented at Cornell University, Ithaca, NY.

**Baldwin, D.** (2015). Research in children's museums: Small is beautiful. Participant in invited symposium at the biennial meeting of the Cognitive Development Society, Columbus, OH.

**Baldwin, D.** (2015). Riding the wave: Predictability monitoring in language and action. Invited colloquium at the Cognition & Language Workshop, Stanford University, Stanford, CA.

**Baldwin, D.** (2015). Riding the wave: Event processing as predictability monitoring. Keynote address at the annual joint meeting of the International Conference on Development and Learning and EpiRob, Brown University, Providence, RI.

**Baldwin, D.** (2015). Invited address at the attention and learning preconference to ICDL-EpiRob, Brown University, Providence, RI.

**Baldwin, D**. (2014). Gaining fluency in the structure of events. Keynote address at the Action Processing Preconference to the International Conference on Infant Studies, Berlin, Germany.

**Baldwin, D.** (2014). Flexibility and fluent event processing. Symposium talk presented at the biennial meeting of the International Conference on Infant Studies, Berlin, Germany.

**Baldwin, D.** (2014). Discussant in a symposium entitled "Representing the Event for Purposes of Language: Infants' Categorization of Path, Manner, and Ground in Motion Events" at the biennial meeting of the International Conference on Infant Studies, Berlin, Germany.

**Baldwin, D.** (2014). Event processing trades on executive skill. Symposium talk in the symposium entitled "Individual strategies in segmenting and remembering events" presented at the annual meeting of the Association for Psychological Science, San Francisco, CA.

**Baldwin, D.** (2013)**.** Delving into the development of event processing. Symposium talk presented at the biennial meeting of the Cognitive Development Society, Memphis, TN.

**Baldwin, D.** (2013)**.** Delving into the development of event processing. Talk to the Social and Developmental Lunch groups at the University of Wisconsin-Madison.

**Baldwin, D.** (2013). The Eventfulness of Development. Invited lecture at the Brain Development and Learning Conference, Vancouver, British Columbia.

Olofson, E. L., & **Baldwin, D.** (2013)**.** Infants (Who Habituate) Selectively Encode the Recipient in Object Transfer Events. Annual meeting of the Association for Psychological Science, Washington, D. C.

Maier, R., & **Baldwin, D.** (2013). Repeat After Me: Echoing Speech Boosts Learning of Grammatical Constructions. Biennial meeting of the Society for Research in Child Development, Seattle, WA.

**Baldwin, D.** (2012). Dwelling on action. Cognitive Science Society, Sapporo, Japan

**Baldwin, D.** (2012). Indexing how knowledge shapes action processing. International Conference on Infant Studies, Minneapolis, MN

Sage, K. & **Baldwin, D**. (2012). Where infants dwell: Breakpoints, causal violation, and the more social the better. Paper presented in symposium entitled "Goals, beliefs, and causality" at the International Conference on Infant Studies. Minneapolis, MN.

Sage, K., Ross, R., & **Baldwin, D.** (2012). Assessing infants' hierarchical action segmentation. Poster presented at the International Conference on Infant Studies. Minneapolis, MN.

**Baldwin, D**. (2012). Development and expertise in action processing. Cognitive Neuroscience Society, Chicago, IL

Mendoza, J.K., Aguiar, N.A., & **Baldwin, D.** (2012). The Impact of Structure Discovery on Adults' Preferences for Music and Dance. Poster presented at the 12th International Conference on Music Perception and Cognition-8th Triennial Conference of the European Society for the Cognitive Sciences of Music, Thessaloniki, Greece.

Mendoza, J.K., Gerken, L. & **Baldwin, D.** (2011, August). Developing a window on infants' structure extraction. Society for Music Perception and Cognition Conference, Rochester, NY.

Mendoza, J.K. & **Baldwin, D**. (2011, June). Indexing infants' rule discovery. Neurosciences and Music – IV: Learning and Memory, Edinburgh, Scotland, UK.

Sage, K. D., & **Baldwin, D**. (2011). Do social cues help infants glean structure from action? Biennial meeting of the Cognitive Development Society, Philadelphia, PA.

Kosie, J**. & Baldwin, D**., & Sage, K. D. (2011). Preschoolers' response to goal-related information within an unfolding stream of intentional action. Biennial meeting of the Cognitive Development Society, Philadelphia, PA.

**Baldwin, D.** (2011). Event processing in humans and machines. Talk at the annual review meeting of the Office for Naval Research, Washington, D.C.

Sage, K. D., & **Baldwin, D.** (2011). Disentangling the social and pedagogical in infants' learning about tool use. Paper to be presented in a symposium on Social Influences and the Effects of Pedagogy on Early Learning at the biennial meeting of the Society for Research on Child Development, Montreal, CA.

**Baldwin, D.** (2011**).** Dwell-time: New insights into action processing. Invited colloquium presented to the Psychology Department at Washington University in St. Louis, MO.

**Baldwin, D.** (2011). Dwell-time: New insights into action processing. Invited talk to be presented at a conference on Social Perception, McMaster University, Hamilton, Ontario, CA.

**Baldwin, D.** (2010). Dwelling on action. Talk to be presented at a McDonnell Foundation-sponsored workshop on Causal Learning, Probabilistic Models, and Social Development, Stanford University, Stanford, CA.

**Baldwin, D.** (2010). Action on action: Understanding how humans discern meaning in motion. Public lecture presented at UO & COCC Friday Distinguished Lecture Series.

**Baldwin, D.**, (2009). Action redescription: How humans discern meaning in motion. Invited plenary address to the European Society for Philosophy and Psychology, Budapest, Hungary.

**Baldwin, D.** (2009). Analyzing action. Invited talk at the Max Planck Institute for Evolutionary Anthropology, Leipzig, Germany.

Braun, K.D., & **Baldwin, D**. (2009). The effect of pedagogy on infants' ability to understand and use tools. Poster presented at the biennial meeting of the Cognitive Development Society, San Antonio, Texas.

Loucks, J. & **Baldwin, D**. (2009). Development of the featural/configural distinction in human action discrimination. Poster presented at the biennial meeting of the Cognitive Development Society, San Antonio, Texas.

Meyer, M., Hard, B. M., & **Baldwin, D. (2009).** Children's processing of action boundaries. Poster presented at the biennial meeting of the Cognitive Development Society, San Antonio, Texas.

**Baldwin, D.** (2008). Action analysis: From segment discovery to skilled discrimination. Paper presented at the Social Cognition Workshop, MIT.

Olofson, E., & **Baldwin, D**. (2008). Infants process action for gist. Presented at the biennial meeting of the International Society of Infant Studies, Vancouver, B. C., Canada.

Meyer, M., Hard, B., Brand, R., & **Baldwin, D.** (2008). Naturalistic acoustic packaging: Mothers coordinate action and speech in input to infants. Presented at the biennial meeting of the International Society of Infant Studies, Vancouver, B. C., Canada.

Meyer, M., **Baldwin, D.,** Saffran, J., & Andersson, A. (2007). Tracking statistical regularities across categories guides discovery of segmental structure in dynamic human action. Poster presented at the annual meeting of the Association for Psychological Science, Washington, D.C.

Meyer, M., & **Baldwin, D. A.** (2007). The effect of ontological status on noun learning in a disambiguation paradigm. Poster presented at Society for Research in Child Development, Boston, MA.

**Baldwin, D.** (2007). Redescribing action. Invited talk at Stanford University, Stanford CA.

**Baldwin, D.** (2007). Redescribing action. Invited talk at the University of Western Australia, Perth, Australia.

Olofson, E. & **Baldwin, D. A.** (2007). Two-year-olds use novel verbs to construe human action as intentional. Poster presented at the biennial meeting of the Society for Research in Child Development, Boston, MA.

**Baldwin, D.** (2006). <u>Redescribing action</u>. Invited address at the University of California, Los Angeles, CA.

**Baldwin, D.** (2006). <u>The new, the newer, the outrageously new</u>. Invited address at the University of California, Los Angeles, CA.

**Baldwin, D.** (2006). <u>Redescribing action.</u> Invited address at Northwestern University. Evanston, IL.

Neuhaus, E., & **Baldwin, D.** (2006). <u>Temperament differences in children with and without autism spectrum disorders</u>. Poster presented at the <u>Society for Research in Psychopathology.</u>

**Baldwin, D**. (2006). <u>Action on action</u>. Invited address at the annual meeting of the Western Psychological Association, Palm Springs, CA.

Brand, R. & **Baldwin, D.** (2005,). Motionese and motherese: Two avenues for supporting infant action processing. In K. Rohlfing (Chair), *Multimodal motherese: The symbiosis between speech and action facilitates cognitive development*.

**Baldwin, D.** (2005). <u>Reading intentions/interpreting interventions</u>. Conference on The Origins and Functions of Causal Thinking II—Causation, Agency and Intervention, California Institute of Technology, Pasadena, CA.

**Baldwin, D.** (2005). <u>Making sense of action</u>. Invited address presented at a meeting of the John Merck Scholars called to celebrate the first Merck Scholar Nobel laureate, New York, New York.

Pederson, E., Loucks, J., & **Baldwin, D**. (2004). <u>Action processing and the linguistic representation of events</u>. Talk presented at the Events Conference hosted by Eric Pederson and Russell Tomlin, University of Oregon.

**Baldwin, D. A.** (2003). <u>Socio-cognitive foundations of language acquisition, and how they may be acquired</u>. Symposium talk presented at the annual meeting of the Cognitive Development Society in a symposium entitled "New perspectives on language acquisition," chaired by Susan Goldin-Meadow, Park City, Utah.

**Baldwin, D. A.** (2003). <u>Action on action</u>. Invited address at the University of California, Berkeley.

**Baldwin, D. A**. (2003). <u>Action on action</u>. Invited address at the University of Pittsburgh.

**Baldwin, D. A.** (2002). <u>What infants understand of names and their uses</u>. Invited paper presented as part of a conference entitled "The Relation between Symbol Use and Symbolic Representation" organized by Dr. Laura Namy and sponsored by the Emory Cognition Project, Atlanta, Georgia, October.

**Baldwin, D. A.** (2002). <u>Consciousness at play in human knowledge acquisition</u>. Invited address in a symposium entitled "The origins of consciousness" chaired by Roger Mellgren at the annual meeting of the American Psychological Association, Chicago, IL, August.

**Baldwin, D. A.** (2002).  Language learning capitalizes on social skill.  Paper presented as part of a symposium entitled "What do children need to learn language?" chaired by Dr. Lisa Gershkoff-Stowe at the International Congress for the Study of Child Language Symposium on Research in Child Language Disorders, Madison, Wisconsin, July.

**Baldwin, D. A.** (2002).  Infants' ability to recover the structure that actors produce.  Paper presented at a conference on Cognition, Development, and Evolution, organized by Dario Mastripieri, Susan Goldin-Meadow, and Amanda Woodward, University of Chicago, May.

**Baldwin, D. A.** (2002).  Processing action to recover intention-relevant structure.  Paper presented as part of a symposium entitled "From action to intention" chaired by Dr. Bennett Bertenthal at the International Conference on Infant Studies in Toronto, Ontario, April.

**Baldwin, D. A**., & Brand, R. A.  (2002).  The ease of re-enacting motionese.  Paper presented as part of a symposium entitled "Nonverbal aspects of parental input to young children" chaired by Dr. Jana Iverson at the International Conference on Infant Studies, Toronto, Ontario, April.

**Baldwin, D. A.** (2002).  Discussant for symposium chaired by Dr. Renee Baillargeon at the International Conference on Infant Studies, Toronto, Ontario, April.

Saylor, M., & **Baldwin, D.**  (2002).  Infants' emerging comprehension of absent reference.  Poster to be presented at the International Conference on Infant Studies in Toronto, Ontario, April.

**Baldwin, D. A**.  (2001).  Language learning and the emergence of interpersonal understanding. Invited address at the University of Pennsylvania, Philadelphia, November.

**Baldwin, D. A.** (2001).  Discerning intentions:  Characterizing the cognitive system at play, Invited address at the University of Pennsylvania, Philadelphia, November.

**Baldwin, D. A**.  (2001).  Language learning: A window on emerging intentional understanding. Paper presented as part of a symposium entitled "Intentionality," chaired by Robyn Fivush & Phillip Zelazo at the annual meeting of the Cognitive Development Society, Virginia Beach, VA, October.

**Baldwin, D. A.**  (2001).  Language, communication, and intentional understanding in infants. Paper presented at a conference at New York University organized by Bruce Homer & Catherine Tamis-Lemonda, October.

**Baldwin, D. A.,** & Brand, R. (2001). Modifications in mothers' infant-directed action.  Paper presented as part of a symposium chaired by Dr. Angeline Lillard, entitled "Motionese:  How parents' actions may "speak" to infants" at the biennial meeting of the Society for Research in Child Development, Minneapolis, MN.

**Baldwin, D. A.** (2001).  Early interpersonal understanding:  Its value, Its genesis.  Paper presented as part of a symposium chaired by Dr. Merrill Garret, entitled "Evaluating precursor systems for human language in apes and children", at the annual meeting of the American Association for the Advancement of Science, San Francisco, CA.

**Baldwin, D. A**. (2001). <u>Parsing dynamic action</u>. Paper presented as part of an invited symposium chaired by Dr. Richard Aslin at the biennial meeting of the Society for Research in Child Development, Minneapolis, MN.

**Baldwin, D. A.** (2001). <u>The rise of intentional understanding in human development: Analogies to the ontogenesis of language</u>. Invited address presented at a conference entitled "The Rise of Language out of Pre-language" organized by Drs. Tom Givon and Joan Bybee at the University of Oregon.

**Baldwin, D. A.** (2001). <u>Infants' action processing skills and the emergence of communicative understanding</u>. Invited address at a conference entitled "Communication and cognitive development in the first 3 years" hosted by Bruce Holmes and Catherine Tamis-LeMonda, New York University, October.

**Baldwin, D. A.** (2001). <u>Language learning: A window on emerging intentional understanding</u>. Paper presented in an invited symposium on Intentionality, chaired by Phillip David Zelazo and Robyn Fivush at the annual meeting of the Cognitive Development Society in Virginia Beach, VA, October.

Saylor, M., & **Baldwin, D. A**. (2001). <u>Understanding talk about absent things from 12 to 31 months</u>. Poster presented at the annual meeting of the Cognitive Development Society in Virginia Beach, VA, October.

**Baldwin, D. A.** (2000). <u>The development of early interpersonal understanding</u>. Invited address at the University of Warwick, Warwick, England.

Sabbagh, M., McCandliss, B., Carlson, S., Scherf, S., Girardi, G., Ontai, L., Ashburn, L., & **Baldwin, D.** (2000). <u>Neural correlates of rapid word learning in 19- to 24-month-olds</u>. Paper presented at the annual meeting of the Cognitive Neuroscience Society, San Francisco, CA.

**Baldwin, D. A.** (2000). <u>Probing the origins of early pragmatic understanding</u>. Paper presented at a conference entitled "Finding the Words…", organized by Drs. Eve Clark & Anne Fernald, Stanford University, Stanford, CA.

**Baldwin, D. A.** (2000). <u>Charaterizing early interpersonal understanding</u>. Invited address, Stanford University, Stanford, CA.

Saylor, M. M., Baird, J. A., & **Baldwin, D. A.** (2000). <u>Infants' parsing of dynamic human behavior</u>. Poster presented as part of a poster symposium chaired by Drs. Amanda Woodward and Beate Sodian, International Conference on Infant Studies, Brighton, England.

**Baldwin, D. A**. (1999). <u>The emergence of interpersonal understanding</u>. Invited address at the University of California, Berkeley, Berkeley, CA.

**Baldwin, D. A.** (1999). <u>The emergence of interpersonal understanding</u>. Invited address at the University of California, Santa Cruz, Santa Cruz, CA.

**Baldwin, D. A**. (1998). <u>Early-emerging interpersonal skills power knowledge acquisition</u>. Distinguished Scientific Early Career Award Address delivered at the 106th Convention of the American Psychological Association, San Francisco, CA, August 14, 1998.

Saylor, M., Sabbagh, M., & **Baldwin, D. A**. (1998). Young children recruit multiple sources of information to learn words. Paper presented at the 23rd Annual Boston University Conference on Language Development, Boston, MA.

Moses, L. J., & **Baldwin, D. A**. (1998). Social referencing in children and chimpanzees. Invited address presented at the Cognitive Specializations Conference, New Iberia Research Center, New Iberia, LA.

Baird, J.A., Saylor, M., & **Baldwin, D. A.** (1998). Action parsing in infancy and the origins of intentional understanding. Paper presented at the biennial meeting of the Society for Research in Child Development, Albuquerque, NM.

**Baldwin, D. A.** (1998). Probing the origins of early pragmatic skill. Paper presented as part of a symposium entitled "The Pragmatics of Word Learning" chaired by Lori Markson ad Gil Diesendruck at the biennial meeting of the Society for Research in Child Development, Albuquerque, New Mexico.

Sabbagh, M., & **Baldwin, D. A.** (1997). Low-cost constraints: What social understanding means for semantic development. Talk presented in a symposium chaired by Roberta Golinkoff at the biennial meeting of the Society for Research in Child Development, Washington, D.C.

Sabbagh, M., & **Baldwin, D. A.** (1997). Infants' ability to distinguish objects on the basis of feature information and form-function correspondences. Paper presented at the biennial meeting of the Society for Research in Child Development, Washington, D.C.

**Baldwin, D. A.,** Baird, J. A., & Hoerger, M. L. (1997). The development of intentional understanding. Paper presented at the Conference on Developmental Processes in Early Social Understanding, Ann Arbor, Michigan.

**Baldwin, D. A.** (1997). Early pragmatic understanding. Invited address presented in a panel discussion chaired by Michael Tomasello at the Stanford Child Language Research Forum, Stanford, CA.

**Baldwin, D. A**. (1996). Interpersonal inference and the discovery of meaning. Invited address at the University of Arizona, Tucson, AZ.

**Baldwin, D. A**., Bill, B., & Ontai, L. L. (1996). Infants' tendency to monitor others' gaze: Is it rooted in intentional understanding or a result of simple orienting? Paper presented at the International Conference on Infant Studies, Providence, Rhode Island.

**Baldwin, D. A.** (1996). What is fixed and what is flexible in early referential understanding? Invited address at the Second Annual West Coast Conference on Theory of Mind, University of California at Berkeley.

**Baldwin, D. A.,** & Moses, L. J. (1996). Distinguishing social referencing from social responsiveness. Talk presented at the XIVth Biennial International Society for the Study of Behavioral Development in a symposium entitled "Infants' Social Understanding" chaired by Diane Poulin-Dubois and Gergely Csibra, Quebec City, Canada.

Moses, L. J., & **Baldwin, D. A**. (1995). Social referencing and understanding of mind in infancy. Paper presented in a symposium chaired by L. Moses & C. Moore at the biennial meeting of the Society for Research in Child Development, Indianapolis, Indiana.

Baldwin, D. A. (1995). Understanding relations between constraints and a socio-pragmatic account of meaning acquisition. Paper presented in a symposium chaired by D. Baldwin & M. Callanan at the biennial meeting of the Society for Research in Child Development, Indianapolis, Indiana.

Baldwin, D. A. (1995). Interpersonal inference and the discovery of meaning. Boyd McCandless Address presented at the annual meeting of the American Psychological Association, New York City, NY.

Baldwin, D. A. (1994). Implications of early referential understanding for language and conceptual development. Invited address given to the workshop on "The Transition from Infancy to Early Childhood" at the University of Chicago, Chicago, Illinois.

Baldwin, D. A. (1994). Implications of early referential understanding for language and conceptual development. Invited address to the Department of Psychology at the University of Michigan, Ann Arbor, Michigan.

Baldwin, D. A., & Moses, L. J. (1993). Infants' ability to consult others' attentional focus to help in interpreting emotional displays. Poster presented at the West Coast Attention Conference, Eugene, Oregon.

Baldwin, D. A. (1993). Infants' ability to recognize when speech is referential and when it's not. Paper presented in a symposium chaired by D. Baldwin & C. Echols at the biennial meeting of the Society for Research in Child Development, New Orleans, Louisiana.

Baldwin, D. A. (1993). Interpersonal inference as a route to reducing the indeterminacy of meaning. Invited address given at the conference on "Early Cognition and the Transition to Language" sponsored by the University of Texas at Austin Center for Cognitive Science, Austin, Texas.

Baldwin, D. A. (1992). Early referential understanding. Paper presented at the UBC Interdisciplinary conference on language.

Baldwin, D. A. (1992). Infants' understanding of cues to word reference. Paper presented at the biennial meeting of the International Society for Infant Studies, Miami, Florida.

Desjardins, R., & Baldwin, D. A. (1992). Infants' use of language to guide reasoning about the object world. Paper presented at the biennial meeting of the International Society for Infant Studies, Miami, Florida.

Baldwin, D. A. (1992). Early referential understanding. Paper presented in a symposium chaired by C. Pratt at the 7th Australian Developmental Conference, Brisbane, Australia.

Baldwin, D. A. (1991). Early referential understanding: The linguistic relevance of nonverbal cues. Paper presented at the Eleventh Biennial meeting of the International Society for the Study of Behavioral Development, Minneapolis, Minnesota.

Werker, J. F., & Baldwin, D. A. (1991). Speech perception and lexical comprehension. Paper presented at the biennial meeting of the Society for Research in Child Development, Seattle, Washington.

Baldwin, D. A. (1991). Infants' contribution to the achievement of joint reference. Paper presented in a symposium chaired by G. Butterworth at the biennial meeting of the Society for Research in Child Development, Seattle, Washington.

**Baldwin, D. A**. (1990).  Infants' contribution to joint reference.  Paper presented at the biennial meeting of the International Society for Infant Studies, Montreal, Quebec.

**Baldwin, D. A.,** Markman, E. M., & Melartin, R.  (1989).  Infants' inferential abilities: Evidence from exploratory play.  Paper presented at the biennial meeting of the Society for Research in Child Development, Kansas City, MO.

**Baldwin, D. A**.  (1988).  Linguistic changes during the single-word period:  Using language for mental impact.  Paper presented at the 5th Australian Developmental Conference, Sydney, Australia.

**Baldwin, D. A.** (1988).  Priorities in children's expectations about object label reference:  Form over color.  Paper presented at the 5th Australian Developmental Conference, Sydney, Australia.

**Baldwin, D. A.,** Markman, E. M., & Melartin, R.  (1988).  Exploratory play as evidence of inductive reasoning in infancy. Paper presented at the XXIVth International congress in Psychology, Sidney, Australia.

**Baldwin, D. A.**  (1987).  Children's expectations about the meanings of object labels:  Color similarity vs. form similarity.  Paper presented at the biennial meeting of the Society for Research in Child Development, Baltimore, MD.

**Baldwin, D. A**.  (1986).  A first step:  Establishing the mappings between objects and object labels.  Paper presented at the annual meeting of the Stanford-Berkeley Cognitive Psychology Conference, Stanford, CA.

**Baldwin, D. A**.  (1986).  Color similarity in children's classifications and extension of object labels.  Paper presented at the annual meeting of the Stanford Child Language Research Forum, Stanford, CA.

**Baldwin, D. A**. (1985).  Exploring children's expectations about word meanings.  Paper presented at the biennial meeting of the Society for Research in Child Development, Toronto, Ontario, Canada

| **From:** | Dare Baldwin <baldwin@uoregon.edu> |
| **Sent:** | Tuesday, April 04, 2017 3:11 PM |
| **To:** | Ulrich Mayr |
| **Subject:** | concerns |
| **Attachments:** | Reset Psychology Retention Processes 4.4.17.docx |

Dear Ulrich, I'm attaching a letter I've drafted outlining my concerns about retention processes in Psychology. These concerns make contact with crucial issues about salary equity and inclusiveness within our department. The present moment seems to me to be another opportunity for joining forces to enact change to correct existing inequities and improve the fairness of our departmental processes.

I plan to share the letter with the Executive Committee tomorrow. I wanted to give you some advance warning about these concerns. It is of course very possible that you have engaged in discussion or undertaken actions, of which I'm unaware, that would change my perspective on these issues. If that is the case, I would of course appreciate any relevant information you can, or wish to, share. And as always, I welcome your thoughtful input on these matters.

Many thanks for giving these concerns your consideration.
All best,
Dare

1


No. 26
Date 6-13-18
Mayr
CC Reporting

Baldwin Declaration, Exhibit 2
Page 1


UNIVERSITY OF
OREGON

4 April, 2017

Dear Ulrich,

I'm writing to express concerns about the equity of recent retention processes in the Psychology Department. These concerns emerge within a larger context that in recent years has generated substantial inequities in salary among senior level faculty in Psychology, inequities that I know you fully acknowledge and about which you have expressed ongoing concern. They also emerge within the context of the "Reset the Code" campaign that the University of Oregon has launched, in which all of us are urged to commit to avoiding complacency in the face of injustice.

In other places considerable detail has already been presented regarding inequities in Psychology senior faculty salaries, such as in the 2016 Psychology Department's Ten Year Program Review, and your own statement (publicly available) written to the University of Oregon's administration on behalf of Dr. Jennifer Freyd's request for a salary adjustment. I won't repeat those details here. In these statements, retention related to external offers has been explicitly identified as a primary source of such inequity. In particular, it is noted that those who engage in consideration of external offers receive sizable retention-related compensation (e.g., in salary, research funds, and teaching releases); those who do not, do not, even though their records are often equally meritorious. This might appear to be a simple, though unjust, equation – one that unfortunately incentivizes faculty to pursue outside offers. As you know, however, a strong case has been made by many that the equation is in fact far from simple, given deeply embedded cultural biases generating inequities in who is targeted with invitations to apply, to interview, and to receive competitive offers. The Psychology Department at UO has not been immune from these significant sources of inequity.

I focus here on a related issue: that the retention process itself appears to be subject to inequity. To illustrate this, I will outline my own experience.

Over the years I have received a number of invitations to apply for faculty positions at other institutions, including positions at Yale University, New York University, and a center directorship at Boston University. I didn't pursue these invitations. Indeed, I did not even mention them to Psychology or UO administrators, simply because I was unwilling to engage in retention battles when I was not seriously interested in leaving the University of Oregon for any of these particular positions. This year, however, I received an invitation to apply for a position that offered opportunities understandably of great interest to me. In particular, in December 2016 I was approached by a global executive search firm – Perrett Laver – and invited to apply for a faculty position at the University of Cambridge for their newly

Department of Psychology
College of Arts and Sciences, 1227 University of Oregon, Eugene OR 97403-1227, Telephone (541) 346-4921

An equal-opportunity, affirmative-action institution committed to cultural diversity and compliance with the
Americans with Disabilities Act


established LEGO Professorship and Director of the Centre for Research on Play in Education, Development and Learning. Of roughly 200 applicants, 14 were "long-listed," and of those, four were invited to interview. In late January I shared with you that I was invited to apply, and later, on March 1, I let you know that I was among those invited to visit for an interview. You emailed in reply to say that you had forwarded this information to the College of Arts and Sciences. To my surprise, I heard nothing further.

Subsequently, I learned that another Psychology faculty member had been granted a pre-emptive salary raise when invited to interview; no such offer was presented to me. Similarly, I learned that a different member of the Psychology faculty had already received a retention adjustment as a result of sharing an email indicating high priority candidacy for a position (my understanding is that no actual offer was ever extended).

I interviewed at the University of Cambridge March 14-17, and was found to be "appointable." Although the offer has been extended to another initially, every effort has been made by Cambridge to keep my candidacy active. On March 27, I updated you about my status in this search. I also queried the possibility of inequity; I noted, in particular, that others had received salary adjustments without having received actual offers, while I had not. I should mention your suggestion at this phase that I consider sharing emails from the University of Cambridge to document my status in the search. Unfortunately it is not possible for me to do so: these emails not only are titled "Confidential," but also include a legal statement that they are to remain confidential and not be distributed, disclosed, copied or transmitted to other parties.

During this period, I also learned that my retention case had not yet been shared with the Psychology Department Executive Committee, whereas others' retention cases (in the absence of offers) had been discussed. I also heard directly from you that you were currently engaged in three active retention processes. At least one among these cases I understand to be relatively early in the process: no interview has yet taken place. Yet my own lack of an offer was described as the reason why retention discussion had not yet been activated in my case.

Of course I am left wondering why retention in my case appears to have been handled less "aggressively" than those of others in the department. I find it difficult to believe it is based on differences in merit or contribution to the University, as it is of course widely known that I'm the recipient of highly prestigious awards (e.g., Guggenheim, Cattell, APA Award for Early Scientific Contribution, Boyd McCandless, twice Fellow at the Center for Advanced Study in the Behavioral Sciences), a strong history of grantsmanship (e.g., NSF, ONR, John Merck Scholars, McDonnell-Pew, two recent UO I3 awards), continuous publication of theoretical

Department of Psychology

College of Arts and Sciences, 1227 University of Oregon, Eugene OR 97403-1227, Telephone (541) 346-4921

An equal-opportunity, affirmative-action institution committed to cultural diversity and compliance with the
Americans with Disabilities Act



and empirical research, as well as mentorship of a large and highly successful contingent of talented undergraduates, master's, and doctoral students – with many of the latter being now tenured professors at recognized institutions across North America (e.g., Queen's University, Vanderbilt University, Swarthmore College, Villanova University).

I hope you can see from this documentation that inequities infect our existing retention process. My sense is that you would not wish that. Nevertheless, it has occurred. Probably we can all agree that it is very important to put in place processes that prevent the intrusion of bias and injustice. With that in mind I ask that you, the Executive Committee, and the Psychology Department at large, study this issue and adopt appropriate standards for equitable retention processes. I also explicitly request a salary adjustment. Lastly, I explicitly request that the University of Oregon redress the egregious salary inequities that currently exist in the Psychology Department. In short, let's all join forces to actually "Reset the Code."

Sincerely,


Dare Baldwin, Ph.D.
Professor, Department of Psychology
Fellow, Center for Advanced Study in the Behavioral Sciences

Department of Psychology
College of Arts and Sciences, 1227 University of Oregon, Eugene OR 97403-1227, Telephone (541) 346-4921

An equal-opportunity, affirmative-action institution committed to cultural diversity and compliance with the
Americans with Disabilities Act



UNIVERSITY OF
OREGON

Department of Psychology
College of Arts and Sciences, 1227 University of Oregon, Eugene OR 97403-1227, Telephone (541) 346-4921

An equal-opportunity, affirmative-action institution committed to cultural diversity and compliance with the
Americans with Disabilities Act