Jennifer J. Middleton, OSB # 071510
jmiddleton@justicelawyers.com
Caitlin V. Mitchell, OSB # 123964
cmitchell@justicelawyers.com
JOHNSON, JOHNSON, LUCAS & MIDDLETON, PC
975 Oak Street, Suite 1050
Eugene, OR 97401-3124
Phone: 541/683-2506
Fax:     541/484-0882

Whitney Stark, OSB # 090350
whitney@albiesstark.com
Albies & Stark, LLC
210 SW Morrison Street, Suite 400
Portland OR 97204-3189
Phone: 503/308-4770
Fax:     503/427-9292

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| **JENNIFER JOY FREYD,** | **Case No. 6:17-CV-00448-MC** |
| Plaintiff, | **DECLARATION OF JENNIFER JOY FREYD** |
| vs. | |
| **UNIVERSITY OF OREGON, MICHAEL H. SCHILL and HAL SADOFSKY,** | |
| Defendants. | |

I, Jennifer J. Freyd, declare as follows:

1.      I have been a Professor of Psychology at the University of Oregon for more than 30 years. As far as I have been told, I have always received high merit reviews from my department. As far as I have known, I have also always been paid a salary that is below the standard regression line (salary by years in rank).

2.      I have attached a true and correct copy of my current CV as Exhibit 1.

3.      I received my PhD in 1983 from Stanford University, after which I taught at Cornell as an assistant professor. In 1987, I left Cornell to accept a tenured position as associate professor at the University of Oregon. I was promoted to full professor in September 1992. I am currently one of four senior faculty members in the clinical division of the psychology department. The other senior clinical faculty members are Nick Allen, Phil Fisher, and Gordon Hall.

4.      My research focuses on the psychology of interpersonal and institutional trauma, with an emphasis on the role of betrayal in psychological injury. Until recently, the diagnosis and treatment of trauma emphasized psychological responses to the fear-inducing aspects of trauma, such as gruesome accidents, war, and violent rape. Research from my lab has revealed that the social betrayal implicit in betrayal trauma, such as abuse by a parent, is just as important in predicting and understanding responses to interpersonal violations. Betrayal trauma theory points to the importance of social relationships in understanding the impact of trauma on cognitive processing, risky behaviors, and mental and physical health. The concepts of betrayal trauma and institutional betrayal have been absorbed by many in the field and the world.

5.      I am the principal investigator of the Freyd Dynamics Lab, where my students and I conduct empirical studies relating to the underlying mechanisms and effects of trauma. Our recent and current research topics include: the impact of family betrayal on psychological health, the relationship between betrayal trauma, dissociation, and hypervigilance, the dynamics of disclosure between teens and caregivers, the relationship between betrayal trauma and minority status such as sexual orientation and racial discrimination, institutional betrayal in the health care system, military sexual trauma, and campus sexual assault. Running a lab requires extensive time and effort, as well as supervision of doctoral students, undergraduate students, and a lab manager. In addition to holding weekly lab meetings, I meet individually with each member of the lab on a regular basis to discuss

on-going research (from study design through implementation), data analysis, manuscript drafting and submission, and conference presentation submission and delivery. I raise private donations to fund my lab and I oversee its budget and administrative work, including review, accounting, and approval for grants, as well as the approval process with the Institutional Review Board, which is required for research on human subjects.

6.      Although I have conducted a large corpus of empirical work, my most important contributions to the field of psychology and beyond have been through the development of influential theories. Early in my career I developed theories of shareability and dynamic mental representations (and the related discovery of representational momentum). These theories are still cited and used. Since 1991 I have developed a number of theories in trauma psychology, including betrayal trauma theory and the related concepts of betrayal blindness, institutional betrayal, DARVO (Deny, Attack, & Reverse Victim & Offender – a perpetrator strategy), compelled disclosure, and institutional courage. The terms are regularly used and increasingly are the basis of works and events organized by others. For example, the theme of the Pacific Sociological Association's Annual Conference in 2017 was Institutional Betrayal, and an influential journal in the trauma field (*Journal of Aggression, Maltreatment & Trauma*) recently released a special issue about betrayal trauma and institutional betrayal. As my theories have become increasingly influential, the ideas get used without specific reference to my name – they become part of the field and part of the public's understanding of trauma. My high H-index does not reflect this even larger influence of my work on science and society, because as soon as my theories become accepted they stop being cited as mine and rather become accepted wisdom.

7.      I have been very involved in the development of the field of trauma research within the discipline of psychology. I helped found the APA's Division 56 (Trauma Division), chaired its science committee for several formative years, and have served on the editorial boards of the major

scientific journals. In 2011, I was given the Award for Outstanding Contributions to Science in

Trauma Psychology, Division 56, American Psychological Association in recognition of this work.

8.      My research has given rise to three books and hundreds of publications. My most recent

book, Blind to Betrayal (Freyd & Birrell, 2013), has been translated into 7 languages over the last 5

years. The H-index is the number of articles a scholar has published that have been cited at least that

many times – thus my current H-index of 59 (which is the second highest H-index in the

department), means I have published 59 works that have each individually been cited at least 59

times. When I last checked on November 17, 2018, Ulrich Mayr's H-index was 45; Gordon Hall's

was 39; Nick Allen's was 63; and Phil Fisher's was 51. While no measure can capture all the

variability of productivity or impact, the H-index is currently the most widely used research merit

metric. My high H-index indicates significant scientific and scholarly impact in my field.

9.      I have also received numerous awards for my research. I have been named a John Simon

Guggenheim Fellow, an Erskine Fellow at The University of Canterbury in New Zealand, a Fellow

of the American Psychological Association, a Fellow of the Association for Psychological Science, a

Fellow of the International Society for Trauma and Dissociation, and a Fellow of the American

Association for the Advancement of Science. In 2015, I received the William Friedrich Memorial

Child Sexual Abuse Research Award from the Institute on Violence, Abuse, and Trauma. In 2016, I

received the Lifetime Achievement Award from the International Society for the Study of Trauma &

Dissociation. I also recently accepted two prestigious fellowships at Stanford University, as a Visiting

Scholar in the School of Medicine and as a Fellow at the Center for Advanced Study in the

Behavioral Sciences (CASBS).

10.     For the past 10 years I have received an annual one-course release from teaching, due to the

fact that I am editor of the *Journal of Trauma & Dissociation*, one of the most influential journals in the

cross-disciplinary field of trauma research. These teaching releases have been paid for by the

International Society for the Study of Trauma & Dissociation in the form of funds transferred to the UO (the UO did not recognize these payments as grants until recently). Among other responsibilities, I supervise an editorial assistant, 7 associate editors, 65 editorial board members, and dozens of ad hoc reviewers. I select reviewers, determine whether manuscripts should be accepted or rejected, and outline required revisions. I also write an annual editorial that includes both an annual report and discussion of a content area of current importance, and I select and supervise each year's special issue guest editors. Under my editorship, JTD was selected for indexing by MEDLINE/PUBMED and ISI, we have increased our number of issues per year from 4 to 5, we have more than quadrupled our submission rate, and our impact factor has grown substantially such that it is now among the very highest in the field of trauma research and scholarship.

11.    For many years I have taught on an annual basis Psychology of Trauma, a large advanced undergraduate and early grad class that I proposed and developed years ago, as well as History, Systems, and Social Justice, a graduate class that I also proposed and developed. For many years I have taught an annual graduate seminar on trauma that has been among the most highly attended seminars in the department. I also contribute to the team-taught, year-long sequence of courses for first-year clinical students. I was on sabbatical during the 2015-16 academic year and I am on leave at Stanford this academic year.

12.    Teaching trauma requires being aware of people's emotional reactions and using those reactions to help them learn. It also means that students and faculty regularly approach me with disclosures of their own traumatic experiences. Emotional reactions can be a source of healing and learning, but can also derail the educational process if they are not managed. This work is challenging and takes significant time and energy, but it's also enormously rewarding.

13.    In addition to teaching, I do a substantial amount of advising and mentoring (see CV for a complete list of advisees). During the years that I am accepting graduate students, I often attract 15

– 20% of all applicants, in a department of over 30 faculty. Almost half of my graduate students have been racial or sexual minority students. I have recruited and mentored three African American doctoral students since 2006; during my 30 plus years at UO I can recall only two other African American doctoral psychology students, and those were long ago. Recruiting and retaining African-American doctoral students does not happen by accident, but reflects a sustained and substantial commitment to increasing diversity and equity. These mentorship roles are lifetime commitments, as I continue to mentor former students for decades. I have succeeded in helping many students secure funding that covers their tuition and stipends, and many have become tenure-track and tenured faculty who make important contributions to science and society. In 2012, the university recognized my contributions with the Excellence Award for Outstanding Mentorship in Graduate Studies. No one else from the Psychology Department has received this award.

14.       I have participated in extensive service work for the University, both over the past five years and prior to that time. The majority is not directly compensated and has not allowed me to obtain relief from teaching, unlike so much of the service work of my colleagues. To give just a few recent examples: I was an Appointed Member to the University Committee to Address Sexual and Gender-Based Violence (2014-2016), I was an Elected Senator to the University Senate (2014-2018), and I was an Appointed Member to the University Senate Executive Committee (2014-2018). The Committee to Address Sexual and Gender-Based Violence in particular took an enormous amount of my time. Over the course of two years, we worked on university policies including those related to faculty-student relationships, student conduct, and sexual violence reporting. We researched and drafted policy proposals and presented them to the University Senate. We also wrote a substantive report, based on campus-wide surveys administered through my lab, which documented the rates of sexual violence on campus.

15.     One of my other major service contributions to the UO during the last few years was serving as a central architect of the new reporting policy for sexual violence on campus. Researching, designing, and implementing this policy took a significant amount of time over the course of three years (2015 – 2018), including my sabbatical and the summers – periods of time for which I was not compensated. The University Senate recognized me for my record of service in 2017, with the Wayne T. Westling Award for University Leadership and Service. The Westling Award is given by the UO to one faculty or staff member annually for their outstanding and long-term leadership and service to the university. The current Dean of Arts & Sciences was a former recipient, but I am the only member of the Psychology Department to ever have received this honor. Exhibit 2 is a true and correct copy of my nomination for the award.

16.     The work I have done on the psychology of sexual violence, institutional betrayal, and compelled disclosure has attracted requests for consultation across higher education, including from university administrators seeking to apply our findings and methodologies on their campuses. I regularly complete numerous external tenure review requests and receive invitations to give keynote addresses to various audiences, both in and outside of psychology. In 2015 I helped organize and then participated in the Madison Summit on the Science of Campus Climate and Sexual Misconduct at the University of Wisconsin, Madison. Based on this meeting, I helped create an open-access scientific survey instrument for national use, which has been requested by hundreds of institutions.

17.     I also do significant amounts of briefing, teaching, and consulting work for entities outside the higher education context, for example, for the United States Military and the National Park Service. I provide consultation to researchers, federal prosecutors, students, journalists, and others in our community, in the State of Oregon, in the USA, and around the globe. Since 2016 I have served on the Higher Education Advisory Board of Project Callisto/Sexual Health Innovations, a non-profit organization that provides software for reporting sexual violence. I advise the CEO and staff

about trauma psychology and related issues that affect user experience. As of this academic year, the UO has started using Callisto software.

18.     I have also received significant recognition for my work by the government and media. I was invited to the White House on two occasions because of my research, and I am regularly mentioned in the popular media. For example, the Washington Post recently made a mini-documentary that featured my theories of betrayal trauma and institutional betrayal and used them to help describe the experiences of sexual violence survivors in the entertainment industry. (A full listing of media coverage of my work can be found at https://pages.uoregon.edu/dynamic/jjf/inthenews.html). As far as I know, I am the only faculty member in my department who has this type of public presence. The university benefits from the media exposure that I receive, in that I am regularly featured on UO websites that track the accomplishments of faculty and significant news coverage associated with them. In 2018, I received the American Psychological Association's Award for Media Contributions to the Field of Trauma Psychology.

19.     I was never told that it is part of my job to receive grants, or that my base salary would be affected by whether I received them. In fact, I was told just the opposite – that salary is affected by merit in service, teaching and research contribution. Nevertheless, I have received numerous public and private grants (see CV for full listing). The public funding that I received was in support of my work on perception and cognition, early in my career. That is because the availability of grants is closely tied to the subject matter of the research. While there was ample grant money available to fund my early projects, there is no clear source of public funding for basic behavioral research on sexual violence. In 2005, some of my colleagues and I published a policy forum in the influential Science magazine regarding the problematic lack of funding for this important work.

20.     Although public grants are largely unavailable to fund my current research, I do receive private donations. Most significantly, a private donor established the Fund for Research on Trauma

and Oppression in support of my research, with cumulative donations of over $275,000. I have also

been the faculty sponsor on fellowships covering graduate student stipends and have received

faculty research awards. Unlike my colleagues who rely on large grants, I do not need significant

financial resources in order to accomplish my research; over the years, I have learned how to be

efficient and effective as a researcher without utilizing (or wasting) tax-payer dollars.

21.    Applying for a grant is not more time consuming, nor is it qualitatively different, from much

of the other work that academic faculty do. It is not, for example, more work than writing a journal

article. Likewise, much of the work we do as academic faculty, such as conducting research and

serving on committees, involves reporting and administrative responsibilities. To give just one

example, all research I do with human subjects must go through a review and approval process with

the Institutional Review Board, which requires significant paperwork. The psychology department

supplies support personnel for various aspects of grant management. In addition, the recipients of

grants have funding to hire administrators to manage their grants, and they also receive course

releases. In that respect, they often have less administrative work than those who are not grant-

funded. Early in my career I applied for and received numerous grants, both public and private; my

job was not meaningfully different then from what it is today, and at no time was I told that I had a

different job from others due to receiving or not receiving grants.

22. I am a tenured faculty member. Ulrich Mayr is not my supervisor, in the sense that he

alone does not oversee or control teaching assignments, cannot override determinations regarding

my grades, and would not be able to hire, fire, or discipline me. I have never heard him describe

himself as my supervisor. The department head is a rotating position, which different tenured faculty

members assume at different times.

23. When I was hired at the University of Oregon, I did not know to ask about salary. Cornell had

offered me a raise to try to convince me to stay, but I did not think to tell UO about it. Instead, I asked for lab space and a job for my husband. I trusted that the salary they offered me was fair.

24.    I most recently became aware of the issue of salary inequity in 2014, when I made a public records request in order to obtain email addresses for an employee survey. The documents I received included employee salary information. It was impossible to ignore the numbers that I saw. After requesting additional information concerning years in rank and years since PhD for department employees, I analyzed the data for full professors in the psychology department. The data revealed a statistically significant gender disparity in pay for full professors.

25.    On May 3, 2016, I told the UO's Title IX coordinator about my concerns about pay inequity in the psychology department. Title IX officer Darci Heroy let me know that someone from the Affirmative Action Equal Opportunity Office would be in touch. No one ever called me. Nine months later, I sent a tort claim notice to the University and filed a complaint with BOLI. I received Jodi Shipper's report in June 2017, after I had filed my lawsuit. I learned that Shipper had concluded that there was no discrimination because she found that the men who are paid more than I am are not appropriate "comparators" because they hold different jobs.

26.    I met with Deans Sadofsky and Marcus on January 18, 2017. Sadofsky told me that only three men in the psychology department are paid more than I am. This was at that time half the men holding full professor rank in the department, and the number paid more than me has now risen to four. Sadofsky and Marcus gave me several reasons for why I am paid less, but not one of those reasons was that the men receive large federal grants. Neither of the deans mentioned grants at all. They also did not say that my job is different from my colleagues' jobs. Instead, the primary reasons they gave were that my pay is high compared to others throughout the College; that they want to analyze inequities in the whole college before they can address mine; and that my department is too

small for an equity analysis. They said that my colleagues got high starting salaries or retention

offers, as if that explained the gender disparity.

27.     Throughout my 30 plus years at the UO, I have never sought a position at another academic

institution in order to negotiate a retention raise. I was committed to my job and had a sense of

loyalty to my department, my community, and my husband, who had made sacrifices in his own

career and had moved across the country so that I could be at the UO. Pursuing an outside offer

would have required me to lie to that institution about my interest in leaving the UO, and

negotiating a retention raise would have required me to lie to the UO about the same thing – neither

of which I was willing to do. In addition, job searches are extremely time consuming; to engage in

the interview/job talk process, and then to reject the offer, is a huge drain on time and resources for

both the applicant and the academic institution. When I approached Ulrich Mayr in 2014 to discuss

the inequity in my salary, it was a shock to me to hear him use retention offers as a justification, as if

it were a normal or expected part of the process.

28.     Based on my experience and observation, retention offers are often more available to men

than they are to women. Women on average do not have the same freedom to seek outside offers as

men do because of life circumstances, gendered social roles (family duties in particular), and because

they assume real social and career costs in pursuing such a strategy. If a woman seeks an outside

offer she risks all sorts of disapproval, even ostracism, from her family, friends, and community for

putting her career ahead of her family and/or for being "selfish." At work, it can lead to a costly

perception of that woman as not loyal, as being egotistical, not a team player, narcissistic, not very

nice, and the like. At the UO it used to be considered bad form to look into other offers unless you

really wanted to leave, especially for female faculty. I knew at least two female professors in other

departments who attempted to obtain raises through the retention process, and I observed that the

strategy did not work well for them. These women did not receive the offers they had sought and, as a result, left the UO feeling devalued and humiliated.

29.     I have never been told I should change what I am doing as a professor in order to get a raise, and I have only been given positive evaluations.

30.     Helen Neville towered over everyone else in the department in terms of research recognition. She was one of only two people in the history of the department, and one of only a handful in the entire university, to be elected to the National Academy of Sciences, perhaps the greatest honor that a scientist can achieve. It is my understanding that Neville was funded not only by grants but by a direct appropriation from Congress. Her level of achievement was well above average. Looking at the data, you might think that the only way to get over the regression line as a woman in our department is to get elected to the National Academy of Sciences. But even so, Neville at best hovered close to the regression line, while some of the male faculty are way above it.

31.     I have had relatively few interactions with Dean Sadofksy except for one exchange in 2015, when I heard from a colleague that he was raising doubts about data that I had collected regarding rates of sexual violence on campus. The colleague told me that Sadofsky was concerned that my data could have been contaminated due to self-selection, and therefore might not be generalizable to the UO campus as a whole. I wrote Sadofsky a lengthy email, in which I provided information about how we control for selection bias. I also informed him that our results were consistent with a vast amount of other data, including both national samples and data from the UO collected over the past 20 years. Sadofsky's response was polite but expressed continuing doubts. He wrote: "Yes, my main point . . . was that the significant possibility of sample bias meant that generalizing your sample to the entire UO population is speculative. I'm sure you agree with that." I did not agree with that, and Sadofsky did not acknowledge the information that I had already provided to address his concerns

about sample bias. It felt to me like he was looking, whether consciously or unconsciously, for ways to minimize the sexual assault problem that women on our campus face.

32.     Following this exchange, I published in a peer-reviewed journal a follow-up study that established that the results of our survey could be generalized to the UO campus. I thought Sadofsky should know the results. But when I sent him an email describing the study, he wrote back only that he looked forward to "trying to understand it," without engaging with me in any meaningful way. From a scientist's perspective, it is always fair to raise questions about methodology. But I found my interactions with Sadofsky – his raising doubts about my data to a colleague rather than to me directly, his refusal to acknowledge steps I took around the methodology or to engage with me about it, and his failure to respond to my attempts to directly address his critiques – to be dismissive and disturbing.

33.     Knowing that I have been paid significantly less than my male peers over the course of my career is demoralizing and humiliating. The loss of pay also has had material impact on my freedom and opportunities now. As someone who has reached a certain level of professional achievement, I feel a sense of responsibility to speak the truth of my experience. The pay inequity I have experienced is very painful and I do not want the women I have mentored, my current and many former graduate students, my own daughter in graduate school, or the junior faculty we have hired in the Department of Psychology to go through what I've gone through.

34.     I declare under penalty of perjury of the laws of the state of Oregon that the foregoing is true and correct.

Executed on December 13, 2018.

_Jennifer Freyd_
_____

Jennifer Joy Freyd

13 December 2018

**Vita**

**Jennifer J. Freyd**

Department of Psychology                  *http://dynamic.uoregon.edu/*
University of Oregon                       jjf@uoregon.edu
Eugene OR 97403

Education:

B.A. Anthropology, 1979 (Magna Cum Laude), University of Pennsylvania
Ph.D. Psychology, 1983, Stanford University

Primary Positions:

Assistant Professor of Psychology, Cornell University, 1983-87
Associate Professor of Psychology, University of Oregon, 1987-1992
Professor of Psychology, University of Oregon, 1992-present

Selected Current Additional Positions:

Fellow, Stanford University's Center for Advanced Study in the Behavioral Sciences,
        2018-2019
Visiting Scholar at Stanford University in the Department of Psychiatry and Behavioral
        Sciences, in the School of Medicine, 2018
Editor: *Journal of Trauma & Dissociation*, 2005-

Selected Honors and Awards:

Graduate Fellowship, National Science Foundation, 1979-82
Presidential Young Investigator Award, National Science Foundation, 1985-90
IBM Faculty Development Award, 1985-87
Fellow, Center for Advanced Study in the Behavioral Sciences, 1989-90
Fellow, John Simon Guggenheim Memorial Foundation, 1989-90
Research Scientist Development Award, NIMH, 1989-1994
Fellow, American Association for the Advancement of Science, 1992
Fellow, Association for Psychological Science, 1994
Fellow, American Psychological Association, 1996
Pierre Janet Award, International Society for the Study of Trauma & Dissociation, 1997
Distinguished Publication Award, Association for Women in Psychology, 1997
Pierre Janet Award, International Society for the Study of Trauma & Dissociation, 2005
Psychologist-Scientist of the Year Award, Lane County Psychologists' Association, 2006
Fellow, International Society for the Study of Trauma & Dissociation, 2009

Jennifer J. Freyd                                                           Vita – December 2018

Erskine Fellowship, University of Canterbury, New Zealand, 2009
Research Innovation Award, University of Oregon, 2009
Award for Outstanding Contributions to Science in Trauma Psychology, Division 56,
        American Psychological Association, 2011
Distinguished Achievement Award, International Society for the Study of Trauma &
        Dissociation, 2011
Excellence Award for Outstanding Mentorship in Graduate Studies, University of
        Oregon, 2012
William Friedrich Memorial Child Sexual Abuse Research Award from the Institute on
        Violence, Abuse, and Trauma, 2015
Lifetime Achievement Award, International Society for the Study of Trauma &
        Dissociation, 2016
The Wayne T. Westling Award for University Leadership and Service, University of
        Oregon, 2017
Award for Media Contributions to the Field of Trauma Psychology, Division 56, American
        Psychological Association, 2018
Fellow, Stanford University's Center for Advanced Study in the Behavioral Sciences,
        2018-19


Forensic Consulting:

Consultant for plaintiff in civil child sexual abuse case in Gadsden County, Florida, 2005
Expert witness for Clatskanie (Oregon) School District regarding Fair Dismissal Appeals
        Board case, Salem, Oregon, May-July 2006
Consultant for Portland Metropolitan Public Defender regarding criminal perjury case,
        Portland, Oregon, August 2008
Expert witness for United State Attorney, District of Oregon, Portland Office, regarding
        criminal abusive sexual contact case, Portland, Oregon, April – August 2008
Consultant for United State Attorney, District of Oregon, Portland Office, regarding
        criminal case, Portland, Oregon, June-August 2009
Consultant for defense in criminal attempted murder case, Clark County Superior Court,
        Washington, June 2009 – August 2010
Consultant for prosecution in Court-Martial, Region Legal Service Office Hawaii,
        November 2009 - January 2010
Consultant for United State Attorney, District of Oregon, Eugene Office, regarding
        criminal forced labor investigation, January - April 2010
Consultant for United State Attorney, District of Oregon, Portland Office, regarding
        criminal child sexual abuse case, Portland, Oregon, March 2010
Consultant for United State Attorney, District of Oregon, Portland Office, regarding
        criminal deprivation of rights case, Portland, Oregon, December 2010 – October
        2011
Consultant for a Washington State Prosecutor in Clark County regarding memory
        testimony in a child sexual abuse criminal case, August 2012 – September 2012
Consultant for plaintiffs in a Josephine County Oregon case (firms in Seattle and
        Medford Oregon) filed in federal court utilizing the concept of institutional
        betrayal, April 2014 – 2017.

Consultant for plaintiffs in a Michigan State case (firm in Ann Arbor) filed in federal court utilizing the concept of institutional betrayal, September 2015 – June 2016

Consultant for plaintiffs in a Michigan State case (firm in Detroit), January – September 2017

Consultant for United State Attorney, District of Oregon, Portland Office, regarding sexual assault, Portland, Oregon, October 2017 - – November 2017

Consultant for plaintiffs in a Jackson County Oregon civil rights case (firm in Medford Oregon) filed in federal court, May 2017 – April 2018

Consultant for plaintiff in a civil rights case pending (firm in Salem Oregon, anticipated filing in a Federal Court in Oregon), April 2018 –

Consultant for plaintiff in a civil rights case pending (firm in Minneapolis, Minnesota, filed in Federal Court in Minnesota), May 2018 –

Consultant for plaintiff in a civil rights case pending involving a university (firm in Waco, Texas) filed in Federal Court in Texas, June 2018 –'

Consultant for plaintiff in a civil rights case pending involving a university (firm in Salt Lake City, Utah) to be filed in Federal Court in Utah, September 2018 – November 2018.

Consultant for plaintiff in a civil rights case involving a high school district pending (firm in Waco, Texas) filed in Federal Court in Texas, September 2018 –

Consultant for United State Attorney, Northern District of Oklahoma, Tulsa Office, regarding sexual assault of a minor, Tulsa, Oklahoma, October 2018 -


Service to Profession – Reviewing, Editorial Boards, and Editorships:

Editorial Boards: *Gestalt Theory*. 1985–current; *Journal of Experimental Psychology: Learning, Memory, and Cognition* 1989-1991, *Journal of Aggression, Maltreatment, and Trauma*, 1997-current; *Journal of Trauma & Dissociation* 1999-2003.; *Journal of Psychopathology and Behavioral Assessment* 2001-2003, *Journal of Psychological Trauma,* 2003-2007; *Psychological Trauma: Theory, Research, Practice a Policy*, 2008-current.

Agency Guest Reviewer for: National Institute of Mental Health, National Science Foundation, others

Journal Guest Reviewer for: *American Psychologist, Applied Cognitive Psychology, Journal of Experimental Child Psychology, Journal of Experimental Psychology: General, Memory & Cognition, Journal of Interpersonal Violence, Psychological Bulletin, Psychological Science, Science* (AAAS) and many others

Press Reviewer for: M.I.T. Press; Lawrence Erlbaum Associates; HarperCollins; Harvard Press, Oxford Press, others

Psychology Editorial Advisor: *Microsoft Encarta*, 1995 edition.

Co-Editor: *Journal of Trauma & Dissociation*, 2004 (for Volume 6 published in 2005)

Participant invited for the consensus conference "Advancing the Science of Education, Training and Practice in Trauma" hosted by Yale University, New Haven, CT, 25-28 April 2013.

Editor: *Journal of Trauma & Dissociation,* 2005- (Beginning with Volume 7 published in 2006; Reappointed in 2009 and 2012. )

3

Advisory Board, Faculty Against Rape (FAR), 2014 - 2016
Higher Education Advisory Board, Project Callisto/Sexual Health Innovations (a 501
         (c)3 organization), 2016 –
External Reviewer for the National Park Service (NPS) 2017 Work Environment Survey,
         July 2017


Other Service to Profession and Positions:

Liaison for APA, Division 35, to APA Science Directorate and Board of Scientific
         Affairs (1996-2000)
Organizer and  Program Committee Co-Chair of the 1998 Meeting on Trauma and
         Cognitive Science, Eugene, Oregon, July 17-19, 1998
International Advisory Committee member, International Conference on Trauma,
         Attachment & Dissociation, 12-14 September 2003, Melbourne, Australia.
Freyd, J.J. Organizer and moderator for AAAS symposium: The Science of Child Abuse,
         its Media Presentation, and Forensic Considerations, Annual Meeting of the
         American Association for the Advancement of Science, Seattle, 12-16 February
         2004.
Deputy, Ethics Track, International Society for Traumatic Stress Studies 2007 Annual
         Meeting
Member, Ethics Policy Task Force for *Journal of Traumatic Stress*, 2007.
Helped create and oversee the digitization of the complete run of the journal of
         *Dissociation* (on-line in 2005),
         https://scholarsbank.uoregon.edu/xmlui/handle/1794/1129, and the historical
         Trauma & Dissociation Archives, (on-line in 2008),
         http://boundless.uoregon.edu/digcol/diss/index.php.
Liaison for APA, Division 56, to APA Science Directorate and Board of Scientific
         Affairs (2006-2009)
Chair, Science Committee (2006-2009), and Member, Executive Committee (2006-
         2009), and Member, Nomination and Elections Committee (2006-2007), Member,
         Task Force on Dissemination (2009), Division of Trauma Psychology (Div. 56) of
         the American Psychological Association.
Member, Awards Committee, International Society for the Study of Trauma &
          Dissociation (2008-2010)
Member, Research Committee, The Cannan Institute, Belmont Hospital, Brisbane,
         Australia, 2009-
Research Associate, United States Department of Veterans Affairs, Boston Healthcare
         System, 6 June 2012 – 31 March 2016.
Invited to discuss research with the White House Advisor on Violence Against Women,
         Washington DC, 25 March 2014.  Second invitation to White House to attend
         Task Force report announcement on 29 April 2014.
Consulted for US Senator Kirsten Gillibrand on 30 April 2014 and followed-up by
         sending requested materials by email on 7 May 2014.

4

University Service:

Elected Member, Faculty Council of Representatives, Cornell, 1986-87

Elected Member, Executive Committee, Institute for Cognitive and Decisions Sciences, University of Oregon, 1991-94 (also chair, Committee on New Members, 1988-89; chair, Inaugural [1989], 4th [1992], and 7th Annual [1995] Atteneave Lecture committees; organizer, Lecture Series in Cognitive Science and Mental Health, 1992-95).

Appointed Member, Executive Committee of the Center for the Study of Women in Society (CSWS), University of Oregon, 1991-92. Appointed Member, Research Proposal Review Committee of CSWS, 1995-96.

Appointed Member, Child Care Committee, University of Oregon, 1987-1989; 1990-91.

Appointed member, Status of Women Committee, University of Oregon, 1998-2000.

Appointed Member, Teaching Effectiveness Program Advisory Group member, 2000-2005.

Appointed member, Internal Review Board/ Human Subjects Compliance Committee, University of Oregon, 2002-2005.

Appointed member, Human Research Protection Program Accreditation Working Group, University of Oregon, 2006-2007.

Appointed member, Excellence Awards Committee, Graduate School 2013.

Appointed Chair of Undergraduate Education Committee, Director of Undergraduate Studies, Department of Psychology, 2004-2008.

Elected to Psychology Department Executive Committee, 1999-2000; 2006-08.

Elected Member, Dean's Advisory Committee (promotion and tenure committee), College of Arts & Sciences, University of Oregon, 1990-1991, 1992-1993, and 2009-2010.

Appointed member and/or chair of various committees each year in the Department of Psychology.

Elected Member, Intercollegiate Athletics Committee, 2013-2015

Appointed Member, University Senate Task Force to Address Sexual Violence and Survivor Support, 2014-15

Appointed Member, University Committee to Address Sexual and Gender-Based Violence, 2015-2016

Elected Member (2 year terms), University Senate, 2014-2016 and 2016-2018

Appointed Member (1 year terms), University Senate Executive Committee, 2014-2015, 2015-2016; 2016-2017, 2017-2018

Appointed Member, Senate Responsible Reporting Working Group, 2016-2017

Appointed Member, Senate Task Force on Time, Place and Manner Restrictions of Free Speech, 2016-2017

Appointed Member, Task Force for Implementing the New Reporting Policy, Title IX Office, University of Oregon, and Appointed Chair of the Subcommittee on Suggested Syllabus Language, Summer 2017

Appointed Member, Climate Survey Assessment Group, Title IX Office, University of Oregon, 2017-18

Jennifer J. Freyd                                                    Vita – December 2018

Clinical Service:

Counselor at DeBusk Memorial Center, University of Oregon (1991-92)
Counselor at Aslan Counseling Center, Eugene, Oregon (1992)


Teaching:

Cornell University:  Perceptual Development; Psychology of Reading; Human
        Experimental Laboratory; Perceptual and Cognitive Processes; Issues of Mental
        Representation (graduate)
University of Oregon, Undergraduate:  Introductory Psychology; Cognition; Psychology
        of Gender; Honors College Introduction to Experimental Psychology; Psychology
        of Trauma, Introductory Psychology Honors, Honors in Psychology Year-long
        Seminar
University of Oregon, Graduate Course:  History, Systems, & Social Justice
University of Oregon, Graduate Seminars: Visual Cognition; Shareability and Mental
        Representations; Mental Representations; Trauma, Dissociation, and Repression;
        Dissociation and Mental Representations; Face and Human Form Perception;
        Ethics, Power, and Oppression in Psychology; Language, Gender, & Cognition;
        Trauma & Cognitive Science; Developmental Traumatology; Trauma &
        Sexuality; Ethics, Gender, & Diversity; Trauma as Etiology; Trauma's Legacy;
        Trauma Intervention; Trauma & Psychosis; Trauma & the Human/Animal Bond;
        Child Trauma; Trauma of War; Psychosis, Trauma, & Dissociation, Trauma &
        Attachment; Systemic Trauma; Non-Pathologizing Approaches to Trauma;
        Trauma and Justice; Feminist Lens on Trauma; Sexual Violence & Institutional
        Responsibilities


University of Oregon Advising and Supervision:

Primary Advisor of Completed Doctoral Dissertations:  Mark Faust, 1990; Donna
        McKeown, 1996; Amy Hayes, 1997; Ian Thornton, 1997; Heather Scott, 2000;
        Anne DePrince, 2001; Vicky Curry, 2002; Kathy Becker 2002; Rachel Goldsmith
        2004, Margaret Rose Barlow, 2005, Lisa DeMarni Cromer, 2006, Carolyn Allard
        2007, Sharon Shin-Shin Tang, 2009, Bridget Klest, 2010, Melissa Foynes, 2010,
        Annmarie Hulette, 2011; Robyn Gobin, 2012; Laura Kaehler, 2013; Melissa Platt,
        2013; Carly Smith, 2015; Christina Gamache Martin, 2016; Jennifer Gomez,
        2016; Marina Rosenthal, 2017; Kristen Reinhardt, 2017.
Primary Advisor of Completed Masters Degrees:  Kristine Taylor; Donna McKeown;
        Amy Hayes; Susan Reilly; Spark Campbell; Kathy Becker; Anne DePrince; Chris
        Graver; Rose Barlow; Rachel Goldsmith; Ann Yee, Carolyn Allard, Jessica
        Kieras, 2003, Cindy Veldhuis, 2003, Bridget Klest, 2003, Melissa Foynes, 2005,
        Daniel Friend, 2006, Annmarie Cholankeril, 2006, Robin Grimes, 2007, Laura
        Kaehler, 2007, Jocelyn Barton, 2008, Melissa Platt, 2008, Carly Smith, 2011,
        Jennifer Gomez 2012, Marina Rosenthal 2013, Kristen Reinhardt, 2013, Sarah
        Harsey, 2014; Alec Smidt, 2014, Melissa Barnes, 2017.
Faculty Advisor of NIMH Postdoctoral Fellow:  Dr. Eileen Zurbriggen, 1999-2000

6

Jennifer J. Freyd                                                                  Vita – December 2018

Faculty Advisor of Completed Honors Thesis Projects:  Naomi Wright, 2015, Alexandra
        Henry, 2015, Sarah Cunningham 2013, Cord Chen 2013, Alex Fortune, 2012;
        Sarah Harsey, 2012; Janae Chavez, 2011, Leslie Medrano, 2011, Laura Gramcko,
        2010, Christen McLean, 2007, Kathryn Spaventa, 2007, Michelle Marie Baldwin,
        2006, Melissa Pistono, 2005, Mary Gray, 2005, Christina Gamache Martin, 2005,
        Paul Monson, 2005, Daniel Friend, 2004; Catherine Tenedios, 2004; Kimberly
        Babcock, 2003; Maureen Hansen, 2003; Bridget Klest, 2002; Stephanie Skow,
        2000; Ingrid Elise Perdew, 2000; David Smith, 1999; Melissa Dianne Hill, 1998;
        Patricia Montgomery, 1998.
Faculty Advisor of Completed McNair Program project: Angela Binder, 2005; Leslie
        Medrano, 2011.
Faculty Advisor of students Hannah Oh, 2003; Robyn Grimes, 2004, Meggy Wang, 2005
        in the NIMH funded (PI, Gordon Hall) summer training program for minority
        students.
Current Graduate Advisees:  Currently (2017-18) primary advisor to doctoral graduate
        students Alexis Adams-Clark, Melissa Barnes, & Alec Smidt.
Current Research Group:  Weekly laboratory research meetings.


Academic Membership:

American Association for the Advancement of Science (Fellow, 1992)
American Psychological Association (Divisions 3; 35, 56; Fellow, 1996)
Association for Psychological Science (Fellow, 1994)
International Society for the Study of Trauma and Dissociation (Fellow, 2009)
International Society for Traumatic Stress Studies
Psychonomic Society (elected Member 1983 [Fellow, 2013])


Funding:

| | |
|---|---|
| 1985-90 | Presidential Young Investigator Award from the National Science Foundation (BNS-8451356/BNS-8796324): $25,000 annually plus an additional $37,500 annually in matching funds. |
| 1985-87 | IBM Faculty Development Award: $60,000 (matched by NSF). |
| 1985-86 | Exxon Educational Foundation Award: $10,000 (matched by NSF). |
| 1985-87 | National Institute of Mental Health, R01 MH39784, "Dynamic Information and Mental Representation". |
| 1986-87 | Equipment donation from Sun Microsystems of $32,900 (matched by NSF). |
| 1987-91 | National Institute of Mental Health, R01 MH39784, "Dynamic Information and Mental Representation": $102,122 (direct costs). |
| 1988-89 | Northwest Area Funds: $9,600 (matched by NSF). |
| 1989-90 | Fellowship, Center for Advanced Study in the Behavioral Sciences: $20,000 in support, and office space, travel expenses, secretarial assistance, etc. (partially matched by NSF) |
| 1989-90 | Fellowship, Guggenheim Foundation, "Shareable Mental Representations": $25,000 (matched by NSF) |

7

| | |
|---|---|
| 1989-94 | Research Scientist Development Award, National Institute of Mental Health, K02 MH00780, "Integrating Theories of Mental Representation": Approximately 90% of PI's 12-month salary for 5 years. |
| 1990-91 | (with Timothy Hubbard) Research Opportunity Awards from the National Science Foundation for collaborative research: $9,999 (1990) and $9,998 (1991). |
| 1990-91 | Pew Charitable Trust:  $15,000 (matched by NSF). |
| 1991-97 | National Institute of Mental Health, R01 MH39784, "Dynamic Information and Mental Representation": $262,375 (direct costs). |
| 1997-98 | Center for the Study of Women in Society, University of Oregon, "Adaptive Blindness for Abuse in Dependent Relationships": $6,000. |
| 1998 | University of Oregon 1998 Summer Research Award, "Cognitive and Clinical Investigations of Betrayal Trauma Theory": $4,000. |
| 1999-2000 | Tom and Carol Williams Fund Grant for Teaching Innovation, University of Oregon: $29,344. |
| 1999-2000 | Faculty Sponsor for Eileen Zurbriggen postdoctoral fellowship from the National Institute of Mental Health, F32 MH12068, "Conceptual and computer models of sexual decision making": $55,920. |
| 2002-2004 | Northwest Health Foundation "Child abuse and health: an intervention" $29,000. |
| 2006-2008 | Faculty sponsor of Melissa Ming Foynes for a National Institute of Mental Health/American Psychological Association, Minority Fellowship.  Full tuition and stipend provided. |
| 2007-2010 | Faculty sponsor of Robyn Grimes Gobin for a Substance Abuse and Mental Health Services Administration /American Psychological Association, Minority Fellowship.  Full tuition and stipend provided |
| 2008-2013 | Consultant (funded) on "Personality and Health -- A Longitudinal Study" (S. Hampson, PI) from the National Institute of Health, R01 AG020048-10. |
| 2009 | Erskine Fellowship, University of Canterbury, New Zealand, 2009.  Travel expenses, housing, and stipend. |
| 2009 | Research Innovation Award from the Office of the Vice President for Research and Graduate Studies, University of Oregon, $1,000. |
| 2014 | Faculty Research Award, University of Oregon, $5,500. |
| 2014 | Research Funding, Center for the Study of Women in Society, University of Oregon, $10,000 |
| 2015 | Funding from the Office of the President, University of Oregon, for the campus climate and victimization survey, 4 terms GTF and participant compensation (about $75,000). |
| 2000-open | Private donations to University or Oregon Foundation "Fund for Research on Trauma and Oppression" in support of J Freyd research: established in 2000 with $50,000 by donor.  Cumulative donations to date over $285,000. |
| 2005-current | Annual editorship teaching release and funds for editorial assistant granted by the International Society for the Study of Trauma & Dissociation. |

Jennifer J. Freyd                                        Vita – December 2018

Books and Monographs:

Freyd, J.J. (1983). *Dynamic mental representations and apparent accelerated motion*.
        Doctoral dissertation, Stanford University.  University Microfilms.

Freyd, J. J. (1996).  *Betrayal Trauma: The Logic of Forgetting Childhood Abuse*.
        Cambridge, MA:  Harvard University Press.

        [Hardback released in 1997; paperback released in 1998.  Reviewed favorably in
        the *New York Times Book Review* (Jan 26, 1997), the *Journal of the American
        Medical Association* (1997, volume 277, 854-855), and other places.  Awarded
        the Distinguished Publication Award of the Association for Women in
        Psychology, 1997.  Awarded P Pierre Janet Award, International Society for the
        Study of Dissociation, 1997.]

        Excerpts of *Betrayal Trauma* published in the *Oregon Quarterly,* Summer 1997,
        pp 10-13 and in J. Hurley (Ed.), Child *Abuse: Opposing Viewpoints*, Greenhaven
        Press, 1999, pp 111-118.

        Spanish language edition of *Betrayal Trauma*:  Freyd, J.J. (2003). *Abusos
        sexuales en la enfancia: La lógica del olvido* (Pablo Manzano, Trans.). Madrid:
        Ediciones Morata.

Freyd, J.J.  & DePrince, A.P., Eds.  (2001). *Trauma and Cognitive Science: A Meeting of
        Minds, Science, and Human Experience.*  Published as a Special Issue of the
        *Journal of Aggression, Maltreatment, & Trauma* (Volume **4**, number 2) and
        simultaneously as a hardback and soft cover book published by Haworth Press.

Freyd, J.J.& Birrell, P.J. (2013). *Blind to Betrayal.* John Wiley & Sons. (Also released in
        Audible)

        **Translations:**
        • Portuguese/Brazil – Campus/Elsevier, 2013
        • Russian – Piter, 2013
        • Chinese/Traditional – Business Weekly/CITE, 2013
        • Chinese/Simplified – Bejing Standway, 2015
        • Korean – KPI, 2015
        • Japanese - Aki Shobo, 2016
        • Turkish -  Kuraldisi, 2018

Selected Scholarly and Professional Publications and Commentaries:

Baron, J., Treiman, R., Freyd, J.J., and Kellman, P. (1979). Spelling and reading by rules.
        In: U. Frith (Ed.), *Cognitive processes in spelling* (pp. 159-194).

9

Baron, J., Freyd, J.J., and Stewart, J. (1980).  Individual differences in general abilities useful in solving problems.  In R. Nickerson (Ed.), *Attention and performance VIII* (pp. 763-778).  Hillsdale, NJ: Erlbaum.

Freyd, J.J. (1983).  Representing the dynamics of a static form.  *Memory & Cognition*, **11**, 342-346.

Freyd, J.J. (1983). Shareability: the social psychology of epistemology.  *Cognitive Science,* **7**, 191-210.

Freyd, J.J. (1983).  The mental representation of action. *The Behavioral and Brain Sciences,* **6**, 145-146.

Freyd, J.J. (1983).  The mental representation of movement when static stimuli are viewed. *Perception & Psychophysics*, **33**, 575-581.

Treiman, R., Freyd, J.J., & Baron, J. (1983). Phonological recoding and use of spelling-sound rules in reading of sentences.  *The Journal of Verbal Learning and Verbal Behavior*, **22**, 682-700.

Freyd, J.J., & Tversky, B. (1984). Force of symmetry in form perception.  *American Journal of Psychology*, **97**, 109-126.

Freyd, J.J., & Finke, R.A. (1984). Representational momentum.  *Journal of Experimental Psychology: Learning, Memory, and Cognition*, **10**, 126-132.

Freyd, J.J., & Finke, R.A. (1984). Facilitation of length discrimination using real and imagined context frames.  *American Journal of Psychology*, **97**, 323-341.

Freyd, J.J. (1985). Think again. [book review] *Contemporary Psychology*, **30**, 52-53.

Finke, R.A., & Freyd, J.J. (1985). Transformations of visual memory induced by implied motions of pattern elements. *Journal of Experimental Psychology: Learning, Memory, and Cognition*, **11**, 780-794.

Freyd, J.J. (1985).  Drawing from the bottom up. [book review] *Contemporary Psychology*, **30**, 776-777.

Freyd, J.J., & Finke, R.A. (1985).  A velocity effect for representational momentum. *Bulletin of the Psychonomic Society*, **23**, 443-446.

Finke, R.A., Freyd, J.J., & Shyi, G.C.-W. (1986). Implied velocity and acceleration induce transformations of visual memory.  *Journal of Experimental Psychology: General*, **115**, 175-188.

Freyd, J.J., & Johnson, J.Q. (1987). Probing the time course of representational momentum.  *Journal of Experimental Psychology: Learning, Memory, and Cognition*, **13**, 259-268.

Kelly, M.H., & Freyd, J.J. (1987).  Explorations of representational momentum. *Cognitive Psychology*, **19**, 369-401.

Freyd, J.J. (1987).  Dynamic mental representations.  *Psychological Review*, **94**, 427-438.

Babcock, M.K., & Freyd, J.J. (1988).  Perception of dynamic information in static handwritten forms.  *American Journal of Psychology*, **101**, 111-130.

Freyd, J.J., Pantzer, T.M., & Cheng, J.L. (1988). Representing statics as forces in equilibrium.  *Journal of Experimental Psychology: General*, **117**, 395-407.

Finke, R.A., & Freyd, J.J. (1989).  Mental extrapolation and cognitive penetrability: Reply to Ranney, and some other matters and proposals for evaluative criteria. *Journal of Experimental Psychology: General*, **118**, 403-408.

Shiffrar, M., & Freyd, J.J. (1990).  Apparent motion of the human body.  *Psychological Science*, **1**, 257-264.

Freyd, J.J., Kelly, M.H., & DeKay, M.L. (1990). Representational momentum in memory for pitch. *Journal of Experimental Psychology: Learning, Memory, and Cognition,* **16**, 1107-1117.

Freyd, J.J. (1990). Natural selection or shareability? *Behavioral and Brain Sciences,* **13**, 732-734.

DeKay, M.L., & Freyd, J.J. (1991).  The effects of drawing method on the discriminability of characters.  *Visible Language, 25 ,* 377-414.

Freyd, J.J. (1991).  The facts of perception.  [book review]  *Contemporary Psychology ,* **36**, 972-974.

Freyd, J.J. (1992).  Dynamic representations guiding adaptive behavior.  In F. Macar, V. Pouthas and W.J. Friedman (Eds) *Time, Action and Cognition:  Towards Bridging the Gap* (pp. 309-323).  Dordrecht: Kluwer Academic Publishers.

Freyd, J.J., & Johnson, J.Q. (1992).  The evolutionary psychology of priesthood celibacy. *Behavioral and Brain Sciences, 15, 385-386.*

Freyd, J.J. (1993).  Five hunches about perceptual processes and dynamic representations.  In Meyer, D. & Kornblum, S. (Eds) *Attention & Performance XIV: Synergies in Experimental Psychology, Artificial Intelligence, and Cognitive Neuroscience - A Silver Jubilee* (pp. 99-119). Cambridge, MA:  MIT Press.

Freyd Declaration, Exhibit 1
Page 11

Freyd, J.J. (1993).  Theoretical and personal perspectives on the delayed  memory debate.  In *Proceedings of The Center for Mental Health at Foote Hospital's Continuing Education Conference,  Controversies Around Recovered Memories of Incest and Ritualistic Abuse.*  Ann Arbor, Michigan:  Foote Hospital.  [pp. 69-108]  Reprinted in part in: *Family Violence & Sexual Assault Bulletin*, 9(3), 1993, pp. 28-33.  [Also published in various places including *Moving Forward*, **2**(5), 1993, pp. 6-11; *Treating Abuse Today*, **3** (5), 1993, pp. 13-20.]

Shiffrar, M., & Freyd, J.J. (1993).  Timing and apparent motion path choice with human body photographs.  *Psychological Science*, **4**, 379-384.

Freyd, J.J. (1994).  Circling Creativity.  *Psychological Science*, **5**, 122-126.

Freyd, J.J., & Jones, K.T. (1994).  Representational momentum for a spiral path.  *Journal of Experimental Psychology: Learning, Memory, and Cognition*, **20**, 968-976.

Finke, R.A., & Freyd, J.J. (1994).  Imagery.  In R. Sternberg (Ed) *Encyclopedia of Intelligence, Volume 1.*  New York: Macmillan Publishing Company. [pp. 561-563]

Freyd, J.J. (1994).  Betrayal-trauma: Traumatic amnesia as an adaptive response to childhood abuse.  *Ethics & Behavior*, **4**, 307-329.

Freyd, J.J., & Pantzer, T.M. (1995).  Static patterns moving in the mind.  In S.M. Smith, T. B. Ward, & R. A. Finke (Eds) *The Creative Cognition Approach*.  Cambridge, MA:  MIT Press.  [pp. 181-204]

Freyd, J. J. & Gleaves, D. H (1996). Remembering Words Not Presented in Lists: Implications for the Recovered/False Memory Controversy?  *Journal of Experimental Psychology: Learning, Memory, and* Cognition, **22**, 811-813.

Chatterjee, S. H., Freyd, J.J., & Shiffrar M. (1996). Configural processing in the perception of apparent biological motion. *Journal of Experimental Psychology: Human Perception and Performance*, **22**, 916-929.

Freyd, J.J. (1996).  The science of memory: Apply with caution.  *Traumatic StressPoints*, **10** (4), pp. 1 & 8.

Freyd, J.J. (1997). Student web publishing in psychology. *The Lizard,* Teaching Effectiveness Program, University of Oregon, Spring 1997, Issue Number 41, 7-8.

Freyd, J.J. (1997).  Violations of power, adaptive blindness, and betrayal trauma theory.  *Feminism & Psychology*, **7**, 22-32.

DePrince, A.P. and Freyd, J.J. (1997).  So what's the dispute about? *The Judges' Journal: A Quarterly of the Judicial Division* of the American Bar Association. **36**(3), 70-72.

Gleaves, D. H. & Freyd, J.J. (1997).  Questioning additional claims about the "false memory syndrome" epidemic.  *American Psychologist,*  **52,** 993-994.

Freyd, J.J. (1997).  Clearly talking to many.  *Contemporary* Psychology, **42**, 856.

DePrince, A.P. and Freyd, J.J. (1998). Trauma, Science, and Society  [Book review]  *Contemporary Psychology*, **43**, 398-399.

Freyd, J. J. (1998).  Science in the Memory Debate. *Ethics & Behavior,*  **8,** 101-113.

Freyd, J. J., S. R. Martorello, J. S. Alvarado, A. E. Hayes, & J. C. Christman  (1998).  Cognitive environments and dissociative tendencies: Performance on the Standard Stroop task for high versus low dissociators. *Applied Cognitive Psychology*, **12**, S91-S103.

Freyd, J.J. (1999).  Blind to Betrayal:  New Perspectives on Memory for Trauma. *The Harvard Mental Health Letter*, **15** (12) 4-6.

Veldhuis, C. B., & Freyd, J. J. (1999). Groomed for silence, groomed for betrayal.   In M. Rivera (Ed.), *Fragment by Fragment: Feminist Perspectives on Memory and Child Sexual Abuse* (pp. 253-282).  Charlottetown, PEI Canada: Gynergy Books.

DePrince, A.P. & Freyd, J.J. (1999). Review of *Truth in Memory* (Lynn & McConkey, Eds.) *American Journal of Clinical Hypnosis*, **41**, 281-283.

DePrince, A.P. & Freyd, J.J. (1999). Dissociative tendencies, attention, and memory.  *Psychological Science,* **10***,* 449-452.

Freyd, J. J. & Quina, K. (2000). Feminist ethics in the practice of science: The contested memory controversy as an example.  In M. Brabeck (Ed) *Practicing Feminist Ethics in Psychology* (pp. 101-124).  Washington, D.C.:  American Psychological Association.

Becker, K.A. & Freyd, J.J. (2000). Book review of Pillemer's *Momentous Events. biography: an international quarterly*, **23**, 372-374.

DePrince, A.P. & Freyd, J.J. (2001). The meeting of trauma & cognitive science: Facing challenges and creating opportunities at the crossroads, *Journal of Aggression, Maltreatment, & Trauma,* **4** (2), 1-8. [Also in:  Freyd, J.J.  & DePrince, A.P. (Eds).  (2001).  *Trauma and Cognitive Science: A Meeting of Minds, Science, and Human Experience.*   New York: Haworth Press.]

Freyd, J.J. & DePrince, A.P.  (2001). Perspectives on memory for trauma and cognitive processes associated with dissociative tendencies, *Journal of Aggression, Maltreatment, & Trauma*., **4**, 137-163. [Also in:  Freyd, J.J.  & DePrince, A.P. (Eds).  (2001).  *Trauma and Cognitive Science: A Meeting of Minds, Science, and Human Experience.*   New York: Haworth Press.]

Freyd, J.J. & DePrince, A.P. (2001). Finding a secret garden in trauma research, *Journal of Aggression, Maltreatment, & Trauma,* **4** (2), 305-309. [Also in:  Freyd, J.J. & DePrince, A.P. (Eds).  (2001).  *Trauma and Cognitive Science: A Meeting of Minds, Science, and Human Experience.*   New York: Haworth Press.]

Becker, K.A. & Freyd, J.J. (2001). Legal remedies for sexual abuse survivors (book review of *Sexual Abuse Litigation: A Practical Resource for Attorneys, Clinicians, and Advocates)  Psychology of Women's Quarterly*, 25, 258 - 259.

DePrince, A.P. & Freyd, J.J. (2001). Memory and dissociative tendencies: The roles of attentional context and word meaning in a directed forgetting task. *Journal of Trauma & Dissociation,* **2**(2), 67-82.

Stoler, L., Quina, K., DePrince, A.P  &. Freyd, J. J. (2001). Recovered memories.  In J. Worrell (Ed.) *Encyclopedia of Women and Gender, Volume Two.*  (pp 905-917) San Diego, California and London: Academic Press.

Freyd, J.J., DePrince, A.P., & Zurbriggen, E.L. (2001).  Self-reported memory for abuse depends upon victim-perpetrator relationship. *Journal of Trauma & Dissociation* **2**(3), 5-17.

Freyd, J.J. (2001). Memory and Dimensions of Trauma: Terror May be 'All-Too-Well Remembered' and Betrayal Buried.  In J.R. Conte (Ed) *Critical Issues in Child Sexual Abuse: Historical, Legal, and Psychological Perspectives.*  (pp 139-173) Sage Publications: Thousand Oaks, CA.

Freyd, J.J. (2002). In the wake of terrorist attack hatred may mask fear. *Analyses of Social Issues and Public Policy.* **2**, 5-8.  <http://www.asap-spssi.org/vol2i1b.htm> [Earlier version published as: Misplaced anger may mask fear and sadness. [Op-Ed article] *Register Guard*, September 24, 2001, p. 9A.]

Hayes, A.E. & Freyd, J.J. (2002).  Representational momentum when attention is divided.  *Visual Cognition*, **9,** 8-27 [Also published as Hayes, A.E. & Freyd, J.J. (2002) Representational momentum when attention is divided. In I. M. Thornton & T.L. Hubbard (Eds) *Representational Momentum: New Findings, New Directions* (pp 8-27) New York: Taylor & Francis Inc.]

Sivers, H., Schooler, J. , Freyd, J. J. (2002). Recovered memories. In V.S. Ramachandran (Ed.) *Encyclopedia of  the Human Brain, Volume 4.*  (pp 169-184). San Diego, California and London: Academic Press.

DePrince, A.P. & Freyd, J.J. (2002). The harm of trauma: Pathological fear, shattered assumptions, or betrayal? In J. Kauffman (Ed.) *Loss of the Assumptive World: a theory of traumatic loss*. (pp 71-82). New York: Brunner-Rutledge.

DePrince, A.P. & Freyd, J.J. (2002). The intersection of gender and betrayal in trauma. In R. Kimerling, P.C. Ouimette, & J. Wolfe (Eds) *Gender and PTSD.*  (pp 98-113). New York: Guilford Press.

Goldsmith, R. & Freyd, J. (2002). Teaching psychology of women with accuracy and optimism. Book Review. *Contemporary Psychology*, **47**, 613-616.

Zurbriggen, E.L., Pearce, G.E. & Freyd, J.J. (2003). Evaluating the impact of betrayal for children exposed in photographs. *Children & Society*, **17**, 305-320.

Freyd, J. J. (2003). Memory for abuse: What can we learn from a prosecution sample? *Journal of Child Sexual Abuse*, **12**(2), 97-103.

Zurbriggen, E.L. & Freyd, J.J. (2004). The link between childhood sexual abuse and risky sexual behavior: The role of dissociative tendencies, information-processing effects, and consensual sex decision mechanisms. In L.J. Koenig, L.S. Doll, A. O'Leary, & W. Pequegnat (Eds.) *From Child Sexual Abuse to Adult Sexual Risk: Trauma, Revictimization, and Intervention.* (pp 135-158) Washington, D.C.: American Psychological Association.

Becker-Blease, K.A., Deater-Deckard, K., Eiley, T, Freyd, J.J., Stevenson, J., & Plomin, R. (2004). A genetic analysis of individual differences in dissociative behaviors in childhood and adolescence. *The Journal of Child Psychology and Psychiatry*, **45**, 522-532.

Becker-Blease, K.A. & Freyd, J.J., & Pears, K.C. (2004). Preschoolers' memory for threatening information depends on trauma history and attentional context: Implications for the development of dissociation. *Journal of Trauma & Dissociation,* **5**(1), 113-131.

DePrince, A.P. & Freyd, J.J. (2004). Forgetting trauma stimuli. *Psychological Science,* **15**, 488-492.

Birrell, P.J., & Freyd, J.J. (2004). Speaking for ourselves: unmasking the hidden agenda of the false memory controversy. [book review] *Ethics & Behavior*, **14**, 89-92.

DePrince, A.P., Allard, C.B., Oh, H., & Freyd, J.J. (2004). What's in a name for memory errors? Implications and ethical issues arising from the use of the label "false memory" for errors in memory for details. *Ethics & Behavior*, **14**, 201-233.

Goldsmith, R.E., Barlow, M.R., & Freyd, J.J. (2004). Knowing and not knowing about trauma*: Implications for therapy. *Psychotherapy: Theory, Research, Practice, Training*, **41**, 448-463.

DePrince, A.P. & Freyd, J.J. (2004). Costs and benefits of being asked about trauma history. *Journal of Trauma Practice,* **4**(3), 23-35.

Becker-Blease, K.A., & Freyd, J.J. (2005). Beyond PTSD: An evolving relationship between trauma theory and family violence research. *Journal of Interpersonal Violence,* **20**, 403-411.

Freyd, J.J., Putnam, F.W., Lyon, T.D., Becker-Blease, K. A., Cheit, R.E., Siegel, N.B., & Pezdek, K. (2005). The science of child sexual abuse. *Science*, **308**, 501.

Jennifer J. Freyd                                                    Vita – December 2018

Freyd, J.J., Putnam, F.W., Lyon, T.D., Becker-Blease, K. A., Cheit, R.E., Siegel, N.B., & Pezdek, K. (2005).  The problem of child sex abuse [Response to letters]. *Science*, **309**, 1183-1185.

Cheit, R.E. & Freyd, J.J. (2005). Let's have an honest fight against child sex abuse. *Brown University Child & Adolescent Behavior Letter*, **21**(6), 8. [Reprinted as Cheit, R.E. & Freyd, J.J. (2006)  "Funding for child abuse prevention programs must be increased", pp 124-127,  in L. Almond (Ed.) *Child Abuse*, Greenhaven Press.]

Goldsmith, R. & Freyd, J.J. (2005). Awareness for emotional abuse. *Journal of Emotional Abuse,* **5**(1), 95-123.

Freyd, J.J., Klest, B., & Allard, C.B.  (2005). Betrayal trauma: Relationship to physical health, psychological distress, and a written disclosure intervention. *Journal of Trauma & Dissociation*, **6**(3), 83-104.

Middleton, W. Cromer, L. & Freyd, J.J. (2005). Remembering the past: Anticipating a future. *Australasian Psychiatry*, **13**(3), 223-233.

Freyd, J.J. (2006). Long Live the Journal of Trauma & Dissociation. [Editorial]  *Journal of Trauma & Dissociation*, **7**(1), 1-3.

Becker-Blease, K.A. & Freyd, J.J. (2006). Research participants telling the truth about their lives: the ethics of asking and not asking about abuse. *American Psychologist*, **6**(3), 218-226.

Goldberg, LR. & Freyd, J.J. (2006). Self-reports of potentially traumatic experiences in an adult community sample: Gender differences and test-retest stabilities of the items in a Brief Betrayal-Trauma Survey. *Journal of Trauma & Dissociation*, 7(3), 39-63.

Cromer, L.D., Freyd, J.J., Binder, A., DePrince, A.P., & Becker-Blease, K.A (2006). What's the risk in asking? Participant reaction to trauma history questions compared with other personal questions. *Ethics & Behaviour*, **16**, 347-362.

Birrell, P.J. & Freyd, J.J. (2006).  Betrayal trauma: Relational models of harm and healing. *Journal of Trauma Practice,* **5**(1), 49-63.

Freyd, J.J. (2006). The Social Psychology of Cognitive Repression  *Behavioral and Brain Sciences.* 29, 518-519.

Cromer, L.D. & Freyd, J.J. (2007). What influences believing abuse reports? The roles of depicted memory persistence, participant gender, trauma history, and sexism. *Psychology of Women's Quarterly*, 3, 13-22.

Freyd, J.J., DePrince, A.P., & Gleaves, D.  (2007).  The State of Betrayal Trauma Theory: Reply to McNally (2007) -- Conceptual Issues and Future Directions. *Memory*, **15**, 295-311.

16

DePrince, A.P, Freyd, J.J., & Malle, B. (2007). A replication by another name: A response to Devilly et al. (2007). *Psychological Science*, 18, 218-219.

Becker Blease, K.A. & Freyd, J.J. (2007). The Ethics of Asking about Abuse and the Harm of "Don't Ask Don't Tell" . *American Psychologist*, **62**, 330-332.

Veldhuis, C.. & Freyd, J.J. (2007). Primary Prevention of Violence by Adults: Let's Not Overlook the Impacts of Having Been a Victim of Abuse. *Trauma Psychology, Division 56, American Psychological Association, Newsletter.* 2(2), 3-4.

DePrince, A.P. & Freyd, J.J. (2007). Trauma-induced dissociation. In M.J. Friedman, T.M. Keane, & P.A. Resick (Eds.), *Handbook of PTSD: Science & Practice* (pp 135-150). New York: Guilford Press.

Becker-Blease, K.A., & Freyd, J.J. (2007). Dissociation and Memory for Perpetration among Convicted Sex Offenders. Co-published in *Journal of Trauma & Dissociation*, **8**(2), 69-80, and in Brown, L.S. & Quina, K. (Eds.). *Trauma and Dissociation in Convicted Offenders: Gender, Science, and Treatment Issues*. New York: Haworth Press.

Klest, B. K. & Freyd, J.J. (2007). Global Ratings of Essays About Trauma: Development of the GREAT Code, and Correlations with Physical and Mental Health Outcomes. *Journal of Psychological Trauma, 6(1), 1-20.*

Freyd, J.J. (2007). Archiving Dissociation as a Precaution against Dissociating Dissociation. [Editorial] *Journal of Trauma & Dissociation*, **8**(3), 1-5.

Tang, S.S., Freyd, J.J., & Wang, M. (2007). What Do We Know About Gender in the Disclosure of Child Sexual Abuse? *Journal of Psychological Trauma.* **6**(4), 1-26.

Goldsmith, R., Tang, S.S.S., & Freyd, J.J. (2008). Policy and Practice Implications. In C. Hilarski, J.S. Wodarski, & M. Feit (Eds) *Handbook of Social Work in Child and Adolescent Sexual Abuse.* (pp 253-277) New York: Haworth Press/Taylor & Francis Group.

Brown, L.S. & Freyd, J.J. (2008). PTSD criterion A and betrayal trauma: A modest proposal for a new look at what constitutes danger to self. *Trauma Psychology, Division 56, American Psychological Association, Newsletter.* **3**(1), 11-15.

Hulette, A. C., Freyd, J. J., Pears, K. C., Kim, H. K., Fisher, P.A., & Becker-Blease, K. A. (2008). Dissociation and posttraumatic symptoms in maltreated preschool children. *Journal of Child and Adolescent Trauma*, 1(2), 93-108.

Freyd, J.J. (2008) Giving psychology away on Wikipedia. *Trauma Psychology, Division 56, American Psychological Association, Newsletter.* **3**(2), 27.

Freyd, J.J. (2008). A new publisher, a new archive, and an old mystery. [Editorial] *Journal of Trauma & Dissociation*, **9**(4), 439-444.

Freyd Declaration, Exhibit 1
Page 17

Jennifer J. Freyd                                                      Vita – December 2018

Becker-Blease, K.A. & Freyd, J.J. (2008). A Preliminary Study of ADHD Symptoms and
   Correlates: Do Abused Children Differ from Non-Abused Children? *Journal of
   Aggression, Maltreatment, & Trauma*, **17**(1), 133-140.

Freyd, J.J. (2008) Betrayal trauma.  In G. Reyes, J.D. Elhai, & J.D. Ford (Eds)
   *Encyclopedia of Psychological Trauma*.  (p. 76). New York: John Wiley & Sons.

Freyd, J.J. (2008) What juries don't know: Dissemination of research on victim response
   is essential for justice. *Trauma Psychology, Division 56, American Psychological
   Association, Newsletter.* **3**(3), 15-18.  [Excerpted in the April 2010 newsletter of
   the Blackburn Center Against Domestic and Sexual Violence, Greensburg, PA.]

Pezdek, K. & Freyd, J.J. (2008). False Memory. In C.M. Renzetti & J.L. Edleson (Eds.),
   *Encyclopedia of Interpersonal Violence* (Vol 1, pp. 236-237), Thousand Oaks,
   CA: Sage Publications.

Barlow, M. R. & Freyd, J. J. (2009). Adaptive dissociation: Information processing and
   response to betrayal. In P. F. Dell and J. A. O'Neil (Eds.), *Dissociation and the
   Dissociative Disorders: DSM-V and Beyond* (pp. 93 - 105). New York:
   Routledge.  [Short version preprinted as: Barlow, M.R. & Freyd, J.J. (2007)
   Adaptive Dissociation: Information Processing and Response to betrayal.
   *International Society for the Study of Trauma and Dissociation News*, **25** (3), 5-
   7.]

Foynes, M.M., Freyd, J.J., & DePrince, A. (2009). Child abuse: Betrayal and disclosure.
   *Child Abuse and Neglect,* **33**, 209-217.

Goldsmith, R.E., Freyd, J.J. & DePrince, A.P.(2009). To Add Insight to Injury:
   Childhood Abuse, Abuse Perceptions, and the Emotional and Physical Health of
   Young Adults. *Journal of Aggression, Maltreatment & Trauma*, 18, 350 — 366

Freyd, J.J. (2009) Rules of conscience: Betray ethics, betray trust [Letter]. *BMJ*, 338,
   b2191.

Becker-Blease, K.A., Cheit, R.E., & Freyd, J.J.  (2009). Sexual abuse: Legal and public
   policy perspectives. In R. A. Shweder (Ed.) *The Child: An Encyclopedic
   Companion.* (pp. 885-887), Chicago: University of Chicago Press.

Platt, M., Barton, J., & Freyd, J.J. (2009). A betrayal trauma perspective on domestic
   violence.  In E. Stark & E. S. Buzawa (Eds.) *Violence against Women in Families
   and Relationships* (Volume 1, pp. 185-207).  Westport, CT: Greenwood Press.

Freyd, J.J. (2009). Journal Ethics and Impact. [Editorial]  *Journal of Trauma &
   Dissociation*, **10**, 377 – 384.

Gobin, R.L. & Freyd, J.J. (2009). Betrayal and revictimization: Preliminary findings.
   *Psychological Trauma: Theory, Research, Practice, and Policy,* **1**, 242-257.

Freyd Declaration, Exhibit 1
Page 18

Freyd, J.J. (2009).  Exposure to betrayal trauma and risks to the well being of girls and women.  *CSWS Research Matters*. Retrieved from http://csws.uoregon.edu/wp-content/docs/publications/ResearchMatters/2009_fallRM.pdf.

Cromer, L.D. & Freyd, J.J.  (2009). Hear no evil, see no evil? Associations of gender, trauma history, and values with believing trauma vignettes. *Analyses of Social Issues and Public Policy*, **9**, 85-96.

Pezdek, K. & Freyd, J.J. (2009). The fallacy of generalizing from egg salad in false belief research. *Analyses of Social Issues and Public Policy*, **9**, 177-183.

DePrince, A.P., Becker-Blease, K.A., Freyd, J, J. (2009). Forgetting sexual abuse: Conceptualizations of why and how questions. In V. Ardino (Ed.), *Il Disturbo Post-traumatico da Stress nello sviluppo. ["Developmental PTSD"]* (pp. 153-171).  Milan, Italy: Unicopli.

Kaehler, L.A. & Freyd, J.J. (2009). Borderline personality characteristics: A betrayal trauma approach. *Psychological Trauma: Theory, Research, Practice, and Policy*, **1**, 261-268.

Freyd, J.J., Klest, B., & DePrince, A.P. (2010). Avoiding awareness of betrayal: Comment on Lindblom and Gray (in press). *Applied Cognitive Psychology, 24, 20-26*.

Nagi, M., Suganuma, M., Nijhawan, R., Freyd, J., Miller, G. F., & Watanabe, K. (2010). Conceptual influence on the flash lag effect and representational momentum. In R. Nijhawan & B. Khurana (Eds.), *Space and Time in Perception and Action*. (pp. 366-378).  Cambridge, UK: Cambridge U. Press.

Zurbriggen, E.L., Gobin, R., & Freyd, J.J. (2010). Childhood Emotional Abuse Predicts Late Adolescent Sexual Aggression Perpetration and Victimization. *Journal of Aggression, Maltreatment & Trauma, 19*, 204-223.

Freyd, J.J. (2010). State of the Journal.  [Editorial] *Journal of Trauma & Dissociation*, **11,** 385-386.

Martin, C.G., Cromer, L.D. & Freyd, J.J.  (2010) Teachers' Beliefs about Maltreatment Effects on Student Learning and Classroom Behavior.  Journal of Child & Adolescent Trauma, 3, 245 - 254.

Foynes, M.M. & Freyd, J.J.  (2011). The Impact of Skills Training on Responses to the Disclosure of Mistreatment. *Psychology of Violence*, **1**, 66-77.

Becker-Blease, K.A., DePrince, A.P., & Freyd, J.J. (2011). Why and how people forget sexual abuse.  In V. Ardino (Ed.), *Posttraumatic Syndromes in Children and Adolescents*. (pp 135-155)  West Sussex, UK:  Wiley/Blackwell.

Hulette, A.C., Kaehler, L.A., & Freyd, J.J. (2011).  Intergenerational associations between trauma and dissociation. *Journal of Family Violence*, 26, 217-225.

Jennifer J. Freyd                                                                 Vita – December 2018

Hulette, A.C., Freyd, J.J., & Fisher, P. A. (2011). Dissociation in middle childhood among foster children with early maltreatment experiences. *Child Abuse & Neglect*, **35**, 123-126.

Chu, A.T., Pineda, A.S., DePrince, A.P., & Freyd, J.J. (2011). Vulnerability and protective factors for child abuse and maltreatment. In J.W. White, M.P. Koss, & A.E. Kazdin (Eds.) *Violence against women and children, Volume 1: Mapping the Terrain* (pp 55-75). Washington, DC: American Psychological Association.

Freyd, J.J. (2011). Journal vitality, intellectual integrity, and the problems of McEthics [Editorial] *Journal of Trauma & Dissociation*, 12, 475-481.

DePrince, A.P, Brown, L.S., Cheit, R.E., Freyd, J.J., Gold, S.N., Pezdek, K. & Quina, K (2012). Motivated forgetting and misremembering: Perspectives from Betrayal Trauma Theory.  In Belli, R. F. (Ed.), *True and False Recovered Memories: Toward a Reconciliation of the Debate (Nebraska Symposium on Motivation 58)* (pp 193-243). New York: Springer.

Goldsmith, R., Freyd, J.J., & DePrince, A.P. (2012) Betrayal trauma: Associations with psychological and physical symptoms in young adults.  *Journal of Interpersonal Violence,* **27**, 547-567.

Edwards, V. J., Freyd, J. J., Dube, S.R., Anda, R.F., & Felitti, V.J. (2012). Health outcomes by closeness of sexual abuse perpetrator: A test of Betrayal Trauma Theory. *Journal of Aggression, Maltreatment & Trauma*, **21**, 133-148.

Platt, M. & Freyd, J.J. (2012) Trauma and Negative Underlying Assumptions in Feelings of Shame: An Exploratory Study. *Psychological Trauma: Theory, Research, Practice, and Policy*, 4, 370-378.

Kaehler, L.A., & Freyd, J.J. (2012) Betrayal Trauma and Borderline Personality Characteristics: Gender Differences. *Psychological Trauma: Theory, Research, Practice, and Policy*, 4, 379-385.

Tang, S.S., & Freyd, J.J.  (2012). Betrayal trauma and gender differences in posttraumatic stress.  *Psychological Trauma: Theory, Research, Practice, and Policy,* **4**, 469-478.

Barlow, M. R., Cromer, L. D., Caron, H., & Freyd, J. J. (2012). Comparison of normative and diagnosed dissociation on attachment to companion animals and stuffed animals. *Psychological Trauma: Theory, Research, Practice, and Policy*, **4**, 501-506.

Freyd, J.J. (2012). A Plea to University Researchers.  [Editorial]  *Journal of Trauma & Dissociation*, **13**, 497-508.

Smith, C.P. & Freyd, J.J. (2013). Dangerous Safe Havens: Institutional Betrayal Exacerbates Sexual Trauma. *Journal of Traumatic Stress*, 26, 119-124.

Freyd Declaration, Exhibit 1
Page 20

Jennifer J. Freyd                                                    Vita – December 2018

Martin, C.G., Cromer, L.D., DePrince, A.P. & Freyd, J.J. (2013). The role of cumulative trauma, betrayal, and appraisals in understanding trauma symptomatology. *Psychological Trauma: Theory, Research, Practice, and Policy,* 5, 110-118.

Johnson-Freyd, S. & Freyd, J.J. (2013).  Revenge and forgiveness or betrayal blindness? *The Behavioral and Brain Sciences*, **36**, 23-24.

Foynes, M.M. & Freyd, J.J. (2013). An Exploratory Study Evaluating Responses to the Disclosure of Stressful Life Experiences as they Occurred in Real Time. *Psychological Trauma: Theory, Research, Practice, and Policy*, 5, 295-300.

Kaehler, L.A., Babcock, R., DePrince, A.P., Freyd, J.J. (2013).  Betrayal trauma.  In J.D. Ford & C.A. Courtois (Eds.) *Treating Complex Traumatic Stress Disorders in Children and Adolescents: Scientific Foundations and Therapeutic Models* (pp 62-78). New York: The Guilford Press.

Klest, B., Freyd, J.J., Hampson, S.E., & Dubanoski, J.P. (2013). Trauma, socioeconomic resources, and self-rated health in an ethnically diverse adult cohort. *Ethnicity and Health*, 18, 97-113.

Freyd, J.J. (2013). Preventing Betrayal.  [Editorial]  *Journal of Trauma & Dissociation*, **14**, 495-500.

Klest, B., Freyd, J.J., & Foynes, M.M. (2013). Trauma exposure and posttraumatic symptoms in Hawaii: Gender, ethnicity, and social context.  *Psychological Trauma: Theory, Research, Practice, and Policy*, **5**, 409-416.

Foynes, M.M., Platt, M., Hall, G.C.N., Freyd, J.J. (2014). The impact of Asian values and victim–perpetrator closeness on the disclosure of emotional, physical, and sexual abuse. *Psychological Trauma: Theory, Research, Practice, and Policy*, *6*(2), 134-141.

Bernstein, R.E., & Freyd, J.J. (2014). Trauma at home: How betrayal trauma and attachment theories understand the human response to abuse by an attachment figure. *New Directions in Psychotherapy and Relational Psychoanalysis, 8,* 18-41.

Smith, C.P, Gómez, J. M., & Freyd, J. J. (2014). The Psychology of Judicial Betrayal. *Roger Williams University Law Review,* 19, 451-475.

Gómez, J. M., Smith, C. P., & Freyd, J. J. (2014). Zwischenmenschlicher und institutioneller verrat [Interpersonal and institutional betrayal].  In R. Vogt (Ed.), Verleumdung und Verrat: Dissoziative Störungen bei schwer traumatisierten Menschen als Folge von Vertrauensbrüchen (pp. 82-90). Roland, Germany: Asanger Verlag.

Freyd Declaration, Exhibit 1
Page 21

DePrince, A.P. & Freyd, J.J. (2014). Trauma-induced dissociation. In M.J. Friedman,
    T.M. Keane, & P.A. Resick (Eds.), *Handbook of PTSD: Science & Practice,
    Second Edition* (pp 219-233). New York: Guilford Press. [Updated version of
    DePrince & Freyd (2007).]

Smith, C.P. & Freyd, J.J. (2014).  Institutional betrayal.  *American Psychologist*, 69, 575-
    587.

Gobin, R.L. & Freyd, J.J. (2014). The Impact of Betrayal Trauma on the Tendency to
    Trust. *Psychological Trauma: Theory, Research, Practice, and Policy,* **6,** 505-511

Smith, C.P. & Freyd, J.J. (2014). The courage to study what we wish did not exist.
    [Editorial]  *Journal of Trauma & Dissociation*, **15,** 521-526.

Delker, B.C. & Freyd, J.J. (2014). From betrayal to the bottle: Investigating possible
    pathways from trauma to problematic substance use. *Journal of Traumatic Stress*,
    **27**, 576-584.

Gómez, J. M., Kaehler, L. A., & Freyd, J. J. (2014). Are hallucinations related to betrayal
    trauma exposure? A three-study exploration. *Psychological Trauma: Theory,
    Research, Practice, & Policy,* **6**, 675-682.

Gómez, J. M., Becker-Blease, K., & Freyd, J. J. (2015). A brief report on predicting self-
    harm: Is it gender or abuse that matters? *Journal of Aggression, Maltreatment, &
    Trauma,* 24, 203-214.

Platt, M.G., & Freyd, J. J. (2015). Betray my trust, shame on me: Shame, dissociation,
    fear, and betrayal trauma. *Psychological Trauma: Theory, Research, Practice, &
    Policy,* 7, 398-404.

Bernstein, R. E., Delker, B. C., Knight, J. A., & Freyd, J. J. (2015) Hypervigilance in
    college students: Associations with betrayal and dissociation and psychometric
    properties in a Brief Hypervigilance Scale. *Psychological Trauma: Theory,
    Research, Practice, & Policy,* 7, 448-445.

Gómez, J. M., Rosenthal, M. N., Smith, C. P., & Freyd, J. J. (2015). Participant reactions
    to questions about gender-based sexual violence: Implications for campus climate
    surveys. *eJournal of Public Affairs: Special Issue on Higher Education's Role on
    Preventing and Responding to Gender-Based Violence*, 4(2), 39-71.

Freyd, J.J. (2015). Proposal for a National Institute on Sexual Violence.  [Editorial]
    *Journal of Trauma & Dissociation*, **16,** 497-499.

Reinhardt, K. M., Smith, C. P., & Freyd, J. J. (2016). Came to serve, left betrayed; MST
    and the trauma of betrayal. In L. S. Katz (Ed.), *Understanding and treating
    military sexual trauma* (pp. 61-78). New York: Springer.

Rosenthal, M.N., Smidt, A.M., & Freyd, J.J. (2016). Still second class: Sexual
    harassment of graduate students. *Psychology of Women Quarterly*, 40, 364-377.

Jennifer J. Freyd                                                    Vita – December 2018

Freyd, J.J. (2016). A Brief Report on the Status of the *Journal of Trauma & Dissociation*. [Editorial] *Journal of Trauma & Dissociation*, **17**, 523-526.

Gomez, J.M., Smith, C.P, Gobin, R.L., Tang, S.S., & Freyd, J.J. (2016). Collusion, Torture, and Inequality: Understanding the Actions of the American Psychological Association as Institutional Betrayal [Editorial]. *Journal of Trauma & Dissociation*, **17**, 527–544.

Smith, C.P., Cunningham, S., & Freyd, J.J. (2016). Sexual Violence, Institutional Betrayal, and Psychological Outcomes for LGB College Students. *Translational Issues in Psychological Science,* **2**, 351-360.

Birrell, P.J., Bernstein, R.E., & Freyd, J.J. (2017). With the fierce and loving embrace of another soul: Finding connection and meaning after the profound disconnection of betrayal trauma. In E.M. Altmaier (Ed), *Reconstructing Meaning after Trauma: Theory, Research and Practice.* (pp 29-43). Academic Press.

Rosenthal, M.N. & Freyd, J.J. (2017). Silenced by betrayal: The path from childhood trauma to diminished sexual communication in adulthood. *Journal of Aggression, Maltreatment & Trauma,* **26,** 3-17.

Platt, M.G., Luoma, J.B, & Freyd, J.J. (2017) Shame and dissociation in survivors of high and low betrayal trauma. *Journal of Aggression, Maltreatment & Trauma,* **26,** 34-49.

Wright, N.M., Smith, C.P., & Freyd, J.J. (2017) Experience of a lifetime: Study abroad, trauma, and institutional betrayal. *Journal of Aggression, Maltreatment and Trauma,* **26,** 50-68.

Becker Blease, K. & Freyd, J.J. (2017) Additional Questions about the Applicability of "False Memory" Research. *Applied Cognitive Psychology,* **31**, 34-36.

Lewis, J. & Freyd, J.J. (2017). Recovered Memory. In A. Wenzel (Ed.) *The SAGE Encyclopedia of Abnormal and Clinical Psychology.* (pp 2811-2814). Thousand Oaks, CA: SAGE Publications.

Gobin, R.L. & Freyd, J.J. (2017). Do Participants Detect Sexual Abuse Depicted in a Drawing? Investigating the Impact of Betrayal Trauma Exposure on State Dissociation and Betrayal Awareness, *Journal of Child Sexual Abuse*, 26, 233-245. DOI: 10.1080/10538712.2017.1283650.

Gómez, J. M., & Freyd, J. J. (2017). High betrayal child sexual abuse and hallucinations: A test of an indirect effect of dissociation. *Journal of Child Sexual Abuse, 26, 507-518.* DOI: 10.1080/10538712.2017.1310776.

Harsey, S., Zurbriggen, E., & Freyd, J.J. (2017). Perpetrator Responses to Victim Confrontation: DARVO and Victim Self-Blame. *Journal of Aggression, Maltreatment, & Trauma,* 26, 644-663. DOI: 10.1080/10926771.2017.1320777.

23

Delker, B.C. & Freyd, J.J. (2017). Betrayed? That's me: Implicit and Explicit Betrayed Self-Concept in Young Adults Abused as Children. *Journal of Aggression, Maltreatment, & Trauma, 26,* 701–716. *DOI:* 10.1080/10926771.2017.1308982.

Freyd, J.J. (2017). Attributes, Behaviors, or Experiences?  Lessons from Research on Trauma Regarding Gender Differences. [Editorial] *Journal of Trauma & Dissociation*, **18,** 645-648. http://dx.doi.org/10.1080/15299732.2017.1358687.

Smith, C. P., & Freyd, J.J. (2017). Insult, then injury: Interpersonal and institutional betrayal linked to health and dissociation. *Journal of Aggression, Maltreatment, & Trauma,* 26, 1117-1131, DOI: 10.1080/10926771.2017.1322654

Rosenthal, M., Smith, C.P, & Freyd, J.J. (2017).  Behind closed doors: University employees as stakeholders in campus sexual violence. *Journal of Aggression, Conflict and Peace Research,* **9,** 290-304. https://doi.org/10.1108/JACPR-02-2017-0272

Cromer, L.D., Vasquez, L., Gray, M.E., Freyd, J.J. (2018). The Relationship of Acculturation to Historical Loss Awareness, Institutional Betrayal, and the Intergenerational Transmission of Trauma in the American Indian Experience. *Journal of Cross Cultural Psychology*, **49,** 99–114.

Holland, K. J., Cortina, L. M., & Freyd, J. J. (2018). Compelled disclosure of college sexual assault. *American Psychologist, 73*, 256-268. http://dx.doi.org/10.1037/amp0000186

Delker, B.C., Smith, C.P., Rosenthal, M., Bernstein, R., & Freyd, J.J. (2018).  When home is where the harm is: Family betrayal and posttraumatic outcomes in young adulthood. *Journal of Aggression, Malpractice, & Trauma,* 27, 720-743. DOI: 10.1080/10926771.2017.1382639

Rosenthal, M. & Freyd, J.J. (2018) Sexual Violence on Campus: No Evidence that Studies Are Biased Due to Self-Selection. *Dignity: A Journal on Sexual Exploitation and Violence*: **3**, 1, Article 7. DOI: 10.23860/dignity.2018.03.01.07

Smidt, A.M. & Freyd, J.J. (2018). Government Mandated Institutional Betrayal [Editorial] *Journal of Trauma & Dissociation*, **19**, 491-499. DOI: 10.1080/15299732.2018.1502029

Martin, C. G., Kim, H. K., & Freyd, J. J. (2018). In the spirit of full disclosure: Maternal distress, emotion validation, and adolescent disclosure of distressing experiences. *Emotion*, 18, 400-411.

Gómez, J. M., & Freyd, J. J. (2018). Psychological outcomes of within-group sexual violence: Evidence of cultural betrayal. *Journal of Immigrant & Minority Health, 20, 1458-1467.* doi: 10.1007/s10903-017-0687-0

Freyd Declaration, Exhibit 1
Page 24

Jennifer J. Freyd                                                    Vita – December 2018

Martin, C.G., Kim, H.K., Freyd, J.J.  (in press) Overwhelmed by Emotion: Pathways
        from Maternal History of Child Abuse to Mothers' Negative Emotional
        Responsivity. *Family Process*.

Holland, K. J., Cortina, L. M., & Freyd, J. J. (in press). Advocating Alternatives to
        Mandatory Reporting of College Sexual Assault: Reply to Newins (2018).
        *American Psychologist*, in press.

Gómez, J. M., & Freyd, J. J. (in press). Betrayal/trauma. In J. J. Ponzetti (Ed.),
        *Macmillan Encyclopedia of Intimate and Family Relationships: An
        Interdisciplinary Approach* (pp. TBD). Boston, MA: Cengage Learning Inc.


Selected Manuscripts Under Review and Drafts in Preparation for Submission


Adams-Clark, A., Rosenthal, M., & Freyd, J.J. (under review) Out-of-Body experience:
        Sex-based harassment linked to general dissociation, sexual dissociation, and
        sexual communication.  Under review *Equality, Diversity and Inclusion: An
        International Journal*.

Harsey, S. & Freyd, J.J. (under review). DARVO's influence on perceived perpetrator
        and victim credibility, responsibility, and abusiveness.

Smidt, A., Rosenthal, M., Smith, C.P., & Freyd, J.J. (under review). Out and in Harm's
        Way: Sexual Minority Students' Psychological and Physical Health After
        Institutional Betrayal and Sexual Assault.

Bernstein, R. E., Delker, B. C., & Freyd, J. J. (under review) Relational Hypervigilance –
        Part I (new concepts about loss and betrayal, new measure, psychometrics)

Bernstein, R. E., Delker, B. C., & Freyd, J. J. (in preparation) Relational Hypervigilance
        – Part II (associations of fear of loss and betrayal with attachment insecurity and
        trauma exposure)

Reinhardt, K. M., Vento, S., Foynes, M. M., Freyd, J. J., & Street, A. E. (in preparation).
        A qualitative investigation of military sexual trauma outcomes: Stressors and
        posttraumatic growth. Manuscript in preparation.

Smith, C.P., Rosenthal, M. & Freyd, J.J. (in preparation).  Engagement in a hostile
        climate: Tracking the academic impact of sexual violence and institutional
        betrayal with campus climate data

Rosenthal, M.N., Smith, C.P, & Freyd, J.J. (in preparation).  Pledged into violence:
        Sorority and fraternity members face increased risk of sexual assault and sexual
        harassment.

Smith, C.P., Bhuptani, P. & Freyd, J.J. (in preparation). Sending the wrong message:
        Institutional communications, gender and rape myths.

25

Smidt, A. & Freyd, J.J. (in preparation). Double jeopardy: the intersection of gender and sexual orientation in sex-based harassment and institutional betrayal.


Editorials in Newspapers, Magazines, and News Web Sites:


Freyd, J.J. (1989). We all benefit from quality child care.  *The Register-Guard* (Eugene, Oregon, city newspaper) March 16, 1989, p. 15A. [Similar versions published in the *Oregon Daily Emerald*, May 5, 1989, pp. 2-3; and in the *Stanford University Campus Report*, October 25, 1989, p. 6.]

Freyd, J.J. (1990). Faculty members with young children need more flexible schedules. *The Chronicle of Higher Education*.  February 21, 1990, p. B2.

Freyd, J. J. (1995). O.J. trial a chance to explain battered-women's syndrome.  *The Oregonian*, Saturday, February 25, 1995, page 3M.  [Also published in the *Association for Women in Psychology* Spring 1995 Newsletter, pp. 1-2.]

Freyd, J.J. (2001). Misplaced anger may mask fear and sadness. [Op-Ed article] *Register Guard*, September 24, 2001, p. 9A. [Later version published in peer-reviewed journal as: Freyd, J.J. (2002). In the wake of terrorist attack hatred may mask fear. *Analyses of Social Issues and Public Policy.* **2**, 5-8.]

Freyd, J.J. (2004). Film undermines efforts to fight child abuse. *The Register-Guard* (Eugene, Oregon), [Op-Ed] February 29, 2004, p B3.

Freyd, J.J. (2009). Hands free cell phones don't address the real safety issue. [Op-Ed] *The Register-Guard* (Eugene, Oregon), June 30, 2009, p A11.

Freyd, J.J. (2014). Official campus statistics for sexual violence mislead. [Op-Ed] *Al Jazeera America*, July 14, 2014, http://america.aljazeera.com/opinions/2014/7/college-campus-sexualassaultsafetydatawhitehousegender.html

Gomez, J.M. & Freyd, J.J. (2014). Institutional betrayal makes violence more toxic. [Op-Ed] *The Register-Guard* (Eugene, Oregon), August 22, 2014, p A9.

Freyd, J.J. (2014). Use science as tool on campus sexual assault. [Op-Ed] *The Register-Guard* (Eugene, Oregon), November 9, 2014, p H4.

Freyd, J.J. (2015). UO needs to take action to restore students' trust. [Op-Ed] *The Register-Guard* (Eugene, Oregon), March 17, 2015, p A11.

Freyd, J.J. (2015). UO can move beyond institutional betrayal. [Op-Ed] *The Register-Guard* (Eugene, Oregon), May 7, 2015, p A9.

Jennifer J. Freyd                                                    Vita – December 2018

Freyd, J.J. (2015). Examining Denial Tactics: Were Victims Overrepresented in the AAU Survey of Sexual Violence on College Campuses? *The Blog, Huffington Post*, September 29, 2015. http://www.huffingtonpost.com/jennifer-j-freyd/examining-denial-tactics-were-victims-overrepresented-in-the-aau-survey-of-sexual-violence-on-college-campuses_b_8216008.html

Freyd, J.J. (2016). The Problem with "Required Reporting" Rules for Sexual Violence on Campus. *The Blog, Huffington Post*, April 25, 2016. http://www.huffingtonpost.com/jennifer-j-freyd/the-problem-with-required_b_9766016.html

Rosenthal, M.N., Smidt, A.M., & Freyd, J.J. (2016). Sexual harassment compromises graduate students' safety. *The Conversation*, 18 May 2016. https://theconversation.com/sexual-harassment-compromises-graduate-students-safety-58694

Fitzgerald, L.F. & Freyd, J.J. (2017) Trump's DARVO defense of harassment accusations. *The Boston Globe*, 20 December 2017. http://www.bostonglobe.com/opinion/2017/12/20/trump-darvo-defense-harassment-accusations/bTCR8QDrjLaYAwsQHCtpsM/story.html?event=event25?event=event25

Freyd, J.J. (2018). When sexual assault victims speak out, their institutions often betray them, *The Conversation*, 11 January 2018. https://theconversation.com/when-sexual-assault-victims-speak-out-their-institutions-often-betray-them-87050 (Republished in the *LA Times*, *Chicago Tribune*, *Salon*, Associated Press, and many others.)

Freyd, J.J. (2018). Letter: How to Reduce Suicides in College, The New York Times, 17 May 2018. https://www.nytimes.com/2018/05/17/opinion/college-suicide.html

Tip Sheets and Discussion Guid. es on Major Websites:

In partnership with the American Psychological Association

How to Listen When Someone You Know Discloses Sexual Harassment or Assault. *PI, the American Psychological Association, Public Interest Blog*, 22 November 2017. https://psychologybenefits.org/2017/11/22/how-to-listen-when-someone-you-know-discloses-sexual-harassment-or-assault

In partnership with Leanin.org

All-in-one meeting guide: How to Talk About Sexual Harassment, 19 December 2017. https://leanin.org/meeting-guides/how-to-talk-about-sexual-harassment/

Freyd Declaration, Exhibit 1
Page 27

Jennifer J. Freyd                                                    Vita – December 2018

All-in-one meeting guide: Self-Care After Sexual Harassment, 19 December 2017.
https://leanin.org/meeting-guides/self-care-after-sexual-harassment/

Selected Conference and Symposia Presentations:

Freyd, J.J., & Babcock, M.K. Sensitivity to dynamic information during perception of
    static handwritten patterns.  Paper given at the Twenty-Fifth Annual Meeting of
    the Psychonomic Society, San Antonio, Texas, November 8-10, 1984.

Finke, R.A., & Freyd, J.J.  Implied motions distort visual memory.  Paper presented at the
    Eastern Psychological Association, Boston, March, 1985.

Freyd, J.J., & Finke, R.A.  A velocity effect for representational momentum.  Paper given
    at the Twenty-sixth Annual Meeting of the Psychonomic Society, Boston,
    Massachusetts, November 22-24, 1985.

Finke, R.A., Freyd, J.J., & Shyi, G.C.-W. Memory distortions induced by implied
    velocity and acceleration.  Paper given at the Twenty-sixth Annual Meeting of the
    Psychonomic Society, Boston, Massachusetts, November 22-24, 1985.

Freyd, J.J.  Might some mental representations be dynamic?  Paper given at the Cornell
    Summer Symposium on Induction in Perception and Cognition, Ithaca, New
    York, August 3-8, 1986.

Freyd, J.J., & Cheng, J.  The perception of statics as forces in equilibrium.  Paper given at
    the Twenty-seventh Annual Meeting of the Psychonomic Society, New Orleans,
    Louisiana, November 13-15, 1986.

Kelly, M.K., & Freyd, J.J.  Representational momentum in memory for pitch.  Paper
    given at the Twenty-eighth Annual Meeting of the Psychonomic Society, Seattle,
    Washington, November 6-8, 1987.

Freyd, J.J. & Shiffrar, M.  Violations of shortest-path constraints in apparent motion
    using full-bodied stimuli.   Paper given at the Twenty-ninth Annual Meeting of
    the Psychonomic Society, Chicago, Illinois, November 10-12, 1988.

Freyd, J.J.  Arrows and triangles moving in the mind.  Short paper given before the
    Inaugural Fred Attneave Lecture, University of Oregon, May 1, 1989.

Freyd, J.J.  Five hunches about perceptual processes and dynamic representations.  Paper
    given at Attention and Performance XIV, July 9-13, 1990, Ann Arbor, Michigan.

Freyd, J.J. & Taylor, K.  Naive physics, representational momentum, and a spiral tube.
    Paper given at the Thirty-first Annual Meeting of the Psychonomic Society, New
    Orleans, Louisiana, November 1990.

Freyd Declaration, Exhibit 1
Page 28

Freyd, J.J.  Memory repression, dissociative states, and other cognitive control processes involved in adult sequelae of childhood trauma.  Paper given at the Second Annual Conference on A Psychodynamics - Cognitive Science Interface, Langley Porter Psychiatric Institute, University of California, San Francisco, August 21-22, 1991.

Freyd, J.J.   Dynamic representations guiding adaptive behavior.  Paper given at the Time, Action and Cognition International Workshop, St. Malo, Brittany, October 22-24, 1991.

Shiffrar, M., & Freyd, J.J.  Where did the time go?  Temporal factors in apparent motion path choice.  Paper given at the Thirty-second Annual Meeting of the Psychonomic Society, San Francisco, California, November 1991.

McKeown, D. & Freyd, J.J.  Dynamic aspects of static art.  Poster presented at the 1992 Convention of the American Psychological Society, San Diego, June 1992

Shiffrar, M. & Freyd, J.J.  Biological constraints on path choice in apparent motion. Paper given at the symposium on Motor Theories of Perception, XXV International Congress of Psychology, Brussels, July 19-24, 1992.

Freyd, J. J.  Betrayal-trauma theory: A cognitive science approach to child abuse. Presentation at the Symposium on Cognitive Science and Child Psychiatry at the 39th Annual Meeting of the American Academy of Child & Adolescent Psychiatry, Washington, D.C., October 20-26, 1992.

Freyd, J.J. & Miller, G.F.  Creature motion.  Paper given at the Thirty-third Annual Meeting of the Psychonomic Society, St. Louis, Missouri, November 13-15,1992. [Also available as University of Oregon Institute of Cognitive and Decision Sciences Technical Report #93-3. http://dynamic.uoregon.edu/~jjf/creature/creattpaper.html]

Miller, G.F. & Freyd, J.J.  Human perceptual adaptations for entraining, tracking, and predicting animate motion.  Paper given at the 1993 Meetings of the Human Behavior and Evolution Society, SUNY, Binghamton, August 5 - 8, 1993.

Freyd, J.J.  Theoretical and personal perspectives on the delayed memory debate. Presentation at The Center for Mental Health at Foote Hospital's Continuing Education Conference:  Controversies around recovered memories of incest and ritualistic abuse, Ann Arbor, Michigan, Saturday, August 7, 1993.

Shiffrar, M., Heptulla, S., O'Shaughnessy, M., & Freyd, J.J.  What does it mean to be sensitive to biological motion?  Paper given at the Thirty-fourth Annual Meeting of the Psychonomic Society, Washington, D.C., November 5-7, 1993.

Freyd, J. J.  Betrayal Trauma.  Keynote address at Sexual Assault Support Services' Second Annual State Wide Conference, Empowering Sexual Abuse Survivors: Children and Adults, Eugene, Oregon, April 30 - May 1, 1994

McKeown, D., Hintzman, D., & Freyd, J. J.  The effects of implied mass on
representational momentum.  Poster presented at the 6th Annual Convention of
the American Psychological Society, Washington DC, June 30 - July 3, 1994.

Hayes, A. & Freyd, J. J.  Representational momentum survives discontinuity, but
discontinuity can reduce memory shift.  Poster presented at the 6th Annual
Convention of the American Psychological Society, Washington DC, June 30 -
July 3, 1994.

Freyd, J. J.  Betrayal trauma: Adaptive response.  Presentation at The Center for
Community Counseling continuing education conference "Feminism and Trauma:
Theories and Treatment," Eugene, Oregon February 25, 1995.

Freyd, J. J.  Betrayal Trauma Theory.  Keynote address at The Portland State University
conference on Legal and Cultural Issues of Child Abuse, April 29, 1995.

Freyd, J. J.  Plenary session speaker and also faculty lecturer (two presentations) at the
6th National Conference on Abuse, Trauma, & Dissociation, Austin Texas,
September 28-October 1, 1995.

Hayes, A. & Freyd, J.J.  Attention and representational momentum.  Paper given at the
Thirty-sixth Annual Meeting of the Psychonomic Society, Los Angeles,
California, November 10-12, 1995. [Also available as University of Oregon
Institute of Cognitive and Decision Sciences Technical Report #95-12.
http://dynamic.uoregon.edu/~jjf/attention/techrep.html]

Freyd, J. J.  Internal transformations, external constraints.  Featured Speaker at a
Workshop to Honor Roger Shepard, Stanford University, January 13, 1996.

Freyd, J.J. Betrayal trauma theory: A social/cognitive model of amnesia for abuse.  Paper
presented at the Association for Women in Psychology 21st Annual Conference,
Portland, Oregon, March 14-17, 1996.

Hayes, A., Sacher, G., Thornton, I. M., Sereno, M. E. & Freyd, J. J. Representational
momentum in depth using stereopsis. (Abstract published in: *Investigative
Ophthalmology & Visual Science*, Supp., **37**, 5067.)  Paper given at the Annual
Meeting of the Association for Research in Vision and Ophthalmology, Fort
Lauderdale, Florida, April 21-26, 1996.

Freyd, J.J.  Betrayal trauma: Traumatic amnesia as an adaptive response to childhood
abuse. Paper presented (read by L.S. Brown) at the Second World Conference of
the International Society for Traumatic Stress Studies, Jerusalem, Israel, June 9-
14, 1996.

Thornton, I. M, DiGirolamo, G.J., Hayes, A, & Freyd, J.J.  Representational momentum
under conditions of visual distraction.  Poster presentation given at the Thirty-
seventh Annual Meeting of the Psychonomic Society, Chicago, Illinois,
November 1-3, 1996.

Freyd, J.J. The Logic of Forgetting Abuse: Cognitive Science and Betrayal Trauma
    Theory. Keynote Address for the 12th Annual Meeting of the International
    Society for Traumatic Stress Studies, San Francisco, November 9-13, 1996.

Freyd, J.J. Critical thinking about ethics in research, teaching, and training. Paper given
    at the Div 35 APA sponsored CEU conference, Ethics in Psychology: Critical
    Feminist Issues, Seattle, Washington, January 31, 1997.

Freyd, J.J. Science and Ethics in the Memory Debate. Presented at enGendering
    Rationalities Conference, sponsored by the Center for the Study of Women in
    Society, University of Oregon, Eugene, April 18-20, 1997.

Freyd, J.J. Memory for Betrayal: Cognitive, Clinical, and Societal Implications. Division
    35 Invited address for the 1997 Annual Meeting of the American Psychological
    Association, Chicago, August 16, 1997.

Freyd, J.J. Science in the Memory Debate. Presentation within "Symposium: The
    Science and Politics of Recovered Memories" given at the 1997 Annual Meeting
    of the American Psychological Association, Chicago, August 18, 1997.

Freyd, J.J. Power, Abuse, and Memory: Cognitive Science and Betrayal Trauma
    Theory. University of Michigan, September 22-23 1997, Ann Arbor.

Freyd, J.J. The logic of forgetting childhood abuse: Cognitive Science and Betrayal
    Trauma. Plenary address 1997 Midwest Conference on Child Sexual Abuse and
    Incest, October 9, 1997.

Thornton, I. M., & Freyd, J. J. Representational momentum and the human face.
    (Abstract published in: *Perception*, **27**, 245.) Poster presented at the second
    Applied Vision Association Christmas Meeting, Aston University, Birmingham,
    UK, December 17, 1997.

Freyd, J.J. Betrayal Trauma Theory. Presentation to the Lane County Psychologists
    Association, Eugene, Oregon, February 4, 1998.

Thornton, I. M., & Freyd, J. J. Memory for dynamic human faces. (Abstract published in:
    I*nvestigative Ophthalmology & Visual Science*, **39**, 818.) Poster presented at the
    Annual Meeting of the Association for Research in Vision and Ophthalmology,
    Fort Lauderdale, Florida, May 10-15, 1998.

Freyd, J.J. & DePrince, A.P. Dissociative Tendencies and Attentional Context: A Cross-
    Over Interaction for Stroop Interference. Presentation at the 1998 Meeting on
    Trauma and Cognitive Science, Eugene, Oregon, July 17-19, 1998

Freyd, J.J. Memory, Pain, and Abusive Relationships: Betrayal Trauma Theory. Grand
    Rounds speaker for the Annual Dennis D. Kelly Memorial Lecture at New York
    State Psychiatric Institute and Columbia University Department of Psychiatry,
    September 25, 1998

Jennifer J. Freyd                                                            Vita – December 2018

Freyd, J.J.  Speculations about the Link between Childhood Sexual Abuse and HIV Risky
    Behavior:  Possible Role of Dissociative Tendencies, Information Processing
    Effects, and Consensual Sex Decision Mechanisms.  Invited speaker at a
    conference co-sponsored by CDC and NIMH : "Childhood Sexual Abuse and
    HIV Risk: Mechanisms and Intervention Strategies"  November 3-4, 1998

Freyd, J.J.  Betrayal Trauma.   Plenary Speaker for the conference "Trauma Disorders
    1998: Balancing Research, Theory and Practice" at Sheppard Pratt Hospital,
    Baltimore, November 4-7, 1998

Freyd, J.J. & Armstrong, J.G.  Clinical Implications of Betrayal Trauma Theory.
    Workshop for the conference "Trauma Disorders 1998: Balancing Research,
    Theory and Practice" at Sheppard Pratt Hospital, Baltimore, November 4-7, 1998

DePrince, A. P. & Freyd, J.J.  Cognitive Markers of Dissociative Experiences.  Paper
    presented at the  15th International Fall Conference of the International Society
    for the Study of Dissociation.  Seattle, Washington:  November 16, 1998.

Kistenmacher, B.R.  & Freyd, J.J.   The Relationship between Denial of Abuse and
    Dissociation in Men Who Batter:  Predictions from Betrayal Trauma Theory.
    Paper presented at the 15th International Fall Conference of the International
    Society for the Study of Dissociation.  Seattle, Washington:  November 16, 1998.

Freyd, J.J.  Trauma and Attachment.   Plenary Speaker for the 15th International Fall
    Conference of the International Society for the Study of Dissociation.  Seattle,
    Washington:  November 16, 1998.

Freyd, J.J.  Listservs and Flames.  Presentation at Techniques for Teaching with
    Technology: New in '99, UO Educational Technology Fair, May 21, 1999.

DePrince, A. P. & Freyd, J.J.  Dissociation, Attention, and Memory.  Presentation at 15th
    Annual Meeting of the International Society for Traumatic Stress Studies, Miami,
    November 14-17, 1999.

Becker, K.A., Deater-Deckard, K., Freyd, J.J., Eley, T., Stevenson, J. & Plomin, R. A
    genetic analysis of individual differences in dissociative behaviors in childhood
    and adolescence.  Poster presented at the Western Psychological Association
    2000 annual conference, Portland, Oregon, April 13-16, 2000.

DePrince, A.P. & Freyd, J.J.  Dissociation, directed forgetting, and attentional context.
    Poster presented at the Western Psychological Association 2000 annual
    conference, Portland, Oregon, April 13-16, 2000.

DePrince, A.P. & Freyd, J.J.  Betrayal, fear, and posttraumatic response.  Poster
    presented at the Western Psychological Association 2000 annual conference,
    Portland, Oregon, April 13-16, 2000.

Jennifer J. Freyd                                                                    Vita – December 2018

Freyd, J.J.  Blind to Betrayal: New Perspectives on Memory for Trauma.  Presentation at
the Western Psychological Association 2000 annual conference, Portland,
Oregon, April 13-16, 2000.

Maring, B. & Freyd, J.J. Psychology 201 – New and Improved.  Invited for FITT for
Class: How do we teach large classes well?  University of Oregon, April 20,
2000.

Freyd, J.J.  Visions of the past and the future.  Plenary Speaker for the First International
Workshop on Representational Momentum: New Findings, New Directions &
New Connections, Sept 1-3 2000, Max-Planck-Institute for Biological
Cybernetics, Tübingen, Germany.
http://www.kyb.tuebingen.mpg.de/repmo2000/

DePrince, A.P. & Freyd, J.J. Directed forgetting and dissociation: An examination of
attentional context and memory.  Presentation at the International Society for the
Study of Dissociation 17th Annual International Fall Conference. San Antonio,
TX, November 12-14, 2000.

Freyd, J.J. Chair of Symposium "Examining the role of betrayal in theory, research,
clinical practice, and policy."  International Society for Traumatic Stress Studies
16th Annual Meeting. San Antonio, TX, November 16-19, 2000.

Freyd, J.J.  Empirical investigations of betrayal and memory impairment. Presentation at
the International Society for Traumatic Stress Studies 16th Annual Meeting.  San
Antonio, TX, November 16-19, 2000.

Freyd, J.J. Discussant at the symposium Remembering and forgetting childhood sexual
abuse.  International Society for Traumatic Stress Studies 16th Annual Meeting.
San Antonio, TX, November 16-19, 2000.

Becker, K. A., & Freyd, J.J.  Intergenerational transmission of trauma and dissociation.
Poster presented at the International Society for Traumatic Stress Studies 16th
Annual Meeting. San Antonio, TX, November 16-19, 2000.

DePrince, A.P. & Freyd, J.J.  Dissociation, directed forgetting, and attentional context.
Poster presented at the International Society for Traumatic Stress Studies 16th
Annual Meeting. San Antonio, TX, November 16-19, 2000.

Becker, K.A., Pears, K.,  & Freyd, J.J. Validity of  Posttraumatic Stress Disorder and
Dissociation Scales of the Child Behavior  Checklist in a Preschool Sample.
Poster presented at the 2001 Biennial meeting of the Society for Research in
Child Development, Minneapolis, MN, April 19-22, 2001.

Becker, K.A.,  Pears, K.,  & Freyd, J.J.  Relations between Parents' Dissociation, Harsh
and Inconsistent Parenting, and Children's Externalizing Behavior." Paper
presented at the 7th International Family Violence Research Conference in
Portsmouth, NH, July 22-25, 2001.

33

Zurbriggen, E., Quina, K., & Freyd, J.J. Sexual assertiveness, condom use, and attitudes toward women.  Presentation given at the Annual Convention of the American Psychological Association, San Francisco, August 24-28, 2001.

Freyd, J.J.  Campus-wide and guest lecture presentations associated with invitation as Visiting Educator, Whitman College, Walla Walla, Washington, October 2 & 3, 2001.

Barlow, M.R., & Freyd, J.J. Implicit, explicit, and procedural memory in high and low dissociators.  Poster presented at the Psychonomics Society 42nd Annual Meeting, Orlando, Florida, November 15-18, 2001.

Becker, K. A., Pears, K. C., & Freyd, J. J. Relations among parents' dissociation, harsh and inconsistent parenting, and children's externalizing. Paper presented at the meeting of the International Society for the Study of Dissociation, New Orleans, Louisiana, December 2-4, 2001.

Freyd, J.J. & DePrince, A.P.   Do high dissociators forget trauma in the lab? Presentation given at the International Society for Traumatic Stress Studies 17th Annual Meeting, New Orleans, Louisiana, Dec 6-9, 2001.

DePrince, A.P., & Freyd, J.J.   Exploring context in trauma responses: Betrayal and withdrawal.  Presentation given at the International Society for Traumatic Stress Studies 17th Annual Meeting, New Orleans, Louisiana, Dec 6-9, 2001.

DePrince, A.P. & Freyd, J.J.   Examining the Intersection of Gender, Betrayal, and Posttraumatic Symptoms Presentation given at the International Society for Traumatic Stress Studies 17th Annual Meeting, New Orleans, Louisiana, Dec 6-9, 2001.

Becker, K.A., Pears, K.C., & Freyd, J.J.   Relations among Parents' Dissociation, Harsh and Inconsistent Parenting, and Children's Externalizing Behavior Poster given at the International Society for Traumatic Stress Studies 17th Annual Meeting, New Orleans, Louisiana, Dec 6-9, 2001.

Freyd, J.J.  Blind to Betrayal.  Colloquium given at the Department of Psychology, University of Auckland, New Zealand, December 18, 2001.

Freyd, J.J.  Blind to Betrayal: Forgetting, Unawareness and Interpersonal Trauma.  All-day workshop sponsored by the Cannon Institute and the Trauma and Dissociation Unit, Mayne Health Belmont Private Hospital, Brisbane, Australia, February 23, 2002.

Freyd, J.J.  Blind to Betrayal: Forgetting, Unawareness and Interpersonal Trauma  All-day workshops sponsored by the Delphi Center, in Melbourne (March 2) and Sydney (March 9) Australia, March 2002.

Jennifer J. Freyd                                                    Vita – December 2018

Freyd, J.J.  Gaps in memory and awareness for trauma: Perspectives from Betrayal
        Trauma Theory, Plenary speaker for Canadian Society of Trauma and
        Dissociation, Vancouver, British Columbia, June 7-9, 2002.

Becker, K.A. & Freyd, J.J. Attention in Traumatized Children and Adults. Paper
        presented at the Victimization of Children & Youth Research Conference, in
        Portsmouth, NH, August 4-7, 2002

Becker, K.A., Freyd, J.J., & Pears, K.C. Attention Context, Trauma History And
        Preschoolers' Memory For Threat-related Information.  Poster presented at the
        Psychonomics Society 43rd Annual Meeting, Kansas City, Missouri November
        21-24, 2002.

Becker, K.A.  & Freyd, J.J. Attention Deficit Hyperactivity Disorder: Differences in Key
        Factors Between Abused and Nonabused School-Age Children.  Poster presented
        at the 2003 Biennial meeting of the Society for Research in Child Development,
        http://www.srcd.org/biennial.html, Tampa, Florida, April 24-27, 2003.

Goldsmith, R.E.,. & Freyd, J.J.  Emotional abuse and alexithymia.  Poster presented at
        the Western Psychological Association 2003 annual conference, Vancouver, BC,
        Canada May 1-4, 2003

Allard, C.B.,. & Freyd, J.J.  Testing Pennebaker's paradigm on betrayal trauma theory.
        Poster presented at the Western Psychological Association 2003 annual
        conference, Vancouver, BC, Canada May 1-4, 2003

Freyd, J.J. The Role of Betrayal Trauma in Family Violence: Memory, Awareness, and
        Distress. Plenary presentation at the 8th International Family Violence Research
        Conference, http://www.unh.edu/frl/conference2003/  Portsmouth, New
        Hampshire, July 13th - July 16th, 2003.

Becker-Blease, K.A., & Freyd, J.J.   Sex Offenders: The Role of Previous Victimization
        and Cognitive Processing. Presentation at the 8th International Family Violence
        Research Conference, http://www.unh.edu/frl/conference2003/  Portsmouth, New
        Hampshire, July 13th - July 16th, 2003.

Freyd, JJ.  Betrayal Trauma: Related to Memory? Health? Gender?  Personality Seminar
        presentation, Department of Psychology, Stanford University, 23 October 2003.

Becker-Blease, K.A., & Freyd, J.J.   Ethical Challenges of Asking and Not Asking Sex
        Offenders about Abuse. Spoken presentation at  the International Society for
        Traumatic Stress Studies 19th Annual Meeting, Chicago, October 29 – 1
        November 1, 2003.

Becker-Blease, K.A., & Freyd, J.J.   Previous Victimization and Dissociation among Sex
        Offenders. Spoken presentation at the International Society for Traumatic Stress
        Studies 19th Annual Meeting, Chicago, October 29 – 1 November 1, 2003.

DeMarni Cromer, L., Freyd, J.J., & Arakaki, H.   Stuffed Animals, Pets, and Dissociation.  Poster presented  at the International Society for Traumatic Stress Studies 19th Annual Meeting Chicago, October 29 – 1 November 1, 2003.

DePrince, A.P., & Freyd, J.J.   Participant Responses to Being Asked about Trauma History. Spoken presentation at the International Society for Traumatic Stress Studies 19th Annual Meeting, Chicago, October 29 – 1 November 1, 2003.

Freyd, J.J.   Chair and Discussant of Symposium: Fragmented information processing in revictimization and perpetration. International Society for Traumatic Stress Studies 19th Annual Meeting, Chicago, October 29 – 1 November 1, 2003.

Freyd, J.J.   Chair of Symposium: The Ethics of Asking and Not Asking About Trauma History. International Society for Traumatic Stress Studies 19th Annual Meeting, Chicago, October 29 – 1 November 1, 2003.

Goldsmith, R.E., Freyd, J.J., & DePrince, A.P.  Betrayal Trauma: Fragmenting Psychological and Physical Health.  Poster presented at the International Society for Traumatic Stress Studies 19th Annual Meeting, Chicago, October 29 – 1 November 1, 2003.

Zurbriggen, E.L., & Freyd, J.J.   Abuse and Revictimization: The Role of Consensual Sex Decision Rules. Spoken presentation at the International Society for Traumatic Stress Studies 19th Annual Meeting, Chicago, October 29 – 1 November 1, 2003.

Kieras, J. & Freyd, J.J. Dissociating, Attending, and Remembering. Poster presented at the 44th Annual Meeting of the Psychonomic Society, Vancouver, Canada, November 6-9, 2003.

Freyd, J.J. Co-organizer and moderator for AAAS symposium The Science of Child Abuse, its Media Presentation, and Forensic Considerations, Annual Meeting of the American Association for the Advancement of Science, Seattle, 12-16 February 2004.

DeMarni Cromer, L., & Freyd, J.J.. Stuffed animals, pets and dissociation., Poster presented at the Annual Meeting of the American Association for the Advancement of Science, Seattle, 12-16 February 2004.

Goldsmith, R.E., Freyd, J.J., & DePrince, A.P.   Health Correlates of Exposure to Betrayal Trauma.  Poster presented at the Annual Meeting of the American Association for the Advancement of Science, Seattle, 12-16 February 2004.

Freyd, J.J. Betrayal Trauma Theory: Dimensions of Harm and Healing.  Presentation at the 2004 Annual meeting of the American Psychiatric Association, New York, NY, May 1-6, 2004.

Jennifer J. Freyd                                                    Vita – December 2018

Allard, C.B., Freyd, J.J., & Momiyama, T. Exploring the Potential of Pennebaker's
    Writing Paradigm on Betrayal Trauma Sequelae. Poster presented at the Annual
    Meeting of the American Psychological Association, Honolulu, 28 July - 1
    August, 2004.

Freyd, J.J., Klest, B., & Allard, C.B. Physical Health, Psychological Distress, and
    Betrayal Trauma. Poster presented at the Annual Meeting of the American
    Psychological Association, Honolulu, 28 July - 1 August, 2004.

Becker-Blease, K.A., & Freyd, J.J. Why not ask about abuse? Beliefs that hold
    researchers back. Presentation given at the Annual Meeting of the American
    Psychological Association, Honolulu, 28 July - 1 August, 2004.

DePrince, A.P., & Freyd, J.J. Harmful Taboo? Fear of Harm in Asking about Trauma
    History. Presentation given at the Annual Meeting of the American Psychological
    Association, Honolulu, 28 July - 1 August, 2004.

Freyd, J.J. & Becker-Blease, K.A. Context for Enhancing Learning about Trauma and
    Oppression. Presentation given at the Annual Meeting of the American
    Psychological Association, Honolulu, 28 July - 1 August, 2004.

Hayes, A.E. & Freyd J.J. The effect of an ignored or attended abrupt auditory distractor
    on representational momentum. Poster presented at the European Conference on
    Visual Perception, Budapest, Hungary, August 22-26, 2004.

Freyd, J.J. Betrayal trauma: gender, distress, and dissociative amnesia.  Grand Rounds
    (colloquium) presentation, Department of Psychiatry and Behavioral Sciences,
    Stanford University Medical School, November 4, 2004.

Allard, C.B., & Freyd, J.J. Writing about Betrayal Trauma: Examining Gender and
    Narrative Structure. Poster presented at the 20th Annual Meeting of the
    International Society for Traumatic Stress Studies, New Orleans, LA, November
    14-18, 2004.

Binder, A., Cromer, L.D., & Freyd, J.J. What's the harm in asking? Participant reaction to
    trauma history questions compared with other personal questions. Poster
    presented at the 20th Annual Meeting of the International Society for Traumatic
    Stress Studies, New Orleans, LA, November 14-18, 2004.

Cromer, L.D., & Freyd, J.J. Believability Bias in Judging Memories for Abuse. Poster
    presented at the 20th Annual Meeting of the International Society for Traumatic
    Stress Studies, New Orleans, LA, November 14-18, 2004.

DePrince, A.P., Allard, C.B., Oh, H., & Freyd, J.J.. Misleading implications from the use
    of the label "false memory." Poster presented at the 20th Annual Meeting of the
    International Society for Traumatic Stress Studies, New Orleans, LA, November
    14-18, 2004.

Jennifer J. Freyd                                                                    Vita – December 2018

Klest, B.., & Freyd, J.J. Global Coding of Trauma Essays: Correlations With Health
    Outcomes. Poster presented at the 20th Annual Meeting of the International
    Society for Traumatic Stress Studies, New Orleans, LA, November 14-18, 2004.

DePrince, A.P., Becker-Blease, K.A., & Freyd, J.J.. Forgetting trauma stimuli in and out
    of the lab.  Spoken presentation at the 20th Annual Meeting of the International
    Society for Traumatic Stress Studies, New Orleans, LA, November 14-18, 2004.

Freyd, J.J. & Goldberg, L.R.   Gender difference in exposure to betrayal trauma. Spoken
    presentation at the 20th Annual Meeting of the International Society for
    Traumatic Stress Studies, New Orleans, LA, November 14-18, 2004.

Freyd, J.J.  Gender differences in exposure to betrayal trauma.  Spoken presentation at
    the Gender and Interpersonal Violence Forum, Center for the Study of Women in
    Society, University of Oregon, Eugene, November 19, 2004.

Freyd, J.J. & Goldberg, L.R. Adventures with the Brief Betrayal Trauma Survey.
    Colloquium, Psychology Department, University of Oregon. 28 January 2005.

Freyd, J.J. Betrayal Trauma: Forgetting, Unawareness and Treatment Implications. All-
    day workshop, Blue Sky Bridge - The Child and Family Advocacy Program,
    Boulder Colorado, 4 February 2005.

Freyd, J.J. Exposure to Betrayal Trauma: Gender, Distress, & Health.  Presentation at
    Addressing Sexual Violence on Oregon Campuses, conference of the Oregon
    Attorney General's Sexual Assault Task Force, Eugene, Oregon, 12 April 2005.

Goldsmith, R.E., Freyd, J.J., & DePrince, A.P. (July, 2005) Physical and Emotional
    Health Consequences of Betrayal Trauma. Presented at the 9th International
    Family Violence Research Conference, in Portsmouth, NH, July 10-13, 2005.

Becker-Blease, K.A.,., Freyd, J. J., & Friend, D.  (August, 2005).  Male Victimization
    and Perpetration.  Paper presented at the Annual Convention of the American
    Psychological Association, Washington, D.C.

Zurbriggen, E. L., & Freyd, J. J.  (August, 2005).  Childhood abuse and consensual sex
    decision rules: Implications for revictimization.  Paper presented at the Annual
    Convention of the American Psychological Association, Washington, D.C.

Freyd, J.J. (September, 2005). Betrayal Trauma Theory.  Presentation at Oregon Attorney
    General's Sexual Assault Task Force 2005 Advocate Advanced Training
    Program, Eugene, Oregon, 14 September 2005.

Martin, C.G., Cromer, L., Filgas-Heck, R. & Freyd, J.J. (2005) ADHD Symptomatology
    and Teachers' Perceptions of Maltreatment Effects.    Poster presented at the 21st
    Annual Meeting of the International Society for Traumatic Stress Studies,
    Toronto, Ontario, Canada November 2-5, 2005

38

Gray, M., Cromer, L, Freyd, J.J. (2005) Betrayal trauma, acculturation & historical grief in Native Americans. Poster presented at the 21st Annual Meeting of the International Society for Traumatic Stress Studies, Toronto, Ontario, Canada November 2-5, 2005

Klest, B. & Freyd, J.J. (2005) Dissociation and Memory for Neutral and Traumatic Stories.  Poster presented at the 21st Annual Meeting of the International Society for Traumatic Stress Studies, Toronto, Ontario, Canada November 2-5, 2005

Allard, C. A., Freyd, J. J., & Goldberg, L. R. (2005). Are All Traumatic Events Equal? Further Research Using the BBTS. Poster presented at the 21st Annual Meeting of the International Society for Traumatic Stress Studies, Toronto ON, Canada, November 2-5, 2005.

Baldwin, M., Cromer, L.D., & Freyd, J. (May, 2006).  The Impacts of Shareability and Affective Context on Memory.. Presentation given at the Sixth Annual Stanford Undergraduate Psychology Conference, Stanford, California, May 13, 2006.

McLean, C., Klest, B., & Freyd, J. (May, 2006).  Dissociation and Distortion: Functional and Effective Similarities. Presentation given at the Sixth Annual Stanford Undergraduate Psychology Conference, Stanford, California, May 13, 2006.

Freyd, J. J. & Zurbriggen, E.L. (August, 2006).  Using Research to Inform Trauma Treatment: Insights from Betrayal Trauma Studies.  Presentation given at the 114th Annual Convention of the American Psychological Association, New Orleans, Louisiana, August 11, 2006.

Cholankeril, A., Freyd, J.J., Becker-Blease, K.A., Pears, K.C., Fisher, P.A.  (September, 2006).  Dissociation in preschool-aged foster children exposed to maltreatment. Poster presented at the 11th International Conference on Violence, Abuse, and Trauma, San Diego, CA, September 17, 2006.

Becker Blease, K., Freyd, J.J., DePrince, A.P. (November 2006) The Ethics of Asking and Not Asking About Trauma. Presentation given at the Third Annual Conference on Innovations in Trauma Research Methods, Hollywood, CA, November 3-4, 2006.

Becker-Blease, K., Friend, D.  & Freyd, J.J. (November, 2006). Child Sex Abuse Perpetrators among Male University Students. Poster presented at the 22st Annual Meeting of the International Society for Traumatic Stress Studies, Hollywood, CA, November 4-7, 2006.

Edwards, V. J., Freyd, J. J., Dube, S.R., Anda, R.F. Felitti, V.J. (November, 2006). Health effects by closeness of sexual abuse perpetrator: A test of Betrayal Trauma Theory.  Poster presented at the 22st Annual Meeting of the International Society for Traumatic Stress Studies, Hollywood, CA, November 4-7, 2006.

Jennifer J. Freyd                                                                Vita – December 2018

Foynes, M.M, Freyd, J. J., & DePrince, A.P. (November, 2006). Child Abuse, Betrayal, and Disclosure. Poster presented at the 22st Annual Meeting of the International Society for Traumatic Stress Studies, Hollywood, CA, November 4-7, 2006.

Goldsmith, R., Freyd, J.J., & DePrince, A.P. (November, 2006). Abuse Awareness: Physical and Psychological Health Consequences. Poster presented at the 22st Annual Meeting of the International Society for Traumatic Stress Studies, Hollywood, CA, November 4-7, 2006.

Klest, B., Allard, C., & Freyd, J.J. (November, 2006). Adult trauma and adult symptoms: Does childhood trauma drive the relationship? Poster presented at the 22st Annual Meeting of the International Society for Traumatic Stress Studies, Hollywood, CA, November 4-7, 2006.

Tang, S.S. & Freyd, J.J. (November 2006). Gender differences in depression and anxiety: The mediating role of betrayal trauma. Presentation given at the International Society for the Study of Dissociation 23rd International Fall Conference, Los Angeles, California, November 9-11, 2006.

Cholankeril, A., Freyd, J.J., Becker-Blease, K.A., Pears, K.C., Fisher, P.A. (November, 2006). Examining dissociation in maltreated preschool children. Poster presented at the International Society for the Study of Dissociation 23rd International Fall Conference, Los Angeles, California, November 9-11, 2006.

Foynes, M.M, Freyd, J. J., & DePrince, A.P. (January, 2007). Cultural considerations in the disclosure of traumatic life events. Paper presented at the National Multicultural Conference and Summit, Seattle, Washington January 24–26, 2007.

Freyd, J. J. (March, 2007). Betrayal trauma: Memory, health, & gender. Presentation at the Center for Community Counseling, Eugene, Oregon, March 7, 2007.

Tenedios, C.M., Ablow, J.C., & Freyd, J.J. (March, 2007). Interpretation accuracy of infant facial expressions: Alexithymia, depression, dissociation and trauma considered. Poster presented at the 2007 Biennial meeting of the Society for Research in Child Development, Boston, MA, March 29-April 1, 2007.

Freyd, J.J. (April, 2007). Betrayal trauma: awareness, health, and gender. 2007 Annual Hastorf Lecture, Psychology Department, Mount Holyoke College, South Hadly, MA, 16 April 2007.

Barlow, M.R., Cromer, L.D.., Caron, H., & Freyd, J.J (August, 2007). Dissociation and Attachment to Companion Animals. Poster presented at the 115th Annual Convention of the American Psychological Association, San Francisco, California, August 17-20, 2007.

Cholankeril, A., Freyd, J.J., Becker-Blease, K.A., Pears, K.C., Kim, H.K., Fisher, P.A. (August 2007). Dissociation and post-traumatic symptoms in maltreated preschool children." Poster presented at the 115th Annual Convention of the American Psychological Association, San Francisco, California, August 17-20, 2007.

Foynes, M.M., Murakami, J. M., Hall, G. C. N., & Freyd, J. J. (August, 2007).  Trauma, Ethnicity and Psychopathology. Poster presented at the 115th Annual Convention of the American Psychological Association, San Francisco, California, August 17-20, 2007.

Klest, B., Freyd, J.J., Goldberg, L., & Hampson, S. (August, 2007)   Trauma, Personality, and Resilience against Depression: A Longitudinal Analysis.  Poster presented at the 115th Annual Convention of the American Psychological Association, San Francisco, California, August 17-20, 2007.

McLean, C., Klest, B., & Freyd, J.J. (August, 2007) Dissociation and Cognitive Distortion: Functional and Effective Similarities. Poster presented at the 115th Annual Convention of the American Psychological Association, San Francisco, California, August 17-20, 2007.

Freyd, J.J. (August, 2007)   Symposium discussant for "Ethics and Trauma Research: Conceptual and Empirical Considerations," at the 115th Annual Convention of the American Psychological Association, San Francisco, California, August 17-20, 2007.

Spaventa, K., Tang, S.S., & Freyd, J.J.  (September, 2007).  Why don't kids tell? Gender and the disclosure of abuse.  Poster presented at the 12th International Conference on Violence, Abuse, and Trauma, San Diego, CA, September 17, 2007.

Foynes, M. & Freyd, J.J. (November, 2007) Disclosure-in-Action: Responses to First Disclosures.  Poster presented at the 23rd Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Baltimore, Maryland, November 16, 2007.

Cromer, L.D., Freyd, J.J., & Binder, A. (November, 2007). Ethics of Asking Questions about Traumatic Experiences.  Paper presented at the 23rd Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Baltimore, Maryland, November 17, 2007.

Freyd, J.J. (November, 2007). Symposium chair and discussant for "Betrayal Trauma: the Ethics of Diagnosis and Treatment," at the 23rd Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Baltimore, Maryland, November 16, 2007.

Freyd, J.J. (March, 2008). The Psychology of Betrayal Trauma: Memory, Health, and Gender. Invited Lecture, Thompson Hall Science and Mathematics Seminar, University of Puget Sound, Tacoma, Washington, 6 March 2008.

Freyd, J.J. (April, 2008). Betrayal Trauma: Memory, Health, and Gender.  Colloquium,
     Department of Psychology, New Mexico State University, Las Cruces, NM, 11
     April 2008.

Barton, J. M. & Freyd, J.J. (July, 2008).  From the interpersonal to the institutional:
     Systemic betrayal of domestic violence victims.    Presentation at the 12th
     International Family Violence and Child Victimization Research Conference,
     Portsmouth, New Hampshire, July 27th – July 29th, 2008.

Gobin, R.L. & Freyd, J.J. (July, 2008).  Trust and revictimization among betrayal trauma
     survivors.  Presentation at the 12th International Family Violence and Child
     Victimization Research Conference, Portsmouth, New Hampshire, July 27th –
     July 29th, 2008.

Platt, M. & Freyd, J.J. (July, 2008).   Why Doesn't She Leave Him? Domestic Violence:
     A Betrayal Trauma Perspective.  Presentation at the 12th International Family
     Violence and Child Victimization Research Conference, Portsmouth, New
     Hampshire, July 27th – July 29th, 2008.

Gobin, R.L. & Freyd, J.J. (August, 2008).  Trust and revictimization among betrayal
     trauma survivors.  Poster presented at the 116th Annual Convention of the
     American Psychological Association, Boston, Massachusetts, August 14-17,
     2008.

Foynes, M.M. & Freyd, J.J. (August, 2008).  Disclosure-in-Action: The Responses of
     Close Others to First Disclosures.  Poster presented at the 116th Annual
     Convention of the American Psychological Association, Boston, Massachusetts,
     August 14-17, 2008.

Gobin, R.L. & Freyd, J.J. (September, 2008).  Betrayal and revictimization.  Poster
     presented at the 13th International Conference on Violence, Abuse, and Trauma,
     San Diego, CA, September 14-17, 2008.

Kaehler, L. & Freyd, J.J. (November, 2008).  Defense against Betrayal? Borderline
     Personality Disorder.  Poster presented at the 24th Annual Meeting of the
     International Society for Traumatic Stress Studies (ISTSS), Chicago, Illinois,
     November 13-15, 2008.

Gobin, R. & Freyd, J.J. (November, 2008).  Trust and revictimization among betrayal
     trauma survivors.  Paper presented at the 24th Annual Meeting of the
     International Society for Traumatic Stress Studies (ISTSS), Chicago, Illinois,
     November 13-15, 2008.

Klest, B., Freyd, J.J. Hampson, S., & Goldberg, L.R. (November, 2008).  Trauma,
     personality, and demographic predictors of depression.  Paper presented at the
     24th Annual Meeting of the International Society for Traumatic Stress Studies
     (ISTSS), Chicago, Illinois, November 13-15, 2008.

Barlow, M.R., & Freyd, J.J. (November, 2008). Characteristics of Memory for Autobiographical and Episodic Events in Women with Dissociative Identity Disorder.  Poster presented at the Psychonomics Society 49th Annual Meeting, Chicago, Illinois, November 13-16, 2008.

Kaehler, L. & Freyd, J.J. (November, 2008).  Betrayal Trauma predicts Borderline Personality characteristics: Etiological underpinnings?  Poster presented at the International Society for the Study of Trauma and Dissociation 25th International Fall Conference, Chicago, IL, November 15-17, 2008.

Barton, J. Klest, B., & Freyd, J.J. (November, 2008).  Exploration of relational health and cognitive measures of dissociation.  Poster presented at the International Society for the Study of Trauma and Dissociation 25th International Fall Conference, Chicago, IL, November 15-17, 2008.

Freyd, J.J. (November, 2008).  Conversation hour with Jennifer Freyd, PhD, Editor of the Journal of Trauma and Dissociation: Tips for getting your article published.  Conversation Hour conducted at the International Society for the Study of Trauma and Dissociation 25th International Fall Conference, Chicago, IL, November 15-17, 2008.

Freyd, J.J. (November, 2008).  Betrayal trauma: Theory and research. In L. Kahn (Chair), *Betrayal Trauma: Theory and treatment implications.* Workshop conducted at the International Society for the Study of Trauma and Dissociation 25th International Fall Conference, Chicago, IL, November 15-17, 2008.

Freyd, J.J. (March, 2009). Betrayal Trauma: Memory, Health, and Gender.  Colloquium, Department of Psychology, University of Canterbury, Christchurch, New Zealand, 18 March 2009.

Freyd, J.J. (May, 2009). Discussant at the conference "The therapeutic origins of politics, public policy, and citizenship in the post-1945 United States", University of Oregon, Eugene, Oregon, 29 May 2009.

Freyd, J.J. (August, 2009).  The psychological injury of trauma: From terror to betrayal.  Continuing education presentation invited for Oregon State Hospital, Salem, Oregon, 26 August 2009.

Freyd, J.J. (September, 2009). Betrayal Trauma: Memory, Dissociation, Health, and Gender.  Presentation, Institute of Psychology at Aarhus University, Aarhus, Denmark, 18 September 2009.

Freyd, J.J. (September, 2009). Betrayal Trauma: Memory, Dissociation, Health, and Gender.  Colloquium, Department of Psychology, University of Lund, Lund, Sweden, 21 September 2009.

Platt, M. & Freyd, J.J. (November, 2009). Shame, dysfunctional attitudes, and trauma: An exploratory study.  Poster presented at the 25th Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Atlanta, Georgia, 5-7 November 2009.

Freyd, J.J. (February, 2010). Discussant for Symposium, "Vicarious Traumatization in the Clinic, Classroom, and Laboratory: Caring for Ourselves and Each Other," at the 35th Annual Conference of the Association for Women in Psychology, Portland, Oregon, February 12-14, 2010.

Gold, S.N. & Freyd, J.J. (April, 2010).  Betrayal Trauma Theory: A Contextual/Relational Explanation for Impaired Recall for Traumatic Events. Invited presentation.  58th Nebraska Symposium on Motivation, University of Nebraska, Lincoln, 22-23 April 2010.

Freyd, J.J. (August, 2010). Disclosing Trauma: Research and Implications. Invited address for the 118th Annual Convention of the American Psychological Association, San Diego, California, 12-15 August 2010.

Freyd, J.J. (August, 2010). Chair and Discussant for Symposium, "Attachment, Trauma, and Oppression: Social Justice, Clinical, and Research Perspectives," for the 118th Annual Convention of the American Psychological Association, San Diego, California, 12-15 August 2010.

Tang, S.S. & Freyd, J.J. (August, 2010). Gender Differences in Posttraumatic Stress: Betrayal Trauma and Gender Roles. Paper presentation at the 118th Annual Convention of the American Psychological Association, San Diego, California, 12-15 August 2010.

Kaehler, L.A., Freyd, J.J., & Goldberg, L.R.  (August, 2010). Betrayal Trauma and Borderline Personality Characteristics: Gender Differences. Poster presentation at the 118th Annual Convention of the American Psychological Association, San Diego, California, 12-15 August 2010.

Martin, C.G., Cromer, L.D., DePrince, A.P. & Freyd, J.J. (August, 2010). Trauma Appraisals and Betrayal: Support for the Brief Betrayal Trauma Survey. Poster presentation at the 118th Annual Convention of the American Psychological Association, San Diego, California, 12-15 August 2010.

Klest, B., Freyd, J.J., Hampson, S.E., & Goldberg, L.R. (August, 2010). Trauma, Social Context, and Self-rated Health Over Time. Symposium presentation at the 118th Annual Convention of the American Psychological Association, San Diego, California, 12-15 August 2010.

Platt, M. & Freyd, J.J. (August, 2010). Shame, Dysfunctional Attitudes and Trauma: An Exploratory Study. Symposium presentation at the 118th Annual Convention of the American Psychological Association, San Diego, California, 12-15 August 2010.

Kaehler, L.A. & Freyd, J.J. (October 2010). Memory for Emotional Information in School-Aged Children.  Poster presented at the 27th annual meeting of the International Society for the Study of Dissociation, Atlanta, 16-18 October 2010.

Freyd, J.J. (November 2010). Betrayal, Gender, & Disclosure.  Woods Lecture at the Pembroke Center, Brown University, 11 November 2010.

Freyd, J.J. (November 2010). Betrayal Trauma: From Harm to Healing.  Grand Rounds at Department of Pediatrics, Hasbro Hospital, Brown University Medical School, 12 November 2010.

Freyd, J.J. (March 2011). Betrayal Trauma: From Harm to Healing. Workshop at the Leipziger Akademie für Ganzheitliche Psychotherapie, Leipzig, Germany, 13-14 March 2011.

Freyd, J.J. (March 2011). Betrayal Trauma: Memory, Health, & Gender.  Tutorial at the Department of Psychology, University of Regensburg, Regensburg, Germany, 18 March 2011.

Freyd, J.J. (September 2011). The Impact of Betrayal Trauma. Colloquium at the Boston VA/ National Center for PTSD, 9 September 2011.

Gobin, R. L. & Freyd, J.J. (October, 2011). Trauma, Trust, and Betrayal Awareness. Invited oral presentation at the Conference of Ford Fellows, Irvine, CA, October 14-15, 2011.

Freyd, J.J. (November, 2011). Symposium Chair, "From Research to Clinical Innovations and Applications: Implications from Betrayal Trauma Theory," at the 27th Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Baltimore, Maryland, 3-5 November 2011.

Martin, C.G., Cromer, L. DePrince, A. & Freyd, J.J. (November, 2011). Is all trauma equal? The role of betrayal in understanding trauma symptomatology. In Symposium: "From Research to Clinical Innovations and Applications: Implications from Betrayal Trauma Theory," at the 27th Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Baltimore, Maryland, 3-5 November 2011.

Hulette, A.C., Kaehler, L.A. & Freyd, J.J. (November, 2011). Intergenerational Effects of Betrayal Trauma in a Mother-Child Sample. Poster presented at the 27th Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Baltimore, Maryland, 3-5 November 2011.

Martin, C.G., Huss, J.M. & Freyd, J.J. (November, 2011). Interpersonal Betrayal: The Role of Relational Closeness in How Victims Appraise Betrayal. Poster presented at the 27th Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Baltimore, Maryland, 3-5 November 2011.

Smith, C.P. & Freyd, J.J. (November, 2011). Nowhere to Turn: Institutional Betrayal Exacerbates Traumatic Aftermath of Sexual Assault. Poster presented at the 27th Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Baltimore, Maryland, 3-5 November 2011.

Freyd, J.J. (November, 2011). Presenting Participant in Workshop (Kahn, L., Chair), "The Harm and Healing of Betrayal Trauma: A Researcher/Clinician Dialog," at the 27th Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Baltimore, Maryland, 3-5 November 2011.

Medrano, L., Martin, C.G. & Freyd, J.J. (November 2011). Oregon State Hospital: A Case Study of Institutional Betrayal. Poster presented at the 28th annual meeting of the International Society for the Study of Trauma and Dissociation, Montreal, Canada, 5-7 November 2011.

Smith, C.P. & Freyd, J.J. (November 2011). Institutional Betrayal: Violations of members' trust surrounding incidents of sexual assault. Poster presented at the 28th annual meeting of the International Society for the Study of Trauma and Dissociation, Montreal, Canada, 5-7 November 2011.

Freyd, J.J. (January 2012). Betrayal Blindness & Institutional Blindness: Harm and Healing, Department of Veterans Affairs MST Teleconference Training Series Presentation, 5 January 2012.

Freyd, J.J. (March 2012). Panelist in "Feminist Mentoring Across the Generations." 37th Annual Conference of the Association for Women in Psychology, Palm Springs, CA, 10 March 2012.

Freyd, J.J. (April 2012). Betrayal Trauma: Why we Dissociate Severe Violence from Significant Others. Invited lecture, 13-15 April 2012, *Faces of Violence*, Congress for the 20th Anniversary of the Institut für systemische Therapie und Traumatherapie, Stuttgart, Germany.

Becker-Blease, K., Freyd, J.J., Russo, N.F., & Rich-Edwards, J. (May 2012). The Costs of Not Asking About Abuse: Empirical Evidence. Paper presented as part of the symposium, "Costs and Benefits of Trauma Research: Implications for Institutional Review Boards" at the 2012 Association for Psychological Science Annual Convention in Chicago, IL, May 24-27, 2012.

Freyd, J.J. (October 2012). Betrayal Trauma: Revealing & Healing. Keynote speaker at the OAASIS 2012 Annual Conference, Portland, Oregon, 13 October 2012.

Gobin, R.L. & Freyd, J.J. (October 2012). Betrayal Trauma, Betrayal Awareness, and Peritraumatic Dissociation. Presentation at the 29th annual meeting of the International Society for the Study of Trauma and Dissociation, Long Beach, California, 18-22 October 2012.

Martin, C.G, Van Ryzin, M.J., & Freyd, J.J. (November, 2012). A Betrayal Trauma Perspective on Childhood Trauma and Psychopathology. Poster presented at the 28th Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Los Angeles, CA, 1-3 November 2012.

Gobin, R.L. & Freyd, J.J. (November, 2012). The impact of betrayal trauma on trust. Poster presented at the 28th Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Los Angeles, CA, 1-3 November 2012.

Freyd, J.J. (February, 2013). Avoiding Judicial Betrayal of Child Witnesses: Implications from Betrayal Trauma Theory.  Presentation in: "Symposium: Child Witnesses in Sexual Abuse Cases" at Roger Williams University in Bristol, R.I., on 22 February 2013.

Freyd, J.J. (April, 2013). Dangerous Safe Havens: Exploring Institutional Betrayal. Presentation hosted by the Harvard Society for Mind, Brain, and Behavior, Harvard University, Cambridge, MA, 23 April 2013.

Freyd, J.J. (April, 2013). Dangerous Safe Havens: Exploring Institutional Betrayal. Presentation at the Boston VA/ National Center for PTSD, 23 April 2013.

Freyd, J.J. (June 2013). Betrayal Blindness, Institutional Betrayal, and Telling about Betrayal. Keynote for International Symposium Slander and Betrayal, Leipziger Akademie für Ganzheitliche Psychotherapie, Leipzig, Germany, 13-15 June 2013.

Gomez, J.M. & Freyd, J.J. (August, 2013). High Betrayal Child Sexual Abuse, Self Injury & Hallucinations. Poster accepted for presentation at the 121st Annual Convention of the American Psychological Association, Honolulu, Hawaii, 31 July - 4 August 2013.

Freyd, J.J. (August, 2013). Symposium organizer for "Systemic Trauma and Institutional Betrayal," at the 121st Annual Convention of the American Psychological Association, Honolulu, Hawaii, 31 July - 4 August 2013.

Smith, C.P. & Freyd, J.J. (August, 2013). Traumatic Environments: Mechanisms and Outcomes of Institutional Betrayal.  Presentation accepted as part of the symposium "Systemic Trauma and Institutional Betrayal," at the 121st Annual Convention of the American Psychological Association, Honolulu, Hawaii, 31 July - 4 August 2013.

Medrano, L., Martin, C.G., & Freyd, J.J. (August, 2013). Oregon State Hospital: A Case Study of Institutional Betrayal.  Presentation accepted as part of the symposium "Systemic Trauma and Institutional Betrayal," at the 121st Annual Convention of the American Psychological Association, Honolulu, Hawaii, 31 July - 4 August 2013.

Freyd, J.J. (October, 2013).  The Psychology of Betrayal Trauma: Interpersonal and
    Institutional. The keynote speaker for Connections 2013, UO Counseling &
    Testing Center's 5th Annual Continuing Education & Networking Event,
    University of Oregon, Eugene, Oregon, 4 October 2013.

Freyd, J.J. (January, 2014).  Why Do We Turn a Blind Eye to Betrayal? Public Lecture at
    the National University of Singapore, Singapore, 17 January 2014.

Freyd, J.J. (January, 2014).  The Psychology of Betrayal Trauma: From the Intimate to
    the Institutional.  Health Clusters presentation at the National University of
    Singapore, Singapore, 17 January 2014.

Freyd, J.J. (January, 2014).  Betrayal Trauma Theory and Research. Presentation to the
    Ministry of Social and Family Development of Singapore, Singapore, 20 January
    2014.

Freyd, J.J. (January, 2014).  Betrayal Blindness, Institutional Betrayal, and Telling about
    Betrayal.. Psychology Department presentation at the National University of
    Singapore, Singapore, 21 January 2014.

Freyd, J.J. (April 2014).  Presenter and Panelist at the Taubman Center for Public Policy
    & American Institutions, Brown University: "Book Launch and Panel Discussion
    with Professor Ross Cheit - The Witch-Hunt Narrative." Providence, Rhode
    Island, 1 April 2014.

Freyd, J.J. (April 2014).  Research on Institutional Betrayal: The Case of Campus Sexual
    Violence.  Presentation at the Women's Center of Northwestern University,
    Evanston, Illinois, 18 April 2014.

Freyd, J.J. (April, 2014). Interpersonal and Institutional Betrayal. Invited speaker for
    annual meeting of the Western Psychological Association, Portland, Oregon, 25
    April 2014.

Freyd, J.J. (April, 2014).Student Conversation Hour following invited lecture at the
    annual meeting of the Western Psychological Association, Portland, Oregon, 25
    April 2014.

Gómez, J.M. & Freyd, J.J. (April, 2014).  Dissociation, High Betrayal Child Sexual
    Abuse, And Hallucinations.  Poster presented at the annual meeting of the
    Western Psychological Association, Portland, Oregon, 25 April 2014.

Freyd, J.J. (May, 2014).  What we have learned about Interpersonal and Institutional
    Betrayal Trauma.  Invited keynote speaker for annual meeting of the Survivorship
    Organization, Oakland, California, 17-18 May 2014.

Gómez, J. M., & Freyd, J. J. (2014, June). Sexual trauma, cultural betrayal, and PTSD
    within cultural minorities. Poster presented at The Third Biennial American
    Psychological Association Division 45 Research Conference, Eugene, Oregon,
    19-21 June 2014.

Gómez, J. M., & Freyd, J. J. (2014, June). What's in a name? Variability in identification with minority identity. Poster presented at The Third Biennial American Psychological Association Division 45 Research Conference, Eugene, Oregon, 19-21 June 2014.

Gómez, J. M., Smith, C. P., & Freyd, J. J. (2014, June). Minority students' experience of discrimination and institutional betrayal. Poster presented at The Third Biennial American Psychological Association Division 45 Research Conference, Eugene, Oregon, 19-21 June 2014.

Street, A. E., Reinhardt, K. M, Foynes, M. M., Luciano, M. T., Matza, A. R, & Freyd, J. J. (2014, July). Characteristics of sexual trauma that occurs in military settings: Qualitative data from military sexual trauma survivors. Poster presented at the VA Health Services Research & Development Conference on Partnerships for Research & Care of Women Veterans, Arlington, VA.

Freyd, J.J. (September, 2014). Sexual Assault on Campus: Institutional Courage or Institutional Betrayal?  Public Lecture at the University of Rhode Island, Kingston, Rhode Island, 9 September 2014.

Freyd, J.J. (September, 2014). Institutional Betrayal: The case of campus sexual assault. Public lecture sponsored by the Department of Psychology, the Women's, Gender, and Sexuality Studies Program, and The Office of the Dean of Arts & Sciences, Brandeis University, Waltham, Massachusetts, 12 September 2014.

Freyd, J.J., Smith, C.P., Rosenthal, M.R. (September, 2014) Preliminary Results from the the UO Sexual Violence and Institutional Behavior Campus Survey, UO Senate Task Force Meeting, University of Oregon, Eugene, Oregon, 30 September 2014.

Freyd, J.J. & Smith, C.P. (October, 2014). Addressing Sexual Assault - From Institutional Betrayal to Institutional Courage. Presentation to the City Club of Eugene, 3 October 2014.

Freyd, J.J. (October, 2014). UO Research on the Psychology of Betrayal Trauma, Disclosure, and Institutional Betrayal. Featured presentation at an event hosted by the Office of Academic Affairs and the Center for the Study of Women in Society, University of Oregon, Eugene, Oregon, 7 October 2014.

Smith, C. P. & Freyd, J.J. (October, 2014). Campus Sexual Assault and Institutional Betrayal.  Presentation to the Oregon Attorney General's Sexual Assault Task Force, Salem, Oregon, 16 October 2014.

Smith, C. P., Rosenthal, M. N., & Freyd, J. J. (October, 2014). Assessing campus climates: The role of institutional betrayal in campus sexual assault research. Presented by Mary Koss at the GSU College Sexual Assault Forum: From Campus Climate to a Coordinated Response, Atlanta, GA, 22-24 October 2014.

Jennifer J. Freyd                                                    Vita – December 2018

Freyd, J.J. (October, 2014). Institutional Betrayal..  Plenary speaker at the 31st annual meeting of the International Society for the Study of Trauma and Dissociation, Long Beach, California, 25-27 October 2014.

Freyd, J.J. (October, 2014). What makes an event traumatic?  The Impact of Social Betrayal..  Panel presentation at the 31st annual meeting of the International Society for the Study of Trauma and Dissociation, Long Beach, California, 25-27 October 2014.

Gómez, J. M., & Freyd, J. J. (October 2014). Changes in identity as a result of trauma? Poster presented at the 31st annual meeting of the International Society for the Study of Trauma and Dissociation, Long Beach, California, 25-27 October 2014.

Delker, B., & Freyd, J. J. (October 2014). Measuring betrayal awareness with the Betrayed Self Implicit Association Test. Paper presented at the 31st annual meeting of the International Society for the Study of Trauma and Dissociation, Long Beach, California, 25-27 October 2014.

Reinhardt,K., & Freyd, J. J. (October 2014). The Present Betrayed by the Past: How Betrayal Trauma Impacts Mindfulness. Poster presented at the 31st annual meeting of the International Society for the Study of Trauma and Dissociation, Long Beach, California, 25-27 October 2014.

Platt, M., & Freyd, J. J. (October 2014). Betray My Trust, Shame on Me: Shame, Dissociation, Fear, and Betrayal Trauma. Paper presented at the 31st annual meeting of the International Society for the Study of Trauma and Dissociation, Long Beach, California, 25-27 October 2014.

Rosenthal, M. N., Smith, C. P., & Freyd, J. J. (October 2014). Known unknowns: Assessing mandated training on knowledge of Title Ix and campus sexual assault. Poster presented at the International Society for the Study of Trauma and Dissociation, Long Beach, CA, 23-27 October 2014.

Rosenthal, M. N., & Freyd, J. J. (October 2014). Speaking of Sex: Exploring betrayal trauma, dissociation, and sexual communication in college students. Poster presented at the International Society for the Study of Trauma and Dissociation, Long Beach, CA, 23-27 October 2014.

Smith, C. P., & Freyd, J.J. (October 2014). A Longitudinal Investigation of the Impact of Institutional Betrayal and Reparation on Adult Survivors of Childhood Abuse. Poster presented at the International Society for the Study of Trauma and Dissociation, Long Beach, CA, 23-27 October 2014.

Freyd, J.J., Smith, C. P., & Rosenthal, M. N., (November 2014). Research on Institutional Betrayal: The Case of Campus Sexual Violence. Paper presented in Symposium: "New Directions in Campus Sexual Assault Research," at the 30th Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Miami, Florida, 6-8 November 2014.

50

Jennifer J. Freyd                                                                    Vita – December 2018

Street, A. E., Reinhardt, K. M, Foynes, M. M., Luciano, M. T., Matza, A. R, & Freyd, J. J. (2014, November). Characteristics of sexual trauma that occurs in military settings: Qualitative data from military sexual trauma survivors. Poster presented at the 30th Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Miami, Florida, 6-8 November 2014.

Freyd, J.J. (January, 2015). Researching Institutional Betrayal:  The Case of Campus Sexual Assault.  Lecture at the Eugene-Lane, Oregon branch of the American Association of University Women (AAUW), Eugene, OR, 10 January 2015.

Freyd, J.J. (January, 2015). Institutional Betrayal: The Case of Campus Sexual Assault. Lecturer, Tan Sack Lecture Series, Department of Anthropology, Oregon State University, Corvallis, Oregon, 30 January 2015.

Freyd, J.J. (February, 2015). Participation in the Madison Summit on the Science of Campus Climate and Sexual Misconduct, University of Wisconsin, Madison, WI, 11-12 February 2015.

Freyd, J.J. (February, 2015). Plenary panel participant, "Using Data to Do Good in the World," at the Qualtrics Insight Summit, Salt Lake City, 17-20 February 2015.

Freyd, J.J. (May, 2015). Speaker at the plenary event: "In the Aftermath of Conflict: Starting Again" at the International Women's Forum World Cornerstone Conference, Johannesburg, South Africa, 20-22 May 2015.

Smidt, A., Smith, C.P., Rosenthal, M. & Freyd, J.J. (August, 2015). Out and in Harm's Way: Sexual Minorities' Health Following Institutional Betrayal and Sexual Assault. Presentation for the 123rd Annual Convention of the American Psychological Association, Toronto, Ontario, Canada 6-9 August 2015.

Smith, C.P. & Freyd, J.J. (August, 2015). First, do no harm: Institutional betrayal in healthcare. Presentation for the 123rd Annual Convention of the American Psychological Association, Toronto, Ontario, Canada 6-9 August 2015.

Freyd, J.J. (August, 2015). Institutional Betrayal Trauma: Implications for Interpersonal Violence and Abuse across the Lifespan.  Opening plenary presentation at the 20th International Summit & Training on Violence, Abuse, & Trauma, San Diego, CA, 23-26 August 2015.

Kahn, L. & Freyd, J.J. (August, 2015). Applying Betrayal Trauma Theory to Practice. Presentation at the 20th International Summit & Training on Violence, Abuse, & Trauma, San Diego, CA, 23-26 August 2015.

Freyd, J.J. (August, 2015). Panelist on the Keynote Panel entitled "Campus Sexual Assault: Current Research and Prevention Approaches" at the 20th International Summit & Training on Violence, Abuse, & Trauma, San Diego, CA, 23-26 August 2015.

Freyd Declaration, Exhibit 1
Page 51

Freyd, J.J. (August, 2015). Panelist for the Parallel Plenary Panel on "From Virginia Tech to Penn State to Oklahoma University – Violence on Campus" at the 20th International Summit & Training on Violence, Abuse, & Trauma, San Diego, CA, 23-26 August 2015.

Gómez, J. M., Rosenthal, M. N., Smith, C. S., & Freyd, J. J. (August, 2015). Participant reactions to sexual violence questionnaires: Implications for campus climate surveys. Poster presented at the 20th International Summit & Training on Violence, Abuse, & Trauma, San Diego, CA, San Diego, CA, 23-26 August 2015.

Smidt, A. & Freyd, J. J. (August, 2015). Betrayal Trauma, Homophobia, and Level of Outness in Heterosexuals. Poster presented at the 20th International Summit & Training on Violence, Abuse, & Trauma, San Diego, CA, San Diego, CA, 23-26 August 2015.

Smidt, A. & Freyd, J. J. (August, 2015). Dimensions of emotion dysregulation associated with experiences of betrayal. Poster presented at the 20th International Summit & Training on Violence, Abuse, & Trauma, San Diego, CA, San Diego, CA, 23-26 August 2015.

Freyd, J.J. (September, 2015).  Institutional betrayal.  Presented to the Connecticut College Consortium to End Sexual Violence (CCCESV). UConn School of Law, West Hartford, Connecticut, 24 September 2015.

Freyd, J.J. (September, 2015).  Understanding and Avoiding Institutional betrayal. Presented to the Office of Diversity and Equity, University of Connecticut, UConn School of Social Work West Hartford, Connecticut, 25 September 2015.

Freyd, J.J. (October, 2015).  The UO 2015 Sexual Violence Survey.  Presented to the University of Oregon Senate, Eugene, Oregon, 7 October 2015.

Freyd, J.J. (January, 2016). Campus Sexual Assault: The Problem. Teleconference presentation and panel discussion for the American Bar Association, Thursday, 7 January 2016.

Freyd, J.J. (February, 2016). Addressing Sexual Assault: Moving from Institutional Betrayal to Institutional Courage. Keynote lecture for conference "Sexual Assault: Dialogue and Discourse 2016" at the University of British Columbia, Vancouver, BC, Canada, 16 February 2016.

Freyd, J.J. (February, 2016). Combating Sexual Assault: Moving From Institutional Betrayal to Institutional Integrity. Main stage presentation at the Qualtrics Insight Summit, Salt Lake City, 17 February 2016.

Freyd, J.J. (February, 2016). Institutional Betrayal, Visiting Lecture Series, Presentation at De Anza College, Cupertino, CA, 24 February 2016.

Platt, M., Luoma, J.B, & Freyd, J.J. (March, 2016). Shame and dissociation in survivors of high and low betrayal trauma.  Poster presented at the 3rd Annual Meeting of the Society for Affective Science, Chicago, IL, .17-19 March 2016.

Wright, N. M., Smith, C. P., & Freyd, J. J. (2016, April). Experience of a lifetime: Study abroad, trauma, and institutional betrayal. Poster presented at the 33rd annual meeting of the International Society for the Study of Trauma and Dissociation, San Francisco, California, 2-4 April 2016.

Freyd, J.J. (2016, April). Briefing to Senior Leaders, Joint Base Pearl Harbor-Hickman, Hawaii, 14 April 2016.

Freyd, J.J. (2016, April). Institutional betrayal and betrayal blindness.  Invited feature lecture at the Third Annual First Responders Summit of the Sexual Assault Prevention and Response Office, Joint Base Pearl Harbor-Hickman, Hawaii, 15 April 2016.

Freyd, J.J. (2016, April). From institutional betrayal to institutional courage. Presented in "Preventing Sexual Assault on Campus: A Faculty Perspective" at the Clayman Institute for Gender Research, Stanford University, Stanford, California, 18 April 2016.

Freyd, J.J. (2016, May). Interpersonal and institutional betrayal. Presentation to the Department of Psychology, National Taiwan University, Taipei, Taiwan, 27 May 2016.

Freyd, J.J. (2016, May). Betrayal trauma and Institutional Betrayal: Implications for intervention, Presentation to the Social Welfare Department, The Government of Hong Kong Special Administrative Region, Hong Kong, 30 May 2016.

Freyd, J.J. (2016, May). Interpersonal and institutional betrayal. Presentation to the Department of Psychology, The Chinese University of Hong Kong, Hong Kong, 31 May 2016.

Freyd, J. J. (2016, June).  Institutional Betrayal.  Keynote at the 2016 EverFi Annual Research Summit, Gaylord National Resort & Convention Center, National Harbor, MD, 16-17 June 2016.

Smith, C.P. & Freyd, J. J. (2016, August). Campus Sexual Violence: Moving from Institutional Betrayal to Institutional Courage.  Talk presented as part of the symposium, *Campus Sexual Assault: Past, Present, & Future*, at the annual meeting of the American Psychological Association, Denver, CO, 4-7 August 2016.

Harsey, S.J., Zurbriggen, E.L., & Freyd, J.J. (2016, August). Perpetrator responses to victim confrontation: DARVO and victim self-blame. Poster presented at the annual meeting of the American Psychological Association, Denver, CO, 4-7 August 2016.

Freyd Declaration, Exhibit 1
Page 53

Reinhardt, K. M. & Freyd, J. J. (2016, August). Is lower trait mindfulness related to betrayal trauma exposure? Poster presented at the annual meeting of the American Psychological Association, Denver, CO, 4-7 August 2016.

Freyd, J.J. (2016, September). "Institutional Betrayal" Guest presenter in Stanford's Sophomore College course "One in Five: The Law, Policy, and Politics of Campus Sexual Assault," Stanford University, Stanford, California, 9 September 2016.

Freyd, J.J. (2016, October). The Psychology of Betrayal Trauma: From the Interpersonal to the Institutional. Featured speaker, ATIXA/SCOPE 2016 Joint National Conference, Philadelphia, PA, 6-8 October 2016.

Freyd, J.J. (2016, November). Exploring Institutional Betrayal, Presentation for the Second Annual Faculty Research Blitz Talks, Department of Psychology, University of Oregon, Eugene, Oregon, 11 November 2016.

Freyd, J.J. (2017, January). Addressing Sexual Violence: Moving from Institutional Betrayal to Institutional Courage.  . Invited Speaker for the "Deliberation and Debate" Lecture Series, University of Regina, Regina, SK, Canada, 27 January 2017.

Freyd, J.J. (2017, February). Addressing Campus Sexual Violence and Institutional Betrayal. Invited Speaker, University of New Mexico, 6 February 2017.

Freyd, J.J. (2017, February). Institutional Betrayal:  The Case of Campus Sexual Violence.  Invited Speaker, Grand Rounds, WCH Psychiatry Associates, Women's College Hospital, University of Toronto, Ontario, Canada, 16 February 2017.

Freyd, J.J. (2017, March). Institutional Betrayal in Cases of Sexual Violence. Mitchell Hochberg Public Education Event Speaker for the American Group Psychotherapy Association Annual Meeting, New York City, New York, 8 March 2017.

Martin, C.G., Kim, H., & Freyd, J.J. (2017, April). In the Spirit of Full Disclosure: Maternal Personal Distress and Responsiveness and Youth Disclosure of Distressing Experiences. Presentation at the 2017 SRCD Biennial Meeting to be held in Austin, Texas, April 6-8, 2017.

Freyd, J.J. (2017, April). Institutional and Interpersonal Betrayal  Invited Presentation at The Pacific Sociological Association's 88th Annual Meeting/Conference "Institutional Betrayal: Inequity, Discrimination, Bullying, and Retaliation in Academia", Portland, Oregon, 6-9 April 2017.

Barnes, M.L & Freyd, J.J. (2017, April). Marginalized Victims of Sexual Assault: The Impact of Cultural Betrayal Trauma on University Students. Presentation at The Pacific Sociological Association's 88th Annual Meeting/Conference "Institutional Betrayal: Inequity, Discrimination, Bullying, and Retaliation in Academia", Portland, Oregon, 6-9 April 2017.

Gómez, J.M., Smith, C.P., & Freyd, J.J. (2017, April). Minority Students' Experience of Discrimination and Institutional Betrayal. Presentation at The Pacific Sociological Association's 88th Annual Meeting/Conference "Institutional Betrayal: Inequity, Discrimination, Bullying, and Retaliation in Academia", Portland, Oregon, 6-9 April 2017.

Harsey, S. & Freyd, J.J. (2017, April). DARVO's Influence on Perceived Perpetrator and Victim Credibility: Responsibility and Abusiveness. Presentation at The Pacific Sociological Association's 88th Annual Meeting/Conference "Institutional Betrayal: Inequity, Discrimination, Bullying, and Retaliation in Academia", Portland, Oregon, 6-9 April 2017.

Smith, C.P. & Freyd, J.J. (2017, April). Sexual Violence, Institutional Betrayal, and Psychological Outcomes for LGB College Students. Presentation at The Pacific Sociological Association's 88th Annual Meeting/Conference "Institutional Betrayal: Inequity, Discrimination, Bullying, and Retaliation in Academia", Portland, Oregon, 6-9 April 2017.

Barnes, M.L & Freyd, J.J. (2017, April). Who would you tell? Student perspectives regarding sexual violence reporting on campus. Bridging the Gap: Interpersonal Violence Research Symposium, University of Oregon, Eugene, 21 April 2017.

Freyd, J.J. (2017, May). Co-facilitator of the Social Science and Data Transparency Working Group at The Way Forward: Title IX Advocacy in the Trump Era, Stanford Law School, Stanford California, 1-2 May 2017.

Freyd, J.J. (2017, June). Sexual Harassment: Moving from Institutional Betrayal to Institutional Courage. Presentation to the National Academies of Sciences, Engineering, and Medicine, Workshop on Impact of Sexual Harassment in Academia, at the National Academies Arnold and Mabel Beckman Center, Irvine, California (with simultaneous public webcast), 20 June 2017.

Freyd, J.J. (2017, July). Applying Trauma-Informed Approaches to Campus Sexual Violence Concerns. Presentation and panel organizer invited for UO and OSU Title IX Training Event, University of Oregon, 26-28 July 2017.

Freyd, J.J. (2017, September). Student-Directed Reporting Policy: An Alternative to Compelled Disclosure and Institutional Betrayal. Presentation and panel member invited for "Campus Responses to Sexual Misconduct: Pausing to Consider the Implications", 2017 National Conference, Center for Research On Violence Against Women, University of Kentucky, 21-22 September 2017.

Jennifer J. Freyd                                                      Vita – December 2018

Barnes, M.L. & Freyd, J. J. (2017, September). Who Would You Tell?: College Student
    Perspectives Regarding Sexual Violence Reporting on Campus. Poster presented
    at the 22nd International Summit on Violence, Abuse & Trauma, San Diego, CA,
    21-27 September 2017.

Gómez, J. M., & Freyd, J. J. (2017, September). Psychological outcomes of within-group
    sexual violence: Evidence of cultural betrayal. Poster presented at the 22nd
    International Summit on Violence, Abuse & Trauma, San Diego, CA, 21-27
    September 2017.

Freyd, J.J. (2017, October). Institutional Betrayal and Workplace Investigations: Risks
    and mitigation strategies for employers and investigators, Association of
    Workplace Investigators, Marina del Rey, California, 5-7 October 2017.

Freyd, J.J. (2017, November). Harassment in the lab: institutional betrayal as a barrier for
    women in science, Presentation sponsored by the Women in Life Science Group,
    the Science Policy Group, the Graduate Division, and Campus Advocacy
    Resources & Education, University of California, San Francisco, 7 November
    2017.

Freyd, J.J. (2017, December). Participant in Round Table (5 December) and Panelist in
    Town Hall (6 December) at #AfterMeToo, Toronto, Canada, 5-6 December 2017.

Freyd, J.J. (2018, February). Institutional Betrayal.  Guest presenter in Stanford's course
    "The Law, Policy, and Politics of Campus Sexual Assault," Stanford University,
    Stanford, California, 7 February 2018.

Freyd, J.J. (2018, March). Compounded harm of betrayal trauma and institutional
    betrayal. Presentation at the Center on Stress and Health, Department of
    Psychiatry & Behavioral Science, Stanford University School of Medicine,
    Stanford, California, 2 March 2018.

Freyd, J.J. (2018, March). Addressing sexual harassment with institutional courage.
    Presentation and panelist at the 5th annual Wharton People Analytics Conference,
    University of Pennsylvania, Philadelphia, Pennsylvania, 22-23 March 2018.

Freyd, J.J. (2018, April). Sexual Assault and Harassment: Moving from Institutional
    Betrayal to Institutional Courage.  Public Lecture, Bucknell University,
    Lewisburg, Pennsylvania, 9 April 2018.

Freyd, J.J. (2018, April). The Barriers of Betrayal: Sexual Harassment in the Lab.
    Presentation sponsored by the Vice Provost for Faculty Development and
    Diversity, Vice Provost for Graduate Education, and The Clayman Institute,
    Stanford University, Stanford, California, 12 April 2018.

Freyd, J.J. (2018, April). Institutional Betrayal and Institutional Courage in the Age of
    #MeToo.  Distinguished Speaker for 98th Annual Meeting of the Western
    Psychological Association, Portland, Oregon, 26-29 April 2018.

Freyd Declaration, Exhibit 1
Page 56

Jennifer J. Freyd                                                    Vita – December 2018

Freyd, J.J. (2018, May). Title IX & Campus Sexual Assault Policy. A Public Discussion Hosted by the Stanford Political Union, Stanford University, Stanford, California, 23 May 2018.

Freyd, J.J. (2018, July). Betrayal Trauma Theory: Memory, Health, & Gender. Key note presentation on 31 July invited for "Trust, Love and Betrayal", the 3rd Biennial Childhood Trauma Conference, Australian Childhood Foundation, Melbourne Convention Centre in Australia, 29 July to 3 August 2018.

Freyd, J.J. (2018, August). Moving from Institutional Betrayal to Institutional Courage. Plenary presentation on 1 August invited for "Trust, Love and Betrayal", the 3rd Biennial Childhood Trauma Conference, Australian Childhood Foundation, Melbourne Convention Centre in Australia, 29 July to 3 August 2018.

Adams-Clark, A., Rosenthal, M., & Freyd, J. J. (2018, September). Haunted by Harassment: Sexual Harassment Experiences Linked to General Dissociation, Sexual Dissociation, Sexual Communication, and Sexual Body Esteem. Poster presented at the 23rd International Summit on Violence, Abuse & Trauma, La Jolla, CA, 6-9 September 2018.

Smidt, A. M., Rosenthal, M. N., & Freyd, J. J. (2018, September). Location, location, location: Geographical heat maps as critical components of climate surveys of campus sexual assault. Poster presented at the 23rd International Summit on Violence, Abuse & Trauma, La Jolla, CA, 6-9 September 2018.

Freyd, J.J. (2018, September). Building Institutional Courage. Public lecture at the University of Portland, Portland, Oregon, 25 September 2018.

Freyd, J.J. (2018, October). Institutional Betrayal. Keynote Presentation for "Do No Harm" a conference of the United Methodist Church, San Antonio, Texas, October 11-13, 2018.

Freyd, J.J. (2018, October). The Era of #MeToo: Sexual Violence, Health, and Institutional Betrayal. Grand Rounds Speaker, Department of Psychiatry and Behavioral Sciences, Stanford University School of Medicine, Stanford, California, 25 October 2018.

Freyd, J.J. (2018, November). Sex-Based Harassment on Campus: Institutional Betrayal as a Barrier for Women. Public lecture, Women's Center, Princeton University, Princeton, New Jersey, 7 November 2018.

Freyd, J.J. (2018, November). Institutional Betrayal and Institutional Courage, Fellow Seminar Presentation, Center for Advanced Study in the Behavioral Sciences, Stanford University, Stanford, California, 14 November 2018.

Freyd, J.J. (2019, January). Addressing Sexual Harassment with Institutional Courage, Presentation for Human Resources Professionals Association (HRPA) Annual Conference, Metro Convention Centre in Toronto, Canada, 31 January 2019.

Freyd Declaration, Exhibit 1
Page 57

Freyd, J.J. (2019, February). Panel presentation, Betrayal and Courage in the Age of #MeToo, CASBS Symposium, Center for Advanced Study in the Behavioral Sciences, Stanford University, Stanford, California, 12 February 2019.

Freyd, J.J. (2019, February). Workshop on Institutional Courage, Presented by the VMWare Women's Leadership Innovation Lab of Stanford University, 25 February 2019.

Freyd, J.J. (2019, February). Promoting Institutional Courage in the Age of #MeToo: Research-based Tools for Responding Well to Workplace Harassment and Regaining Employee Trust, Lecture, Bryant University, Smithfield, Rhode Island, 28 February 2019.

Freyd, J.J. (2019, March). Plenary speaker at the 50th Anniversary Conference of the Association of Women in Psychology (AWP), Newport, Rhode Island, 1-3 March 2019.

Smidt, A. M. & Freyd, J.J. (2019, April). Institutional betrayal & courage and sexual harassment: Gender & sexual orientation, 2019 Annual Conference of the Society for Industrial and Organizational Psychology, Gaylord National Resort & Conference Center, National Harbor, Maryland, 4-6 April 2019.

Freyd (2019, May). Institutional Courage.  Two full day workshops, sponsored by the Australian Childhood Foundation, Melbourne and Sydney Australia, 21 and 22 May 2019.

Nomination of Dr. Jennifer Freyd for 2017 Wayne Westling Award
By John E. Bonine, School of Law, and Greg Bryant, College of Education
April 25, 2017

We are pleased to nominate Dr. Jennifer Freyd, Psychology, for the 2017 Wayne Westling Award for University Leadership and Service.

We have observed Professor Freyd's consistent and persistent efforts to retain faculty governance and oversight as an animating principle at the University of Oregon.

I.   "Exemplary service over a period of years to the university through participation in university committees, advisory bodies, or faculty elective positions"............................................. 1
II.   "Inspired leadership and commitment to the principles of shared governance, participatory decision-making, and fostering a campus climate of inclusiveness and respect"........................... 2
    A.   Leadership through actions at the University .................................................. 3
    B.   Leadership through publicity ................................................................. 4
    C.   Other examples of leadership beyond the University ........................................ 5
III.   Conclusion ............................................................................................. 5

I.        "Exemplary service"

The first criterion for the award is "Exemplary service over a period of years to the university through participation in university committees, advisory bodies, or faculty elective positions." This criterion obviously involves not only presence on university bodies, but "exemplary" service on them.  Professor Freyd's service includes:

- Service on numerous University committees including:
    o   the Senate (2014-2018),
    o   the Senate Executive Committee (2014-2017),
    o   the Intercollegiate Athletics Committee (2013-2015),
    o   the University Committee on Sexual and Gender-Based Violence (2014-2016),
    o   the University's Responsible Reporting Work Group (2016-2017),
    o   the Senate Task Force on Free Speech (2016),
    o   and others.

Her service has been "exemplary."  Just a few of many examples:

- Successful fight in the University Senate for open committee meetings
- Efforts to protect shared governance when under threat, as in December 2015 when Professor Freyd worked tirelessly (and successfully) with others in the Senate Executive Committee and broader Senate to persuade the University President and Provost to withdraw a proposal to the Board of Trustees that would have crippled faculty participation in governance
- Insistence on a survivor-centered policy on sexual assault reporting that has helped lead to a model policy at the UO.

Here is a more complete list of her service on committees and such bodies:

Elected Member, Faculty Council of Representatives, Cornell, 1986-87
Elected Member, Executive Committee, Institute for Cognitive and Decisions Sciences, University of Oregon, 1991-94 (also chair, Committee on New Members, 1988-89; chair, Inaugural [1989], 4th [1992], and 7th Annual [1995] Attneave Lecture committees; organizer, Lecture Series in Cognitive Science and Mental Health, 1992-95).
Appointed Member, Executive Committee of the Center for the Study of Women in Society (CSWS), University of Oregon, 1991-92.  Appointed Member, Research Proposal Review Committee of CSWS, 1995-96.
Appointed Member, Child Care Committee, University of Oregon, 1987-1989; 1990-91.
Appointed member, Status of Women Committee, University of Oregon, 1998-2000.
Appointed Member, Teaching Effectiveness Program Advisory Group member, 2000-2005.
Appointed member, Internal Review Board/ Human Subjects Compliance Committee, University of Oregon, 2002-2005.
Appointed member, Human Research Protection Program Accreditation Working Group, University of Oregon, 2006-2007.
Appointed member, Excellence Awards Committee, Graduate School 2013.
Appointed Chair of Undergraduate Education Committee, Director of Undergraduate Studies, Department of Psychology, 2004-2008.
Elected to Psychology Department Executive Committee, 1999-2000; 2006-08.
Elected Member, Dean's Advisory Committee (promotion and tenure committee), College of Arts & Sciences, University of Oregon, 1990-1991, 1992-1993, and 2009-2010.
Appointed member and/or chair of various committees each year in the Department of Psychology.
Elected Member, Intercollegiate Athletics Committee, 2013-2015
Appointed Member, University Senate Task Force to Address Sexual Violence and Survivor Support, 2014-15
Appointed Member, University Committee to Address Sexual and Gender-Based, 2015-2016
Elected Member (2 year term), University Senate, 2014-2016 and 2016-2018
Appointed Member (1 year term), University Senate Executive Committee, 2014-2015l 2015-2016; and 2016-2017
Appointed Member, Senate Responsible Reporting Working Group, 2016-2017
Appointed Member, Senate Task Force on Time, Place and Manner Restrictions of Free Speech, 2016-2017

II.    "Inspired leadership and commitment"

The second criterior is "Inspired leadership and commitment to the principles of shared governance, participatory decision-making, and fostering a campus climate of inclusiveness and respect."  Professor Freyd is a committed and inspiring leader in working for inclusiveness and respect, making decision-making truly participatory, and helping preserve shared governance at the University.

2

A.    Leadership through actions at the University

Jennifer was among the very first to recognize that the issue of sexual assault was being largely ignored, both at the University and nationwide.  Her academic research into the phenomenon that she and her graduate students in psychology labeled as "institutional betrayal" led to students, faculty, and staff both at Oregon and across the nation to recognize more clearly what was going wrong and formulate plans to fix the problem.

But her work on this issue was not only scholarly.  She put her concerns into practice.  Professor Freyd's efforts have included:

• Efforts to rectify gender discrimination in salary practices
• Especially beginning in early 2013, numerous individual meetings with UO Presidents, Senior Administrators, Deans, AAEO, etc., advocating and advising them regarding sexual violence
• Pushing for sexual assault surveys of our students and completion of two major UO sexual violence surveys
• Co-creation of nationwide collaboration on sexual assault surveys that has become widely adopted
• Protest against administration access to confidential counseling records that has helped lead to reforms that protect students
• Successfully recruiting and nurturing three African-American doctoral students in recent years –an actual achievement to address diversity that stands in stark contrast to the pattern otherwise present in various parts of the University.

Professor Freyd's pursuit of good governance and protection of students, faculty, and staff has sometimes put her at cross purposes with some others. More often it has put her in sync with the deepest strivings and ideals of others.  In summer 2014 an administrator and a public relations official of the University used the fact of her passionate advocacy of safety for students to question (without evidence) the objectivity of research plans that she put forward to determine the extent of sexual assault at the University of Oregon.  When a professor is attacked by a university official because of the nature of her service to the university, it becomes all the more important that the University Senate stand up for that professor.

Although the calumny was never repudiated publicly by those who had uttered it, the Interim President of the University did inform persons working on the matter inside the University of the value of her research to policy-making:

From: Interim President Coltrane
Sent: Tuesday, September 30, 2014 10:05 AM
To: 'Carol Stabile'; Randy Sullivan
Cc: Frances Bronet; Jennifer Freyd; Carly Smith; mnr
Subject: Professor Freyd's report to the task force

Dear Senate Task Force Co-chairs Carol Stabile and Randy Sullivan,

3

Professor Freyd invited me to hear her present the initial findings of her campus climate survey to the Senate Task Force to Address Sexual Violence and Support Survivors at your meeting today. I regret that both acting Provost Bronet and I are unable to attend, but we did have the opportunity to meet with Professor Freyd on Monday.

The University of Oregon appreciates the efforts of Professor Freyd, Carly Smith, and Marina Rosenthal to assess the attitudes, behaviors, and experiences of our students. Sexual violence on college campuses is a national concern, and properly addressing this matter is one of our highest priorities. We anticipate that Professor Freyd's work will add to our understanding of the issue, and the UO will consider the findings from her survey in conjunction with climate assessment work that the UO plans to undertake as part of a national effort. We look forward to working with Professor Freyd and other universities across the country on an assessment tool that is being developed, and we hope to share the results of Dr. Freyd's research with the other universities.

We are also gathering information about our practices through the work of the president's review panel and the work of the task force you both chair. It is gratifying that we have engaged faculty, staff, and students who are helping us to determine the best way forward to deal with this pressing social problem. We appreciate that Professor Freyd's lab is conducting this research and that they are planning to share results broadly.

Working together we can make progress identifying the most important aspects of the problem and collectively developing solutions to them.

Sincerely,

Scott Coltrane
Interim President

B.    Leadership through publicity

Professor Freyd has taken her devotion to governance to local and national media as well, understanding that the University benefits from its interactions with society. Some recent examples include:

Freyd, J.J. (2014). Official campus statistics for sexual violence mislead. [Op-Ed] *Al Jazeera America*, July 14, 2014.

Gomez, J.M. & Freyd, J.J. (2014). Institutional betrayal makes violence more toxic. [Op-Ed] *The Register-Guard* (Eugene, Oregon), August 22, 2014, p A9.

Freyd, J.J. (2014) Use science as tool on campus sexual assault. Â [Op-Ed] *The Register-Guard* (Eugene, Oregon), November 9, 2014, p H4.

Freyd, J.J. (2015) UO needs to take action to restore students' trust. [Op-Ed] *The Register-Guard* (Eugene, Oregon), March 17, 2015, p A11.

Freyd, J.J. (2015) UO can move beyond institutional betrayal. [Op-Ed] *The Register-Guard* (Eugene, Oregon), May 7, 2015, p A9.

4

Freyd, J.J. (2015). Examining Denial Tactics: Were Victims Overrepresented in the AAU Survey of Sexual Violence on College Campuses? *The Blog, Huffington Post*, September 29, 2015.

Freyd, J.J. (2016). The Problem with "Required Reporting" Rules for Sexual Violence on Campus. *The Blog, Huffington Post*, April 25, 2016.

Rosenthal, M.N., Smidt, A.M., & Freyd, J.J. (2016) Sexual harassment compromises graduate students' safety. *The Conversation*, 18 May 2016.

Others on the Huffington Post:

12/01/16, Required Supporting Instead of Required Reporting: Responding Well to Disclosures of Campus Sexual Violence

06/21/16, Open Letter to the Administration and Trustees of Stanford University

04/25/16, The Problem with "Required Reporting" Rules for Sexual Violence on Campus

09/29/15, Examining Denial Tactics: Were Victims Overrepresented in the AAU Survey of Sexual Violence On College Campuses?

C.    Other examples of leadership beyond the University

Professor Freyd's leadership and commitment to "fostering a campus climate of inclusiveness and respect" is not limited to work on campus.  She has helped make the University and its faculty a recognized leader nationally.  Her activities have included:

- City Club of Eugene speaker, 2014
- Oregon Attorney General's Sexual Assault Task Force speaker, 2014
- Invited to discuss research with the White House Advisor on Violence against Women, Washington DC, 25 March 2014.  Second invitation to White House to attend Task Force report announcement with Joe Biden on 29 April 2014.
- Consulted in 2014, 2015, and 2016 for various legislators at the state and national levels including US Senator Kirsten Gillibrand and US Representative Jackie Speier on campus sexual assault research and policy, including addressing the lack of federal funding for research on sexual violence.
- Advisory Board, Faculty Against Rape (FAR), 2014 -
- Higher Education Advisory Board, Sexual Health Innovations (a 501 (c)3 organization), 2016 – (This organization produces Callisto, an information escrow system, the leading software for trauma-informed reporting of sexual assault.)
- Teleconference presentation and panel discussion for the American Bar Association, 2016

III.    Conclusion

While rigorously pursuing her scholarship (thousands of citations to her work in the research of others) and teaching (known as a role model and effective, collaborative teacher), Dr. Jennifer Freyd has been one of the most important leaders in service at the University of Oregon for years.  She would be a perfect recipient of the Wayne Westling Award for University Leadership and Service.