**Paula A. Barran,** OSB No. 803974
pbarran@barran.com
**Shayda Zaerpoor Le,** OSB No. 121547
sle@barran.com
**Donovan L. Bonner,** OSB No. 181929
dbonner@barran.com
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212
Attorneys for Defendants
University of Oregon and Hal Sadofsky

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland

| | |
|---|---|
| JENNIFER JOY FREYD, | CV. 6:17-cv-448-MC |
| Plaintiff, | |
| v. | DECLARATION OF DEBRA J. RINGOLD, PH.D. IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS UNIVERSITY OF OREGON AND SADOFSKY'S MOTION FOR SUMMARY JUDGMENT |
| UNIVERSITY OF OREGON, MICHAEL H. SCHILL and HAL SADOFSKY, | |
| Defendants. | |

I, Debra Jones Ringold, Ph.D., declare as follows:

I am Professor of Marketing in, and Dean Emeritus and JELD-WEN Chair of Free Enterprise of, the Atkinson Graduate School of Management, Willamette University. Based upon my professional experience and qualifications, which are more fully described in my report and curriculum vita, I was retained on behalf of the University of Oregon to evaluate the Declaration

//
//
//

Page 1 – DECLARATION OF DEBRA J. RINGOLD, PH.D. IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS UNIVERSITY OF OREGON AND SADOFSKY'S MOTION FOR SUMMARY JUDGMENT

00723895.1

**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-1212

of Kevin E. Cahill, Ph.D. filed in this litigation. I have prepared a report and findings, attached hereto as Exhibit A, and which I adopt as part of this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 3rd day of January, 2019.

_____
Debra J. Ringold, Ph.D.

Page 2 – DECLARATION OF DEBRA J. RINGOLD, PH.D. IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS UNIVERSITY OF OREGON AND SADOFSKY'S MOTION FOR SUMMARY JUDGMENT

BARRAN LIEBMAN LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-1212

00723895.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January, 2019, I served the foregoing **DECLARATION OF DEBRA J. RINGOLD IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS UNIVERSITY OF OREGON AND SADOFSKY'S MOTION FOR SUMMARY JUDGMENT** on the following parties at the following addresses:

| | |
|---|---|
| Jennifer J. Middleton<br>Caitlin V. Mitchell<br>Johnson Johnson Lucas & Middleton, PC<br>975 Oak Street, Suite 1050<br>Eugene, OR 97401-3124<br>jmiddleton@justicelawyers.com<br>cmitchell@justicelawyers.com<br>Attorneys for Plaintiff | Whitney Stark<br>Albies & Stark, LLC<br>210 SW Morrison Street, Suite 400<br>Portland, OR 97204-3189<br>whitney@albiesstark.com<br>Attorneys for Plaintiff |

Stephen F. English
Cody Weston
Nathan R. Morales
Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
senglish@perkinscoie.com
cweston@perkinscoie.com
nmorales@perkinscoie.com
Attorneys for Defendant Michael H. Schill

by the following indicated method or methods set forth below:

☒ **Electronic Filing using the Court's ECF System**

☐ **First-class mail, postage prepaid**

☐ **Hand-delivery**

☐ **Overnight courier, delivery prepaid**

☐ **E-mail**

*s/Paula A. Barran*
―――――――――――――――――
Paula A. Barran
Shayda Zaerpoor Le

Page 1 – CERTIFICATE OF SERVICE

00723895.1