Paula A. Barran, OSB No. 803974
pbarran@barran.com
Shayda Zaerpoor Le, OSB No. 121547
sle@barran.com
Donovan L. Bonner, OSB No. 181929
dbonner@barran.com
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212
Attorneys for Defendants
University of Oregon and Hal Sadofsky

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland

| | |
|---|---|
| JENNIFER JOY FREYD,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF OREGON, MICHAEL H. SCHILL and HAL SADOFSKY,<br><br>Defendants. | CV. 6:17-cv-448-MC<br><br>**DECLARATION OF PAULA A. BARRAN IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS UNIVERSITY OF OREGON AND SADOFSKY'S MOTION FOR SUMMARY JUDGMENT** |

I, Paula A. Barran, declare as follows:

1.  I am one of the attorneys for defendants University of Oregon and Hal Sadofsky (collectively "defendants") in the above-captioned matter. I make this Declaration in Support of Defendants' Reply Memorandum in Support of Defendants' Motion for Summary Judgment.

2.  Attached to this Declaration as Exhibit A is a true and correct copy of excerpts of the deposition of Jennifer Freyd taken on February 14, 2018.

Page 1 – DECLARATION OF PAULA A. BARRAN IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS UNIVERSITY OF OREGON AND SADOFSKY'S MOTION FOR SUMMARY JUDGMENT

00723895.1

BARRAN LIEBMAN LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-1212

3. Attached to this Declaration as Exhibit B is a true and correct copy of excerpts of the deposition of Ulrich Mayr taken on June 13, 2018.

4. Attached to this Declaration as Exhibit C is a true and correct copy of excerpts of the deposition of Hal Sadofsky taken on June 18, 2018.

5. Attached to this Declaration as Exhibit D is a true and correct copy of excerpts of the deposition of Scott Coltrane taken on June 15, 2018.

6. Attached to this Declaration as Exhibit E is a true and correct copy of excerpts of the deposition of Michael Schill taken on June 20, 2018.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 4th day of January, 2019.

_____
Paula A. Barran

Page 2 – DECLARATION OF PAULA A. BARRAN IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS UNIVERSITY OF OREGON AND SADOFSKY'S MOTION FOR SUMMARY JUDGMENT

00723895.1

BARRAN LIEBMAN LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500   FAX (503) 274-1212

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January, 2019, I served the foregoing **DECLARATION OF PAULA A. BARRAN IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS UNIVERSITY OF OREGON AND SADOFSKY'S MOTION FOR SUMMARY JUDGMENT** on the following parties at the following addresses:

| | |
|---|---|
| Jennifer J. Middleton<br>Caitlin V. Mitchell<br>Johnson Johnson Lucas & Middleton, PC<br>975 Oak Street, Suite 1050<br>Eugene, OR 97401-3124<br>jmiddleton@justicelawyers.com<br>cmitchell@justicelawyers.com<br>Attorneys for Plaintiff | Whitney Stark<br>Albies & Stark, LLC<br>210 SW Morrison Street, Suite 400<br>Portland, OR 97204-3189<br>whitney@albiesstark.com<br>Attorneys for Plaintiff |

Stephen F. English
Cody Weston
Nathan R. Morales
Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
senglish@perkinscoie.com
cweston@perkinscoie.com
nmorales@perkinscoie.com
Attorneys for Defendant Michael H. Schill

by the following indicated method or methods set forth below:

☒ **Electronic Filing using the Court's ECF System**

☐ **First-class mail, postage prepaid**

☐ **Hand-delivery**

☐ **Overnight courier, delivery prepaid**

☐ **E-mail**

*s/Paula A. Barran*
―――――――――――――――
Paula A. Barran
Shayda Zaerpoor Le

Page 1 – CERTIFICATE OF SERVICE

00723895.1