*Michael Schill*

*Freyd v University of Oregon, et al*

*June 20th, 2018*



CC REPORTING AND VIDEOCONFERENCING
172 East 8th Ave
Eugene, OR 97401
541-485-0111
www.ccreporting.com

**Page 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

JENNIFER JOY FREYD,                )
            Plaintiff,             ) No. 6:17-CV-00448-MC
        v.                         )
UNIVERSITY OF OREGON,              )
MICHAEL H. SCHILL and HAL          )
SADOFSKY,                          )
            Defendants.            )

DEPOSITION OF MICHAEL H. SCHILL

June 20, 2018

Wednesday

9:09 A.M.

THE VIDEOTAPED DEPOSITION OF MICHAEL SCHILL was commenced at Ford Alumni Center, 1720 East 13th Avenue, Room 340, Eugene, Oregon, before Jan R. Duiven, CSR, FCRR, CRC, Certified Shorthand Reporter in and for the State of Oregon.

**Page 2**

1                   APPEARANCES
2
3   For the Plaintiff:
4       JOHNSON JOHNSON LUCAS & MIDDLETON
5       975 Oak Street, Suite 1050
6       Eugene, Oregon 97401
7       541/484-2434
8       BY:  MS. JENNIFER MIDDLETON
9       jmiddleton@justicelawyers.com
10
11  For Defendants U of O and Hal Sadofsky:
12      BARRAN LIEBMAN LLP
13      601 SW 2nd Avenue, Suite 2300
14      Portland, Oregon 97204
15      503/228-0500
16      BY:  MS. PAULA BARRAN
17      pbarran@barran.com
18      (Appearing by telephone)
19  -AND-
20      BY:  MS. SHAYDA ZAERPOOR LE
21      sle@barran.com
22  -AND-
23      BY:  MR. DONOVAN BONNER
24      dbonner@barran.com
25  (Continued)

**Page 3**

1                  APPEARANCES (continued)
2
3   For Defendant Michael Schill:
4       PERKINS COIE
5       1120 NW Couch, 10th Floor
6       Portland, Oregon 97209
7       503/727-2000
8       BY:  MR. STEPHEN F. ENGLISH
9       senglish@perkinscoie.com
10  -AND-
11      BY:  MR. NATHAN R. MORALES
12      nmorales@perkinscoie.com
13
14  For the Defendant U of O and Michael Schill:
15      OFFICE OF THE GENERAL COUNSEL
16      1226 University of Oregon
17      219 Johnson Hall
18      Eugene, Oregon 97403
19      541-346-3082
20      BY:  MR. KEVIN S. REED
21      ksreed@uoregon.edu
22  -AND-
23      BY:  MS. CRISTELA DELGADO
24      cdelgado@uoregon.edu
25  (Continued)

**Page 4**

1
2                  APPEARANCES (Continued)
3
4   Also Present:
5       ROBIN CASSIDY-DURAN, CLVS, VIDEOGRAPHER
6       JENNIFER JOY FREYD
7
8   Reported by:
9       JAN R. DUIVEN, CSR, FCRR, CRC
10      CC REPORTING & VIDEOCONFERENCING
11      EUGENE 541/485-0111

5

```
1                       INDEX
2    WITNESS.......................................PAGE
3    MICHAEL SCHILL
4        BY MS. MIDDLETON                    7
5
6    EXHIBITS......................................PAGE
7    Exhibit 1    U of O Mission Statement      20
8    Exhibit 2    U of O Equity Salary Review   55
9    Exhibit 3    Email Chain, 2/12/18          97
10   Exhibit 4    Email Chain, Multiple Dates  103
11   Exhibit 5    12/6/16 Memo From Mayr       111
12   Exhibit 6    Discrimination Complaint and
                  Response                     114
13   Exhibit 7    Email Chain, March 2017      132
14   Exhibit 8    "Around the O" Article       143
15   Exhibit 9    Email Chain, May 2016        146
16
17
18
19
20
21
22
23
24
25
```

6

```
1                 THE VIDEOGRAPHER:  Today's date is
2    June 20, 2018.  The time is 9:09 a.m.  We're
3    present for the videotaped deposition of
4    Michael H. Schill, in the matter of Jennifer Joy
5    Freyd, plaintiff, versus University of Oregon,
6    Michael H. Schill, and Hal Sadofsky, defendants,
7    in the United States District Court for the
8    District of Oregon, Eugene Division, Case
9    No. 6:17-cv-00448MC.
10                Would all present please identify
11   themselves beginning with the witness.
12                THE WITNESS:  Michael Schill.
13                MR. ENGLISH:  Stephen English on
14   behalf of defendant Michael Schill.
15                MR. MORALES:  Nathan Morales on
16   behalf of defendant Michael Schill.
17                MR. REED:  Kevin Reed on behalf of
18   defendants University of Oregon and Hal Sadofsky.
19                MS. LE:  Shayda Le on behalf of
20   defendants University of Oregon and Hal Sadofsky.
21                MR. BONNER:  Donovan Bonner on
22   behalf of University of Oregon and Hal Sadofsky.
23                MS. DELGADO:  Cristela Delgado on
24   behalf of the University of Oregon and President
25   Schill.
```

7

```
1                MS. MIDDLETON:  Jennifer Middleton
2    on behalf of plaintiff, Jennifer Freyd, who is
3    also here in the room.
4                THE VIDEOGRAPHER:  Will the court
5    reporter please swear in the witness.
6
7                MICHAEL SCHILL,
8    having been first duly sworn to testify the truth,
9    the whole truth, and nothing but the truth, was
10   examined and testified as follows:
11
12                    EXAMINATION
13   BY MS. MIDDLETON:
14        Q.    Good morning, Mr. Schill.
15        A.    Hello.
16        Q.    Have you ever had your deposition
17   taken before?
18        A.    Once.
19        Q.    All right.  Well, just some basic
20   ground rules.  Our court reporter, Jan, is taking
21   down everything we say, as you can tell, so I will
22   do my best to not speak over you and let you
23   finish your responses before I ask the next
24   question.  And if you could try to let me finish
25   my question before you respond, that will help us
```

8

```
1    get a clear record.  Okay?
2        A.    Hard for a law professor to do, but I
3    will do my best.
4        Q.    Academics, in particular, seem to have
5    a rough time, but thank you.
6              Your responses also need to be
7    audible.  So even though we have a videotape here,
8    a nod of the head or "uh-huh," "huh-uh," doesn't
9    show up well on the transcript.  And I may from
10   time to time say, "Is that a yes or is that a no?"
11   And I don't mean to be badgering you.  I'm just
12   simply trying to get a clear record.  Okay?
13        A.    Uh-huh.  Yes.
14        Q.    Okay.  And if at any time I ask you a
15   question you don't understand, please ask me to
16   rephrase it or let me know you don't understand.
17   Okay?
18        A.    Sure.
19        Q.    Great.  If you ever need to take a
20   break, just let me know, but you do need to
21   respond to whatever question is on the table
22   before we take the break.
23              What is your current position?
24        A.    I'm president of the University of
25   Oregon and I'm also professor of law in the law
```

9

1  school.
2      Q.    How long have you been at the
3  University of Oregon?
4      A.    I started -- my date of appointment
5  was July 1, 2015.
6      Q.    Who reports to you?
7      A.    Well, my direct reports include all of
8  the vice presidents and the provost, in addition
9  the Title IX officer reports to me, the -- I
10  believe he would be an associate vice president
11  for tribal relations reports to me.  I have a part
12  report of the vice president for research and
13  innovation.
14      Q.    Does the general counsel report to you
15  also?
16      A.    Yes.  He's a vice president.
17      Q.    Oh, okay.  And you're also president
18  of the faculty.  Is that correct?
19      A.    I think in our constitution I am the
20  president of the faculty, although I don't preside
21  over the senate.
22      Q.    What does it mean in your day-to-day
23  work to be president of the faculty?
24      A.    In my day-to-day work it is a title,
25  but it's something more than a title because it

10

1  shows that I am part of the faculty and I'm the
2  leader of the faculty, so that's a position I care
3  about because I'm an academic.
4      Q.    As president, you're ultimately
5  responsible for everything that happens on campus.
6  Correct?
7      A.    Ultimately, you know, if we think of
8  "the buck stops here," yes.  I don't have,
9  obviously, operational responsibility over
10  everything.
11      Q.    So if a court were to order that
12  Professor Freyd's salary should be increased,
13  would you be the person responsible for making
14  sure that happened?
15      A.    I think the provost would more likely
16  be responsible.  The provost handles academic
17  matters and the deans report to the provost.
18  Obviously, the provost reports to me, so
19  ultimately the responsibility would be mine that
20  we'd adhere to law.  But certainly it would be an
21  attenuated or boarding structure to get to me on
22  something like that.
23      Q.    Can you describe your priorities in
24  leading the University of Oregon?
25      A.    Yeah.  So I have three priorities.

11

1  You know, obviously, there's a million things that
2  I -- that I care about at the university, but
3  three major priorities.  One is to enhance our
4  academic -- both our reputation academically, our
5  research, our research grants from the federal
6  government as one indicia of that.
7      I also care about improving our
8  teaching, making sure that we are educating the
9  next generation of Oregonians.  Secondly, so the
10  second -- so that's one bucket of priority.
11      The second bucket of priority is that
12  we ensure our students' success, meaning that we
13  want to be an accessible university.  Oregon isn't
14  a wealthy state and so we want to make sure
15  students of all sorts can come here, but very
16  importantly, we want them to succeed because just
17  getting them in the door isn't enough.  We have to
18  make sure they graduate in a timely fashion.  So
19  students' success, access, affordability is the
20  second bucket.
21      And the third bucket is diversity and
22  an environment where we can learn from each other
23  and grow.
24      Q.    Let's talk about diversity.  Can you
25  tell me a little bit more about what your

12

1  initiatives or priorities are specifically in that
2  area?
3      A.    Sure.  Shortly after I came -- when I
4  arrived here, there had been work that was ongoing
5  for a while on something called the Ideal Plan,
6  which is a diversity strategic plan.  We -- I
7  stepped in and we went through the Ideal Plan.  It
8  was a draft at the time.  Ultimately, we -- we
9  wrote portions of it and then we improved it.
10      In the past year, we have been --
11  we've asked each of our departments and each of
12  our units to do diversity action plans where they
13  would state five or six things that they could do
14  to enhance campus climate, inclusion, diversity,
15  and what we did is equity in the various units.
16      And then what we did is we asked them
17  for metrics that we could judge them on after --
18  after a year -- every year as deans were coming up
19  for evaluation.  We are finalizing that right now.
20  But we have over 30 diversity action plans.
21      I also -- with the growth of the Black
22  Lives Matter movement, we've spent a lot of time
23  on working with our African-American students on a
24  series of demands that they gave us.  So we're
25  doing things like building a black cultural

Ex. E, Page 4 of 7
Decl. of P. Barran in Support of Reply Memo

---

**13**

1  center.  We've changed the multicultural
2  requirement.  Indeed, I think Jennifer's on the
3  senate this year.  She was involved in that.
4        We are doing things that we hired
5  African-American faculty into a black culture -- a
6  black cluster.  That was something that was done
7  by the College of Arts and Sciences.  We'll
8  probably have a black studies minor at some point
9  soon.  So it's a series of about 12 or 13 things
10  that we're doing there.
11        We're also trying to do outreach to
12  LGBTQ groups, to our Latino populations to -- you
13  know, obviously women, and the idea is every group
14  is different.  And so you can't just sort of say,
15  We're going to do X and everyone is going to
16  benefit from that.  So we try to be very focused
17  on what the group needs.
18        Some groups are less articulate than
19  others in terms of telling us what they need, and
20  so we have to kind of go back and research and,
21  you know, identify what the needs are.
22    Q.    And another one of the priorities you
23  mentioned was enhancing the university's
24  reputation academically.
25    A.    Yes.

---

**14**

1    Q.    Can you tell me a little bit more
2  about how specifically you're endeavoring to do
3  that?
4    A.    Sure.  So the main way that we are
5  trying to do that is through -- well, it's a
6  multi-pronged approach, but one is to hire more
7  tenure-related faculty, because tenure-related
8  faculty are typically the ones that do research.
9  Not entirely.  Some in the School of Education,
10  for example do that, spend their time doing
11  research, but mostly it's tenure-related faculty.
12  So we're doing that.
13        It is we're trying to recruit.  So
14  we're trying to hire -- so far we're up about
15  60 faculty since I came here net additions.  We're
16  trying to get to between 80 to 100 faculty.  We
17  want them all to be highly research active.
18        We put an emphasis on the sciences,
19  the natural sciences in particular.  And we've
20  also -- one of my top objectives is to increase
21  our federal funding, because this school ranks
22  very low among our peers in federal research
23  funding.  So that has been a repeated effort as
24  we've done that.
25        One of the reasons is we don't have an

---

**15**

1  engineering school and we don't have a medical
2  school, which are big sources of those sorts of
3  funding opportunities.
4        We have -- another thing that we've
5  done is we've gotten a gift from Phil and Penny
6  Knight to establish the Knight Campus for
7  Accelerating Scientific Impact, which will be
8  applied science, and so that's a whole other area
9  for us.  We've not -- we've never really done
10  that.  And so -- and we are hoping that that will
11  be very competitive in applying for federal
12  research support.
13        The -- we also want to retain faculty.
14  That's something that's very important.  It's
15  easier -- it's always easier to hire than it is to
16  retain -- I'm sorry.  It's easier to retain than
17  it is to hire, because you've got the people here,
18  and we tend to hire on the young side.  So --
19  because they're more affordable, we can have more
20  of our pick of who -- of the population.
21        So those are some of the ways in which
22  we are moving forward.  We're also trying to get
23  each of the deans to identify a set of priorities
24  for what will move their schools forward
25  academically, because what will move -- it's not

---

**16**

1  just a let's build the natural sciences, even
2  though that's of -- most people on campus know
3  that's a big focus of mine.  But, in addition, I
4  want the entire university to get better and so we
5  want each dean to be thinking about what will make
6  his or her particular unit better.
7    Q.    One of the things you mentioned was
8  increasing federal grants.  The purpose of those
9  federal grants is to enable research.  Right?
10    A.    Yes.
11    Q.    So, ultimately, the goal is to
12  increase research.  Correct?
13    A.    The goal is to -- so the initial goal
14  is to increase research.  There's overhead from
15  the grants, some of which is poured back into the
16  research.  Some is poured back into facilities for
17  the research.  I don't know.  It may be that some
18  of it is -- finds its way into the departments for
19  academic purposes other than research, but it
20  would be a relatively small chunk.  But that
21  supports the entire research effort of the
22  university.
23        And it isn't necessarily one for one
24  that it comes back to the researcher rights.  So I
25  know that our VPRI might take a portion of the

---

Ex. E, Page 5 of 7
Decl. of P. Barran in Support of Reply Memo

Michael Schill

17

1    overhead that comes from the natural sciences and
2    give it in grants to people in the humanities who
3    are doing research and who don't have
4    opportunities, the same sort of opportunities as
5    the natural scientist to get grant funding.
6           But, you know, additionally -- so,
7    yes.  So the answer is yes.  And -- but research
8    is also an indication and federal grants are also
9    an indication of the quality of the university, of
10   an R1 university.
11        Q.    Why federal grants in particular?
12        A.    Because federal grants are peer
13   reviewed, and so grants from NIH and grants from
14   NSF, you don't get them unless your peers, who are
15   typically the top people in the field, determine
16   that you deserve them and -- and so there is
17   this -- it's a long-standing process in academics.
18          So to succeed in acquiring federal
19   grants suggests that your faculty are high
20   achieving, are doing work at the cutting edge,
21   because people in other fields are recognizing
22   them as such.
23        Q.    Is the same true for at least some
24   private grants?
25              MR. ENGLISH:  Is -- is what true?

18

1    BY MS. MIDDLETON:
2        Q.    Is the same true that they're peer
3    reviewed?
4        A.    No.  So if it is a gift -- if it is a
5    donation from a -- say, an alumnist, the grant
6    is -- they make the gift because they love the
7    school and they're sort of enchanted with the
8    idea.  They may like the faculty member, but
9    they're not seeing the whole -- or at least I
10   can't tell what's behind the screen whether
11   they're peer reviewed.
12       Q.     But what about a foundation grant?  So
13   let's say the Ford Foundation or some other
14   prestigious foundation.
15       A.     Maybe.  You know, I don't know -- I've
16   never -- I know less about foundation grant
17   making.  Certainly there are -- it probably
18   depends on the foundation.
19       Q.     State taxpayers in Oregon fund at
20   least a portion of the UO's mission.  Is that
21   right?
22       A.     Yes.  I believe they fund 13 percent
23   of our academic expenditures and about 6 percent
24   of our total expenditures.
25       Q.     Is there a value to the public in

19

1    getting the research that you want to see done
2    done without spending additional taxpayer dollars?
3        A.    I guess I don't understand the
4    question.
5        Q.    Well, I guess, you know, you talk
6    about federal grants.  Those are federal taxpayers
7    paying for the grants.  Correct?
8        A.    Right.
9        Q.    So if you can get the research done
10   without the federal grants, and not costing the
11   federal taxpayers money, do you -- would you see
12   that as a public good?
13             MR. ENGLISH:  Are you asking for his
14   opinion on this?
15             MS. MIDDLETON:  Yes.
16       A.     I mean, I -- I don't think it's
17   necessarily -- I think it's -- I think
18   high-quality research is good no matter what.
19   BY MS. MIDDLETON:
20       Q.     Regardless of the --
21       A.     What the -- what the source of
22   funding.
23             MS. MIDDLETON:  I'm going to pull
24   out an exhibit and I think we should mark these as
25   "Schill 1" and up.

20

1              MR. ENGLISH:  Just out of curiosity,
2    has this already been an exhibit to another
3    deposition?
4              MS. MIDDLETON:  No.
5              MR. ENGLISH:  Okay.  Are you doing
6    sequential from beginning to end or is each one --
7    each deposition is a sequential 1 through
8    whatever?
9              MS. MIDDLETON:  We have up until
10   now.  My thinking in starting with 1 is that we
11   have a new set of lawyers representing Mr. Schill.
12             MR. ENGLISH:  That's fine.
13             MS. MIDDLETON:  Plus, I'm not sure
14   what we ended with yesterday, but --
15             THE VIDEOGRAPHER:  She has them.
16             MS. MIDDLETON:  Do you have them?
17             THE VIDEOGRAPHER:  Yeah.
18             MR. ENGLISH:  That's fine.
19             MS. MIDDLETON:  Well, let me let the
20   court reporter mark that one.
21             MR. ENGLISH:  And it will get handed
22   over from the court reporter.
23             (Deposition Exhibit No. 1
24             marked for identification.)
25   ///

```
1    State of Oregon      )
                          ) ss.
2    County of Lane       )

3

4            I, Jan R. Duiven, CSR, FCRR, CRC, a

5    Certified Shorthand Reporter for the State of

6    Oregon, certify that the witness was sworn and the

7    transcript is a true record of the testimony given

8    by the witness; that at said time and place I

9    reported all testimony and other oral proceedings

10   in the matter; that the foregoing transcript

11   consisting of 164 pages, contains a full, true and

12   correct transcript of the proceedings reported by

13   me to the best of my ability on said date.

14           If any of the parties or the witness

15   requested review of the transcript at the time of

16   the proceedings, correction pages have been

17   inserted.

18           IN WITNESS WHEREOF, I have set my hand

19   this 2nd day of July, 2018, in the City of Eugene,

20   County of Lane, State of Oregon.

21

22

23   Jan R. Duiven, CSR, FCRR, CRC

24   CSR No. 96-0327

25   Expiration Date:  September 30, 2020
```

ccreporting.com