Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Cody M. Weston, OSB No. 984290
CWeston@perkinscoie.com
Nathan R. Morales, OSB No. 145763
NMorales@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Defendant
Michael H. Schill

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| JENNIFER JOY FREYD, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF OREGON, MICHAEL H. SCHILL, and HAL SADOFSKY, <br><br> Defendants. | **No. 6:17-cv-448-MC** <br><br> **DEFENDANT MICHAEL H. SCHILL'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Defendant Michael H. Schill ("Schill") files this reply to Plaintiff's Opposition to

Defendants' Motion for Summary Judgment. In support of his reply, Schill wholly adopts and

incorporates by reference, as if set forth herein, the Reply Memorandum in Support of

///

///

///

///

1 - DEFENDANT MICHAEL H. SCHILL'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Defendants University of Oregon and Sadofsky's Motion for Summary Judgment, and all

supporting documentation (both declarations and exhibits).

DATED:  January 4, 2019          **PERKINS COIE LLP**


By: s/ Nathan R. Morales
  Stephen F. English, OSB No. 730843
  SEnglish@perkinscoie.com
  Cody M. Weston, OSB No. 984290
  CWeston@perkinscoie.com
  Nathan R. Morales, OSB No. 145763
  NMorales@perkinscoie.com
  1120 N.W. Couch Street, 10th Floor
  Portland, OR  97209-4128
  Telephone:  503.727.2000
  Facsimile:  503.727.2222

  Attorneys for Defendant
  Michael H. Schill

2 -   DEFENDANT MICHAEL H. SCHILL'S REPLY IN
  SUPPORT OF MOTION FOR SUMMARY
  JUDGMENT
142727223.1