UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Jennifer Joy Freyd,

                    Plaintiff(s),

                                    Case No.: 6:17-CV-00448-MC

v.

University of Oregon,

                                    JOINT ALTERNATIVE DISPUTE
                                    RESOLUTION REPORT

                    Defendant(s).

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?

   ☑ Yes     ☐ No

   If not, provide an explanation:

   Discussions have only been preliminary. The parties view the merits of

   Professor Freyd's claims very differently.

2. The parties propose: *(check one of the following)*

   ☐ (a)     That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

   ☐ (b)     That the Court refer this case to mediation using a Court-sponsored mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

■ (c)   ADR may be helpful at a later date following completion of:

Summary judgment decision from the Court.

_____

_____

☐ (d)   The parties believe the Court would be of assistance in preparing for ADR by:

_____

_____

☐ (e)   The parties do not believe that any form of ADR will assist in the resolution of this case.

☐ (f)   Other:

_____

_____

_____

Dated: 02/08/2019          By: /s/ Jennifer Middleton
                               _____
                               Attorney for Prof. Freyd

                          By: /s/ Paula A. Barran
                               _____
                               Attorney for the University of Oregon

                          By: /s/ Nathan Morales
                               ^Attorney for Michael Schill

Joint Alternative Dispute Resolution Report                                    2
[Rev. 03/2018]

## CERTIFICATE OF SERVICE

I certify that on February 8, 2019, I caused to be served a true and correct copy of **JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT** on the following persons in the manner indicated below at the following addresses:

Paula A. Barran
Shayda Zaepoor Le
Donovan L. Bonner
Barran Liebman LLP
601 SW 2nd Avenue, Suite 2300
Portland, OR 97204-3159
pbarran@barran.com
sle@barran.com
dbonner@barran.com
   *Of Attorneys for Defendant University of Oregon and Hal Sadofsky*

**AND**

Stephen F. English
Cody Weston
Nathan R. Morales
Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
senglish@perkinscoie.com
cweston@perkinscoie.com
nmorales@perkinscoie.com
   *Of Attorneys for Defendant Michael H. Schill*

| | |
|---|---|
| __X__ | by CM/ECF system transmission on February 8, 2019. |
| _____ | by U.S. Postal Service to the address indicated above on _____, 2019. |
| _____ | by email to the address indicated above on _____, 2019. |
| _____ | by email via the Court's electronic filing system on _____, 2019. |

**JOHNSON, JOHNSON, LUCAS & MIDDLETON, PC**

By: _/s/ Elise K. Balesteri_
Elise K. Balesteri, Paralegal
541/484-2434
541/484-0882 fax
ebalesteri@justicelawyers.com

**JOHNSON, JOHNSON, LUCAS & MIDDLETON, PC**
975 Oak Street, Suite 1050
Eugene, OR 97401
541/683-2434p

**CERTIFICATE OF SERVICE**