Paula A. Barran, OSB No. 803974
pbarran@barran.com
Shayda Zaerpoor Le, OSB No. 121547
sle@barran.com
Donovan L. Bonner, OSB No. 181929
dbonner@barran.com
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212
   Attorneys for Defendants
   University of Oregon and Hal Sadofsky

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JENNIFER JOY FREYD,<br><br>                Plaintiff,<br><br>v.<br><br>UNIVERSITY OF OREGON, MICHAEL H. SCHILL and HAL SADOFSKY,<br><br>                Defendants. | Case No.: 6:17-cv-448-MC<br><br>**DEFENDANTS UNIVERSITY OF OREGON AND HAL SADOFSKY'S RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

Defendants University of Oregon and Hal Sadofsky file this Response to Plaintiff's Notice of Supplemental Authority. Plaintiff argues that this court should assume how the Ninth Circuit will rule in *Rizo v. Yovino*, which was recently vacated by the U.S. Supreme Court. *Rizo v. Yovino*, 887 F.3d 453 (9th Cir. 2018); *Yovino v. Rizo*, 586 U.S. ___, No.18-227 (Feb. 25, 2019).

As an initial matter, *Rizo v. Yovino* is still not relevant to this case. The dispute there was about whether an employer could use a job candidate's old salary to set a salary if hired. That is

Page 1 – DEFENDANTS UNIVERSITY OF OREGON AND HAL SADOFSKY'S
             RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

00793044.1

**BARRAN LIEBMAN** LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212

not at issue in this case and in any event, at the time plaintiff was hired, 1987,[1] the law was to the contrary. *Kouba v. Allstate Ins. Co.*, 691 F.2d 873, 878 (9th Cir. 1982).

Further, when the Court vacated *Rizo v. Yovino*, the result was to "to nullify or cancel; to make void." *Massachi v. Astrue*, 486 F.3d 1149, 1154 n. 21 (9th Cir 2007). There is no precedential effect. *United States v. Gonzales*, 749 F.2d 1329, 1337 (9th Cir. 1984); *Kindred v. W. Transp. Co.*, Civil Action No. 77-606., 1980 U.S. Dist. LEXIS 14196, at *6 n. 2 (D. Or. Aug. 19, 1980), and the vacated opinion lacks persuasive authority. *Massachi*, 486 F.3d at 1154 (a vacated decision no longer exists); *Kuahulu v. Emp'rs Ins. of Wausau*, 557 F.2d 1334, 1337 (9th Cir. 1977) (vacating erases any precedential effect).

Plaintiff's Notice of Supplemental Authority summarizes the vacated opinion and argues that it was correctly decided and unlikely to change on reconsideration. That is a theory; it is not the presentation of a supplemental authority. It also ignores the law cited above and the fact that "a judge may change his or her position up to the very moment when a decision is released." *Yovino v. Rizo*, 203 L.Ed.2d 38, 40 (2019).

DATED this 18th day of March, 2019.

BARRAN LIEBMAN LLP

By  *s/Paula A. Barran*
Paula A. Barran, OSB No. 803974
pbarran@barran.com
Shayda Zaerpoor Le, OSB No. 121547
sle@barran.com
Donovan L. Bonner, OSB No. 181929
dbonner@barran.com
Attorneys for Defendants University of Oregon and Hal Sadofsky

---

[1] Freyd Decl. ECF 72, at ¶ 3.

Page 2 – DEFENDANTS UNIVERSITY OF OREGON AND HAL SADOFSKY'S
RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of March, 2019, I served the foregoing **DEFENDANTS UNIVERSITY OF OREGON AND HAL SADOFSKY'S RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** on the following parties at the following addresses:

Jennifer J. Middleton
Caitlin V. Mitchell
Johnson Johnson Lucas & Middleton, PC
975 Oak Street, Suite 1050
Eugene, OR 97401-3124
jmiddleton@justicelawyers.com
cmitchell@justicelawyers.com
Attorneys for Plaintiff

Whitney Stark
Albies & Stark, LLC
210 SW Morrison Street, Suite 400
Portland, OR 97204-3189
whitney@albiesstark.com
Attorneys for Plaintiff

Stephen F. English
Cody Weston
Nathan R. Morales
Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
senglish@perkinscoie.com
cweston@perkinscoie.com
nmorales@perkinscoie.com
Attorneys for Defendant Michael H. Schill

by the following indicated method or methods set forth below:

- ☒ **Electronic Filing using the Court's ECF System**
- ☐ **First-class mail, postage prepaid**
- ☐ **Hand-delivery**
- ☐ **Overnight courier, delivery prepaid**
- ☐ **E-mail**

s/Paula A. Barran
_____
Paula A. Barran
Shayda Zaerpoor Le
Donovan Bonner

Page 1 – CERTIFICATE OF SERVICE

00793044.1