IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JENNIFER JOY FREYD,

    Plaintiff,

v.

UNIVERSITY OF OREGON, MICHAEL H. SCHILL and HAL SADOFSKY,

    Defendants.

Case No. 6:17-cv-00448-MC

JUDGMENT

MCSHANE, Judge:

    Based on the record, judgment for defendants.

IT IS SO ORDERED.

    DATED this 2nd day of May, 2019.

                                 /s/ Michael McShane
                                   Michael McShane
                             United States District Judge

1 – JUDGMENT