**Paula A. Barran,** OSB No. 803974
pbarran@barran.com
**Shayda Zaerpoor Le,** OSB No. 121547
sle@barran.com
**Donovan L. Bonner,** OSB No. 181929
dbonner@barran.com
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212
   Attorneys for Defendants
   University of Oregon and Hal Sadofsky

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JENNIFER JOY FREYD, | Case No.: 6:17-cv-448-MC |
| Plaintiff, | |
| v. | **DECLARATION OF PAULA A. BARRAN IN SUPPORT OF DEFENDANTS UNIVERSITY OF OREGON AND HAL SADOFSKY'S BILL OF COSTS** |
| UNIVERSITY OF OREGON, MICHAEL H. SCHILL and HAL SADOFSKY, | |
| Defendants. | |

I, Paula A. Barran, declare as follows:

1. I am one of the attorneys representing the Defendants University of Oregon and Hal Sadofsky in the above-captioned matter. I have been personally involved in this litigation from the outset.

2. Attached as Exhibits A and B are a true and correct copies of the February 26, 2018 invoice from Aufdermauer Pearce Court Reporting, Inc. and the July 19, 2018 invoice from Beovitch, Walter & Friend, Inc. for services related to transcripts of plaintiff's depositions taken in this case.

Page 1 – DECLARATION OF PAULA A. BARRAN IN SUPPORT OF DEFENDANTS UNIVERSITY OF OREGON AND HAL SADOFSKY'S BILL OF COSTS

3. Attached as Exhibits C – I are true and correct copies of invoices from CC Reporting and Videoconferencing and Northwestern Court Reporter for transcripts of the depositions of Dr. Hal Sadofsky, President Michael Schill, Dr. Scott Coltrane, Dr. Andrew Marcus, Dr. Ulrich Mayr, Dr. Sanjay Srivastava, and Jody Shipper which were taken by plaintiff.

4. Attached as Exhibit J is a true and correct copy of an invoice from Streamline Imaging, a vendor which provided defendant with support tools and services to manage discovery. Plaintiff specifically sought production of emails in native format which made the services performed by Streamline Imaging reasonably necessary.

5. Attached as Exhibit K is a true and correct copy of a summary of documents produced by this law firm on behalf of defendants in response to plaintiff's discovery requests. Defendants request costs at $0.10 per page which reflects what external vendors typically charge and what we understand to be a reasonable per page charge.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 15th day of May, 2019.

*s/Paula A. Barran*
-----------------------------
Paula A. Barran

Page 2 –   DECLARATION OF PAULA A. BARRAN IN SUPPORT OF DEFENDANTS UNIVERSITY OF OREGON AND HAL SADOFSKY'S BILL OF COSTS

00806150.1

BARRAN LIEBMAN LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500   FAX (503) 274-1212

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2019, I served the foregoing **DECLARATION OF PAULA A. BARRAN IN SUPPORT OF DEFENDANTS UNIVERSITY OF OREGON AND HAL SADOFSKY'S BILL OF COSTS** on the following parties at the following addresses:

| | |
|---|---|
| Jennifer J. Middleton<br>Caitlin V. Mitchell<br>Johnson Johnson Lucas & Middleton, PC<br>975 Oak Street, Suite 1050<br>Eugene, OR 97401-3124<br>jmiddleton@justicelawyers.com<br>cmitchell@justicelawyers.com<br>Attorneys for Plaintiff | Whitney Stark<br>Albies & Stark, LLC<br>210 SW Morrison Street, Suite 400<br>Portland, OR 97204-3189<br>whitney@albiesstark.com<br>Attorneys for Plaintiff |

Stephen F. English
Cody Weston
Nathan R. Morales
Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
senglish@perkinscoie.com
cweston@perkinscoie.com
nmorales@perkinscoie.com
Attorneys for Defendant Michael H. Schill

by the following indicated method or methods set forth below:

☒ **Electronic Filing using the Court's ECF System**

☐ **First-class mail, postage prepaid**

☐ **Hand-delivery**

☐ **Overnight courier, delivery prepaid**

☐ **E-mail**

*s/Paula A. Barran*
---
Paula A. Barran
Shayda Zaerpoor Le
Donovan L. Bonner

Page 1 – CERTIFICATE OF SERVICE