

Aufdermauer Pearce Court Reporting
Portland, OR 97207-8484
P.O. Box 8484   BARRAN LIEBMAN

FEB 2 8 2018
RECEIVED

# Invoice

| Invoice No. | Date | Case Number |
|---|---|---|
| 16472 | 2/26/2018 | 6:17-cv-448-MC |

| Job Date | Reporter |
|---|---|
| 2/14/2018 | TAP |

| Case Name |
|---|
| FREYD vs. U of O |

| Terms |
|---|
| Net 30 |

A finance charge of 1-1/2% per month will be added to past due accounts.

Bill To:  Barran & Liebman
Paula Barran
602 SW 2nd, Ste. 2300
Portland, OR 97204

Phone: 503-545-7365
Fax: 503-645-1634
Tax ID No.: 20-4918657

| | | Amount |
|---|---|---|
| Case Name: Freyd vs. University of Oregon | | |
| Appearance Fee for court reporter - Jennifer Joy Freyd | 8 hours | 480.00 |
| Appearance Fee for Videographer Services - Jennifer Joy Freyd | 9 hours | ~~945.00~~ |
| Rough Draft - Jennifer Joy Freyd | 304 pages | 304.00 |
| Original Transcript in Electronic Format - Jennifer Joy Freyd | 304 pages | 1,200.80 |
| Copies of Exhibits in Pdf Format - 1 through 7 | 155 B&W | 31.00 |

**We appreciate your business!**

**Total** $2,960.80

Visa, MasterCard, and Discovery Card now accepted

Remit to:
Aufdermauer Pearce Court Reporting, Inc.
P.O. Box 8484
Portland, Oregon 97207-8484

Exhibit A, Page 1 of 1
Decl. of P. Barran

# INVOICE

Beovich Walter & Friend, Inc.
Certified Court Reporters
1001 SW 5th Avenue, Suite 1200
Portland, OR 97204
Phone:503-228-7201 Fax:503-228-3978

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 194499 | 7/19/2018 | 87868 |
| Job Date | Case No. | |
| 7/2/2018 | CV. 6:17-cv-448-MC | |
| Case Name | | |
| Freyd v. University of Oregon, et al. | | |
| Payment Terms | | |
| Net 30 | | |

Paula A. Barran
Barran Liebman, LLP
601 SW 2nd Ave, Suite 2300
Portland, OR 97204-3159

COPY OF TRANSCRIPT / WORDLIST
    Jennifer Freyd                                                                       157.00 Pages                  510.25
        Electronic transcript (E-tran / PDF)                                                                    40.00
        Archive Fee                                                                                       9.00
        Exhibit - Scans                                                          6.00 Pages                  1.80

                                                                              TOTAL DUE >>>                   $561.05
                                                                              AFTER 8/18/2018 PAY         $569.47

Thank You!

Tax ID: 93-0522014                                                                                                                             Phone: 503-228-0500     Fax:503-274-1212

*Please detach bottom portion and return with payment.*

Paula A. Barran
Barran Liebman, LLP
601 SW 2nd Ave, Suite 2300
Portland, OR 97204-3159

Invoice No.   : 194499
Invoice Date  : 7/19/2018
**Total Due**    : **$561.05**
AFTER 8/18/2018 PAY $569.47

Remit To:    **Beovich Walter & Friend, Inc.**
                 **Certified Court Reporters**
                 **1001 SW 5th Avenue, Suite 1200**
                 **Portland, OR 97204**

Job No.     : 87868
BU ID      : 1-MAIN
Case No.    : CV. 6:17-cv-448-MC
Case Name   : Freyd v. University of Oregon, et al.



CC REPORTING & VIDEOCONFERENCING
172 East 8th Ave
Eugene, OR 97401
541-485-0111
www.ccreporting.com

# INVOICE

BARRAN LIEBMAN LLP
ATTN: Ms. Paula Barran
601 SW 2nd Avenue, Suite 2300
Portland, OR 97204

Invoice Number: 108101
Invoice Date: 07/03/2018
Job Number: 105693

In Re: Freyd v University of Oregon, et al
Witness(s): Hal Sadofsky Vol 1 and 2
Attendance Date: 06/18/2018, 9:00 a.m.
Reporter: Deborah Bonds - Video: Robin Cassidy-Duran
Reference: 17-0448

| Qty | Description | Rate | Ext |
|---|---|---|---|
| | **Hal Sadofsky** | | |
| 290 | Certified Copy | 2.05 | 594.50 |
| 290 | Realtime or Rough Draft | 1.60 | 464.00 |
| | Invoice Total: | | 1058.50 |

We Appreciate Your Business -- Thank You

Now you can make your payment ONLINE at ccreporting.com/pay-online

INVOICE DUE WITHIN 21 DAYS.
9.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 20-1264600

*Please detach bottom portion and return with payment*

| Invoice Number: | 108101 | Cardholder's Name: |
|---|---|---|
| Invoice Date: | 07/03/2018 | Card Number: |
| Amount Due: | $1058.50 | Exp. Date:     Phone: |
| Amount Enclosed: | $ | Billing Address: |
| **CREDIT CARDS ACCEPTED** | | Zip:     Security Code: |
| VISA | | Signature: |

Exhibit C, Page 1 of 1
Decl. of P. Barran



CC REPORTING & VIDEOCONFERENCING
172 East 8th Ave
Eugene, OR 97401
541-485-0111
www.ccreporting.com

# INVOICE

BARRAN LIEBMAN LLP
ATTN: Ms. Shayda Zaerpoor Le
601 SW 2nd Avenue, Suite 2300
Portland, OR 97204

| | |
|---|---|
| Invoice Number: | 108076 |
| Invoice Date: | 07/02/2018 |
| Job Number: | 105696 |

In Re: Freyd v University of Oregon, et al
Witness(s): Michael Schill
Attendance Date: 06/20/2018, 9:00 a.m.
Reporter: Jan Duiven
Reference: 17-0448

| Qty | Description | Rate | Ext |
|---|---|---|---|
| | **Michael Schill** | | |
| 165 | Realtime (Includes Certified Copy)<br>Michael Schill | 3.55 | 585.75 |
| | Invoice Total: | | 585.75 |

We Appreciate Your Business – Thank You

Now you can make your payment ONLINE at ccreporting.com/pay-online

INVOICE DUE WITHIN 21 DAYS.
9.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 20-1264600

*Please detach bottom portion and return with payment*

| Invoice Number: | 108076 |
|---|---|
| Invoice Date: | 07/02/2018 |
| Amount Due: | **$585.75** |
| Amount Enclosed: | $_____ |
| **CREDIT CARDS ACCEPTED** | |
| VISA MasterCard American Express | |

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone: _____
Billing Address: _____
Zip: _____ Security Code: _____
Signature: _____

Exhibit D, Page 1 of 1
Decl. of P. Barran



CC REPORTING & VIDEOCONFERENCING
172 East 8th Ave
Eugene, OR 97401
541-485-0111
www.ccreporting.com

# INVOICE

BARRAN LIEBMAN LLP
ATTN: Ms. Paula Barran
601 SW 2nd Avenue, Suite 2300
Portland, OR 97204

**Invoice Number:** 108030
**Invoice Date:** 06/27/2018
**Job Number:** 105694

In Re: Freyd v University of Oregon, et al
Witness(s): Scott Coltrane
Attendance Date: 06/15/2018, 10:30 a.m.
Reporter: Deborah Bonds - Video: Robin Cassidy-Duran
Reference: 17-0448

| Qty | Description | Rate | Ext |
|---|---|---|---|
| | **Scott Coltrane** | | |
| 153 | Certified Copy | 2.05 | 313.65 |
| 153 | Rough Draft | 1.60 | 244.80 |
| 153 | Discount for green delivery | -0.10 | -15.30 |
| 16 | Exhibits (electronic-only discount) | 0.25 | 4.00 |
| | | Invoice Total: | 547.15 |

We Appreciate Your Business -- Thank You

Now you can make your payment ONLINE at ccreporting.com/pay-online

INVOICE DUE WITHIN 21 DAYS.
9.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 20-1264600

*Please detach bottom portion and return with payment*

| Invoice Number: | 108030 |
|---|---|
| Invoice Date: | 06/27/2018 |
| Amount Due: | $547.15 |
| Amount Enclosed: | $ |

**CREDIT CARDS ACCEPTED**
VISA  MasterCard  American Express

Cardholder's Name:
Card Number:
Exp. Date:        Phone:
Billing Address:
Zip:        Security Code:
Signature:

Exhibit E, Page 1 of 1
Decl. of P. Barran



CC REPORTING & VIDEOCONFERENCING
172 East 8th Ave
Eugene, OR 97401
541-485-0111
www.ccreporting.com

# INVOICE

BARRAN LIEBMAN LLP
ATTN: Ms. Paula Barran
601 SW 2nd Avenue, Suite 2300
Portland, OR 97204

| | |
|---|---|
| Invoice Number: | 108976 |
| Invoice Date: | 11/15/2018 |
| Job Number: | 106330 |

In Re: Freyd v University of Oregon, et al
Witness(s): Andrew Marcus
Attendance Date: 11/01/2018, 10:00 a.m.
Reporter: Deborah Bonds - Video: Robin Cassidy-Duran
Reference: 6:17-CV-00448-MC

| Qty | Description | Rate | Ext |
|---|---|---|---|
| | **Andrew Marcus** | | |
| 181 | Certified Copy | 2.05 | 371.05 |
| 55 | Exhibits (electronic-only discount) | 0.20 | 11.00 |
| | Invoice Total: | | 382.05 |

We Appreciate Your Business -- Thank You

Now you can make your payment ONLINE at ccreporting.com/pay-online

INVOICE DUE WITHIN 21 DAYS.
9.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 20-1264600

*Please detach bottom portion and return with payment*

---

| | |
|---|---|
| Invoice Number: | 108976 |
| Invoice Date: | 11/15/2018 |
| Amount Due: | $382.05 |
| Amount Enclosed: | $_____ |

**CREDIT CARDS ACCEPTED**
 

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone: _____
Billing Address: _____
Zip: _____ Security Code: _____
Signature: _____

Exhibit F, Page 1 of 1
Decl. of P. Barran



BARRAN LIEBMAN
JUN 2 9 2018
RECEIVED

CC REPORTING & VIDEOCONFERENCING
172 East 8th Ave
Eugene, OR 97401
541-485-0111
www.ccreporting.com

# INVOICE

BARRAN LIEBMAN LLP
ATTN: Ms. Paula Barran
601 SW 2nd Avenue, Suite 2300
Portland, OR 97204

| | |
|---|---|
| Invoice Number: | 108015 |
| Invoice Date: | 06/27/2018 |
| Job Number: | 105692 |

In Re: Freyd v University of Oregon, et al
Witness(s): Ulrich Mayr
Attendance Date: 06/13/2018, 10:00 a.m.
Reporter: Deborah Bonds - Video: Robin Cassidy-Duran
Reference: 17-0448

| Qty | Description | Rate | Ext |
|---|---|---|---|
| | **Ulrich Mayr** | | |
| 311 | Certified Copy | 2.05 | 637.55 |
| 311 | Rough Draft | 1.60 | 497.60 |
| 311 | Discount for green delivery | -0.10 | -31.10 |
| | Invoice Total: | | 1104.05 |

We Appreciate Your Business -- Thank You

Now you can make your payment ONLINE at ccreporting.com/pay-online

INVOICE DUE WITHIN 21 DAYS.
9.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 20-1264600

*Please detach bottom portion and return with payment*

| | |
|---|---|
| Invoice Number: | 108015 |
| Invoice Date: | 06/27/2018 |
| Amount Due: | $1104.05 |
| Amount Enclosed: | $ |

**CREDIT CARDS ACCEPTED**

 

Cardholder's Name:
Card Number:
Exp. Date:          Phone:
Billing Address:
Zip:          Security Code:
Signature:

Exhibit G, Page 1 of 1
Decl. of P. Barran



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20287*** | 6/28/2018 | 25969 |
| Job Date | Case No. | |
| 6/19/2018 | 6:17-CV-00448-MC | |
| Case Name | | |
| Freyd v University of Oregon | | |
| Payment Terms | | |
| * DUE UPON RECEIPT * | | |

Chase Litigation Services
2300 E. Katella Avenue
Suite 300
Anaheim CA 92806
Phone:(800) 949-8044  Fax:(714) 459-8104

Shayda Le
Barran, Liebman, LLP
601 SW 2nd Avenue
Suite 2300
Portland OR 97204-3159

1 ELECTRONIC CERTIFIED TRANSCRIPT AND ROUGH DRAFT OF:
  Sanjay Srivastava                                                                 844.15

                                         TOTAL DUE >>>          $844.15
                                         AFTER 8/27/2018 PAY    $928.57

Reference No.    : El Segundo, CA

WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES INCURRED, NOT THEIR CLIENT.  CCP SECTIONS 2025.510 (H) AND (I).
To pay and instantly download your files, please log on & pay this invoice through our client center www.deposervices.com.
To pay by credit card, either log on to our repository or send this completed form to info@deposervices.com.
Thank you for working with the Chase Team!

Tax ID: 20-0288392                                                              Phone: 503-276-2193   Fax:

*Please detach bottom portion and return with payment.*

Shayda Le
Barran, Liebman, LLP
601 SW 2nd Avenue
Suite 2300
Portland OR 97204-3159

Job No.       : 25969              BU ID      : REP
Case No.      : 6:17-CV-00448-MC
Case Name     : Freyd v University of Oregon

Invoice No.   : 20287***           Invoice Date : 6/28/2018
Total Due     : $844.15
AFTER 8/27/2018 PAY $928.57

Remit To:   **Chase Litigation Services**
            **2300 E. Katella Avenue**
            **Suite 300**
            **Anaheim CA  92806**

| PAYMENT WITH CREDIT CARD | AMEX  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Exhibit H, Page 1 of 1
Decl. of P. Barran



**NORTHWESTERN COURT REPORTERS**

*since 1973*
621 Second Street
Hudson, WI 54016
(715) 386-5157 • FAX (715) 386-6584

Minneapolis, MN 55402
Toll Free 1-800-628-7551
Eau Claire, WI 54701
(715) 835-7581

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 131965 | 7/9/2018 | 71723 |

| JOB DATE | CASE NUMBER |
|---|---|
| 6/25/2018 | USDC Case No. 6:17-CV-00448-MC |

**CASE CAPTION**

Freyd v. University of Oregon

**TERMS**

Due upon receipt

Edwin A. Harnden
Barran Liebman, LLP
601 SW 2nd Avenue
Suite 2300
Portland, OR 97204

Electronic Copy of Transcript of:
  Jody Shipper                                                                 342.30

**TOTAL DUE >>>**                    **$342.30**

**Tax ID:** 39-1180863                                                        Phone:    Fax:

*Please detach bottom portion and return with payment.*

Edwin A. Harnden
Barran Liebman, LLP
601 SW 2nd Avenue
Suite 2300
Portland, OR 97204

Invoice No.   : 131965
Invoice Date  : 7/9/2018
**Total Due**   : **$ 342.30**

Remit To: **Northwestern Court Reporters, Inc.**
          **621 Second Street**
          **Hudson, WI 54016**

Job No.    : 71723
BU ID      : 1-NWCR
Case No.   : USDC Case No. 6:17-CV-00448-MC
Case Name  : Freyd v. University of Oregon

Exhibit I, Page 1 of 1
Decl. of P. Barran

Please send payment to:


STREAMLINE imaging

919 SW Taylor Street 6th Floor
Portland, OR 97205
Contact Us:
(503) 244-2333 Portland
(208) 424-3355 Boise

# Invoice

| Date | Invoice # |
|---|---|
| 5/11/2018 | 27449 |

| Bill To |
|---|
| Barran Liebman LLP<br>601 SW 2nd Avenue, Suite 2300<br>Portland, Oregon 97204-3159 |

| Ordered By | Terms | Fed ID# | Project Number | Account Mgr | Billing / Matter # |
|---|---|---|---|---|---|
| Julie W. | Net 15 | 20-2604733 | SL052018073 | DN | 709266.13 |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Electronic Data Processing - PDF<br>Includes Full Text/OCR, Metadata and Original Files | 1,171 | 0.10 | 117.10 |
| Electronic Numbering | 1,171 | 0.00 | 0.00 |
| Electronic Annotations:<br>"CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER" | 1,171 | 0.02 | 23.42 |
| DVD Creation w/ Searchable PDFs<br>Volume: FREYD_UO<br>Range: FREYD009489 - FREYD010659 | 2 | 25.00 | 50.00 |

| | Total | $190.52 |
|---|---|---|

Thank you for choosing Streamline Imaging. We appreciate your business!

Signature _____  Date _____

A finance charge of 18% annually (1.5% monthly) will be charged if the total payment is not received by the due date.

Exhibit J, Page 1 of 1
Decl. of P. Barran

TABLE OF COSTS

| DATE | | Bates start | Bates end | # of pages | cost | |
|---|---|---:|---:|---:|---:|---|
| 7/5/2017 | UO-FREYD | 1 | 1409 | 1409 | $ 140.90 | |
| 9/11/2017 | UO-FREYD | 1410 | 2851 | 1442 | $ 144.20 | |
| 1/9/2018 | UO-FREYD | 2852 | 3159 | 308 | $ 30.80 | |
| 1/12/2018 | UO-FREYD | 3160 | 3303 | 144 | $ 14.40 | |
| 1/12/2018 | UO-FREYD | 3311 | 3428 | 118 | $ 11.80 | |
| 1/31/2018 | UO-FREYD | 3429 | 3588 | 160 | $ 16.00 | |
| 2/9/2018 | UO-FREYD | 3603 | 3627 | 25 | $ 2.50 | |
| 2/13/2018 | UO-FREYD | 3628 | 3796 | 169 | $ 16.90 | |
| 2/23/2018 | UO-FREYD | 3797 | 4000 | 204 | $ 20.40 | |
| 3/15/2018 | UO-FREYD | 4001 | 4592 | 592 | $ 59.20 | |
| 3/16/2018 | UO-FREYD | 4593 | 4798 | 206 | $ 20.60 | |
| 3/17/2018 | UO-FREYD | 4799 | 5147 | 349 | $ 34.90 | |
| 3/22/2018 | UO-FREYD | 3589 | 3602 | 14 | $ 1.40 | |
| 3/26/2018 | UO-FREYD | 5148 | 6022 | 875 | $ 87.50 | |
| 3/28/2018 | UO-FREYD | 6023 | 7454 | 1432 | $ 143.20 | |
| 3/29/2018 | UO-FREYD | 7455 | 7554 | 100 | $ 10.00 | |
| 4/2/2018 | UO-FREYD | 7555 | 8409 | 855 | $ 85.50 | |
| 4/3/2018 | UO-FREYD | 8410 | 9138 | 729 | $ 72.90 | |
| 4/13/2018 | UO-FREYD | 9139 | 9202 | 64 | $ 6.40 | |
| 4/19/2018 | UO-FREYD | 9203 | 9313 | 111 | $ 11.10 | |
| 4/20/2018 | UO-FREYD | 9314 | 9344 | 31 | $ 3.10 | |
| 4/24/2018 | UO-FREYD | 9345 | 9488 | 144 | $ 14.40 | |
| 5/22/2018 | UO-FREYD | 10660 | 10758 | 99 | $ 9.90 | |
| 6/7/2018 | UO-FREYD | 10759 | 11011 | 253 | $ 25.30 | |
| 6/8/2018 | UO-FREYD | 11012 | 11174 | 163 | $ 16.30 | |
| 6/10/2018 | UO-FREYD | 11175 | 12189 | 1015 | $ 101.50 | |
| 6/14/2018 | UO-FREYD | 12190 | 12273 | 84 | $ 8.40 | |
| 6/15/2018 | UO-FREYD | 12264 | 12272 | 9 | $ 0.90 | duplication of numbers |
| 6/16/2018 | UO-FREYD | 12273 | 12275 | 3 | $ 0.30 | |
| 7/3/2018 | UO-FREYD | 12276 | 12278 | 3 | $ 0.30 | |
| 7/9/2018 | UO-FREYD | 12279 | 12291 | 13 | $ 1.30 | |
| **TOTAL** | | | | **11123** | **$ 1,112.30** | |

Exhibit K, Page 1 of 1
Decl. of P. Barran