# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Freyd vs. University of Oregon, et al.

U.S. District Court case number: 6:17-CV-00448-MC

Date case was first filed in U.S. District Court: March 21, 2017

Date of judgment or order you are appealing: May 2, 2019

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Jennifer Joy Freyd

Is this a cross-appeal? ○ Yes  ☉ No

If Yes, what is the first appeal case number? N/A

Was there a previous appeal in this case?  ○ Yes  ☉ No

If Yes, what is the prior appeal case number? N/A

Your mailing address:

975 Oak Street

Suite 1050

City: Eugene   State: OR   Zip Code: 97401

Prisoner Inmate or A Number (if applicable): N/A

**Signature** /s/ Jennifer J. Middleton   **Date** 5-15-19

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                                                              *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Jennifer Joy Freyd

Name(s) of counsel (if any):

Jennifer J. Middleton
Caitlin Mitchell

Address: 975 Oak Street, Suite 1050, Eugene, OR 97401

Telephone number(s): 541-484-2434

Email(s): jmiddleton@justicelawyers.com  cmitchell@justicelawyers.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ◯ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

University of Oregon
Hal Sadofsky

Name(s) of counsel (if any):

Paula A. Barran
Shayda Le

Address: 601 SW 2nd Avenue, Suite 2300, Portland, OR 97204-3129

Telephone number(s): 503-228-0500

Email(s): pbarran@barran.com   sle@barran.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 6                                    *1*                                    New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Jennifer Joy Freyd

Name(s) of counsel (if any):
Whitney B. Stark

Address: 210 SW Morrison Street, Suite 400, Portland, OR 97204-3189

Telephone number(s): 503-308-4773

Email(s): whitney@albiesstark.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellees**

Name(s) of party/parties:
Michael Schill

Name(s) of counsel (if any):
Stephen F. English
Nathan Morales

Address: 1120 NW Couch Street, Floor 10, Portland, OR 97209-4128

Telephone number(s): 503-727-000

Email(s): senglish@perkinscoie.com  nmorales@perkinscoie.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6      2      New 12/01/2018