

Okay To Pay: _____
Client #: 129925-1

**CC REPORTING & VIDEOCONFERENCING**
172 East 8th Ave
Eugene, OR 97401
541-485-0111
www.ccreporting.com

# INVOICE

PERKINS COIE
ATTN: Mr. Stephen F. English
1120 NW Couch 10th Floor
Portland, OR 97209

| | |
|---|---|
| Invoice Number: | 108023 |
| Invoice Date: | 06/26/2018 |
| Job Number: | 105696 |

In Re: Freyd v University of Oregon, et al
Witness(s): Michael Schill
Attendance Date: 06/20/2018, 9:00 a.m.
Reporter: Jan Duiven - Video: Robin Cassidy-Duran
Reference: 17-0448

| Qty | Description | Rate | Ext |
|---|---|---|---|
| | **Michael Schill** | | |
| | **VIDEO** | | |
| 1 | Video to MPG format | 35.00 | 35.00 |
| 1 | Delivery of video file | 7.50 | 7.50 |
| | | Invoice Total: | 42.50 |

We Appreciate Your Business – Thank You

Now you can make your payment ONLINE at ccreporting.com/pay-online

INVOICE DUE WITHIN 21 DAYS.
9.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 20-1264600

*Please detach bottom portion and return with payment*

---

| | |
|---|---|
| Invoice Number: | 108023 |
| Invoice Date: | 06/26/2018 |
| Amount Due: | $42.50 |
| Amount Enclosed: | $_____ |
| **CREDIT CARDS ACCEPTED** | |
|   | |

| | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone: |
| Billing Address: | |
| Zip: | Security Code: |
| Signature: | |

**Exhibit A**
**Page 1 of 5**



**CC REPORTING & VIDEOCONFERENCING**
172 East 8th Ave
Eugene, OR 97401
541-485-0111
www.ccreporting.com

Okay To Pay: _AM_
Client #: _129925-0001_

# INVOICE

PERKINS COIE
ATTN: Mr. Stephen F. English
1120 NW Couch 10th Floor
Portland, OR 97209

Invoice Number: 108075
Invoice Date: 07/02/2018
Job Number: 105696

In Re: Freyd v University of Oregon, et al
Witness(s): Michael Schill
Attendance Date: 06/20/2018, 9:00 a.m.
Reporter: Jan Duiven
Reference: 17-0448

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 165 | Realtime (Includes original transcript)<br>Michael Schill | 5.70 | 940.50 |
| | Invoice Total: | | 940.50 |

We Appreciate Your Business — Thank You

Now you can make your payment ONLINE at ccreporting.com/pay-online

INVOICE DUE WITHIN 21 DAYS.
9.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 20-1264600

*Please detach bottom portion and return with payment*

| | |
|---|---|
| Invoice Number: 108075 | Cardholder's Name: |
| Invoice Date: 07/02/2018 | Card Number: |
| Amount Due: $940.50 | Exp. Date:     Phone: |
| Amount Enclosed: $_____ | Billing Address: |
| **CREDIT CARDS ACCEPTED** | Zip:     Security Code: |
| VISA | Signature: |



**NorthWestern Court Reporters**
since 1973
621 Second Street
Hudson, WI 54016
(715) 386-5157 • FAX (715) 386-6584

Minneapolis, MN 55402
Toll Free 1-800-628-7551
Eau Claire, WI 54701
(715) 835-7581

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 131966 | 7/9/2018 | 71723 |
| JOB DATE | CASE NUMBER | |
| 6/25/2018 | USDC Case No. 6:17-CV-00448-MC | |
| CASE CAPTION | | |
| Freyd v. University of Oregon | | |
| TERMS | | |
| Due upon receipt | | |

*AP1284721*

Nathan R. Morales
Perkins Coie, LLP
1120 NW Couch Street
Floor 10
Portland, OR 97209

Electronic Copy of Transcript of:
Jody Shipper

336.80

**TOTAL DUE >>>**   $336.80

OK To Pay: [signature]
Client #: 129925-0001

Tax ID: 39-1180863

Phone:   Fax:

*Please detach bottom portion and return with payment.*

Nathan R. Morales
Perkins Coie, LLP
1120 NW Couch Street
Floor 10
Portland, OR 97209

Invoice No.   : 131966
Invoice Date  : 7/9/2018
**Total Due**  : $ 336.80

Remit To: **Northwestern Court Reporters, Inc.**
**621 Second Street**
**Hudson, WI 54016**

Job No.    : 71723
BU ID      : 1-NWCR
Case No.   : USDC Case No. 6:17-CV-00448-MC
Case Name  : Freyd v. University of Oregon

181304_A0002831

OK To Pay: [signature]
Client #: 129925-0001

# INVOICE

Beovich Walter & Friend, Inc.
Certified Court Reporters
1001 SW 5th Avenue, Suite 1200
Portland, OR 97204
Phone:503-228-7201  Fax:503-228-3978

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 194498 | 7/19/2018 | 87868 |
| Job Date | Case No. | |
| 7/2/2018 | CV. 6:17-cv-448-MC | |
| Case Name | | |
| Freyd v. University of Oregon, et al. | | |
| Payment Terms | | |
| Net 30 | | |

Stephen F. English
Perkins Coie
1120 NW Couch, 10th Floor
Portland, OR 97209

| | | |
|---|---|---|
| ORIGINAL TRANSCRIPT / WORDLIST | | |
| Jennifer Freyd | 157.00 Pages | 832.10 |
| Reporter Attendance | 5.75 Hours | 345.00 |
| Rough Draft | 143.00 Pages | 235.95 |
| Electronic transcript (E-tran / PDF) | | 40.00 |
| Archive Fee | | 9.00 |
| Tabs | 5.00 Pages | 1.50 |
| Exhibit - B & W Copies | 6.00 Pages | 1.80 |
| Exhibit - Scans | 6.00 Pages | 1.80 |
| Delivery - UPS | | 15.00 |
| TOTAL DUE >>> | | $1,482.15 |
| AFTER 8/18/2018 PAY | | $1,504.38 |

Thank You!

Tax ID: 93-0522014

Phone: 503-727-2000  Fax:503-727-2222

*Please detach bottom portion and return with payment.*

Stephen F. English
Perkins Coie
1120 NW Couch, 10th Floor
Portland, OR 97209

Invoice No.   : 194498
Invoice Date  : 7/19/2018
**Total Due** : **$1,482.15**
AFTER 8/18/2018 PAY $1,504.38

Remit To:  Beovich Walter & Friend, Inc.
Certified Court Reporters
1001 SW 5th Avenue, Suite 1200
Portland, OR 97204

Job No.    : 87868
BU ID      : 1-MAIN
Case No.   : CV. 6:17-cv-448-MC
Case Name  : Freyd v. University of Oregon, et al.

Exhibit A
Page 4 of 5

# INVOICE

Beovich Walter & Friend, Inc.
Certified Court Reporters
1001 SW 5th Avenue, Suite 1200
Portland, OR 97204
Phone: 503-228-7201   Fax: 503-228-3978

*OKay To Pay* [signature] *F. Cyll*
Client #: 129925-0001

Stephen F. English
Perkins Coie
1120 NW Couch, 10th Floor
Portland, OR 97209

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 194626 | 7/26/2018 | 87869 |
| Job Date | Case No. | |
| 7/2/2018 | CV. 6:17-cv-448-MC | |
| Case Name | | |
| Freyd v. University of Oregon, et al. | | |
| Payment Terms | | |
| Net 30 | | |

**CHARGES:**

Jennifer Freyd -- VIDEO --

| | | | |
|---|---|---|---|
| Videographer Appearance - Additional Hours | 7.00 | Hours | 875.00 |
| Video Masters | 3.00 | | 45.00 |
| Video Copy - MPEG | 3.00 | Disks | 120.00 |
| Delivery - Other | | | 12.00 |
| | **TOTAL DUE >>>** | | **$1,052.00** |
| | AFTER 8/25/2018 PAY | | $1,067.78 |

Thank You!

Tax ID: 93-0522014                                           Phone: 503-727-2000   Fax: 503-727-2222

*Please detach bottom portion and return with payment.*

Stephen F. English
Perkins Coie
1120 NW Couch, 10th Floor
Portland, OR 97209

Invoice No.    : 194626
Invoice Date   : 7/26/2018
**Total Due**  : **$1,052.00**
AFTER 8/25/2018 PAY $1,067.78

Job No.    : 87869
BU ID      : 1-MAIN
Case No.   : CV. 6:17-cv-448-MC
Case Name  : Freyd v. University of Oregon, et al.

Remit To:  Beovich Walter & Friend, Inc.
           Certified Court Reporters
           1001 SW 5th Avenue, Suite 1200
           Portland, OR 97204