Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Cody M. Weston, OSB No. 984290
CWeston@perkinscoie.com
Nathan R. Morales, OSB No. 145763
NMorales@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Defendant
Michael H. Schill

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JENNIFER JOY FREYD, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF OREGON, MICHAEL H. SCHILL, and HAL SADOFSKY, <br><br> Defendants. | No. 6:17-cv-448-MC <br><br> **DECLARATION OF NATHAN MORALES IN SUPPORT OF DEFENDANT MICHAEL H. SCHILL'S BILL OF COSTS** |

I, Nathan Morales, declare as follows:

I am an attorney at Perkins Coie LLP and am one of the attorneys representing Defendant Michael H. Schill ("Schill") in the above-referenced matter. I make this declaration based on personal knowledge and am competent to testify to the matters herein.

1. In her original complaint naming Schill as a party, Plaintiff asserted a claim against Schill in both his personal and official capacity.

1 - DECLARATION OF NATHAN MORALES

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

144605906.1

2. In July 2018, I began drafting a motion for summary judgment on Plaintiff's claim against Schill, in its entirety. That motion relied heavily on the transcripts of depositions taken in this case. The motion relied most heavily on excerpts from the depositions of Plaintiff and Schill.

3. In October 2018, I began discussions with counsel for Plaintiff about the possibility of dismissing the claim against Schill in his personal capacity. To prepare for those discussions, I reviewed the deposition transcripts, so that I could adequately assess the strength of Plaintiff's claim. Those discussions resulted in Plaintiff amending her complaint to remove the claim against Schill in his personal capacity.

*I declare under penalty of perjury that the foregoing is true and correct.*

DATED: June 10, 2019

By: s/ Nathan R. Morales
Nathan R. Morales, OSB No. 145763

2 - DECLARATION OF NATHAN MORALES

144605906.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222