UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 03 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JENNIFER JOY FREYD,

    Plaintiff - Appellant,

v.

UNIVERSITY OF OREGON; et al.,

    Defendants - Appellees.

No. 19-35428

D.C. No. 6:17-cv-00448-MC
U.S. District Court for Oregon,
Eugene

**MANDATE**

The judgment of this Court, entered March 15, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Each party must bear its own costs.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7